UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Cr. No. 1:21-cr-41-JL-01/06 |
| ) | |
| IAN FREEMAN ) | |
| ) | |

PRAECIPE FOR WARRANT

The Clerk of said Court will issue a warrant, an Indictment against the above-named defendant having been filed in the above-entitled case on the 15th day of March, 2021.

This 15th day of March, 2021.

JOHN J. FARLEY
Acting United States Attorney


By: /s/ Georgiana L. MacDonald
     Georgiana L. MacDonald
     Assistant U.S. Attorney


WARRANT ISSUED: _____