AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

| United States of America | ) |
|---|---|
| v. | ) |
| IAN FREEMAN (FORMERLY IAN BERNARD) | ) Case No. 1:21-cr-41-JL-01/06 |
| Defendant | ) |

**RECEIVED MAR 15 2021 US MARSHALS SERVICE**

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   IAN FREEMAN (FORMERLY IAN BERNARD),

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Count 1: 18 U.S.C. §§ 371, 1960(a) and (b)(1)(B) - Conspiracy to Operate Unlicensed Money Transmitting Business
Counts 2 and 3: 18 U.S.C. §§ 1960(a) and (b)(1)(B) and (C) - Operation of Unlicensed Money Transmitting Business
Count 4: 18 U.S.C. §§ 1343, 1349 - Conspiracy to Commit Wire Fraud
Count 5 through 20: 18 U.S.C. §§ 1343 - Wire Fraud
Count 21: 18 U.S.C. § 225 - Continuing Financial Crimes Enterprise
Count 22: 18 U.S.C. § 1956(a)(3)(B) - Money Laundering

Date:   03/15/2021

City and state:   Concord, New Hampshire

*Issuing officer's signature*

Megan Cahill, Deputy Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 3/15/21, and the person was arrested on *(date)* 3/16/21
at *(city and state)* Keene NH.

**WARRANT EXECUTED**

Date: 3/16/21

*Arresting officer's signature*

*Printed name and title*