UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Docket No.  1:21-cr-00041-JL |
| ) | |
| IAN FREEMAN, ET AL ) | |
| ) | |

APPEARANCE

Please enter my appearance as counsel for the United States of America in the above-entitled case.

Respectfully submitted,

JOHN J. FARLEY
Acting United States Attorney

By: /s/ John J. Kennedy
John J. Kennedy
Assistant U.S. Attorney
Bar No. 19557
53 Pleasant Street, 4th Floor
Concord, NH  03301
(603) 225-1552
john.kennedy2@usdoj.gov

Date:  March 31, 2021

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Appearance was forwarded electronically by ECF to counsel of record.

/s/ John J. Kennedy
John J. Kennedy, AUSA