# United States District Court

## DISTRICT OF NEW HAMPSHIRE

### United States of America

v.

### Ian Freeman

**CASE NUMBER: 1:21-cr-00041-JL-01**

**MOTION FOR REFUND OF FILING FEE**

The Defendant, Ian Freeman, by and through counsel, hereby requests a refund of $39.00 for the filing fee on Document 45, based on the use of filing under an incorrect ECF event.

**April 8, 2021**
_____
*Date*

_____
*Signature*

　　　　Mark L. Sisti_____
*Print Name*
　　　　387 Dover Road_____
*Address*
　　　　Chichester, NH    03258_____
*City                       State           Zip Code*
　　　　(603) 224-4220_____
*Phone Number*

### CERTIFICATION

I hereby certify that a copy of this appearance was forwarded to Assistant United States Attorneys Georgiana MacDonald, Seth Aframe, and John Kennedy, electronically through EFC on April 8, 2021.

**April 8, 2021**
_____
*Date*

_____
*Signature*

Mark L. Sisti_____
*Print Name*

1