# United States District Court

## DISTRICT OF NEW HAMPSHIRE

### United States of America

v.

### Ian Freeman

CASE NUMBER: 1:21-cr-00041-JL-01

### WAIVER OF SPEEDY TRIAL

I, IAN FREEMAN, states as follows:

1. I am a Defendant in the above-captioned matter.

2. I am aware that the United States of America has filed an Assented to Motion to Continue Trial for six (6) months.

3. I hereby waive my right to a speedy trial as it relates to the granting of this Assented to Motion to Continue.

_4/27/21_
**Date**

_[signature]_
**Signature**
Ian Freeman
**Print Name**

_[signature]_
**Attorney for Defendant Signature**

Mark L. Sisti
**Name**
387 Dover Road
**Address**
Chichester, NH    03258
**City**            **State**         **Zip Code**
(603) 224-4220
**Phone Number**

1

## CERTIFICATION

I hereby certify that a copy of this appearance was forwarded to Assistant United States Attorneys Georgiana MacDonald, Seth Aframe, and John Kennedy, electronically through EFC on <u>April 28, 2021</u>.

<u>     4-28-21     </u>  
**Date**

<u>                    </u>  
**Signature**

<u>Mark L. Sisti     </u>  
**Print Name**