# Nevis International Bank & Trust

Nevis International Bank & Trust Ltd.
Nevis International Bank & Trust Center
Jessups Estate, Nevis, St. Kitts and Nevis
Tel: (869) 469-8889

www.ibanknevis.com

## Personal Account Application
(Applicable to Natural Persons)

| Account Name and Account Number (For Bank Use Only): | Branch (For Bank Use Only): | Date Opened (For Bank Use Only): |
|---|---|---|
|  |  |  |

## ACCOUNT HOLDER DETAILS

☑ Mr. or ☐ Ms.   Surname: Freeman   Given Name: Ian

Middle Name: B   Date of Birth (dd/mm/yyyy): ████ 1980

Marital Status: ☑ Single   ☐ Married   ☐ Divorced

Country of Residence: New Hampshire   Nationalities: New Hampshire

Telephone (mobile): ████ 3805   Telephone (home): ████ 2449

Home Address: ████ Keene, NH 03431

Number of Years at Address: 14   Are you: ☑ A Home Owner   ☐ A Tenant

Contact Address (The Bank does not send physical mail): ████ Keene, NH 03431

Email Address: ian@████

Have you or any member of your family ever: (1) held a position as a public official; (2) acted as an important political figure, or; (3) worked at any publicly traded company within the past 6 months? If Yes, briefly explain. If No, please write "No".
No

Have you ever been charged with a financial crime, or a crime involving fraud or dishonesty? If Yes, explain. If No, please write "No".
I was charged six years ago for "unsworn falsification" after I legally changed my name from Ian Holt Bernard and made a mistake on driver license form. I performed community service.

## IDENTIFICATION DOCUMENTS (two different forms of photo identification required)

1) Type of I.D.: New Hampshire Driver License   I.D. No.: ████

2) Type of I.D.: United States Passport   I.D. No.: ████

3) US Tax ID (if applicable): ████ 5839

## EMPLOYMENT DETAILS

Employment Status:   ☐ Employed   ☑ Self-employed   ☐ Unemployed   ☐ Retired

Occupation (describe what you do): Minister of Peace & Nationally Syndicated Talk Show Host

Employer Name: Shire Free Church   Employer Telephone: ████ 2449

Employer Address and Website (if any): ████ Keene, NH 03431
http://church.shiresociety.com

## ANNUAL INCOME IN US DOLLARS (or equivalent)

☑ Less than $200,000   ☐ $200,000-$500,000   ☐ $500,001-$800,000   ☐ Greater than $800,000, state amount: ____

Page 1 of 3



# Nevis International Bank & Trust

## PERSONAL ACCOUNT APPLICATION
The Bank Accepts Deposits in All Major Currencies

## ACCOUNT DETAILS

Source of Wealth: ☑ Savings  ☐ Inheritance  ☐ Salary  ☑ Investments  ☐ Other: _____

Declaration of Wealth (describe in detail): I don't have income, as I am sustained by my church. Revenue is from church investments, radio advertising sales, and church donations.

Describe Source of Funds to be Deposited in the Bank: church investments, radio advertising sales, and church donations

Initial Deposit Amount: 100,000 USD  Annual Deposits: ☐ Less than $200,000  ☑ Greater than $200,000, amount: 1-5M

Do You Wish to Apply for a Private Banking Account?* ☐ Yes  ☑ No  *Requires a minimum deposit of US$1 million or equivalent.

## APPROXIMATE NET WORTH (in US Dollars or equivalent)

Liquid Net Worth (cash and liquid assets): 5,000,000 USD    Illiquid Net Worth (real estate, businesses etc): 400,000 USD

Total Net Worth (liquid + illiquid net worth): 5,400,000 USD

## REFERENCES (From Two Different Professional Sources)

Name: Roger K Ver
Business Name (If Applicable): Bitcoin.com
Address: [redacted] Frigate Bay, St. Kitts
Tel: [redacted] 1853
E-Mail: roger@[redacted]
Fax:
Website: bitcoin.com

Name: Skip Joeckel
Business Name (If Applicable): Talk Shows USA
Address: [redacted] Colorado Springs, CO 80906
Tel: [redacted] 6676
E-Mail: skip@[redacted]
Fax:
Website: talkshowsusa.com

## ANTICIPATED SERVICES (check all that apply)

☑ Debit Card  ☐ New Business Registration  ☐ Trust and Escrow  ☐ Investment Brokerage Account  ☐ Cash Management
☐ Citizenship by Investment  ☐ Investment Banking  ☐ Loan  ☑ Other Business Services, specify: wire transfers

## WHO HAS SIGNING AUTHORITY FOR THE ACCOUNT? (check all that apply)

☑ Account Holder  ☐ Authorized External Money Manager*  ☐ Other Authorized Signer(s)*: _____
Describe the relationship to the Account Holder

Who has the authority to withdraw funds?  ☑ Account Holder  ☐ Authorized External Money Manager  ☐ Other Authorized Signer(s)*

*(Requires a letter of authorization, certified by a law firm, accounting firm, or financial institution)

## CUSTOMER DECLARATION

By my signature(s) here below, I/we the ("Account Holder(s)" and "Authorized Signer(s)") named in this Personal Account Application Form hereby certify and attest that I/we am/are the natural person(s) who is/are applying to open this Account with Nevis International Bank & Trust Ltd. ("NIBT"), and that I/we hereby represent and attest that: (i) I/we will not use the services of NIBT for any unlawful activity or purpose; (ii) I/we have read, understand and signed the Nevis International Bank & Trust Ltd. Customer Account Agreement, and have agreed to the terms of that agreement; (iii) all information that I/we have provided to NIBT is true, accurate and complete; (iv) I/we will notify NIBT immediately of any material changes to the information contained in this application, and; (v) I/we authorize NIBT to be an information processor and make initial and ongoing credit and other inquiries with third-parties in connection with my/our Account for purposes of compliance with applicable law and the provision of financial services:

*[Signature]*, Notary Public

SARAH N. DUMONT
Notary Public - New Hampshire
My Commission Expires August 28, 2024

2020-06-14

## SIGNATURES:

Ian B Freeman                          *[Signature]*                          Date
Account Holder Name (print name)       Signature

_____                                 _____                                 _____
Authorized Signer Name (print name)    Signature                              Date

_____                                 _____                                 _____
Authorized Signer Name (print name)    Signature                              Date