# United States District Court

## DISTRICT OF NEW HAMPSHIRE

### United States of America

### v.

### Ian Freeman

### CASE NUMBER:  1:21-cr-00041-JL-01

### DEFENDANT'S MOTION TO JOIN

The Defendant, Ian Freeman, by and through counsel, respectfully requests to join the Motion to Amend Conditions of Release, filed by Co-Defendant, Aria DiMezzo, document no. 80.

As grounds for and in support of this motion, it states as follows:

1. Ian Freeman is charged with Operation of Unlicensed Money Transmitting Business, Wire Fraud, Money Laundering and Continuing Financial Crimes Enterprise in the matter currently before this Court.

2. For the last several years, Mr. Freeman has also been a co-host, content contributor, and co-manager of a talk show, Free Talk Live.

3. Mr. Freeman request to join the Motion to Amend Conditions of Release, filed by Aria DiMezzo, document no. 80, and modify his conditions of release to allow him to continue to be a co-host for Free Talk Live. with co-host Aria Dimezzo

WHEREFORE, the Defendant, Ian Freeman, respectfully requests this Honorable Court to allow him to join the Motion to Amend Conditions of Release and modify his Conditions of Release as follows:

      A.      To be present together in person at the same physical location as Aria DiMezzo for broadcast of Free Talk Live, half an hour before, during, and half an hour after, each broadcast.

      B.      To co-host the Free Talk Live show with co-defendant Aria DiMezzo.

      C.      To talk about any subject during Free Talk Live, except the pending charges.

      D.      To communicate with Aria DiMezzo at any time in person, by email, or by text message regarding the broadcast of Fee Talk Live, technical Issues, staffing, content, or any other matters reasonably related to the broadcast of Free Talk Live.

**June 4, 2021**

*Date*                                                   *Signature*

                                                                Mark L. Sisti
*Print Name*
                                                          387 Dover Road
*Address*
                                                      Chichester, NH   03258
*City*                     *State*               *Zip Code*
                                                    (603) 224-4220
*Phone Number*

## CERTIFICATION

      I hereby certify that a copy of this appearance was forwarded to Assistant United States Attorneys Georgiana MacDonald, Seth Aframe, and John Kennedy, electronically through EFC on June 4, 2021.

**June 4, 2021**

*Date*                                                   *Signature*

                                                Mark L. Sisti
                                                *Print Name*