# *United States District Court*

_____DISTRICT OF NEW HAMPSHIRE_____

United States of America

v.

Ian Freeman

CASE NUMBER:  1:21-cr-00041-JL-01

### CERTIFICATION

I, Mark L. Sisti, counsel for IAN FREEMAN, hereby certify that the US Attorney's Office, by John Kenney, assent to the Defendant Freeman's Motion to Join (document no. 80) referred to in document 82.

Respectfully submitted,

**June 8, 2021**

*Date*   *Signature*

_____Mark L. Sisti_____
*Print Name*
_____387 Dover Road_____
*Address*
_____Chichester, NH    03258_____
*City                    State           Zip Code*
_____(603) 224-4220_____
*Phone Number*

### CERTIFICATION

I hereby certify that a copy of this certification was forwarded to Assistant United States Attorneys Georgiana MacDonald, Seth Aframe, and John Kennedy, electronically through EFC on June 8, 2021.

**June 8, 2021**

*Date*   *Signature*

Mark L. Sisti_____
*Print Name*