# United States District Court

## DISTRICT OF NEW HAMPSHIRE

United States of America

v.

Ian Freeman

CASE NUMBER: 1:21-cr-00041-JL-01

### WAIVER OF SPEEDY TRIAL

I, IAN FREEMAN, states as follows:

1. I am a Defendant in the above-captioned matter.

2. I am aware that the United States of America has filed an Assented to Motion to Continue Trial.

3. I hereby waive my right to a speedy trial as it relates to the granting of this Assented to Motion to Continue.

6/15/21
**Date**

**Signature**

Ian Freeman
**Print Name**

**Attorney for Defendant Signature**

Mark L. Sisti, Esq.
**Name**

387 Dover Road
**Address**

Chichester, NH    03258
**City                          State          Zip Code**

(603) 224-4220
**Phone Number**

1

## CERTIFICATION

I hereby certify that a copy of this appearance was forwarded to Assistant United States Attorneys Georgiana MacDonald, Seth Aframe, and John Kennedy, electronically through EFC on _6-15-21_ .

_6-15-21_
**Date**

**Signature**

Mark L. Sisti
**Print Name**