UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>IAN FREEMAN, ET AL.<br><br>Defendants. | No. 1:21-cr-00041-JL |

## ASSENTED-TO MOTION TO CONTINUE TRIAL DATE

On June 8, 2021, the Court held a status conference in this case to discuss trial dates. Trial is currently set for the two-week period beginning November 2, 2021. Counsel for various defendants represented that the earliest they would be prepared for trial would be May 2022. At the status conference, the Court agreed to set a tentative trial date for May 2022, and schedule a further status conference in January 2022 to determine whether the May 2022 trial date remained realistic. All defendants, either through counsel at the status conference or in subsequent email communication with the government, assent to continuing the trial to May 2022.

The government therefore moves, with assent of all defense counsel, to continue the trial in this case until May 2022. In addition, the government requests that the Court schedule a status conference in January 2022 at which time the parties will discuss whether a further continuance is necessary. The parties intend to confer about other deadlines and file a proposed schedule with the Court.

JOHN J. FARLEY
Acting United States Attorney

Date: June 16, 2021                     By: /s/ John J. Kennedy
               John J. Kennedy
               Assistant United States Attorney
               NH Bar #19557
               53 Pleasant St., 4th Floor
               Concord, NH 03301
               john.kennedy2@usdoj.gov

               By: /s/ Seth R. Aframe
               Seth R. Aframe
               Assistant United States Attorney