IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

UNITED STATES OF AMERICA

    v.                      No. 1:21-cr-41-JL-01

ARIA DIMEZZO

### ORDER AMENDING CONDITIONS OF RELEASE FOR ARIA DIMEZZO AND IAN FREEMAN

The parties having reached agreement on the pending motions to amend the conditions of release for Aria DiMezzo and Ian Freeman, the conditions of release for these two defendants are amended to allow them:

A. To be present together in person at the same physical location, 73 Leverett Street, Keene, New Hampshire, for the broadcast of Free Talk Live, half an hour before, during, and half an hour after, each broadcast.

B. To co-host the Free Talk Live show together.

C. To talk about any subject during Free Talk Live, except the pending charges.

D. To communicate at any time in person, by email, or by text message regarding the broadcast of Free Talk Live, technical issues, staffing, content, or any other matter reasonably related to the broadcast of FTL. Aria DiMezzo will provide notice to the probation officer supervising DiMezzo's pretrial release any time DiMezzo will be physically present with Ian Freeman.

E. None of these conditions of release are intended to, and do not, modify Ian Freeman's conditions of release related to home detention.

F. Defendants shall provide advance notice to their supervising officers regarding their contacts as permitted in A, B + D as directed by the supervising officer.

SO ORDERED

DATE: 6/24/2021

ANDREA K. JOHNSTONE
UNITED STATES MAGISTRATE JUDGE