# *United States District Court*

_____DISTRICT OF NEW HAMPSHIRE_____

United States of America

v.

Ian Freeman

CASE NUMBER:  1:21-cr-00041-JL-01

## ASSENTED TO MOTION TO WITHDRAW
## MOTION TO MODIFY PRE-TRIAL RELEASE CONDITIONS

Now Comes the Defendant, Ian Freeman, by and through counsel, and requests that certain conditions of his pre-trial release be withdrawn.

As grounds for and in support of this motion, it states as follows:

1.Ian Freeman requests his Motion to Modify Pre-Trial Release Conditions filed on September 9, 2021.

2.Counsel has contacted the United States Assistant Attorney, Seth Aframe, Esq, and the Government assents to this motion.

**September 23, 2021**
_____
*Date**Signature*
_____Mark L. Sisti_____
*Print Name*
_____387 Dover Road_____
*Address*
_____Chichester, NH   03258_____
*CityStateZip Code*
_____(603) 224-4220_____
*Phone Number*

1

## CERTIFICATION

      I hereby certify that a copy of this appearance was forwarded to Assistant United States Attorneys John Kennedy, Esq. and Seth Aframe, Esq., electronically through EFC on September 23, 2021.

**September 23, 2021**
_____

*Date*

_____

*Signature*

Mark L. Sisti_____

*Print Name*