# *United States District Court*

## DISTRICT OF NEW HAMPSHIRE

### United States of America

v.

### Ian Freeman

CASE NUMBER:  1:21-cr-00041-JL-01

### ASSENTED TO MOTION TO MODIFY COURT'S ORDER SETTING CONDITIONS OF RELEASE

Now Comes the Defendant, Ian Freeman, by and through counsel, and requests that a certain condition of the Court's Order Setting Conditions of Release be modified.

As grounds for and in support of this motion, it states as follows:

1. Ian Freeman awaits trial; anticipated to begin sometime in November, 2022.

2. He was released from custody on or about May 21, 2021.

3. Ian Freeman requests that a certain condition be modified:

    7.(o)(2) Home Detention: defendant is restricted to his/her residence at all times except for employment, education, religious services, medical, substance abuse or mental health treatment, attorney visits, court appearances, court-ordered obligations, or other activities as pre-approved by the supervising officer;

    **To:**

    **7.(o)(1) Curfew: defendant is restricted to his/her residence every day as directed by the supervising officer.**

4.. Undersigned counsel has been in contacted with the United States Assistant Attorney, John J. Kennedy, Esq, does not object to the relief sought and Scott M. Davison, of the

1

U.S. Probation and Pretrial Services, assents to the granting of this motion.

**December 9, 2021**
_____     _____
*Date*                              *Signature*
                                    _____Mark L. Sisti_____
                                    **Print Name**
                                    _____387 Dover Road_____
                                    *Address*
                                    _____Chichester, NH   03258____
                                    *City                State        Zip Code*
                                    _____(603) 224-4220_____
                                    *Phone Number*

## CERTIFICATION

     I hereby certify that a copy of this appearance was forwarded to Assistant United States Attorney John J. Kennedy, and Scott M. Davidson of U.S. Probation and Pretrial Services, electronically through EFC on December 9, 2021.

**December 9, 2021**
_____     _____
*Date*                              *Signature*

                                    Mark L. Sisti_____
                                    **Print Name**