FILED - USDC -NH
2021 DEC 9 PM 12:08

# United States District Court

## DISTRICT OF NEW HAMPSHIRE

### United States of America

v.

### Ian Freeman

CASE NUMBER: 1:21-cr-00041-JL-01

### WAIVER OF SPEEDY TRIAL

I, IAN FREEMAN, states as follows:

1. I am a Defendant in the above-captioned matter.

2. I am aware that the parties have mutually agreed to continue the Trial date for November 1, 2022.

3. I hereby waive my right to a speedy trial as it relates to the new trial date.

__11/24/21_____     _____[signature]_____
*Date*                                                *Signature*
                                                          Ian Freeman
                                                   *Print Name*


                                                   _____[signature]_____
                                                   *Attorney for Defendant Signature*

                                                   _____Mark L. Sisti, Esq._____
                                                   *Name*
                                                   _____387 Dover Road_____
                                                   *Address*
                                                   _____Chichester, NH    03258___
                                                   *City              State      Zip Code*
                                                   _____(603) 224-4220_____
                                                   *Phone Number*

1

## CERTIFICATION

      I hereby certify that a copy of this appearance was forwarded to Assistant United States Attorneys Georgiana MacDonald, Seth Aframe, and John Kennedy, electronically through EFC on 12-8-21.

12-8-21
**Date**

*Signature*

Mark L. Sisti
***Print Name***

# SISTI
# LAW OFFICES

FILED - USDC -NH
2021 DEC 9 PM 12:08

Chichester, NH (603) 224-4220
Portsmouth, NH (603) 433-7117
Lancaster, NH (603) 788-3018
Manchester, NH (603) 621-0400

Mark L. Sisti*
Alan J. Cronheim
Colin Sandiford
Wade Harwood

387 Dover Road
Chichester, NH 03258
FAX: (603) 226-2025

info@sistilawoffices.com

*Also admitted in Vermont

December 8, 2021

Daniel J. Lynch, Clerk of Court
United States District Court
55 Pleasant Street, Room 110
Concord, NH 03301

Re: <u>USA v. Ian Freeman</u>, 1:21-cr-00041-JL

Dear Clerk Lynch:

Enclosed please find a <u>Waiver of Speedy Trial</u>, which has been dated and signed by Ian Freeman, for filing with this Honorable Court, regarding the above-captioned matter.

Thank you in advance for your attention to this matter.

Sincerely,

Mark L. Sisti, Esq.

MLS/daw
Enclosure
pc:     John Kennedy, Esq.
            US District Attorney's Office
        Ian Freeman