UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | No. 1:21-cr-00041-JL |
| | ) | |
| IAN FREEMAN, ET AL | ) | |

## ASSENTED-TO MOTION FOR TRIAL DATE AND RELATED DEADLINES

The United States of America, by John J. Farley, Acting United States Attorney for the District of New Hampshire, moves this court to adopt the following trial date and dates relating thereto for this case. This Court held a status conference on November 22, 2022, and ordered the parties to submit a scheduling order by December 20, 2022. The government and counsel for the defendants have conferred and all parties have agreed upon the following trial schedule:

| TRIAL | November 1, 2022<br><br>Motions to Continue Due by September 1, 2022 |
|---|---|
| **DISCOVERY EXCEPT GIGLIO OF TESTIFYING WITNESSES[1]** | April 25, 2022 |
| **EXCEPTION FOR GOOD CAUSE SHOWN, ANY NEW INDICTMENTS BASED ON CONDUCT KNOWN TO THE GOVERNMENT BY THAT DATE AND PART OF THE SAME COURSE OF CONDUCT IN THE CURRENT INDICTMENT** | April 25, 2022 |

---

[1] Consistent with discovery obligations, any discovery generated after this date will continue to be produced as it is received by the Government.

| | |
|---|---|
| **DISCOVERY FROM DEFENSE** | By Rule |
| **WITNESS STATEMENTS/GIGLIO FOR TESTIFYING WITNESSES** | By Rule |
| **EXPERT WITNESSES - GOVT** | May 13, 2022 |
| **EXPERT WITNESSES - DEF** | September 1, 2022 |
| **404(b) EVIDENCE** | By Rule |
| **EXHIBITS AND WITNESS LISTS** | By Rule |
| **JERS STATEMENT** | By Rule |
| **DISPOSITIVE EVIDENTIARY MOTIONS** | July 8, 2022<br><br>Government Response by<br><br>August 3, 2022 |
| **IN LIMINE MOTIONS** | October 14, 2022 |

The parties respectfully request that the Court adopt the these proposed deadlines in the above captioned case.

Respectfully submitted,

JOHN J. FARLEY
Acting United States Attorney

/s/ John J. Kennedy
Assistant U.S. Attorney
NH Bar # 19557
53 Pleasant Street, 4th Floor
Concord, New Hampshire 03301

/s/ Seth Aframe
Assistant U.S. Attorney
Massachusetts Bar # 643288
53 Pleasant Street, 4th Floor
Concord, New Hampshire 03301

## CERTIFICATION

  I hereby certify that a copy of this motion was served electronically, through ECF, on all counsel of record in this case on December 20, 2021.

                 /s/ John J. Kennedy
                 Assistant U.S. Attorney