## Organizational Victims

TD Bank, Bank of America, Santander Bank, Wells Fargo Bank, JP Morgan Chase Bank, Ally Bank, Axos Bank, Savings Bank of Walpole, Citizens Bank, Service Credit Union, Digital Federal Credit Union, Members First Credit Union, Agricultural Federal Credit Union, First Tech Federal Credit Union