UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Cr. No. 1:21-cr-41-JL |
| ) | |
| IAN FREEMAN ) | |
| ) | |

PRAECIPE FOR SUMMONS

The Clerk of said Court will issue a summons, a Superseding Indictment against the above-named defendant having been filed in the above-entitled case on the 25th day of April, 2022.

This 25th day of April, 2022.

JOHN J. FARLEY
United States Attorney


By: /s/ Georgiana L. MacDonald
    Georgiana L. MacDonald
    Assistant U.S. Attorney


SUMMONS ISSUED: _____