AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

**RECEIVED**

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| IAN FREEMAN | ) |
| (FORMERLY IAN BERNARD) | )    Case No.   1:21-cr-41-JL |
| | ) |
| _____ | ) |
| *Defendant* | ) |

**APR 26 2022**

**US MARSHALS SERVICE**

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment    ☑ Superseding Indictment    ☐ Information   ☐ Superseding Information    ☐ Complaint

☐ Probation Violation Petition    ☐ Supervised Release Violation Petition   ☐ Violation Notice    ☐ Order of Court

| | |
|---|---|
| Place: Warren B. Rudman Courthouse and Federal Building<br>55 Pleasant Street<br>Concord, New Hampshire | Courtroom No.:  B |
| | Date and Time:   05/11/2022 10:00 am |

This offense is briefly described as follows:

Count 1: 18 U.S.C. §§ 371, 1960(a) and (b)(1)(B) - Conspiracy to Operate Unlicensed Money Transmitting Business
Count 2: 18 U.S.C. §§ 1960(a) and (b)(1)(B) and (C) - Operation of Unlicensed Money Transmitting Business
Count 4: 18 U.S.C. §§ 1343, 1344, 1349 - Conspiracy to Commit Wire Fraud and Bank Fraud
Count 5 through 20: 18 U.S.C. §§ 1343 - Wire Fraud
Count 21: 18 U.S.C. § 1956(a)(3)(B) - Money Laundering
Count 22 through 27: 18 U.S.C. § 1957 - Money Laundering
Count 28: 18 U.S.C. § 1956(h) - Conspiracy to Commit Money Laundering
Count 29 through 32: 26 U.S.C. § 7201 - Attempt to Evade or Defeat Tax
Count 33: 18 U.S.C. § 225 - Continuing Financial Crimes Enterprise

Date: _____04/26/2022_____

_____
*Issuing officer's signature*

Charli Pappas, Deputy Clerk
*Printed name and title*

---

I declare under penalty of perjury that I have:

☐ Executed and returned this summons      ☐ Returned this summons unexecuted

Date: _____4-28-22_____

_____
*Server's signature*

Gregory Murano Dusm
*Printed name and title*