FILED - USDC -NH
2022 MAY 2 AM 10:57

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

United States of America

v.

Ian Freeman

Criminal Case No. 1:21-CR-41-JL

# WAIVER OF DEFENDANT'S APPEARANCE AT ARRAIGNMENT

I, Ian Freeman _____, hereby waive my appearance at the arraignment. I further state I have received a copy of the indictment or information and that I am entering a not guilty plea.

Date: 4/28/22

_____
Defendant

Date: 4-28-22

_____
Counsel for Defendant

WAIVER APPROVED.

Date: _____

_____
☐ United States Magistrate Judge
☐ United States District Judge

Copies to:
   U.S. Attorney, Defense Counsel, U.S. Marshal, U.S. Probation

USDCNH-1 (12-02)