# *United States District Court*

## _____DISTRICT OF NEW HAMPSHIRE_____

## United States of America

## v.

## Ian Freeman

### CASE NUMBER:  1:21-cr-00041-JL-01

### <u>WAIVER OF ANY CONFLICT REGARDING BANKS UTILIZED<br>BY JUDGE LAPLANTE</u>

This is to make it clear that a full explanation of the concern expressed by Judge LaPlante concerning his present banking activity was made to Ian Freeman.

Ian Freeman <u>does not</u> request recusal of the current sitting justice.

Counsel for Ian Freeman does not request recusal or reassignment.

Respectfully Submitted,

_____
Mark L. Sisti.
Sisti Law Offices
387 Dover Rd.,
Chichester, NH 03258
603-224-4220

**May 18, 2022**
_____
*Date*

_____
*Signature*

_____Mark L. Sisti_____
*Print Name*

_____387 Dover Road_____
*Address*

_____Chichester, NH    03258_____
*City*                    *State*            *Zip Code*

_____(603) 224-4220_____
*Phone Number*


## CERTIFICATION

     I hereby certify that a copy of this appearance was forwarded to Assistant United States Attorneys Seth R. Aframe and Georgiana L. MacDonald, electronically through EFC on May 18, 2022.

**May 18, 2022**
_____
*Date*

_____
*Signature*

Mark L. Sisti_____
*Print Name*