# *United States District Court*

## DISTRICT OF NEW HAMPSHIRE

## United States of America

## v.

## Ian Freeman

### CASE NUMBER:  1:21-cr-000041

### ASSENTED TO MOTION TO RESCHEDULE HEARING ON REMOVAL OF TRACKING DEVICE

NOW COMES Defendant, Ian Freeman, by and through counsel, and respectfully moves this Honorable Court to reschedule the Hearing on Motion For Removal of Tracking Device with regard to this matter.

As grounds for and in support of, the Defendant states as follows:

1. On May 13, 2022, the Defendant filed a Motion For The Removal of Tracking Device.

2. The Hearing on the Motion For The Removal of Tracking Device is currently scheduled on June 10, 2022 AT 2:00PM.

3. Defense counsel will be out of state tending to another legal matter at that time.

4. Defense counsel's staff has contacted Seth Aframe, Esq. of the U.S. District Attorney's office, and he assents to the granting of this motion.

WHEREFORE, Defendant respectfully requests that this Honorable Court grant this motion and reschedule the Hearing On The Motion For The Removal Of Tracking Device within ten (10) days, or when the Court's schedule permits, for the reasons stated in this motion.

**June 6, 2022**

_____          _____
*Date*                                     *Signature*

                        _____Mark L. Sisti_____
                        *Print Name*

                        _____387 Dover Road_____
                        *Address*

                        _____Chichester, NH    03258_____
                        *City*                    *State*           *Zip Code*

                        _____(603) 224-4220_____
                        *Phone Number*


### CERTIFICATION

I hereby certify that a copy of this appearance was forwarded to Seth Aframe, Esq. of the U.S. District Attorney's Office, electronically through EFC on June 6, 2022.

**June 6, 2022**

_____          _____
*Date*                                     *Signature*

                        Mark L. Sisti_____
                        *Print Name*