# *United States District Court*

## DISTRICT OF NEW HAMPSHIRE

**United States of America**

**v.**

**Ian Freeman**

**CASE NUMBER:  1:21-cr-000041**

**ASSENTED TO MOTION TO EXTEND DEADLINE TO FILE MOTIONS**

NOW COMES Defendant, Ian Freeman, by and through counsel, and respectfully moves this Honorable Court to extend the deadline to file motions with regard to this matter.

As grounds for and in support of, the Defendant states as follows:

1.  The current deadline to file motions is July 22, 2022.

2.  Both parties believe an extension to file motions should be extended to July 29, 2022.

3.  Defense counsel has contacted Georgiana MacDonald, Esq. of the U.S. District Attorney's office, and she assents to the granting of this motion.

WHEREFORE, Defendant respectfully requests that this Honorable Court grant this motion to extend the deadline to file motions to July 29, 2022.

**July 20, 2022**

_____          /s/ Mark L Sisti_____
*Date*                                                                            *Signature*

                          Mark L. Sisti_____
                                                                          *Print Name*

                          387 Dover Road_____
                                                                          *Address*

                          Chichester, NH     03258_____
                                                                          *City*                         *State*                    *Zip Code*

                          (603) 224-4220_____
                                                                          *Phone Number*


## CERTIFICATION

      I hereby certify that a copy of this appearance was forwarded to Seth Aframe, Esq. and Georgiana MacDonald, Esq of the U.S. District Attorney's Office, electronically through EFC on July 20, 2022.

**July 20, 2022**

_____          /s/ Mark L Sisti_____
*Date*                                                                            *Signature*

                          Mark L. Sisti_____
                                                                          *Print Name*