# *United States District Court*

## _____DISTRICT OF NEW HAMPSHIRE_____

### United States of America

### v.

### Ian Freeman

### CASE NUMBER:  1:21-cr-000041

### <u>NOTICE OF DEFENSE – PUBLIC AUTHORITY DEFENSE</u>

NOW COMES the Defendant, Ian Freeman, by and through counsel, and hereby places this Honorable Court and the Government on notice that he may utilize the defense of public defense.

As grounds for and in support of, The Defendant states as follows:

1. The Defendant is currently charged with, among other things, operating an unlicensed money transmitting business.

2. Attached to this <u>Notice</u> is a letter dated November 10, 2017. It is a letter drafted by the attorney for the Shire Free Church and includes testimony from Maryam Torben-Defosses of the New Hampshire Banking Department.

3. The Defendant relies upon that representation from a governmental authority

4. As such, he raises this defense and properly places this Honorable Court and the United States Government on notices.

Respectfully Submitted,

**July 29, 2022**

_____          _/s/ Mark L Sisti_____
*Date*                                                            *Signature*

 Mark L. Sisti_____
*Print Name*


_____387 Dover Road_____
*Address*


_____Chichester, NH____03258_____
*City*                              *State*                  *Zip Code*


_____(603) 224-4220_____
*Phone Number*


## CERTIFICATION

I hereby certify that a copy of this appearance was forwarded to Seth Aframe, Esq. and Georgiana MacDonald, Esq of the U.S. District Attorney's Office, electronically through EFC on July 29, 2022.

**July 29, 2022**
_____        _/s/ Mark L Sisti_____
*Date*                                                    *Signature*


Mark L. Sisti_____
*Print Name*