# *United States District Court*

_____DISTRICT OF NEW HAMPSHIRE_____

## United States of America

## v.

## Ian Freeman

### CASE NUMBER:  1:21-cr-000041

### MOTION TO JOIN MOTION TO DISMISS FILED BY ARIA DIMEZZO

NOW COMES The Defendant, Ian Freeman, by and through counsel, and hereby moves to join with Aria DiMezzo relative to the Motion To Dismiss filed by DiMezzo.

As grounds for and in support of, The Defendant states as follows:

1. Ian Freeman is a co-defendant with Aria DiMezzo on all relevant counts set forth in the Motion To Dismiss.

2. All arguments and allegations in that motion are common to Ian Freeman.

3. Any and all relief requested would be common to Ian Freeman

4. Any and all witnesses required at a hearing on that motion are common to Ian Freeman.

   WHEREFORE, The Defendant requests that he be able to join the Motion To Dismiss and requests the relief set forth therein.

Respectfully Submitted,

**July 29, 2022**

_____        _/s/ Mark L Sisti_____
*Date*                                                      *Signature*

                                                             _Mark L.Sisti_____

*Print Name*

_____387 Dover Road_____
*Address*

_____Chichester, NH     03258_____
*City                               State               Zip Code*

_____(603) 224-4220_____
*Phone Number*


## CERTIFICATION

      I hereby certify that a copy of this appearance was forwarded to Seth Aframe, Esq. and Georgiana MacDonald, Esq of the U.S. District Attorney's Office, electronically through EFC on July 29, 2022.

**July 29, 2022**
_____          _/s/ Mark L Sisti_____
*Date*                                                       *Signature*

Mark L. Sisti_____
*Print Name*