# *United States District Court*

## ____________DISTRICT OF NEW HAMPSHIRE____________

**United States of America**

**v.**

**Ian Freeman**

**CASE NUMBER: 1:21-cr-000041**

**MOTION TO JOIN DAUBERT MOTION**

NOW COMES The Defendant, Ian Freeman, by and through counsel, and hereby moves to join the Daubert Motion filed by Aria DiMezzo.

As grounds for and in support of, The Defendant states as follows:

1. The Defendant is charged with multiple federal felony counts in this court and is a co-defendant with Aria DiMezzo.
2. Aria DiMezzo has filed a Daubert Motion in this matter.
3. The facts, arguments and witnesses are common to the co-defendants.

WHEREFORE, The Defendant prays that this honorable Court will allow joinder in this matter for the above-mentioned reasoning.

Respectfully Submitted,

**July 29, 2022**
________________________________
***Date***

_/s/ Mark L Sisti__________________________
***Signature***

Mark L.Sisti___________________
***Print Name***

387 Dover Road
***Address***

Chichester, NH 03258
***City State Zip Code***

(603) 224-4220
***Phone Number***


**CERTIFICATION**

I hereby certify that a copy of this filing was forwarded to Seth Aframe, Esq. and Georgiana MacDonald, Esq of the U.S. District Attorney's Office, electronically through EFC on July 29, 2022.

**July 29, 2022**
***Date***

/s/ Mark L Sisti
***Signature***

Mark L. Sisti
***Print Name***