Case 1:21-cr-00041-JL Document 210-2 Filed 09/27/22 Page 1 of 2

9/27/22, 10:12 AM                    Feds Ruin More Innocent Lives with Felony Records as Two More Sentenced in Crypto Six Case | Free Keene

# Free Keene



# Feds Ruin More Innocent Lives with Felony Records as Two More Sentenced in Crypto Six Case

by Ian | Aug 30, 2022 | Bitcoin, Corruption, Court, Cryptocurrency, Economic Freedom, Issues, National, News, Personal Freedom, Update, Victimless Crimes | 180 comments



Jazzy, Renee, Andy, Ian @ Forkfest 2020

In the last week, Renee and Andy Spinella were sentenced for their victimless "crimes" in the Crypto Six case. This spring, the two agreed to plead guilty to a single count of "wire fraud" for saying something to a bank that was allegedly not the whole truth. As prosecutors admitted at Renee's sentencing, there were no damages to the "victims" in this case, a list of several banks and credit unions. No restitution is owed to them by either of the Spinellas or Nobody – who was sentenced last month on his plea deal – because well, the banks weren't actually defrauded.

Renee was sentenced last week to $2100 in fines and fees and three years on probation and Andy was sentenced today to $600 in fines and fees and 18 months on probation. On its own, the sentence doesn't seem too bad, until you remember that it includes a federal felony conviction that will stay with them their entire lives unless the president pardons them.

180 Banks can lie to you with no penalty, but the federal government goons' position is that if you say anything to the banks that isn't the entire truth, even with no intention to defraud, that you should have your home violently raided, then face up to 30 years in prison for every statement you made that they didn't like. Not even a federal perjury charge is as serious as "wire fraud" as perjury can only be sentenced up to five years in prison.

**EXHIBIT B**

Case 1:21-cr-00041-JL  Document 210-2  Filed 09/27/22  Page 2 of 2

9/27/22, 10:12 AM                  Feds Ruin More Innocent Lives with Felony Records as Two More Sentenced in Crypto Six Case | Free Keene

The fact that none of the "victims" were damaged in any way was of no consequence, because the prosecutors just want to get more convictions on their record so they can move up the political chain by crushing innocent lives beneath them. Now Andy and Renee can no longer carry guns and anyone who checks their records and doesn't bother to ask them about the "wire fraud" conviction might mistakenly believe the two are dishonest fraudsters, and nothing could be further from the truth.

They are two honest, good people who only took plea deals because the prosecutors were threatening them with more victimless charges and, like most people facing federal prosecution, they just wanted it to be over. I don't blame them for doing what they considered best, but now that they are sentenced, Nobody is sentenced, and Colleen's charges were dropped, it's just me and Aria left to go to trial. We think a jury with a shred of decency will find us not guilty of all the bullshit "crimes" against us. In the event of such a decision, I would be relieved, but not happy, because my friends did not deserve what happened to them – the feds used them as stepping stones to get to me. No victim, no crime.

The next step in the "Crypto Duo" trial is Thursday September 1st at 9:30am in federal court church in Concord, where the judge will hear arguments on a motion to dismiss the "money transmitter" charges.

# Now you can subscribe to Free Keene via email!

Don't miss a single post!

[Email Address]

[Sign Me Up]

✉ Subscribe ▼



Join the discussion

180    B  I  U  S  ≔  ≣  99  </>  ⚙  {}  [+]

180 COMMENTS                                    ⚡ 🔥        Oldest ▼

EXHIBIT B