# United States District Court

_____DISTRICT OF NEW HAMPSHIRE_____

## United States of America

v.

## Ian Freeman

**CASE NUMBER:  1:21-cr-00041-JL**

**WAIVER OF SPEEDY TRIAL**

NOW COMES the Defendant, Ian Freeman by and through counsel, and hereby requests this Honorable Court to accept this Waiver of Speedy Trial, regarding the above-captioned matter.

The following is stated in support of this Waiver:

1. I, Mark L. Sisti represent the Defendant in the above-captioned matter.
2. The Defendant has been made aware that an Oral Assented to Motion to Continue has been filed, requesting the continuance of the Final Pretrial Conference, Jury Selection and Trial to be continued.
3. The Final Pretrial Conference is currently scheduled on October 25, 2022, and the Jury Selection and Trial are currently scheduled for November 7, 2022, for a period of two (2) weeks.
4. Mr. Freeman waives his right to a Speedy Trial until December 6, 2022.
5. I, Mark L. Sisti, Esq., have discussed the need for this continuance with the Defendant

_____September 30, 2022_____     /s/ Mark L Sisti_____
**Date**                                                                                    **Signature**

_____Mark L. Sisti, Esq._____
**Print Name**
_____387 Dover Road_____
**Address**
_____Chichester, NH    03258_____
**City                                    State            Zip Code**
_____(603) 224-4220_____
**Phone Number**