# United States District Court

## DISTRICT OF NEW HAMPSHIRE

## United States of America

### v.

## Ian Freeman

### CASE NUMBER: 1:21-cr-000041

### DEFENDANT'S OBJECTION TO GOVERNMENT'S MOTION IN LIMINE RE: JURY NULLIFICATION

NOW COMES the Defendant, Ian Freeman, by and through counsel, and objects to the Government's Motion To Preclude Jury Nullification Argument and States as follows:

1. The Government of the United States assumes something that has not been proclaimed as a defense by the Defendant.

2. The Defendant intends to admit evidence focusing on the context of his activity and the intent he had at the time of the alleged offenses.

WHEREFORE, The Defendant objects to the Government's Motion and would request a hearing on the matter.

Respectfully Submitted,

**October 6, 2022**
_____      /s/ Mark L Sisti_____
*Date*                                                                *Signature*

                                                                 Mark L. Sisti_____
                                                                *Print Name*

                                                                         387 Dover Road_____
                                                                *Address*

          Chichester, NH    03258
*City                    State          Zip Code*

          (603) 224-4220
*Phone Number*

## CERTIFICATION

    I hereby certify that a copy of this appearance was forwarded to Seth Aframe, Esq. and Georgiana MacDonald, Esq of the U.S. District Attorney's Office, electronically through EFC on October 6, 2022.

**October 6, 2022**

                                      /s/ Mark L Sisti
*Date*                                        *Signature*

                                      Mark L. Sisti
                                      *Print Name*