Trade ID: 54105425

| DATE/TIME | USERNAME | TEXT |
|---|---|---|
| 2019-12-09 15:55:56+00:00 | loveshotz01 | Hello, we have done business before and it was great. I am looking forward to deal with you today. |
| 2019-12-09 15:58:04+00:00 | FTL_Ian | Sorry, but I don't see you on my list of clients. I'll need you to verify as follows, thank you:<br><br>Hello! You have good feedback so I will waive some of my newbie requirements, but since you are new to me, I need you to send me two photos, please:<br>1. One close up of your government ID.<br>2. One including your face and you holding a piece of paper with these words on it: "I certify that I am buying bitcoins from FTL_Ian and the Shire Free Church". Also include today's date and your signature. |
| 2019-12-09 16:49:24+00:00 | loveshotz01 | I am currently offshore and I have ask my in-law to make the deposit. Is it ok ? |
| 2019-12-09 16:50:34+00:00 | FTL_Ian | If you are having an agent deposit on your behalf, I'll need ID verification from you first, then your agent. We'll start with you, then I'll describe the photos I need from your agent. You can also just have the agent contact me directly.<br><br>I need you to send me two photos, please:<br>1. One close up of your government ID.<br>2. One including your face and you holding a piece of paper with these words on it: "I certify that I am buying bitcoins from FTL_Ian and the Shire Free Church". Also include today's date and your signature. |

Trade ID: 54109247

| DATE/TIME | USERNAME | TEXT |
|---|---|---|
| 2019-12-09 17:10:10+00:00 | loveshotz01 | Sorry. I mistakingly cancel. I openned up the trade again. |
| 2019-12-09 17:10:55+00:00 | loveshotz01 attached a file: d757d8b8-9f56-4aa4-988a-eceb28bf6247jpeg.jpg |  |
| 2019-12-09 17:10:55+00:00 | loveshotz01 | Here is my ID |
| 2019-12-09 17:12:02+00:00 | loveshotz01 attached a file: 766cdfc1-7ea0-4d6d-8438-cdb88ff194ecjpeg.jpg |  |
| 2019-12-09 17:12:02+00:00 | loveshotz01 | Here is the depositor ID |
| 2019-12-09 17:12:41+00:00 | loveshotz01 | Pls advise if the trade can be opened so that I can continue with payment immediately. |
| 2019-12-09 17:15:35+00:00 | FTL_Ian | Ok, I still need this photo of you: |

| | | |
|---|---|---|
| | | One including your face and you holding a piece of paper with these words on it: "I certify that I am buying bitcoins from FTL_Ian and the Shire Free Church". Also include today's date and your signature. |
| 2019-12-09 17:16:14+00:00 | loveshotz01 | Ok |
| 2019-12-09 17:20:58+00:00 | loveshotz01 attached a file: f8d68a14-68bb-4987-af1d-5d42102be7c3jpeg.jpg |  |
| 2019-12-09 17:21:28+00:00 | loveshotz01 | Alright. Pls advise on payment details. |
| 2019-12-09 17:27:30+00:00 | FTL_Ian | I need you to send me one photo for your agent, please:<br><br>One including your agent's face and your agent holding a piece of paper with these words written on it: "I certify that I am buying bitcoins from FTL_Ian and the Shire Free Church on behalf of ONWEAZU OKAFOR CHIEDU", today's date, and your agent's signature. |
| 2019-12-09 17:46:12+00:00 | loveshotz01 | Ok |

| 2019-12-09 17:54:13+00:00 | loveshotz01 attached a file: 4a09923f-b4f1-48c1-92f7-034792555e12jpeg.jpg |  |
|---|---|---|
| 2019-12-09 17:54:13+00:00 | loveshotz01 | Pls advise on payment ASSAP |
| 2019-12-09 17:57:52+00:00 | FTL_Ian | After sending the required receipt photo with the words written on it as described in my terms, please take a photo of your face with you holding the receipt next to it and send me that as well, thank you.<br><br>Bank Name: Bank of America<br>Account Number: 388005728122<br>Account Name: Route 101 Goods LLC<br>Account Type: Business Checking<br>Account Location: New Hampshire<br><br>Your reason for deposit, if asked: Purchase of Rare Coins / Investment |
| 2019-12-09 17:58:11+00:00 | FTL_Ian | Please have her use a unique number to deposit. Like $9000.02 |
| 2019-12-09 17:59:16+00:00 | loveshotz01 | Bro you process is too complicated. I have done everything you want. Pls if you want to trade let's trade. Ok ? |
| 2019-12-09 18:04:25+00:00 | FTL_Ian | OK, you can go ahead with $9000 even, but as my terms state, that can slow down release time. If she |

| | | has a little pocket change that would help me identify it faster. |
|---|---|---|
| 2019-12-09 18:07:12+00:00 | loveshotz01 | Ok |
| 2019-12-09 18:40:59+00:00 | loveshotz01 attached a file: 633b632b-5b1a-4ff7-849d-0faf1a548eccjpeg.jpg |  |
| 2019-12-09 18:40:59+00:00 | loveshotz01 | $9000.02 paid. Pls release bitcoin Assap. |
| 2019-12-09 18:44:46+00:00 | FTL_Ian | You must write the required words on the receipt per my terms and also have the agent take a selfie with it, as I described earlier. |
| 2019-12-09 18:46:36+00:00 | loveshotz01 | Ok |
| 2019-12-09 18:48:58+00:00 | loveshotz01 | Bro your terms is fucking complicated. I hope you don't give me this stress on our next trade. |
| 2019-12-09 18:52:39+00:00 | FTL_Ian | If you use the same agent, I won't need any more ID photos. If you change agents, I'll need new photos. I always require receipt selfie, to ensure it is the same person depositing and always have to have the words written on the receipt. This is good security and I developed it by learning the hard way. Sorry for any frustration. |
| 2019-12-09 18:53:12+00:00 | loveshotz01 | Ok |
| 2019-12-09 18:55:52+00:00 | FTL_Ian | Also, since you have marked this complete before you were 100% complete, I will need you to please restart the trade and then post the proper receipt photos there. |
| 2019-12-09 19:01:51+00:00 | loveshotz01 | What do you mean ? I already paid before I mark complete. |
| 2019-12-09 19:05:03+00:00 | loveshotz01 | My bitcoin you will release is 1.14414294. |
| 2019-12-09 19:05:38+00:00 | LocalBitcoins support | This trade is now under dispute. Within the next 24 hours LocalBitcoins' support will start investigating this trade and provide instructions in the chat if there is a need for you to provide any further evidence. Please, avoid opening support |

| | | |
|---|---|---|
| | | tickets and keep all the communication in this trade chat. |
| 2019-12-09 19:07:11+00:00 | FTL_Ian | You have not provided the required receipt selfie. Y |
| 2019-12-09 19:07:27+00:00 | loveshotz01 attached a file: 7a157ee2-7726-46d8-b560-3df16495c7e6jpeg.jpg |  |
| 2019-12-09 19:07:27+00:00 | loveshotz01 | Here is your receipt writing with words. Pls release my bitcoin now |
| 2019-12-09 19:11:07+00:00 | loveshotz01 | Are you fucking kidding me ? |
| 2019-12-09 19:11:30+00:00 | loveshotz01 | I said release my bitcoin now before I lunch a police report on your bank account. Right now |

| | | |
|---|---|---|
| 2019-12-09 19:12:17+00:00 | loveshotz01 attached a file: 54bce36d-1d14-49a0-b213-0800d3d63e17jpeg.jpg |  |
| 2019-12-09 19:12:17+00:00 | loveshotz01 | I have sent to you everything you ask. Release my bitcoin now |
| 2019-12-09 19:14:01+00:00 | FTL_Ian | Photo looks good, but you for some reason canceled the trade you restarted. Please restart the trade and I will release your coins on the new trade. You did things out of order, please make it right. Just restart and we'll be done and you'll get positive feedback, thank you. |
| 2019-12-09 19:17:20+00:00 | loveshotz01 | Bro I am not restarting any fucking trade. If you don't release my bitcoin in the next 30mins. We will see in court. |
| 2019-12-09 19:18:12+00:00 | loveshotz01 | My bitcoin to be released is 1.14414294. |
| 2019-12-09 19:20:31+00:00 | loveshotz01 | Look at the time on the receipt and the time I mark paid. I already paid before I marked paid. You full shit |
| 2019-12-09 19:21:23+00:00 | FTL_Ian | Huh? I'm saying you marked paid before you uploaded the required photos. |
| 2019-12-09 19:21:27+00:00 | loveshotz01 | I don't fucking need your positive feedback because I am giving you a dishonest feedback |
| 2019-12-09 19:22:14+00:00 | FTL_Ian | You marked paid over 20 minutes before uploading the required receipt selfie. My terms clearly state: |

| | | |
|---|---|---|
| | | Do not mark complete until you have completed uploading all required photos. If you mark the trade complete before you're done uploading the receipt photos, I reserve the right to have you restart the trade before releasing the coin to you. |
| 2019-12-09 19:22:50+00:00 | loveshotz01 | I marked paid once I uploaded the receipt and the first picture. Did you look at the time creep |
| 2019-12-09 19:23:17+00:00 | loveshotz01 | You are liar |
| 2019-12-09 19:23:38+00:00 | loveshotz01 | Hold the bitcoin. Don't release and see what happen. You will be charged for fraud. |
| 2019-12-09 19:25:03+00:00 | FTL_Ian | You did, but I require a receipt selfie, as I stated clearly when I gave you my account info. You did not upload the receipt selfie until 20+ minutes later. That hurts my account release times, and so I asked you to simply restart the trade. |
| 2019-12-09 19:26:02+00:00 | loveshotz01 | No. You will release my bitcoin amount :1.14414294. |
| 2019-12-09 19:26:20+00:00 | loveshotz01 | I am going to the police now |
| 2019-12-09 19:26:33+00:00 | FTL_Ian | You should just follow my terms and your coins will be released. It's a bad idea to call in the admins because they will likely rule against you because it's a third party trade and that's against the site rules. They may even lock out your account.<br><br>I don't care if you do third party trades, and you did almost everything right, but just did it out of order. I'm giving you a way to fix it now. Cancel this trade and restart. |

Trade ID: 54115939

| DATE/TIME | USERNAME | TEXT |
|---|---|---|
| 2019-12-09 19:28:59+00:00 | loveshotz01 | Release my bitcoin now |
| 2019-12-09 19:29:27+00:00 | loveshotz01 attached a file: d072b889-f745-4bbc-8bdd-9ebf3c1a6dcfjpeg.jpg |  |

| | | |
|---|---|---|
| 2019-12-09 19:29:37+00:00 | loveshotz01 attached a file: d77b4d87-bd19-4f6f-b01e-cfcf34af18f4jpeg.jpg |  |
| 2019-12-09 19:29:55+00:00 | loveshotz01 attached a file: ca6957be-d281-42d8-a550-6de101d2280bjpeg.jpg |  |

| 2019-12-09 19:30:13+00:00 | loveshotz01 attached a file: 3b509e3c-ee44-49e8-93af-d90e2c12b6bfjpeg.jpg |  |

| | | |
|---|---|---|
| 2019-12-09 19:30:24+00:00 | loveshotz01 attached a file: 946809e7-83e1-4460-b7c5-33c63ea1809djpeg.jpg |  |
| 2019-12-09 19:30:28+00:00 | FTL_Ian | Thank you. Now cancel the original trade and I will release the coins here. |
| 2019-12-09 19:32:00+00:00 | FTL_Ian | Thank you. That was easy, see? Releasing now, as promised. |
| 2019-12-09 19:32:34+00:00 | FTL_Ian | All set! I'm leaving you positive feedback. I would appreciate you doing the same for me, thank you. Please spread the word of the peace and freedom that Bitcoin can bring the world! Also you will not need to provide ID initially in future trades, thank you. |
| 2019-12-27 17:10:46+00:00 | loveshotz01 | Are you trading today ? |
| 2019-12-27 17:33:51+00:00 | FTL_Ian | Unfortunately the BOA account for cash is frozen. I can only accept wires at this time or cash by mail. |
| 2019-12-27 17:42:29+00:00 | loveshotz01 | How long does this process take before you release bitcoin ? |
| 2019-12-27 18:13:17+00:00 | FTL_Ian | Which one? With wire it's as soon as I receive the wire. With cash by mail, it's as soon as I receive and verify the cash. |

| 2019-12-30 13:05:07+00:00 | loveshotz01 | Good morning. I hope you are enjoying your holiday? I am still on vacation. Can you let me know if you Are you trading today? |
|---|---|---|
| 2019-12-30 14:38:44+00:00 | FTL_Ian | Hello |
| 2019-12-30 14:39:20+00:00 | FTL_Ian | I'm able to trade with wire transfer or cash by mail |
| 2019-12-30 14:39:35+00:00 | FTL_Ian | My BOA is frozen |

Trade ID: 54286916

| DATE/TIME | USERNAME | TEXT |
|-----------|----------|------|
| 2019-12-13 20:17:13+00:00 | loveshotz01 | Do you have citi bank or Wells Fargo ? |
| 2019-12-13 20:29:56+00:00 | FTL_Ian | I actually do have wells fargo. |
| 2019-12-13 20:30:33+00:00 | loveshotz01 | Ok give me details to make the cash deposit. |
| 2019-12-13 20:31:32+00:00 | FTL_Ian | Who is depositing? Mary? |
| 2019-12-13 20:32:25+00:00 | loveshotz01 | Barbara Kae Freeman |
| 2019-12-13 20:32:46+00:00 | loveshotz01 | My company accountant. |
| 2019-12-13 20:34:38+00:00 | FTL_Ian | I need you to send me two photos for your agent, please: 1. One close up of your agent's government ID. 2. One including your agent's face and your agent holding a piece of paper with these words written on it: "I certify that I am buying bitcoins from FTL_Ian and the Shire Free Church on behalf of ONWEAZU OKAFOR CHIEDU ", today's date, and your agent's signature. |
| 2019-12-13 20:36:10+00:00 | loveshotz01 | Ok hold on |
| 2019-12-13 20:53:41+00:00 | FTL_Ian | Why cancel? |
| 2019-12-13 21:02:08+00:00 | loveshotz01 | My company accountant is busy. I will ask Mary to buy from you on Monday. |
| 2019-12-13 21:14:02+00:00 | FTL_Ian | ok |

Trade ID: 54517838

| DATE/TIME | USERNAME | TEXT |
|-----------|----------|------|
| 2019-12-19 18:54:22+00:00 | loveshotz01 | How are you ? |
| 2019-12-19 18:56:21+00:00 | FTL_Ian | Well, thank you. Who is depositing today? |
| 2019-12-19 18:57:05+00:00 | loveshotz01 | Mary Hurd |
| 2019-12-19 18:57:45+00:00 | loveshotz01 | Tomorrow if you are trading. I will be buying more $8000 |
| 2019-12-19 19:02:18+00:00 | loveshotz01 | Pls provide bank details |
| 2019-12-19 19:06:19+00:00 | FTL_Ian | After sending the required receipt photo with the words written on it as described in my terms, please take a photo of your face with you holding the receipt next to it and send me that as well, thank you.<br><br>Bank Name: Bank of America<br>Account Number: 388005728122<br>Account Name: Route 101 Goods LLC<br>Account Type: Business Checking<br>Account Location: New Hampshire<br><br>Your reason for deposit, if asked: Purchase of Rare Coins |
| 2019-12-19 21:45:56+00:00 | loveshotz01 | I am paying now |
| 2019-12-19 22:47:16+00:00 | FTL_Ian | Did something go wrong? |
| 2019-12-20 08:05:34+00:00 | loveshotz01 | Yes. I saw I delayed at lot and wanted to hear from you before I make the deposit. But you are not answering my message. So I stop. We can deal this morning. |

Trade ID: 54550398

| DATE/TIME | USERNAME | TEXT |
|---|---|---|
| 2019-12-19 18:54:22+00:00 | loveshotz01 | How are you ? |
| 2019-12-20 15:23:12+00:00 | loveshotz01 | Mary is paying today. Pls advise |
| 2019-12-20 15:23:55+00:00 | FTL_Ian | After sending the required receipt photo with the words written on it as described in my terms, please take a photo of your face with you holding the receipt next to it and send me that as well, thank you.<br><br>Bank Name: Bank of America<br>Account Number: 388005728122<br>Account Name: Route 101 Goods LLC<br>Account Type: Business Checking<br>Account Location: New Hampshire<br><br>Your reason for deposit, if asked: Purchase of Rare Coins |
| 2019-12-20 15:28:07+00:00 | loveshotz01 | Mary will be depositing in 2 hours. So I will cancel this trade and open the new trade 1 hour before Mary deposit. Is ok ? |
| 2019-12-20 15:30:10+00:00 | FTL_Ian | That is fine. |

Trade ID: 54556128

| DATE/TIME | USERNAME | TEXT |
|---|---|---|
| 2019-12-20 17:07:27+00:00 | loveshotz01 | Ok here is a new trade. |
| 2019-12-20 17:08:19+00:00 | FTL_Ian | After sending the required receipt photo with the words written on it as described in my terms, please take a photo of your face with you holding the receipt next to it and send me that as well, thank you.<br><br>Bank Name: Bank of America<br>Account Number: 388005728122<br>Account Name: Route 101 Goods LLC<br>Account Type: Business Checking<br>Account Location: New Hampshire<br><br>Your reason for deposit, if asked: Purchase of Rare Coins |
| 2019-12-20 18:13:39+00:00 | loveshotz01 | The payment is done. But I want to wait to send you slip before I mark paid |
| 2019-12-20 18:21:33+00:00 | FTL_Ian | You must send photo of receipt and selfie with receipt and the receipt must have the required words on it, thank you. |

| 2019-12-20 18:49:07+00:00 | loveshotz01 attached a file: 25a8f88b-e234-4141-8f89-84bd960e3be5jpeg.jpg |  |
|---|---|---|
| 2019-12-20 18:49:07+00:00 | loveshotz01 | Please release bitcoin now |
| 2019-12-20 18:52:38+00:00 | FTL_Ian | I'm grateful for the opportunity to serve you again. Thank you. |
| 2019-12-20 18:53:32+00:00 | loveshotz01 | Ok. You welcome |
| 2020-04-12 06:59:39+00:00 | loveshotz01 | Can we trade next week ? |
| 2020-04-12 07:03:08+00:00 | FTL_Ian | Yes |
| 2020-04-12 07:57:44+00:00 | loveshotz01 | I am currently overseas and cannot fly because of the CoronaVirus locked down. I will send Barbara Freeman to make the deposit. But I would need Citi Bank or Wells fargo to make the deposit because these are the avaliable banks in my location. Please advise ! |
| 2020-04-12 17:50:00+00:00 | FTL_Ian | Sorry, but I donut have either. Right now I have BOA and CHASE |
| 2020-04-13 20:49:19+00:00 | loveshotz01 | Can you refer me to someone who have Wells Fargo ? |
| 2020-04-13 21:14:52+00:00 | FTL_Ian | Sorry, I don't have anyone at this time |

Trade ID: 59695015

| DATE/TIME | USERNAME | TEXT |
|---|---|---|
| 2020-05-01 17:27:44+00:00 | loveshotz01 | Please advise on payment. Mary is depositing today. |
| 2020-05-01 17:28:18+00:00 | FTL_Ian | After sending the required receipt photo with the words written on it as described in my terms, please take a photo of your face with you holding the receipt next to it and send me that as well, thank you.<br><br>Bank Name: Bank of America<br>Account Number: 388005819633<br>Account Name: Church of the Invisible Hand<br>Account Type: Business Checking<br>Church Location: New Hampshire<br>Reason for deposit: Church Donation |
| 2020-05-01 17:30:53+00:00 | loveshotz01 | Ok |
| 2020-05-01 19:25:29+00:00 | FTL_Ian | Hi, it's been a couple hours. Everything ok? |
| 2020-05-01 19:40:11+00:00 | loveshotz01 | I am paying. On it now |

Trade ID: 59702038

| DATE/TIME | USERNAME | TEXT |
|---|---|---|
| 2020-05-01 19:53:17+00:00 | loveshotz01 | I have to open a new trade because my money is short. |
| 2020-05-01 19:54:15+00:00 | FTL_Ian | After sending the required receipt photo with the words written on it as described in my terms, please take a photo of your face with you holding the receipt next to it and send me that as well, thank you.<br><br>Bank Name: Bank of America<br>Account Number: 388005819633<br>Account Name: Church of the Invisible Hand<br>Account Type: Business Checking<br>Church Location: New Hampshire |

| | | |
|---|---|---|
| | | Reason for deposit: Church Donation |
| 2020-05-01 20:04:33+00:00 | loveshotz01 | Ok. On it now |
| 2020-05-01 21:04:39+00:00 | FTL_Ian | You will need to restart the trade as you have marked complete without uploading the required receipt photos, thank you. |
| 2020-05-01 21:30:43+00:00 | loveshotz01 | I have paid already. Mary is taking time to send the receipt and information |
| 2020-05-01 21:31:14+00:00 | loveshotz01 | She need to get home first before she send the receipt |
| 2020-05-01 21:32:02+00:00 | FTL_Ian | Ok |
| 2020-05-01 21:32:14+00:00 | loveshotz01 attached a file: c5709d57-ae6c-446e-b51b-58ebd8d61a19jpeg.jpg |  |
| 2020-05-01 21:33:26+00:00 | FTL_Ian | You must restart the trade and post a photo of the receipt up close, thank you. |

Trade ID: 59706079

| DATE/TIME | USERNAME | TEXT |
|---|---|---|
| 2020-05-01 21:35:26+00:00 | loveshotz01 | I am restarting the trade now |
| 2020-05-01 21:40:23+00:00 | loveshotz01 attached a file: 8e6c0504-52af-4772-9a13-015a49fadf24jpeg.jpg |  |
| 2020-05-01 21:40:46+00:00 | loveshotz01 attached a file: 1b94b1e6-ef85-41d2-be2f-7041614f38e6jpeg.jpg |  |
| 2020-05-01 21:41:03+00:00 | loveshotz01 | Pls release coins now. Thank you |
| 2020-05-01 21:43:10+00:00 | FTL_Ian | Thank you again |
| 2020-05-01 21:43:48+00:00 | loveshotz01 | Alright. |
| 2020-05-04 16:06:32+00:00 | loveshotz01 | Good morning. Are you trading today ? |

| 2020-05-04 16:07:18+00:00 | FTL_Ian | yes, putting ads up now |
|---|---|---|
| 2020-05-04 16:07:33+00:00 | loveshotz01 | Alright |
| 2020-05-04 16:41:02+00:00 | loveshotz01 | Ok, Mary will be depositing into the Bank of America acc |
| 2020-05-04 16:42:54+00:00 | FTL_Ian | Alright |

Trade ID: 59810713

| DATE/TIME | USERNAME | TEXT |
|---|---|---|
| 2020-05-04 17:10:36+00:00 | loveshotz01 | Mary is paying into the same account now. |
| 2020-05-04 17:13:00+00:00 | FTL_Ian | After sending the required receipt photo with the words written on it as described in my terms, please take a photo of your face with you holding the receipt next to it and send me that as well, thank you.<br><br>Bank Name: Bank of America<br>Account Number: 388005819633<br>Account Name: Church of the Invisible Hand<br>Account Type: Business Checking<br>Church Location: New Hampshire<br>Reason for deposit: Church Donation<br>2020-05-04 17:13:17+00:00 loveshotz01:<br>Bank Name: Bank of America<br>Account Number: 388005819633<br>Account Name: Church of the Invisible Hand<br>Account Type: Business Checking<br>Church Location: New Hampshire<br>Reason for deposit: Church Donation |

Trade ID: 59852085

| DATE/TIME | USERNAME | TEXT |
|---|---|---|
| 2020-05-05 15:35:21+00:00 | loveshotz01 | Mary is paying into the Bank of America account now. |
| 2020-05-05 15:36:26+00:00 | FTL_Ian | Ok |
| 2020-05-05 15:36:32+00:00 | FTL_Ian | After sending the required receipt photo with the words written on it as described in my terms, please take a photo of your face with you holding the receipt next to it and send me that as well, thank you.<br><br>Bank Name: Bank of America<br>Account Number: 388005819633<br>Account Name: Church of the Invisible Hand<br>Account Type: Business Checking<br>Church Location: New Hampshire<br>Reason for deposit: Church Donation |
| 2020-05-05 18:24:14+00:00 | loveshotz01 attached a file: 9d3c8b64-ba43-4581-817d-80985ae61f82jpeg.jpg |  |
| 2020-05-05 18:25:56+00:00 | FTL_Ian | Why money orders? |
| 2020-05-05 18:33:20+00:00 | loveshotz01 | Sorry that not for you |
| 2020-05-05 18:33:37+00:00 | loveshotz01 | Here is the deposit receipt |
| 2020-05-05 18:36:21+00:00 | loveshotz01 attached a file: 96619ba7-0dc7-4b0e-81a0-93b62981d9d4jpeg.jpg |  |

| 2020-05-05 18:38:06+00:00 | FTL_Ian | She did not deposit cash, so that means we have to wait for tomorrow when the money orders clear. Why did she do that? |
|---|---|---|
| 2020-05-05 18:38:10+00:00 | loveshotz01 | Pls confirm payment and release coins to trade |
| 2020-05-05 18:40:43+00:00 | loveshotz01 | Bank of America only accepts money orders. All the transactions we did in the past was money order. When you take cash to Bank of America they will tell you to go get a money order to make a cash deposits. This is the new system with the banks |
| 2020-05-05 18:40:56+00:00 | loveshotz01 | The payment will be in today. |
| 2020-05-05 18:42:56+00:00 | FTL_Ian | That's not true. She did cash last time. My account is a business account and accepts cash. |
| 2020-05-05 18:43:16+00:00 | FTL_Ian | If it was money order, it will clear tomorrow morning. |
| 2020-05-05 18:43:50+00:00 | loveshotz01 | Hold on let me ask her if it was cash or money order. You can call her yourself to ask. Do you want to ? |
| 2020-05-05 18:43:52+00:00 | FTL_Ian | You will need to get in touch with me then, and then you'll need to restart the trade at that time to get the current BTC price, then I'll be able to release the coins at that time. Thank you. |
| 2020-05-05 18:49:57+00:00 | FTL_Ian | I know it was money orders - the available balance did not increase. |

| | | |
|---|---|---|
| 2020-05-05 19:04:45+00:00 | loveshotz01 attached a file: f72a3d9b-b021-42be-8232-fc67fbbfb9ffjpeg.jpg |  |
| 2020-05-05 19:16:59+00:00 | FTL_Ian | Photos look good. Now we wait. |
| 2020-05-06 13:02:49+00:00 | loveshotz01 | Good morning. I am sure you must have recieved your money this morning. Please release bitcoin immediately. Thank you |
| 2020-05-06 14:30:28+00:00 | loveshotz01 | Hello are you there ? |
| 2020-05-06 14:34:46+00:00 | FTL_Ian | Hello, I am here now. I have confirmed the money orders. Per my terms you must restart the trade so we can get the current BTC price, thank you. |

Trade ID: 59895794

| DATE/TIME | USERNAME | TEXT |
|---|---|---|
| 2020-05-06 14:36:16+00:00 | loveshotz01 | I have restart the trade |
| 2020-05-06 14:37:10+00:00 | FTL_Ian | Ok, please cancel the original trade here: https://localbitcoins.com/request/online_sell_seller/59852085<br><br>And I will release the coins based on the photos you posted there yesterday, thank you. |
| 2020-05-06 14:38:46+00:00 | loveshotz01 | I have cancelled the original trade. Pls release my bitcoin now on this trade. It's the new trade |
| 2020-05-06 14:40:58+00:00 | FTL_Ian | All set, please remember to use cash next time for the fastest service, thank you. |
| 2020-05-09 19:51:07+00:00 | loveshotz01 | Mary paid some money into your account. I have been trying to setup a trade but your advert is not available. I will send receipt and selfie here |
| 2020-05-09 19:51:55+00:00 | loveshotz01 | $425 |
| 2020-05-09 19:52:10+00:00 | loveshotz01 | Pls give me your WhatsApp number |
| 2020-05-09 19:55:55+00:00 | FTL_Ian | I don't have WhatsApp. Am driving for an hour or so - please send me a message on Telegram if you would like to direct trade at username @FTL_Ian and ask me to send you a screenshot of this conversation so you know you got the real me as there is an impostor there trying to take money from people using my name. |
| 2020-05-09 20:00:33+00:00 | loveshotz01 | I have sent message to you through telegram. Pls check |

| | | |
|---|---|---|
| 2020-05-09 20:02:12+00:00 | loveshotz01 attached a file: c2e5355d-05f3-4bd0-93c6-cebe53116567.png |  |
| 2020-05-09 20:02:20+00:00 | loveshotz01 | Is this you ? |
| 2020-05-09 20:06:55+00:00 | loveshotz01 | Please contact me through telegram here : @ loveshotz |

| | | |
|---|---|---|
| 2020-05-09<br>20:50:15+00:00 | loveshotz01 attached a<br>file: b1feedf8-b500-<br>424b-ac90-<br>6a98c6a09fdejpeg.jpg |  |
| 2020-05-09<br>22:06:21+00:00 | FTL_Ian | That is the impostor. |