FD-302 (Rev. 5-8-10)

# FEDERAL BUREAU OF INVESTIGATION



Date of entry     09/14/2022

    Mary Hurd, date of birth February 20, 1945, last four of social security number x5686, telephone number 702-426-7982, address 4332 Skimmers Court, North Las Vegas, Nevada (NV) 89084, was interviewed in person at the Federal Bureau of Investigation (FBI) Las Vegas Field Office, address 1787 West Lake Mead Boulevard, Las Vegas, NV 89106.  After being advised of the identities of the interviewing agent, Special Agent (SA) Kendall McBrearty, and Assistant United States Attorney (AUSA), Seth Aframe, and the nature of the interview, Hurd provided the following information:

NOTE: At the request of Hurd due to not having a car, SA McBrearty and AUSA Aframe arrived at Hurd's residence in a taxi in order to pick her up and bring her to the FBI Las Vegas Field Office.

    Hurd advised she signed up for Silver Singles online and met a man named Arnold.  Arnold was not a romantic interest for Hurd but instead an acquaintance.  Hurd believed Arnold had some money and wanted to invest in Bitcoin in order to pay off a debt.  He was supposedly in Singapore so Hurd believed she was doing Arnold a favor by helping him invest in Bitcoin.  She never used her own money and sent three wires from money provided to her.  She remembered the money she used was originally transferred into her bank account.  Hurd said she took an Uber to the bank to make the deposits.  Hurd did not expect to get any money out of these transactions and was just doing a friend a favor.

    Hurd had never heard of LocalBitcoins and did not know what it was. Hurd was shown a LocalBitcoins chat (see attached) between "FTL_Ian" and "loveshotz01" where she was discussed and photographs of her and wire transfer receipts were exchanged.  Hurd did not remember sending the picture of her license but advised the only person she was talking to regarding the transfers was Arnold.  She said the pictures were her.  Hurd advised she did not know the individual in the Nigerian passport photograph and did now know anyone by the name of Onweazu Okafor Chiedu.  She advised Chiedu was not her in-law.

    Hurd advised she did not know who Ian Freeman was and had never received

| | | |
|---|---|---|
| Investigation on | 09/13/2022 at | Las Vegas, Nevada, United States (In Person) |
| File # | 272L-BS-2234931 | Date drafted  09/14/2022 |
| by | MCBREARTY KENDALL | |

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

a call from him or anyone until the FBI regarding the three wire transfers she made. Hurd had even put it out of her mind that she had sent the wires.

Hurd moved to Las Vegas, NV in 2003 with her late husband, Norm. They were married for 31 years and Norm passed away approximately 9 years ago resulting from two brain tumors. She had three children, but one passed away approximately 4 years ago at the age of 51 due to a drug overdose. Hurd lived with her son and his girlfriend and her daughter lived in Tampa, Florida. She had three grandchildren. Hurd's children were from her first marriage. She was first married in 1965 and divorced 12 years later. Norm was her second husband and he had four children of his own. Hurd advised she lost her home when Norm passed because the type of mortgage they had required both individuals be at least 62 years old and she was 6 weeks away from being 62.

Prior to moving to Las Vegas after Norm retired, Hurd owned a tailoring business for 15 years in Michigan. She had 15 employees and approximately 1500 clients. Norm owned his own scrap metal companies and also a company that cleaned oil spills.

Hurd has had four back surgeries and had a long term knee injury from an accident in 1994 where she was rear ended by a semi-truck. Hurd takes morphine for her knee pain and has for approximately 9 years. Hurd took morphine for pain prior to the interview and advised the medicine does not affect her memory or cognitive ability. In 2013, while walking a couple of months after Norm passed, she was hit by a car a block from her house and was thrown 18 feet into the air. Hurd advised sitting for long periods of time "is awful" and she walked with a limp. The last time she flew was approximately 19 years ago when her grandson was two years old and he is almost 21 now. Hurd advised she could not sit for a five hour flight.