UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.  )<br>)<br>IAN FREEMAN )<br>) | Criminal Case No. 1:21-CR-00041-JL |

## MOTION TO WITHDRAW MOTION FOR RULE 15(A) DEPOSITON OF MARY HURD

The government respectfully requests that its Motion for Rule 15(a) Deposition of Mary Hurd (ECF Doc. No. 218) be withdrawn.

Respectfully submitted,

JANE E. YOUNG
United States Attorney

Dated: October 31, 2022      By:   /s/ Seth R. Aframe
Seth R. Aframe
Assistant U.S. Attorney
53 Pleasant Street, 4th Floor
Concord, NH 03301
Seth.Aframe@usdoj.gov