**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | No. 1:21-cr-00041-JL |
| ) | |
| **IAN FREEMAN,** ) | |
| ) | |
| **Defendant** ) | |
| ) | |

**UNITED STATES' PROPOSED WITNESS LIST FOR EVIDENTIARY HEARING SCHEDULED FOR NOVEMBER 15, 2022**

The United States of America, by Jane E. Young, United States Attorney for the District of New Hampshire, hereby offers the following list of potential witnesses that may be called at the evidentiary hearing scheduled for November 15, 2022:

- Erin Montgomery, Supervisory Intelligence Analyst, FBI

The government reserves the right to seek leave to amend its witness list as necessary.

Respectfully submitted,

JANE E. YOUNG
United States Attorney

Dated: November 2, 2022  /s/ Georgiana L. MacDonald
Georgiana L. MacDonald
Assistant U.S. Attorney