UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 1:21-cr-00041-JL |
| ) | |
| IAN FREEMAN, ET AL ) | |
| ) | |

## **GOVERNMENT'S PROPOSED VOIR DIRE QUESTIONS**

1. Have you heard, seen, or read anything from any source about this case or the "Crypto Six"?

2. Do you listen to Free Talk Live or the Ridley Report?

3. Do you read "Free Keene"? Have you read any internet postings, listened to any radio broadcasts, or watched any videos prepared of or by Ian Freeman?

4. Are you or do you know anyone who is a member of the "free state project" or "shire society"?

5. The defendant is charged in this case with, among other things, operating a money transmitting business without a federal license. Do you have any views about the role of the federal government compared to state governments that might affect your ability to be fair and impartial in this case?

6. Do you have any strong feelings pro or con about the government requiring that people engaging in certain activities maintain licenses?

7. Do you have any strong feelings or opinions about the use of cryptocurrency?

8. Have you ever purchased, sold, or owned any cryptocurrency, such as Bitcoin?

9.   Do you read, subscribe to, listen to podcasts, or follow on social media any specialized technology or cryptocurrency media, such as WIRED Magazine, CoinDesk, Cointelegraph, or podcasts relating to cryptocurrency?

10.   Do you have any strong feelings or opinions about whether cryptocurrency should or should not be regulated by the federal government, or by any other jurisdiction?

11.   Do you have any strong feelings or opinions about whether the government should or should not pass laws relating to financial regulation or consumer protection?

12.   Do you have any strong feelings or opinions about the IRS that would make it difficult for you to be a fair juror in this case?

13.   Do you have any strong feelings or opinions about the FBI that would make it difficult for you to be a fair juror in this case?

14.   Do you or any of your relatives or close friends believe that people should not be required to pay income taxes?

15.   Do you know any of the people on the government's or defendant's witness lists? Do you know any of the following people: Bonnie Kruse, Mark Edgington, Laura Edgington, Patricia Edgington, Nobody f/k/a Richard Paul, Andrew Spinella, Michael Gordon, Aria DiMezzo, Matthew Roach, Darryl Perry, Robert Call, Johnathan Dunker, or Will Coley.

        Respectfully submitted,
        JANE E. YOUNG
        United States Attorney

Dated: November 23, 2022

        /s/ Georgiana L. MacDonald
        Assistant U.S. Attorney
        MA Bar # 685375

53 Pleasant Street, 4th Floor  
Concord, New Hampshire 03301  
603-225-1552  
georgiana.macdonald@usdoj.gov

/s/ John J. Kennedy  
Assistant U.S. Attorney  
NH Bar # 19557  
53 Pleasant Street, 4th Floor  
Concord, New Hampshire 03301  
603-225-1552  
john.kennedy2@usdoj.gov

/s/ Seth R. Aframe  
Assistant U.S. Attorney  
53 Pleasant Street, 4th Floor  
Concord, New Hampshire 03301  
603-225-1552