# United States District Court
## DISTRICT OF NEW HAMPSHIRE

## United States of America

### v.

## Ian Freeman

### CASE NUMBER:  1:21-cr-000041

### MOTION TO EXCLUDE EVIDENCE OF BANK FRAUD/WIRE FRAUD EVIDENCE AT TRIAL

NOW COMES the Defendant, Ian Freeman, by and through counsel, and respectfully moves that this Honorable Court preclude the introduction of Bank/Wire Fraud evidence at trial.

As grounds for and in support of, the Defendant states as follows:

1. The Defendant is awaiting trial scheduled to begin on December 6, 2022.

2. Within the past two weeks, the government of the United States of America has abandoned its intent to go forward with the wire and bank fraud allegations set forth in the superseding indictment.

3. Based on the recent prosecutorial decision, all evidence related to said allegations should be barred.

4. Introduction of evidence of uncharged crimes is obviously prejudicial and irrelevant.

5. Introduction of the type of evidence that was the underpinning of the bank/wire fraud allegations may confuse the jury with regards to the central issues of the case concerning money transmission service and money laundering.

6. Ian Freeman operated in an open and notorious fashion. Any bank could find him and report communicate with him and report him to <u>any</u> law enforcement authority with absolute ease.

7. The uncharged criminal act evidence is exactly what Federal Rules of Evidence Rule 404(B) was designed to preclude in a case such as this.

8. The introduction of the evidence is designed to attack the character of Mr. Freeman, not to advance the support of the essential elements of the charges that still exist.

WHEREFORE, The Defendant prays that such evidence be barred from introduction based on this motion, the 5th, 6th, and 14th amendments of the federal Unites States Constitution and any other reason that this court may determine upon hearing.

Respectfully Submitted,

**November 28, 2022**
*Date*

/s/ Mark L Sisti
*Signature*

Mark L. Sisti
*Print Name*

387 Dover Road
*Address*

Chichester, NH   03258
*City                State          Zip Code*

(603) 224-4220
*Phone Number*

## CERTIFICATION

      I hereby certify that a copy of this appearance was forwarded to Seth Aframe, Esq. and Georgiana MacDonald, Esq of the U.S. District Attorney's Office, electronically through EFC on November 28, 2022.

**November 28, 2022**

| | |
|---|---|
| _____ | _/s/ Mark L Sisti_____ |
| *Date* | *Signature* |
| | Mark L. Sisti_____ |
| | *Print Name* |