UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Docket no. 1:21-cr-00041-JL |
| ) | |
| IAN FREEMAN ) | |
| ) | |

UNITED STATES' MOTION FOR
TESTIMONIAL IMMUNITY FOR RENEE SPINELLA

Pursuant to 18 U.S.C. § 6003, the United States Attorney for the District of New Hampshire requests that the Court order Renee Spinella to testify in the criminal trial of Ian Freeman to obviate any attempt she may make to assert a privilege against self-incrimination as an impediment to her testimony. As required by 18 U.S.C. § 6003(b), an Assistant Attorney General for the United States has determined that Spinella's testimony may be necessary to the public interest; and Spinella is likely to refuse to testify on the basis of her privilege against self-incrimination.

                                                                   Respectfully submitted,

Dated: November 29, 2022                                       JANE E. YOUNG
                                                                                  United States Attorney

                                                                                  By: /s/ Seth R. Aframe
                                                                                  Seth R. Aframe
                                                                                  Assistant United States Attorney
                                                                                  53 Pleasant Street, 4th Floor
                                                                                  Concord, NH 03301
                                                                                  Seth.aframe@usdoj.gov