**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **Criminal Case No. 21-CR-00041-JL** |
| **v.** | ) | |
| | ) | |
| **IAN FREEMAN,** | ) | |
| **Defendant** | ) | |
| | ) | |
| _____ | ) | |

## GOVERNMENT'S PROPOSED WITNESS LIST

The United States of America offers the following list of potential witnesses who may be

called to testify at trial which begins on December 6, 2022.

Rebecca Ault
Bowling Green, Kentucky

Patrick Brown
Spicewood, Texas

Darlene Cacace
Federal Bureau of Investigation

Hope Cherry
Agricultural Federal Credit Union

Karla Cino
Dumont, New Jersey

Ali Comolli
Formerly, Federal Bureau of Investigation

Connie Creach
Yakima, Washington

Kate Eyerman
Paxos/ItBit

Derek Feather

1

Manchester Police Department

Colleen Fordham
Alstead, New Hampshire

Heather Geraci-Cole
Service Credit Union

Lecily Bailey Jackson
Cordova, Tennessee

Shirley Jimeno
Wimauma, Florida

Harold Jones
Liberty, Missouri

Yu Kajita
Federal Bureau of Investigation

Kendall McBrearty
Federal Bureau of Investigation

Kevin McCusker
Federal Bureau of Investigation

Erin Montgomery
Federal Bureau of Investigation

Nick Nathans
Formerly, Federal Bureau of Investigation

Melanie Neighbours
Manchester, New Hampshire

Scott O'Donnell
Federal Bureau of Investigation

Pavel Prilotsky
Internal Revenue Service-Criminal Investigation Division

Colleen Ranahan
Internal Revenue Service-Criminal Investigation Division

2

Christopher Reitmann
Alstead, New Hampshire

James Rossell
Rockwood, Tennessee

Renee Spinella
Nashua, New Hampshire

Bruce Sweet
United States Postal Inspection Service

Katie Thibault
Federal Bureau of Investigation

Nancy Triestram
Elkhart, Indiana

Theodore Valahakis
Financial Crimes Enforcement Network

Danella Varel
Punta Gorda, Florida

Rebecca Viar
Clinton, Tennessee

Dustin Wong
Federal Bureau of Investigation

Date: November 30, 2022

Respectfully submitted,

JANE E. YOUNG
UNITED STATES ATTORNEY

/s/ Georgiana L. MacDonald
Georgiana L. MacDonald
Assistant United States Attorney
Massachusetts Bar # 685375
53 Pleasant Street
Concord, New Hampshire 03301
(603) 225-1552

/s/ Seth R. Aframe
Seth R. Aframe
Assistant United States Attorney
Massachusetts Bar # 643288
United States Attorney's Office
53 Pleasant Street
Concord, New Hampshire 03301
(603) 225-1552

/s/ John J. Kennedy
John J. Kennedy
Assistant United States Attorney
NH Bar #19557
53 Pleasant Street, 4th Floor
Concord, New Hampshire 03301
(603) 225-1552
john.kennedy2@usdoj.gov
(603) 225-1552