

**U.S. Department of Justice**

Criminal Division

---

*Office of the Assistant Attorney General*                    *Washington, D.C.  20530*

Sep 16, 2022

The Honorable Jane E. Young
United States Attorney
District of New Hampshire
53 Pleasant Street
Concord, NH 03301


**Attention:**       Seth R. Aframe
                     District of New Hampshire


**Re:**              Witness Immunity Authorization
                     Renee Spinella
                     United States v. Freeman, 21-cr-41-JL (D.N.H.)


Dear Ms. Young:

Pursuant to the authority vested in me by 18 U.S.C. § 6003(b) and 28 C.F.R. § 0.175(a), I hereby approve your request for authority to apply to the United States District Court for the District of New Hampshire for an order, pursuant to 18 U.S.C. §§ 6002-6003, requiring Renee Spinella to give testimony or provide other information in the above matter and in any further proceedings resulting therefrom or ancillary thereto, provided that the witness refuses to testify or provide information on the basis of the privilege against self-incrimination.

Sincerely,

Jennifer A.H. Hodge
Deputy Assistant Attorney General