## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | No. 1:21-cr-0041-JL |
| ) | |
| IAN FREEMAN ) | |
| ) | |

## UNITED STATES' FIRST AMENDED WITNESS LIST

The United States of America offers the following additional witness who may be called to testify at trial:

Thomas Connolly
Assistant New Hampshire Secretary of State

The United States reserves the right to amend its Witness List and to call any witnesses listed on defendant's witness list.

Respectfully submitted,

JANE E. YOUNG
United States Attorney

Dated: December 13, 2022      By:  /s/ Georgiana L. MacDonald
Georgiana L. MacDonald
Assistant U.S. Attorney
53 Pleasant Street, 4th Floor
Concord, New Hampshire 03301
(603) 225-1552