U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE
DEC 21 2022
FILED

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

UNITED STATES OF AMERICA )
)
V. )
) Court No. 1:21-cr-00041-JL
IAN FREEMAN, )
Defendant )

# GOVERNMENT'S 4th EXHIBIT LIST

| EXH # | ID | EXH DESCRIPTION |
|---|---|---|
| **100 Series** | | |
| 101 | | Shire Free Church ItBit Account Application |
| 102 | | Email: Freeman and ItBit Support 11-4-2016 |
| 103 | | ItBit Modification of Limits for Withdrawals |
| 104 | | Crypto Church ItBit Account Application |
| 105 | | Email: Crypto Church and ItBit 3-27-18 |
| **200 Series** | | |
| 201 | | FinCEN MSB Registration Inquiry Email with Attachment 07.13.2018 |
| 202 | | FinCEN – Certification of Non-Registration of Money Services Business for Ian Freeman, Shire Free Church, Shire Bitcoin d/b/a Shire Bitcoin Vending, Shire Cryptocoin, Shire BTC, Free Talk Live FTL Freetalklive.com, Church of the Invisible Hand, Reformed Satanic Church d/b/a Reformed Satanic Church of Keene, NH Peach Church, Crypto Church of NH, Aria DiMezzo a/k/a James Baker, Colleen Fordham, Renee Spinella a/k/a Renee LeBlanc, Nobody a/k/a Richard Paul, Andrew Spinella, Shire Free Church Manchester, Shire Free Church Monadnock, 3-11-2021 |
| **300 Series** | | |
| 301 | | Bitcoin ATM Photo |
| 302 | | Bitcoin ATM Rules |
| 303 | | Ian Freeman Email Regarding Keencrypto@gmail.com 12-30-2018 |
| 304 | | 73-75 Leverett Street Photo |
| 305 | ID | Video (full) – Freeman Porch Interview 07.21.2021 |
| 305A | | Video (clip) – Freeman Porch Interview 07.21.2021 |
| 306 | | 73 Leverett Street Desk Photo 1 |
| 307 | | 73 Leverett Street Desk Photo 2 |
| 308 | | 73 Leverett Street Desk Metal File Organizer Photo |
| 309 | | 73 Leverett Street Desk Crypto Church Folder Contents Photo |
| 310 | ID | 73 Leverett Street Safe Photo |
| 311 | | Photo_firearms in bedroom |

| 312 | | Photo_firearms in bedroom |
|---|---|---|
| **400 Series** | | |
| 401 | | 73 Leverett Street File Cabinet Area Photo |
| 402 | | 73 Leverett Street File Cabinet Photo |
| 403 | | 73 Leverett Street Crypto Folder Photo |
| **500 Series** | | |
| 501 | | Video - Route 101 Goods Cryptocurrency ATM Purchase |
| 502 | ID | Route 101 Goods Cryptocurrency ATM Purchase Screen Shot |
| 503 | | Rietmann Agreement to Assist Shire Bitcoin's Outreach Operations with Banking Support |
| 504 | | Route 101 Goods - Bank of America Acct Statements - 8122 (December 2019) |
| 505 | | Termination of Shire Bitcoin Banking Assistant Agreement 02.11.2020 |
| 506 | | Route 101 Goods $20,000 Check to Crypto Church |
| 507 | | Crypto Church Dissolution Statement |
| **600 Series** | | |
| 601 | | Localbitcoins.com 9-11-2019 Chat with FTL_Ian |
| 602 | | Localbitcoins.com 9-11-2019 TD Bank Deposit Slip |
| 603 | | Localbitcoins.com 11-13-2019 Chat with FTL_Ian |
| 604 | | Localbitcoins.com 11-13-2019 Deposit Slip |
| 605 | | Video - UC Telegram Chat |
| 606 | | Audio - Telegram Voice Memo Regarding Cash by Mail 4-24-2020 |
| 607 | | Thirsty Owl Photo 6-19-2020 |
| 608 | | Bitcoin ATM Receipts 6-19-2020 |
| 609 | ID | Audio (full) - UC Recording of 6-20-2020 Meeting |
| 609A | | Audio (clip) - UC Recording of 6-20-2020 Meeting |
| 609B | | Audio (clip) Transcript - UC Recording of 6-20-20 Meeting |
| 610 | ID | Video (full) – UC Recording of 8-25-2020 |
| 610A | | Video (clip) – UC Recording of 08-25-2020 Meeting |
| 611 | | Bitcoin ATM Receipts 08-25-2020 $19,900 |
| 612 | | Chat – only suckers pay tax |
| 613 | | Chat – threatening letter to all CVM operators |
| **700 Series** | | |
| 701 | | Fordham Shire Free Church Banking Assistant Agreement 10-3-2018 |
| 702 | | TD Bank Statements for Acct Ending 2980 (November, December 2018) |
| 703 | ID | Service Credit Union Email to Fordham 11-9-18 3:33 p.m. |
| 704 | ID | Freeman Email to Fordham 11-9-18 4:31 p.m. |
| 705 | | Fordham Email to SCU 11-9-2018 4:49 p.m. |
| 706 | | Fordham Email to Freeman 11-13-18 |
| 707 | | Freeman Email to TD Bank 10-2-19 |
| **800 Series** | | |
| 801 | | Renee Agreement to End Relationship Between Renee and Freeman 8-4-17 |
| 802 | | Renee Shire Bitcoin Assistant Contractor Position 6-28-17 |

| | | |
|---|---|---|
| 803 | | Renee Bitcoin ATM Courier Agreement 1-1-2020 |
| 804 | | 07.12.2017 Telegram - Dealing with Banks is Part of the Job |
| 805 | | 07.14.2017 Telegram – I Expect to Hear from You |
| 806 | | 07.17.2017 Telegram – Your Assignment |
| 807 | | 07.17.2017 Telegram – Day Trading |
| 808 | | 07.19.2017 Telegram – I Never Spend to my Income |
| 809 | | 08.23.2017 Telegram – Church is Operating ATMs |
| 810 | | 08.28.2017 Telegram – Do Like Chris at Rt 101 is Doing |
| 811 | | 10.02.2017 Telegram – I'll Telegram You Answers |
| 812 | | 10.06.2017 Telegram – Two More Signers For Crypto Church |
| 813 | | 10.10.2017 Telegram - I Am Your Supervisor |
| 814 | | 10.10.2017 Wells Fargo MSB Letter |
| 815 | | 10.11.2017 Telegram – The Financial Dominatrix Story is Much Better |
| 816 | | 10.12.2017 Email From Renee Kate to Wells Fargo |
| 817 | | 10.13.2017 Telegram – I Fully Expect the Account to be Closed |
| 818 | | 10.16.2017 Telegram – When We Run out of Bank Accounts |
| 819 | | 10.18.2017 Telegram – How Many Brendas say "Bro?" |
| 820 | | 12.26.2017 Telegram – Call Citibank With Me on the Line |
| 821 | | 01.08.2018 Telegram – Open an Account for Crypto Church |
| 822 | | 01.09.2018 Telegram – Signed Authorization from Chris |
| 823 | | 01.11.2018 Telegram – A Minister Was the Good Answer |
| 824 | | 01.31.2018 Telegram – Cook Up a Story |
| 825 | | 02.26.2018 Telegram – Know Your Customer |
| 826 | | 04.03.2018 Signal – Wondering if This Was You |
| 827 | | 04.03.2018 Signal – Crypto Church = moi |
| 828 | ID | 04.04.2018 Signal – The Opinion I Had Seth Write Up |
| 828A | ID | 10.10.2017 Letter from Seth Hipple to ItBit |
| 829 | | 04.05.2018 Signal – You Should Have Some Official Church Letterhead |
| 830 | | 04.05.2018 Signal – Make Up Some Letterhead for Your Church |
| 831 | | 04.09.2018 Signal – Do That Today Puhleeze |
| 832 | | 04.09.2018 Signal – Is There Something Specific I Should be Looking At? |
| 833 | | 04.18.2018 Signal – Put a Feminine Touch on the Letterhead |
| 834 | | 04.22.2018 Signal – Do the Crypto Church Letterhead |
| 834A | | 04.22.2018 Signal – Voice Memo Re: Letterhead |
| 835 | | 04.30.2018 Signal – Is Donations a Correct Answer |
| 836 | | 04.30.2018 Signal – So it Looks Like a Woman's Letterhead |
| 837 | | 05.15.2018 Signal – Just Checked Your Email - You're Still ok. |
| 838 | | 05.16.2018 Signal –Like to Make As Much Money As Possible |
| 839 | | 05.17.2018 Signal – Permission from Chris to Burn His TD |
| 840 | | 05.18.2018 Signal – Bank Account for the Church |
| 841 | | 05.18.2018 Signal – Adding a DBA is Super Easy |

| | | |
|---|---|---|
| 842 | | 05.22.2018 Signal – You Can Spend from the Church Account |
| 843 | | Bank Statement Crypto Church |
| 844 | | 05.25.2018 Signal – Just Got a Certified Letter |
| 845 | | 07.17.2018 Signal – In your Opinion or Like Legally |
| 845A | | 07.17.2018 Signal Voice Memo – Ha Ha Ha |
| 845B | | 07.17.2018 Signal Voice Memo – FinCEN Letter Hit My Box |
| 845C | | 07.17.2018 Signal Voice Memo – Voice Memos Regarding FinCEN Letter (combined) |
| 846 | | 09.25.2020 Telegram – We Had a Whale Come In |
| 847 | | 09.30.2020 Telegram – I Just Logged Into Your Old Localbitcoins.com Bitcoin Bombshell Account |
| 848 | | 10.09.2020 Telegram – Gonna Put Up an Ad on Your LBC |
| 849 | | 10.15.2020 Telegram – My Husband Had an Account with Kraken |
| 850 | | 10.16.2020 Telegram – I Wasn't As Careful As I Should Have Been |
| 851 | | 10.16.2020 Telegram – You Really Must Want Me Gone |
| 852 | | 11.23.2020 Telegram – Nigerian Prince |
| 853 | | Audio – Nigerian Prince |
| 854 | | 11.24.2020 Telegram – The LBC Buyer Turned Out to be a Scam Victim |
| 855 | | 12.21.2020 Telegram – $100k Coming Into Your Account From Karla |
| 855A | | 12.21.2020 Karla Cino $104k Wire Receipt to R Spinella |
| 856 | | 12.23.2020 Telegram – I Forget How Three Way Calls Work |
| 857 | | 01.08.2021 Telegram – Maybe We Need to Get You A Church |
| 858 | | 12.18.2019 Group Telegram – Had A Couple Whales at the CVM Today |
| 858A | | 12.19.2019 Video – Renee Spinella Deposit at Service Credit Union |
| 859 | | 03.01.2020 Group Telegram – Big Spender in Tonight |
| 860 | | 03.19.2020 Group Telegram – Stacks of Cash |
| 861 | | 08.03.2020 Group Telegram – How is that Laundering? |
| 861A | | Audio – 08.03.2020 Group Telegram |
| 862 | | 01.19.2021 Group Telegram – Whale is Back at Murphy's |
| 863 | | 02.05.2021 Group Telegram – Major Whale On Site |
| 864 | | 02.07.2021 Group Telegram – Sticker Over the Fingerprint Scanner |
| 865 | | 03.01.2021 Group Telegram – Reautomate the Repurchasing of the Cryptos |
| **900 Series** | | |
| 901 | | Chat 02.27.2018 – I Don't Have Tax Returns |
| 902 | | 03.02.2018 Letter From Melanie's Bookkeeping and Taxes |
| 903 | | Email 06.19.2020 Freeman to Neighbours International Bank Needs a Reference |
| 904 | | 06.22.2020 Letter From Neighbours Tax Planning and Preparation |
| 905 | | Chat DiMezzo & Freeman Regarding Church Assets |
| 906 | | 04.17.2020 Letter From Neighbours Regarding Reformed Satanic Church Assets |
| 907 | | Chat 12.06.2019 – Not a Logo I Enjoy Seeing in My Mailbox |
| 908 | | Photo - Neighbors Telegram with DiMezzo 04-17-20 Part 1 |
| 908A | | Photo - Neighbors Telegram with Dimezzo 04-17-20 Part 2 |

12.9

12.12

| | | |
|---|---|---|
| 908B | | Photo - Neighbors Telegram with Dimezzo 04-17-20 Part 3 |
| **1000 Series** | | |
| 1001 | | AgFed Bank Statement – December 2019 |
| 1002 | | AgFed - Judith Moore Deposits |
| 1003 | | AgFed - Martha McManus Deposit |
| 1004 | | AgFed – Nancy Triestram Deposit |
| 1005 | | 12.12.2019 Letter from Freeman to AgFed |
| 1006 | | Email 01.03.2020– AgFed to Freeman |
| **1100 Series** | | |
| 1101 | | Physical Exhibit – Package From Judith Moore |
| 1102 | | Photo of contents from Judith Moore package |
| **1200 Series** | | |
| 1201 | | LocalBitcoins.com Commissions and Terms of Trade Chart |
| 1202 | | LocalBitcoins.com Customer Data – Ian B. Freeman |
| 1203 | | LocalBitcoins.com Customer Data – Renee Spinella |
| 1204 | | LocalBitcoins.com Customer Data – James Brodie Baker |
| 1205 | | LBC Chat_ESchwartz891 – 12.09.19 |
| 1205A | | LBC Chat_ESchwartz891 – 12.13.19 |
| 1206 | | LBC Chat_Loveshotz01 – 12.09.19-05.06.20 |
| 1206A | ID | DN219 Freeman Objection to Motion for Rule 15(a) Deposition of Mary Hurd [REDACTED] |
| 1207 | | LBC Chat_Warnerc987 – 12.09.19 |
| 1208 | | LBC Chat_RodnScarlett – 12.16.19 |
| 1209 | | LBC Chat_Artnkate – 12.20.19 |
| 1210 | | LBC Chat_HappyDay009 – 12.24.19 |
| 1211 | | LBC Chat_Ray4Trade – 01.02.20 |
| 1212 | | LBC Chat_JoanB1965 – 01.21.20 |
| 1213 | | LBC Chat_Deedavice1969 – 02.26.20 |
| 1214 | | LBC Chat_Latasha1 – 03.06.20 |
| 1215 | | LBC Chat_ jrossell1313 – 03.16.20 |
| 1215A | | LBC Chat_jrossell1313 – 03.16.20 |
| 1215B | | LBC Chat_jrossell1313 – 03.17.20 |
| 1215C | | LBC Chat_jrossell1313 – 05.07.20 |
| 1215D | | LBC Chat_jrossell1313 – 05.07.20 |
| 1215E | | LBC Chat_jrossell1313 – 05.15.20 |
| 1215F | | LBC Chat_jrossell1313 – 05.15.20 |
| 1216 | | LBC Chat_ARNAIZ – 03.18.20 |
| 1217 | | LBC Chat_Gannon0102 – 03.18.20 |
| 1218 | | LBC Chat_Shechav27 – 03.23.20 |
| 1219 | | LBC Chat_Princesonne – 03.31.20 |
| 1220 | | LBC Chat_Kevinmoore51 – 04.09.20 |
| 1220A | | LBC Chat_Kevinmoore51 – 04.21.20 |

| | | |
|---|---|---|
| 1221 | | LBC Chat_Greg_wayne – 04.22.20 |
| 1221A | | LBC Chat_Greg_wayne – 05.05.20 |
| 1222 | | LBC Chat_UGOWIECHERS – 04.24.20 |
| 1223 | ID | LBC Chat_Jessec85 – 05.07.20 Withdrawn on record 12/7/22 |
| 1224 | | LBC Chat_Sweetcutebarbie – 04.30.20 |
| 1225 | | LBC Chat_patrickbrown007 – 11.02.20 |
| 1225A | | LBC Chat_patrickbrown007 – 11.02.20 |
| 1225B | | LBC Chat_patrickbrown007 – 11.02.20 |
| 1225C | | LBC Chat_patrickbrown007 – 11.02.20 |
| 1226 | | LBC Chat_Joskayspace – 11.22.20 |
| 1227 | ID | LBC Chat_Geebenz01 – 11.23.20 Withdrawn on record 12/7/22 |
| 1228 | | LBC FTL_Ian User Log |
| 1229 | | LBC Bitcoinbombshell Use Log |
| 1230 | ID | LBC Yoshino0754 Chat |
| **1300 Series** | | |
| 1301 | ID | Physical Exhibit – Thumb Drive Freeman Laptop |
| 1302 | | Photo Freeman Computer 1 |
| 1303 | | Photo Freeman Computer 2 |
| 1304 | | Photo Freeman Computer 3 |
| 1305 | | Freeman Computer – File Path "home_files_only" |
| **1400 Series** | | |
| 1401 | ID | Physical Exhibit _ Hard Drive Containing 1B15, 1B16, 1B61 |
| 1402 | | 1B15 Preliminary Device Report |
| 1403 | | 1B16 Preliminary Device Report |
| 1404 | | 1B61 Preliminary Device Report |
| **1500 Series** | | |
| 1501 | | Freeman Computer – File Path "home_files_only - **Documents**" |
| 1502 | | Freeman Computer – File Path "home_files_only – Documents - **Church**" |
| 1503 | | Freeman Computer – File Path "home_files_only – Documents - Church - **Research**" |
| 1504 | | IRS Definitions of Church.pdf |
| 1505 | | Freeman Computer – File Path "home_files_only – Documents - Church - **Crypto Church**" |
| 1506 | | Freeman Computer – File Path "home_files_only Documents – Church - Crypto Church - **itBit**" |
| 1507 | | Freeman Computer – Crypto Church ItBit Account Application (Fillable) |
| 1508 | | Freeman Computer – Crypto Church Reformation |
| 1509 | | Freeman Computer – Crypto Church Letterhead |
| 1510 | | Freeman Computer – Crypto Church Certificate of Good Standing |
| 1511 | | Freeman Computer – File Path "home_files_only – Documents – **COTIH**" |
| 1512 | | Freeman Computer – COTIH Certificate of Registered Trade Name |
| 1513 | | Freeman Computer – COTIH Letterhead |

| | | |
|---|---|---|
| 1514 | | Freeman Computer – File Path “home_files_only – Documents – Church **-NH Peace Church**” |
| 1515 | | Freeman Computer – NH Peach Church Certificate of Good Standing |
| 1516 | | Freeman Computer – NH Peace Church Trade Name Registration |
| 1517 | | Freeman Computer – File Path “home_files_only – Documents – **Legal ID**” |
| 1518 | | Freeman Computer – Legal ID, Renee Spinella |
| 1519 | | Freeman Computer – Legal ID, Nobody |
| 1520 | | Freeman Computer – File Path “File Path “home_files_only – Documents – **Shire Crypto**” |
| 1521 | | Freeman Computer – File Path “File Path “home_files_only – Documents – Shire Crypto - **Agreements**” |
| 1522 | | Freeman Computer –“File Path “home_files_only – Documents – Shire Crypto - **Banks**” |
| 1523 | | Freeman Computer – GFA Letter to Colleen Fordham |
| 1524 | | Freeman Computer – Nevis Int’l Bank & Trust Account Application |
| 1525 | | Freeman Computer – “File Path “home_files_only – Documents – Shire Crypto - **Exchanges**” |
| 1526 | | Freeman Computer – Shire Free Church LBC Instructions |
| 1527 | | Freeman Computer – File Path “home_files_only - **Downloads**” |
| 1528 | | Freeman Computer – File Path “home_files_only - Downloads -**Telegram Desktop**” |
| 1529 | | Freeman Computer – Freeman Recommendation (unsigned) |
| 1530 | | Freeman Computer – File Path “home_files_only – Documents - **Signal Backup - Signal Export 2018**” |
| 1531 | | Freeman Computer – File Path “home_files_only – Documents - **KYC**” |
| 1532 | | Physical Evidence – Thumb Drive Containing LocalBitcoins & Telegram Folder |
| 1533 | | Audio – 12.9.2020 Free Talk Live Clip 1 |
| 1534 | | Audio – 12.9.2020 Free Talk Live Clip 2 |
| 1535 | ~~ID~~ | Physical Exhibit - Item 29, Folders From 73 Leverett Street Metal File Organizer |
| 1535A | | Item 29 – Documents from Bank of America Folder |
| 1535B | | Item 29 – Freeman Recommendation (Signed) |
| 1535C | | Item 29 – Documents from Church of the Invisible Hand Folder |
| 1536 | ~~ID~~ | Physical Exhibit - Item 30, Crypto Church of NH Folder from Desk |
| 1536A | | Item 30 – Documents from Crypto Church of NH Folder |
| 1537 | ~~ID~~ | Physical Exhibit - Item 54, File Cabinet Crypto Folder |
| 1537A | | Item 54 – Documents from Crypto Folder |
| 1538 | | 05.26.2016 Freeman Email – We Don’t Check Customer ID |
| 1539 | | 08.19.2016 Freeman Email – Ongoing Outreach Mission |
| 1540 | | 04.16.2017 Freeman Email – Your Privacy is Protected |
| 1541 | | 06.15.17 Freeman Email – Don’t Tell Our Staff Why You Want the Coins |
| 1542 | | 01.17.2018 Freeman Email – ItBit Account Closure |
| 1543 | | 07.13.2018 Freeman Email – keenecrypto@gmail.com |
| 1544 | | 07.14.2018 Freeman Email – Shire Cryptocoin Bitcoin Kiosk Letter from Gordon |
| 1545 | | Google Subscriber Information for keenecrypto@gmail.com |
| 1546 | | 11.14.2017 Freeman Email Autoforward keenecrypto@gmail.com to ian@freetalklive.com |

12.12 12.12 12.12 12.12 12.12 12.12 12.12

12.12

| | | |
|---|---|---|
| 1547 | | 09.22.2019 Freeman Email – No KYC |
| 1548 | | 10.30.2019 Freeman Email – No Fun Having to Skulk Around the Banking World |
| 1549 | | 11.3.2019 – Freeman Email – Basically Anonymous [0.7.1372.27565] |
| 1550 | | 11.27.2019 Freeman Email – No Bank Will Open an Account for Me |
| 1551 | | Video - Meet the Crypto6—Freeman Discussing ATMs |
| 1552 | | Photo - YouTube Selling Bitcoin: The Ultimate How To |
| 1553 | | Video (Clip 1) - YouTube Selling Bitcoin: The Ultimate How To |
| 1554 | | Video (Clip 2) - YouTube Selling Bitcoin: The Ultimate How To |
| 1555 | | DiMezzo's Phone – Thomas Easterday Chat |
| 1555A | | DiMezzo's Phone – Thomas Easterday Photo |
| 1555B | | Freeman Computer KYC – Thomas Easterday |
| 1556 | | DiMezzo's Phone – Luann Collins Chat |
| 1556A | | DiMezzo's Phone – Luann Collins Driver's License |
| 1556B | | DiMezzo's Phone – Luann Collins Text |
| 1556C | | DiMezzo's Phone – Luann Collins Israel Garcia |
| 1556D | | Freeman Computer KYC – Luann Collins |
| 1557 | | DiMezzo's Phone – Rebecca Viar Chat |
| 1557A | | Freeman Computer KYC – Rebecca Viar |
| 1558 | | DiMezzo's Phone – Donnise Allen Chat |
| 1558A | | Freeman's Computer KYC – Donnise Allen |
| 1559 | | DiMezzo's Phone – Dale Allen Chat |
| 1559A | | Freeman Computer KYC – Dale Allen |
| 1560 | | DiMezzo's Phone – Susan Giordano Chat |
| 1560A | | DiMezzo's Phone – Susan Giordano Photo |
| 1560B | | Freeman's Computer KYC – Susan Giordano |
| 1561 | | DiMezzo's Phone – Richard Eldridge Chat |
| 1561A | | Freeman's Computer KYC – Richard Eldridge |
| 1562 | | DiMezzo's Phone – David Dailey Chat |
| 1562A | | DiMezzo's Phone – David Dailey Photo |
| 1562B | | Freeman's Computer KYC – David Dailey |
| 1563 | | DiMezzo's Phone – Donald Huffman Chat |
| 1563A | | DiMezzo's Phone – Donald Huffman U.S. Military ID |
| 1563B | | DiMezzo's Phone – Donald Huffman Photo |
| 1563C | | Freeman Computer KYC – Donald Huffman |
| 1564 | | DiMezzo's Phone – Karla Cino Chat |
| 1564A | | DiMezzo's Phone – Karla Cino Driver's License |
| 1564B | | Freeman Computer KYC – Karla Cino |
| 1565 | | DiMezzo's Phone – Connie Creach Chat |
| 1565A | | Freeman Computer – File Path "home_files_only – Downloads – KYC – Telegram - **Creach**" |
| 1566 | | DiMezzo's Phone – Bonita Knight Text |
| 1566A | | Freeman Computer KYC – Bonita Knight |

12.12

| | | |
|---|---|---|
| 1567 | | DiMezzo's Phone – Diane Aucott-Ward Driver's License |
| 1567A | | Freeman Computer KYC – Diane Aucott-Ward |
| 1568 | | DiMezzo's Phone – Gail Buffamondi Photo |
| 1568A | | Freeman's Computer KYC – Gail Buffamondi |
| 1569 | | DiMezzo's Phone – Laureen Garcia Photo |
| 1569A | | Freeman's Computer KYC – Laureen Garcia |
| 1570 | | DiMezzo's Phone – Jared Stogner Driver's License |
| 1570A | | Freeman's Computer KYC – Jared Stogner |
| 1571 | | DiMezzo's Phone – Raymond Miller Text 1 |
| 1571A | | DiMezzo's Phone – Raymond Miller Text 2 |
| 1571B | | DiMezzo's Phone – Raymond Miller Text 3 |
| 1571C | | Freeman Computer - File Path "home_files_only – Downloads – KYC – Telegram **-Miller, Raymond**" |
| 1572 | | DiMezzo's Phone – Cindy Frank Text |
| 1572A | | Freeman Computer KYC – Cindy Frank |
| 1573 | | DiMezzo's Phone – Freeman Text |
| 1574 | | Audio Freeman Voice Memo to DiMezzo 1 |
| 1575 | | DiMezzo Voice Memo |
| 1576 | | Audio Freeman Voice Memo to DiMezzo 2 |
| 1577 | | Audio Freeman Voice Memo to DiMezzo 3 |
| 1578 | | Video _ Meet the Crypto6 |
| 1579 | | Freeman Computer - Manfred Rodriguez Telegram Chat |
| 1580 | | Audio clip_Subpoena us |
| 1581 | | Audio clip_Freeman calling bank as "Nobody" 07-22-2020 |
| 1582 | ID | Demonstrative chart |
| **1600 Series** | | |
| 1601 | ID | Lecie Jackson Driver's License |
| 1602 | ID | Lecie Jackson on Behalf of Chiedu Note_06-08-20 |
| 1603 | ID | Onweazu Okafor Chiedu Nigerian Passport |
| 1604 | ID | Chiedu Buying Bitcoins from FTL_Ian_09-12-19 |
| 1605 | ID | Lecie Jackson Chat with Chiedu |
| 1606 | ID | Photo_Lecie Jackson screenshot of Chiendu Video Call_1 |
| 1607 | ID | Photo_Lecie Jackson screenshot of Chiendu Video Call_2 |
| 1608 | ID | Photo_Lecie Jackson screenshot of Chiendu Video Call_3 |
| **1700 Series** | | |
| 1701 | | Photo_Exterior 659 Marlboro Street |
| 1702 | | Photo_Bedroom 659 Marlboro Street |
| 1703 | | Photo_DiMezzo Telephone 659 Marlboro Street |
| **1800 Series** | | |
| 1801 | | Photo_Exterior 142 Chester Street |
| 1802 | | Photo_Living Room 142 Chester Street |

12.8

12.8

12.8

| | | |
|---|---|---|
| 1803 | | Photo_Couch 142 Chester Street |
| 1804 | | Photo_Renee Spinella Phone |
| 1805 | | Photo_Andrew Spinella Phone |
| **1900 Series** | | |
| 1901 | ID | Holding Wallet Identification |
| 1902 | ID | Exchange Accounts Sending to Holding Wallet Table |
| 1903 | ID | Exchange Accounts to Holding Wallet, FTLIan Wallet, & Bitcoin ATMs Wallet Chart |
| 1904 | ID | Example of Holding Wallet Sending to FTLIan wallet on Blockchain.com |
| 1905 | ID | Screenshot of IRS UC Address from Chat |
| 1906 | ID | April 2020 Holding Wallet Sent Bitcoin to UC |
| 1907 | ID | Screenshot of IRS UC Address from Chat |
| 1908 | ID | May 2020 Holding Wallet Sent Bitcoin to UC |
| 1909 | ID | June 2020 Thirsty Owl/Murphy's Taproom Wallet Sent Bitcoin to IRS UC |
| 1910 | ID | August 2020 Thirsty Owl/Murphy's Taproom Wallet Sent Bitcoin to IRS UC |
| 1911 | ID | August 2020 Thirsty Owl/Murphy's Taproom Wallet Sent Bitcoin to FBI UC |
| 1912 | ID | September 2020 Thirsty Owl/Murphy's Taproom Wallet Sent Bitcoin to FBI UC |
| 1913 | ID | UC Bitcoin Purchase Summary Chart |
| 1914 | | Excel spreadsheet entitled "AA07N84GHXR4BY2I-ledgers" |
| **2000 Series** | | |
| 2001 | | Patrick Brown Driver's License |
| 2002 | | Patrick Brown Passport |
| 2003 | | Patrick Brown Buying Bitcoin from bitcoinbombshell Note_11-02-20 |
| 2004 | | Patrick Brown Completed $50k Wire Note_11-02-20 |
| 2005 | ID | Patrick Brown $50k Wire to NH Peace Church Receipt_11-02-20 |
| 2006 | | Patrick Brown $50k Wire to NH Peace Church Receipt with Handwriting_11-02-20 |
| 2007 | | Patrick Brown Selfie with $50k Wire to NH Peace Church Receipt_11-02-20 |
| 2008 | | NH Peach Church - Santander Bank Statement for Oct and Nov 2020 |
| **2100 Series** | | |
| 2101 | | James Rossell Driver's License |
| 2102 | | James Rossell Buying Bitcoin from COTIH and Freeman Note_03-16-20 |
| 2103 | | James Rossell $67k Wire to Ian Freeman Receipt with Handwriting_03-16-20 |
| 2104 | | James Rossell Selfie with $67k Wire to Ian Freeman Receipt_03-17-20 |
| 2105 | | James Rossell $60k Personal Check to Ian Freeman_03-26-20 |
| 2106 | | Jay Theoret Using Trusted Agent James Rossell Note_05-07-20 |
| 2107 | | Jay Theoret $2k Deposit Receipt_05-07-20 |
| 2108 | | Steven Williams Using Trusted Agent James Rossell Note_05-15-20 |
| 2109 | | Steven Williams $2700 Wire Receipt Authorizing Delivery to James Rossell_05-15-20 |
| **2200 Series** | | |
| 2201 | ID | Freeman Computer - File Path "home_files_only – Downloads – KYC – Telegram – **Viar**" |
| 2202 | ID | Rebecca Viar Selfie with Wire Receipt 10-29-19 |
| 2203 | ID | Rebecca Viar Wire to Ian Freeman Receipt with Handwriting 10-29-19 |

12.12 (handwritten margin notes beside 1914, 2001–2004, 2006–2008, 2101–2109)

| 2204 | ID | Rebecca Viar $36.5k Wire Note 10-31-19 |
|---|---|---|
| 2205 | ID | Diane Aucott Ward Selfie with $5k Wire Receipt |
| 2206 | ID | Mark Allison Selfie with $3k Deposit Receipt 12-06-19 |
| 2207 | ID | Terri McWhorter Buying Bitcoin from FTL_Ian Note 10-23-20 |
| 2208 | ID | Judy Smith Using Trusted Agent Rebecca Viar Note 04-19-20 |
| 2209 | ID | Pamela Day Authorize Delivery to Trusted Agent Rebecca Viar 03-22-20 |
| 2210 | ID | Karen Miller $550k Wire Receipt 01-16-20 |
| 2211 | ID | Dannela Varel $305k Wire on Behalf of Rebecca Viar 01-21-20 |
| 2212 | ID | First Tech CU bank statement acct 8014 for Oct 2019 |
| **2300 Series** | | |
| 2301 | ID | Freeman Computer - File Path "home_files_only – Downloads – KYC – Telegram - **Rebecca Ann Ault**" |
| 2302 | | Rebecca Ault Driver's License |
| 2303 | | Rebecca Ault Buying Bitcoin from FTL_Ian Note 10-28-20 |
| 2304 | | Rebecca Ault Selfie with $20k Wire Receipt 10-28-20 |
| 2305 | | Rebecca Ault Selfie with $5k Wire Receipt |
| 2306 | | Rebecca Ault $20k Wire Receipt_12-08-20 |
| 2307 | | Rebecca Ault Selfie with $20k Wire Receipt 12-08-20 |
| **2400 Series** | | |
| 2401 | | Dannela Varel Driver's License |
| 2402 | | Dannela Varel Selfie with $240k Wire Receipt 01-15-20 |
| 2403 | | Dannela Varel $240k Wire Receipt 01-15-20 |
| 2404 | | Dannela Varel Selfie with $210k Wire Receipt 01-21-20 |
| 2405 | | Dannela Varel $210k Wire Receipt 01-21-20 |
| 2406 | | Dannela Varel $305k Wire Receipt 01-21-20 |
| **2500 Series** | | |
| 2501 | | Bank Accounts Summary |
| 2502 | | Freeman Ally 8059 Deposits and Payees |
| 2503 | | Freeman Axos 8079 Deposits and Payees |
| 2504 | | Freeman First Tech 8014 Deposits |
| 2505 | | Freeman First Tech 8014 Payees |
| 2506 | | Freeman First Tech 7012 Deposits and Payees |
| 2507 | | Freeman SCU xx62 Deposits |
| 2508 | | Freeman SCU xx62 Payees |
| 2509 | | Freeman BOA 8465 Deposits and Payees |
| 2510 | | Freeman Santander 9819 Deposits and Payees |
| 2511 | | Freeman Santander 2523 Deposits and Payees |
| 2512 | | Fordham DCU 4760 Deposits and Payees |
| 2513 | ID | Fordham TD Bank 2980 Sources and Uses Flow Chart |
| 2513A | | Fordham TD Bank 2980 Deposits and Payees |
| 2514 | ID | Rietmann BOA 8122 Sources and Uses Flow Chart |

| | | |
|---|---|---|
| 2515 | ID | Nobody JPM 9038 Sources and Flow Chart |
| 2515A | | Nobody BOA 9633 Deposits and Payees |
| 2515B | | Nobody JPM 9038 Deposits and Payees |
| 2516 | | R Spinella Wells Fargo 3193 Deposits and Payees |
| 2517 | | R Spinella SCU 9598 Summary of Transactions |
| 2518 | | R Spinella DCU 0897 Deposits and Payees |
| 2519 | ID | DiMezzo Citizens 4521 Sources and Uses Flow Chart |
| 2519A | | DiMezzo Citizens 4521 Deposits and Payees |
| 2520 | | DiMezzo Wells Fargo 5556 Deposits and Payees |
| 2521 | | Viar Telegram Total Payments |
| 2522 | | Creach Telegram Total Payments |
| 2523 | | Summary Individual Payments Chart |
| 2524 | | Rebecca Ault Payments |
| 2525 | | Patrick Brown Payments |
| 2526 | | Karla Cino Payments |
| 2527 | | Shirley Jimeno Payments |
| 2528 | | Harold Jones Payments |
| 2529 | | James Rossell Payments |
| 2530 | | Nancy Triestram Payments |
| 2531 | | Dannela Varel Payments |
| 2532 | | Rebecca Viar Payments |
| 2533 | ID | Route 101 Bank of America CHK 8122 Chrono |
| 2534 | ID | Route 101 Bank of America CHK 8122 Deposits and Debits |
| **2600 Series** | | |
| 2601 | | Freeman Tax Due & Owing |
| **2700 Series** | | |
| 2701 | | Harold Jones Driver's License |
| 2702 | | Harold Jones Selfie with Wire Receipt 04-07-20 |
| 2703 | | Harold Jones Selfie with Wire Receipt 05-04-20 |
| 2704 | | Harold Jones Selfie with Wire Receipt 05-22-20 |
| 2705 | | Harold Jones Selfie with Wire Receipt 06-17-20 |
| 2706 | | Harold Jones Selfie with Wire Receipt 07-20-20 |
| 2707 | | Harold Jones Wire Receipt with Note 08-11-20 |
| 2708 | | Harold Jones Wire Receipt with Note 08-12-20 |
| 2709 | | Harold Jones Wire Receipt with Note 08-13-20 |
| 2710 | | Harold Jones Wire Receipt with Note 08-14-20 |
| 2711 | | Harold Jones Selfie with Wire Receipt 08-27-20 |
| 2712 | ID | Demonstrative Chart |
| **2800 Series** | | |
| 2801 | ID | Freeman Computer - File Path "home_files_only – Downloads – KYC – Telegram – **Cino**" |
| 2802 | | Karla Cino Driver's License |

| | | |
|---|---|---|
| 2803 | | Karla Cino Selfie with Wire Receipt 01-28-20 |
| 2804 | | Karla Cino Selfie with Wire Receipt 02-04-20 |
| 2805 | | Karla Cino Selfie with Wire Receipt 02-05-20 |
| 2806 | | Karla Cino Selfie with Wire Receipt 02-06-20 |
| 2807 | | Karla Cino Selfie with Wire Receipt 03-06-20 |
| 2808 | | Karla Cino Selfie with Wire Receipt 03-12-20 |
| 2809 | | Karla Cino Selfie with Wire Receipt 03-17-20 |
| 2810 | | Karla Cino Selfie with Wire Receipt 03-19-20 |
| 2811 | | Karla Cino Selfie with Wire Receipt 03-20-20 |
| 2812 | | Karla Cino Selfie with Wire Receipt 04-01-20 |
| 2813 | | Karla Cino Selfie with Wire Receipt to RSC 08-17-20 |
| 2814 | | Karla Cino Selfie with Wire Receipt to RSC 10-28-20 |
| 2815 | | Karla Cino Selfie with Wire Receipt 11-13-20 |
| 2816 | | Karla Cino Selfie with Wire Receipt to RSC 11-30-20 |
| 2817 | | Karla Cino Selfie with Wire Receipt 12-07-20 |
| 2818 | | Karla Cino Selfie with Wire Receipt 01-20-21 |
| 2819 | | Karla Cino Selfie with Wire Receipt 02-04-21 |
| 2820 | | Karla Cino Selfie with Wire Receipt 03-08-21 |
| **2900 Series** | | |
| 2901 | | Connie Creach 10.16.19 Deposit Slip |
| 2902 | | Connie Creach 10.17.19 Deposit Slip |
| 2903 | | Connie Creach 10.18.19 Deposit Slip |
| 2904 | | Connie Creach 10.21.19 Deposit Slip |
| 2905 | | Connie Creach 10.24.19 Deposit Slip |
| 2906 | | Shirley Jimeno on Behalf of Connie Creach Receipt 02-01-20 |
| 2907 | | Jared Stogner Using Trusted Agent Connie Creach Note 03-30-20 |
| 2908 | | Nancy Triestram On Behalf of Connie Creach Receipt 02-14-20 |
| **3000 Series** | | |
| 3001 | ID | Shirley Jimeno Driver's License |
| 3002 | ID | Shirley Jimeno Selfie with Wire Receipt 02-01-20 |
| 3003 | ID | Shirley Jimeno Wire Receipt with Handwriting 02-01-20 |
| 3004 | ID | Shirley Jimeno Selfie with $10,650 Wire Receipt 02-19-20 |
| 3005 | ID | Shirley Jimeno Wire Receipt with Handwriting 02-19-20 |
| **3100 Series** | | |
| 3101 | | Nancy Triestram Driver's License |
| 3102 | | Nancy Triestram Selfie with Wire Receipt 01-06-20 |
| 3103 | | Nancy Triestram Wire Receipt Cropped 01-06-20 |
| 3104 | | Nancy Triestram Wire Receipt 01-06-20 |
| 3105 | | Nancy Triestram Selfie with Wire Receipt 02-11-20 |
| 3106 | | Nancy Triestram Selfie with Wire Receipt 02-14-20 |
| 3107 | | Nancy Triestram Selfie with Note 04-03-20 |

12.12

12.14

12.14

| | | |
|---|---|---|
| 3108 | | Nancy Triestram Selfie with Note 04-24-20 |
| 3109 | | Nancy Triestram Selfie with Note 05-15-20 |
| 3110 | | Nancy Triestram Selfie with Note 06-02-20 |
| 3111 | | Nancy Triestram Selfie with Note 06-04-20 |
| **4000 Series** | | |
| 4001–4022 | ID | *INTENTIONALLY LEFT BLANK* |
| 4023 | | 5/29/2020 UC Chat on Closing Bank Accounts |
| 4024–4026 | ID | *INTENTIONALLY LEFT BLANK* |
| 4027 | | 6/10/2020 UC Chat on Aria Selling |
| 4028 | | 6/19/2020 UC Chat on hold with Chase |

12.14

12.20

12.20

12.20

Date: December 21, 2022

Respectfully submitted,

JANE E. YOUNG
UNITED STATES ATTORNEY

/s/ Georgiana L. MacDonald
Georgiana L. MacDonald
Assistant United States Attorney
Massachusetts Bar # 685375
53 Pleasant Street, 4th Floor
Concord, New Hampshire 03301
(603) 225-1552

/s/ Seth R. Aframe
Seth R. Aframe
Assistant United States Attorney
Massachusetts Bar # 643288
United States Attorney's Office
53 Pleasant Street, 4th Floor
Concord, New Hampshire 03301
(603) 225-1552

/s/ John J. Kennedy
John J. Kennedy
Assistant United States Attorney
New Hampshire Bar #19557
53 Pleasant Street, 4th Floor
Concord, New Hampshire 03301
john.kennedy2@usdoj.gov
(603) 225-1552

**CERTIFICATE OF SERVICE**

I hereby certify that the Government's 4th Exhibit List was this 21st day of December, 2022 served in hand to Attorney Mark L. Sisti, counsel for Ian Freeman, defendant.

/s/ Georgiana L. MacDonald
Georgiana L. MacDonald
Assistant United States Attorney