U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

DEC 21 2022

FILED

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

United States of America

v.  Criminal No.: 1:21-CR-41-JL-1

Ian Freeman

## DEFENDANT'S 3rd AMENDED EXHIBIT LIST

| Number: | | Description: |
|---|---|---|
| A-1 | (id) | Crypto Vending Machine Rates NH 2017 |
| A-2 | (id) | Crypto Vending Machine Rates NH 2019 |
| A-3 | (id) | Crypto Vending Machine – Route 101 Local Goods 06/2017 |
| A-4 | (id) | Crypto Vending Machine – Bitcoin Embassy 12/2020 |
| A-5 | (id) 12/8 | Crypto Vending Machine – Scam Alerts Notice |
| B | (id) 12/6 | FINCEN Mass Email 7/14/2018 (with 7/13/18 letter attached) |
| C-1 | (id) | Information on FTL_Ian |
| C-2 | (id) | Positive feedback for FTL_Ian |
| C-3 | (id) | Neutral feedback for FTL_Ian |
| C-4 | (id) | Negative feedback for FTL_Ian |
| D-1 | (id) 12.20 | Web page: Shire Free Church |
| D-2 | (id) 12/6 | Shire Free Church: Monadnock State of NH Articles of Agreement of a NH Non-Profit Corporation – 12/12/2013 |
| D-3 | (id) 12/6 | State of NH Affidavit of Amendment of Shire Free Church: Monadnock – 4/3/2015 |

| Number: | | | Description: |
|---|---|---|---|
| D-4 | (id) | 12/6 | Certificate of Registered Trade Name of Free Talk Live – 11/6/2019 |
| D-5 | (id) | 12/6 | 2020 Nonprofit Report – Shire Free Church: Monadnock – 1/4/2020 |
| D-6 | (id) | 12/6 | Certificate of Good Standing – Shire Free Church Monadnock – 9/9/2020 |
| D-7 | (id) | | Shire Free Church: Monadnock – 6/5/2021 Community Service Letter for Joseph Hart |
| E-1 | (id) | | Web page: Interfaith Families Welcome – Unitarian Universalism |
| E-2 | (id) | | Web page: The Satanic Temple is Officially Recognized as a Church by IRS |
| E-3 | (id) | | 12/22/2017 Union Leader Article "Mosque plans to open Saturday in Keene without permit from city" |
| F | (id) | | 8/20/21 Letter to US Attorney's Office from Ndifuna Johnson (Founding Director), Foundation of Hope Uganda, Re: Appreciation of Ian Freeman/Shire Free Church |
| G | (id) | 12/8 | Video: raid_no_titles_no_music.mp4 Security Footage of the raid by Federal Law Enforcement on the Defendant's personal residence. |
| H-1 | (id) | | The Monadnock Shopper News: "Bitcoin Embassy Opens In Keene" October 24-30, 2018 |
| H-2 | (id) | | The Monadnock Shopper News: "Bitcoin: Embassy Opens In Keene An Innovative And New Kind of Currency Through Technology" June 28-July 4, 2017 |

| | | |
|---|---|---|
| I | (id) | River Financial: "Bitcoin's UTXO Model" |
| J-1 | (id) | Email to Nickels Investigations from Dael Chapman on Ian Freeman dated 11/21/2022 |
| J-2 | (id) | Letter from Carolyn Urbanski, owner of Kirby Q's on Ian Freeman dated 11/11/2022 |
| J-3 | (id) | Letter from Sean P. Drower DMD on Ian Freeman dated 11/13/2022 |
| J-4 | (id) | Letter from Mohammad Ali, owner of Curry Indian Restaurant on Ian Freeman dated 11/11/2022 |
| J-5 | (id) | Letter from Adam Mosher, owner of Taco Beyondo on Ian Freeman dated 11/14/2022 |
| J-6 | (id) | Letter from Skip Joeckel, President of Executive Broadcast Services on Ian Freeman dated 11/14/2022 |
| J-7 | (id) | Letter from Edward Forster, owner of Little Zoe's Pizza Brick Oven And Take And Bake on Ian Freeman dated 11/26/2022 |
| J-8 | (id) | Letter from Malaise Lindenfeld and Beau Gillespie, owners of The Phonkey Noodle on Ian Freeman |
| J-9 | (id) | Letter from Max Santonastaso on Ian Freeman |
| J-10 | (id) | Letter from NH Rep. Matthew Santonaso on Ian Freeman 12/6/22 |
| J-11 | (id) | Letter from Paul Niwa re: interactions with Ian Freeman |
| K | (id) 12/14 | Letter from Attorney Seth Hipple to itBit dated 11/10/2017 |
| L-1 | (id) | Internal Revenue Service Boston – Transcript of 8/25/2020 recording re case number 1000294814, Ian Freeman |

| | | |
|---|---|---|
| L-2 | (id) | Dept of Treasury, Internal Revenue Service Memorandum of Contact re clarifying questions to the UCA for Ian Freeman case |
| L-3 | (id) | Audio File: USAO-00009240.wav Full unedited recording taken on August 25, 2020 by undercover IRS Agent |
| L-4 | (id) | Same exhibit as L5, different format, purposefully removed |
| L-5 | (id) | Audio File: AUDIO_CLIP_8.25.2020.mp3 15-Second Clip of Exchange between Ian Freeman and undercover IRS Agent. (Added in case the .aif file doesn't work) |
| M-1 | (id) 12/20 | Hundred Nights Freeman Database Record |
| M-2 | (id) 12/20 | Hundred Nights Ian Freeman/Free Talk Live/Shire Free Church Donation Records |

Respectfully Submitted,

IAN FREEMAN
By His Attorney

Dated: December 19, 2022

/s/ Mark L. Sisti, Esq.
Mark L. Sisti, Esq.
Bar No.: 2357
Sisti Law Offices
387 Dover Road
Chichester, NH 03258
(603) 224-4220
info@sistilawoffices.com

## CERTIFICATION

I hereby certify that a copy of the foregoing Defendant's 3rd Amended Exhibit List has been forwarded to Seth Aframe, Esq. and Georgiana MacDonald, Esq of the U.S. District Attorney's Office, electronically through ECF on December 19, 2022.

/s/ Mark L. Sisti, Esq.
Mark L. Sisti, Esq.