U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE
DEC 21 2022
FILED

# United States District Court
## District of New Hampshire

USA

Plaintiff(s),

v.

Case No. 21-cr-41-01-JL

Ian Freeman

Defendant(s).

### Certification of Exhibits Submitted for Presentation Using the Jury Evidence Recording System (JERS)

The undersigned attorney(s) hereby certify that the exhibits provided to the court in electronic format prior to trial are exact replicas of the exhibits ultimately admitted into evidence and, to the extent I modified any admitted exhibit after it had been initially submitted to the court in electronic format, I have provided a modified electronic copy of that exhibit to opposing counsel and to the court for uploading into the JERS presentation system.

For the Plaintiff(s),

_[signature]_  12/21/22
Signature                     Date

_____  _____
Signature                     Date

_____  _____
Signature                     Date

_____  _____
Signature                     Date

_____  _____
Signature                     Date

For the Defendant(s),

_[signature]_  12-21-22
Signature                     Date

_____  _____
Signature                     Date

_____  _____
Signature                     Date

_____  _____
Signature                     Date

_____  _____
Signature                     Date

USDCNH-72 (09/30/11)

United States District Court
Western District
Exhibits Log: 21-cr-41-01-JL
USA v. Ian Freeman, 12/6/2022

| EXHIBIT | DESCRIPTION | RLS |
|---|---|---|
| Gov-101 | Doc_SFC ItBit Account Application | Yes |
| Gov-102 | Email Freeman and ItBit Support 11-4-16 | Yes |
| Gov-103 | Doc_Modifications of Limits for Withdrawals | Yes |
| Gov-104 | Doc_Crypto Church ItBit Application | Yes |
| Gov-105 | Email_Crypto Church and ItBit 3-27-18 | Yes |
| Gov-201 | Doc_FinCEN MSB Registration Inquiry Email with Attachment 7-13-18 | Yes |
| Gov-202 | Doc_FinCEN Certification of Non Registration of MSB 3-11-21 | Yes |
| Gov-301 | Photo_Bitcoin ATM Photo | Yes |
| Gov-302 | Photo_Bitcoin ATM rules | Yes |
| Gov-303 | Email_Ian Freeman email regarding keenecrypto@gmail.com 12-30-18 | Yes |
| Gov-304 | Photo_73-75 Leverett Street | Yes |
| Gov-305-A | Video (clip)-Freeman Porch Interview-Stop sign | Yes |
| Gov-306 | Photo_73 Leverett St Desk_1 | Yes |
| Gov-307 | Photo_73 Leverett St Desk_2 | Yes |
| Gov-308 | Photo_73 Leverett St Desk Metal File Organizer | Yes |
| Gov-309 | Photo_73 Leverett St Desk Crypto Church Folder Contents | Yes |
| Gov-311 | Photo_Bedroom_73 Leverett | Yes |
| Gov-312 | Photo_Bedroom_73 Leverett (2) | Yes |
| Gov-401 | Photo_73 Leverett St File Cabinet Area | Yes |
| Gov-402 | Photo_73 Leverett St File Cabinet | Yes |
| Gov-403 | Photo_73 Leverett St Crypto Folder | Yes |
| Gov-501 | Video (clip)_Rt 101 Goods Crypto Currency ATM Purchase | Yes |
| Gov-503 | Doc_Rietmann Agreement to Assist Shire Bitcoin Outreach Operations with Banking Support | Yes |
| Gov-504 | Doc_Rt 101 Goods BOA Account Statement 8122 Dec 2019 | Yes |
| Gov-505 | Doc_Termination of Shire Bitcoin Banking Assistant Agreement 02-11-2020 | Yes |
| Gov-506 | Doc_Rt 101 Goods $20k Check to Crypto Church | Yes |
| Gov-507 | Doc_Crypto Church Dissolution Statement (dup exh 2309) | Yes |
| Gov-601 | Chat_Local Bitcoin 09-11-2019 chat with FTL_Ian | Yes |
| Gov-602 | Doc_Local Bitcoin 09-11-2019 TD Bank deposit slip | Yes |
| Gov-603 | Chat_Local Bitcoin 11-13-2019 chat with FTL_Ian | Yes |
| Gov-604 | Doc_Local Bitcoin 11-13-2019 deposit slip | Yes |
| Gov-605 | Video_UC Telegram Chats | Yes |
| Gov-606 | Audio_Telegram Voice Memo re Cash by Mail 4-24-20 | Yes |
| Gov-607 | Photo_Thirsty Owl establishment | Yes |
| Gov-608 | Doc_Bitcoin ATM Receipts 06-19-2020 $11k | Yes |
| Gov-609-A | Audio (clip) UC recording 6-20-2020 Meeting | Yes |
| Gov-609-B | Audio Transcript_UC recording of 6-20-2020 Meeting | Yes |
| Gov-610-A | Video (clip) UC Meetup Video 8-25-2020 | Yes |
| Gov-611 | Doc_Bitcoin ATM Receipts 08-25-2020 $19,900k | Yes |

| EXHIBIT | DESCRIPTION | RLS |
|---|---|---|
| Gov-612 | NHCN#6 - Ian says Only suckers pay taxes on Crypto | Yes |
| Gov-613 | NHCN#7 - Ian ignored letter, not scared | Yes |
| Gov-701 | Doc_Fordham Shire Free Church Banking Assistant Position signed 1-3-2018 | Yes |
| Gov-702 | Doc_TD Bank Statements for acct #2980 November and December | Yes |
| Gov-705 | Email_Fordham to SCU 11-09-2018 | Yes |
| Gov-706 | Email_Fordham to Freeman 11-13-2018 | Yes |
| Gov-707 | Freeman Email to TD Bank 10-02-2019 | Yes |
| Gov-801 | Doc_Agreement to end relationship between Renee and Freeman | Yes |
| Gov-802 | Doc_Renee Agreement for Shire Bitcoin Assistant Contractor Position_signed 6-28-17 | Yes |
| Gov-803 | Doc_Renee Bitcoin ATM Courier Agreement | Yes |
| Gov-804 | Telegram_7-12-17 Dealing with Banks is Part of the Job | Yes |
| Gov-805 | Telegram_7-14-17 I Expect to Hear From You | Yes |
| Gov-806 | Telegram_7-17-17 Your Assignment | Yes |
| Gov-807 | Telegram_7-17-17 Day Trading | Yes |
| Gov-808 | Telegram_7-19-17 I Never Spend to my Income | Yes |
| Gov-809 | Telegram_8-23-17 Church Is Operating ATMs | Yes |
| Gov-810 | Telegram_8-28-17 Do Like Chris at Rt 101 is Doing | Yes |
| Gov-811 | Telegram_10-2-17 I Will Telegram You Answers | Yes |
| Gov-812 | Telegram_10-6-17 Two More Signers for Crypto Church | Yes |
| Gov-813 | Telegram_10-10-17 I am Your Supervisor | Yes |
| Gov-814 | Doc_10-10-17 Wells Fargo MSB Letter | Yes |
| Gov-815 | Telegram_10-11-17 The Financial Dominatrix Story is Much Better | Yes |
| Gov-816 | Email_10-12-17 Email from Renee to Wells Fargo | Yes |
| Gov-817 | Telegram_10-13-17 I Fully Expect the Account to be Closed | Yes |
| Gov-818 | Telegram_10-16-17 When We Run Out of Bank Accounts | Yes |
| Gov-819 | Telegram_10-18-17 How Many Brendas Say Bro | Yes |
| Gov-820 | Telegram_12-26-17 Call Citibank with Me on the Line | Yes |
| Gov-821 | Telegram_1-8-18 Open An Account for the Crypto Church | Yes |
| Gov-822 | Telegram_1-9-18 I Have a Signed Authorization From Chris | Yes |
| Gov-823 | Telegram_1-11-18 A Minister was the Good Answer | Yes |
| Gov-824 | Telegram_1-31-18 Thats Why You Should Cook Up a Story | Yes |
| Gov-825 | Telegram_2-26-18 Know Your Customer | Yes |
| Gov-826 | Signal 4-3-18 - Wondering if This Was You | Yes |
| Gov-827 | Signal 4-3-18 - Crypto church = moi | Yes |
| Gov-829 | Signal 4-5-18 - You Should Have Some Official Church Letterhead | Yes |
| Gov-830 | Signal 4-5-18 - Make Up Some Letterhead for Your Church | Yes |
| Gov-831 | Signal 4-9-18 - Do That Today Puhleeze | Yes |
| Gov-832 | Signal 4-9-18 - Is There Something Specific I Should Be Looking At | Yes |
| Gov-833 | Signal 4-18-18 - Put A Feminine Touch On the Letterhead | Yes |
| Gov-834 | Signal 4-22-18 - Do the Crypto Church Letterhead | Yes |
| Gov-834-A | Audio_Signal 4-22-18 Voice Memo Letterhead | Yes |
| Gov-835 | Signal 4-30-18 - Is Donations a Correct Answer | Yes |
| Gov-836 | Signal 4-30-18 - So It Looks Like a Womans Letterhead | Yes |
| Gov-837 | Signal 5-15-18 - Just Checked Your Email - Youre Still Ok | Yes |

| EXHIBIT | DESCRIPTION | RLS |
|---|---|---|
| Gov-838 | Signal 5-16-18 - Like to Make as Much Money as Possible | Yes |
| Gov-839 | Signal 5-17-18 - Permission From Chris to Burn His TD | Yes |
| Gov-840 | Signal 5-18-18 - Bank Account for the Church | Yes |
| Gov-841 | Signal 5-18-18 - Adding a DBA is Super Easy | Yes |
| Gov-842 | Signal 5-22-18 - You Can Spend From the Church Account | Yes |
| Gov-843 | Doc_Bank Statement Crypto Church | Yes |
| Gov-844 | Signal 5-25-18 - Just Got a Certified Letter | Yes |
| Gov-845 | Signal 7-17-18 - In Your Opinion or Like Legally | Yes |
| Gov-845-A | Audio_HAHAHAHA | Yes |
| Gov-845-B | Audio_FinCen Letter Hit My Box | Yes |
| Gov-845-C | Audio_Voice Memos Regarding FinCEN Letter_combined | Yes |
| Gov-846 | Telegram_9-25-20 We Had A Whale Come In | Yes |
| Gov-847 | Telegram_9-30-20 I Just Logged Into Your localbitcoinscom Account Bitcoin Bombshell | Yes |
| Gov-848 | Telegram_10-9-20 Gonna Put Up an Ad on Your LBC | Yes |
| Gov-849 | Telegram_10-15-20 My Husband Had an Account with Kraken | Yes |
| Gov-850 | Telegram_10-16-20 I Wasn`t As Careful As I Should Have Been | Yes |
| Gov-851 | Telegram_10-16-20 You Really Must Want Me Gone | Yes |
| Gov-852 | Telegram_11-23-20 Nigerian Prince | No |
| Gov-853 | Audio_Nigerian Prince (clip) | No |
| Gov-854 | Telegram_11-24-20 LBC Buyer Turned Out to be a Scam Victim | No |
| Gov-855 | Telegram_12-21-20 100k Coming Into Your Account From Karla | No |
| Gov-855-A | Photo_Karla Cino $104k Wire Receipt to R Spinella_12-21-20 | Yes |
| Gov-856 | Telegram_12-23-20 I Forget How Three Way Calls Work | Yes |
| Gov-857 | Telegram_01-08-21 Maybe We Need To Get You A Church | Yes |
| Gov-858 | Telegram_12-18-19 Group…Had A Couple Whales at the CVM Today | Yes |
| Gov-858-A | Video_12-19-2019_ Renee Spinella Deposit at SCU | Yes |
| Gov-859 | Telegram_03-01-20 Group…Big Spender | Yes |
| Gov-860 | Telegram_03-19-20 Group…Stacks of Cash | Yes |
| Gov-861 | Telegram_08-03-20 Group…How is That Laundering | Yes |
| Gov-861-A | Audio_Telegram_08-03-20 Group talk | Yes |
| Gov-862 | Telegram_01-19-21 Group…Whale`s Back at Murphy`s Been Pumping Bills in Since 330 | Yes |
| Gov-863 | Telegram_02-05-21 Group…Major Whale On Site | Yes |
| Gov-864 | Telegram_02-07-21 Group…Telegram Sticker Over the Fingerprint Scanner | Yes |
| Gov-865 | Telegram_03-01-21 Group…Reautomate the Repurchasing of the Cryptos | Yes |
| Gov-901 | Chat_02.27.2018 I Don`t Have Tax Returns | Yes |
| Gov-902 | Doc_03-02-2018 Letter From Melanie`s Bookkeeping and Taxes | Yes |
| Gov-903 | Email_06-19-20 Freeman to Neighbours International Bank Needs a Reference | Yes |
| Gov-904 | Doc_06-22-20 Letter From Neighbours Tax Planning and Preparation | Yes |
| Gov-905 | Photo_DiMezzo and Freeman Chat Regarding Church Assets | Yes |
| Gov-906 | Doc_04-17-20 Letter From Neighbours Regarding Reformed Satanic Church Assets | Yes |
| Gov-907 | Chat_12.06.2019 Not A Logo I Enjoy Seeing In My Mailbox | Yes |
| Gov-908 | Photo_Neighbors Telegram with DiMezzo 04-17-20 1 | Yes |
| Gov-908-A | Photo_Neighbors Telegram with Dimezzo 04-17-20 Part 2 | Yes |
| Gov-908-B | Photo_Neighbors Telegram with DiMezzo 04-17-20 Part 3 | Yes |

| EXHIBIT | DESCRIPTION | RLS |
|---|---|---|
| Gov-1001 | Doc_AgFed Bank Statement December 2019 | Yes |
| Gov-1002 | Doc_Judith Moore Deposits | Yes |
| Gov-1003 | Doc_Martha McManus Deposits | Yes |
| Gov-1004 | Doc_Nancy Triestram Deposits | Yes |
| Gov-1005 | Doc_12-12-19 Letter From Freeman to AgFed | Yes |
| Gov-1006 | Email_01-03-20 AgFed to Freeman | Yes |
| Gov-1101 | Physical Exhibit_Package from Judith Moore | Yes |
| Gov-1102 | Judith Moore Photo of Cash Spread and Package | Yes |
| Gov-1201 | Physical Exhibit_FTL Ian Advertisement Chart with links | Yes |
| Gov-1202 | LocalBitcoins.com Customer Data for Ian B. Freeman | Yes |
| Gov-1203 | LocalBitcoins.com Customer Data for Renee Spinella | Yes |
| Gov-1204 | LocalBitcoins.com Customer Data for James Baker | Yes |
| Gov-1205 | LBC Chat_ESchwartz891 - 120919 | Yes |
| Gov-1205-A | LBC Chat_ESchwartz891 - 121319 | Yes |
| Gov-1206 | LBC Chat_Loveshotz01-120919 to 050620 | Yes |
| Gov-1207 | LBC Chat_Warnerc987 - 120919 | Yes |
| Gov-1208 | LBC Chat_RodnScarlett - 121619 | Yes |
| Gov-1209 | LBC Chat_Artnkate - 122019 | Yes |
| Gov-1210 | LBC Chat_HappyDay009 - 122419 | Yes |
| Gov-1211 | LBC Chat_Ray4Trade - 010220 | Yes |
| Gov-1212 | LBC Chat_JoanB1965 - 012120 | Yes |
| Gov-1213 | LBC Chat_Deedavice1969 - 022620 | Yes |
| Gov-1214 | LBC Chat_Latasha1 - 030620 | Yes |
| Gov-1215 | LBC Chat_ jrossell1313 - 031620 | Yes |
| Gov-1215-A | LBC Chat_jrossell1313 - 031620 | Yes |
| Gov-1215-B | LBC Chat_jrossell1313 - 031720 | Yes |
| Gov-1215-C | LBC Chat_jrossell1313 - 050720 | Yes |
| Gov-1215-D | LBC Chat_jrossell1313 - 050720 | Yes |
| Gov-1215-E | LBC Chat_jrossell1313 - 051520 | Yes |
| Gov-1215-F | LBC Chat_jrossell1313 - 051520 | Yes |
| Gov-1216 | LBC Chat_ARNAIZ - 031820 | Yes |
| Gov-1217 | LBC Chat_Gannon0102 - 031820 | Yes |
| Gov-1218 | LBC Chat_Shechav27 - 032320 | Yes |
| Gov-1219 | LBC Chat_Princesonne - 033120 | Yes |
| Gov-1220 | LBC Chat_Kevinmoore51 - 040920 | Yes |
| Gov-1220-A | LBC Chat_Kevinmoore51 - 042120 | Yes |
| Gov-1221 | LBC Chat_Greg_wayne - 042220 | Yes |
| Gov-1221-A | LBC Chat_Greg_wayne - 050520 | Yes |
| Gov-1222 | LBC Chat_UGOWIECHERS - 042420 | Yes |
| Gov-1224 | LBC Chat_Sweetcutebarbie - 043020 | Yes |
| Gov-1225 | LBC Chat_patrickbrown007 - 110220 | Yes |
| Gov-1225-A | LBC Chat_patrickbrown007 - 110220 (2) | Yes |
| Gov-1225-B | LBC Chat_patrickbrown007 - 110220 (3) | Yes |
| Gov-1225-C | LBC Chat_patrickbrown007 - 110220 (4) | Yes |

| EXHIBIT | DESCRIPTION | RLS |
|---|---|---|
| Gov-1226 | LBC Chat_Joskayspace - 112220 | Yes |
| Gov-1228 | LBC FTL_Ian userlog | Yes |
| Gov-1229 | LBC bitcoinbombshell userlog | Yes |
| Gov-1302 | Photo_Freeman Computer 1 | Yes |
| Gov-1303 | Photo_Freeman Computer 2 | Yes |
| Gov-1304 | Photo_Freeman Computer 3 | Yes |
| Gov-1305 | Freeman Computer_File Path for Home Files Only | Yes |
| Gov-1402 | 1B15 Preliminary_Device_Report | Yes |
| Gov-1403 | 1B16 Preliminary_Device_Report | Yes |
| Gov-1404 | 1B61 Preliminary_Device_Report | Yes |
| Gov-1501 | Freeman Computer_File Path for Documents | Yes |
| Gov-1502 | Freeman Computer_File Path for Church | Yes |
| Gov-1503 | Freeman Computer_File Path for Research | Yes |
| Gov-1504 | IRS Definitions of Church | Yes |
| Gov-1505 | Freeman Computer_File Path for Crypto_Church | Yes |
| Gov-1506 | Freeman Computer_File Path for itBit | Yes |
| Gov-1507 | Freeman Computer_Crypto Church ItBit Account Application (Fillable) | Yes |
| Gov-1508 | Freeman Computer_Crypto Church Reformation | Yes |
| Gov-1509 | Freeman Computer_Crypto Church Letterhead | Yes |
| Gov-1510 | Freeman Computer_Crypto Church Certificate of Good Standing | Yes |
| Gov-1511 | Freeman Computer_File Path for COTIH | Yes |
| Gov-1512 | Freeman Computer_COTIH Certificate of Registered Trade Name | Yes |
| Gov-1513 | Freeman Computer_COTIH Letterhead | Yes |
| Gov-1514 | Freeman Computer_File Path for NH Peace Church | Yes |
| Gov-1515 | Freeman Computer_NH Peace Church Certificate of Good Standing | Yes |
| Gov-1516 | Freeman Computer_NH Peace Church Trade Name Registration | Yes |
| Gov-1517 | Freeman Computer_File Path for Legal ID | Yes |
| Gov-1518 | Freeman Computer_Thumbnails in Renee Folder | Yes |
| Gov-1519 | Freeman Computer_Thumbnails in Nobody Folder | Yes |
| Gov-1520 | Freeman Computer_File Path for Shire Crypto | Yes |
| Gov-1521 | Freeman Computer_File Path for Agreements | Yes |
| Gov-1522 | Freeman Computer_File Path for Banks | Yes |
| Gov-1523 | Freeman Computer_GFA Letter to Colleen Forham | Yes |
| Gov-1524 | Freeman Computer_Nevis Certified Application | No |
| Gov-1525 | Freeman Computer_File Path for Exchanges | No |
| Gov-1526 | Freeman Computer_Shire Free Church LBC Instructions | No |
| Gov-1527 | Freeman Computer_File Path for Downloads | No |
| Gov-1528 | Freeman Computer_File Path for Telegram Desktop | No |
| Gov-1529 | Freeman Computer_Freeman Recommendation Unsigned | No |
| Gov-1530 | Freeman Computer_File Path for Signal Export 2018 | No |
| Gov-1531 | Freeman Computer_File Path for KYC | No |
| Gov-1532 | Physical Evidence_Thumbdrive Containing Telegram and Localbitcoins Folder | No |
| Gov-1533 | Audio_12-09-20 Free Talk Live Clip 1 | No |
| Gov-1534 | Audio_12-09-20 Free Talk Live Clip 2 | No |

| EXHIBIT | DESCRIPTION | RLS |
| --- | --- | --- |
| Gov-1535 | Physical Exhibit_Item 29 Folders from 73 Leverett St Metal File Organizer (ID Only) | No |
| Gov-1535-A | Item 29 Documents From Bank of America Folder | No |
| Gov-1535-B | Item 29_Freeman Recommendation Signed | No |
| Gov-1535-C | Item 29_Documents From Church of the Invisible Hand Folder | No |
| Gov-1536 | Physical Exhibit_Item 30_Folder with Crypto Church NH Documents | No |
| Gov-1536-A | Item 30_Documents From Crypto Church Folder | No |
| Gov-1537 | Physical Exhibit_Item 30_Folder with Crypto Church NH Documents | No |
| Gov-1537-A | Item 54_Documents From Crypto Folder | No |
| Gov-1538 | 05-26-16_Freeman Email_We Don't Check Customer ID | No |
| Gov-1539 | 08-19-16_Freeman Email_Ongoing Outreach Mission | No |
| Gov-1540 | 04-06-17_Freeman Email_Your Privacy is Protected | No |
| Gov-1541 | 06-15-17_Freeman Email_Don't Tell Our Staff Why You Want the Coins | No |
| Gov-1542 | 01-17-18_Freeman Email_itBit Account Closure | No |
| Gov-1543 | 07-13-18_keenecrypto Email_Freeman Email keenecrypto@gmail.com | No |
| Gov-1544 | 07-14-18_Freeman Email_Shire Cryptocoin Bitcoin Kiosk Letter From Gordon | No |
| Gov-1545 | Google Subscriber Info for keenecrypto | No |
| Gov-1546 | 11-14-17_Freeman Email_Autoforward From keenecrypto@gmail.com to ian@freetalklive.com | No |
| Gov-1547 | 09-22-19_keenecrypto Email_No KYC | No |
| Gov-1548 | 10-30-19_Freeman Email_No Fun Having to Skulk Around the Banking World | No |
| Gov-1549 | 11-03-19_Freeman Email_Basically Anonymous | No |
| Gov-1550 | 11-27-19_Freeman Email_No Bank Will Open an Account for Me | No |
| Gov-1551 | Video_Meet the Crypto6-Freeman Discussing ATMs | No |
| Gov-1552 | Photo_YouTube_Selling Bitcoin The Ultimate How to | No |
| Gov-1553 | Video_YouTube_Selling Bitcoin The Ultimate How to (clip 1) | No |
| Gov-1554 | Video_YouTube_Selling Bitcoin The Ultimate How to (clip 2) | No |
| Gov-1555 | Aria's Phone_Thomas Easterday Chat | No |
| Gov-1555-A | Aria's Phone_Thomas Easterday Photo | No |
| Gov-1555-B | Freeman Computer_KYC Thomas Easterday | No |
| Gov-1556 | Aria's Phone_Luann Collins Chat | No |
| Gov-1556-A | Aria's Phone_Luann Collins PA Drivers License | No |
| Gov-1556-B | Aria's Phone_LuAnn Collins Text | No |
| Gov-1556-C | Aria's Phone_Luann Collins Israel Garcia Text | No |
| Gov-1556-D | Freeman Computer_KYC Luann Collins | No |
| Gov-1557 | Aria's Phone_Rebecca Viar Chat | No |
| Gov-1557-A | Freeman Computer_KYC Rebecca Viar | No |
| Gov-1558 | Aria's Phone_Donnise Allen Chat | No |
| Gov-1558-A | Freeman Computer_KYC Donnise Allen | No |
| Gov-1559 | Aria's Phone_Dale Allen Chat | No |
| Gov-1559-A | Freeman Computer_KYC Dale Allen | No |
| Gov-1560 | Aria's Phone_Susan Giordano Chat | No |
| Gov-1560-A | Aria's Phone_Susan Giordano Bitcoin by Zelle | No |
| Gov-1560-B | Freeman Computer_KYC Susan Giordano | No |
| Gov-1561 | Aria's Phone_Richard Eldridge Chat | No |
| Gov-1561-A | Freeman Computer_KYC Richard Eldridge | No |

| EXHIBIT | DESCRIPTION | RLS |
|---|---|---|
| Gov-1562 | Aria's Phone_David Dailey Chat | No |
| Gov-1562-A | Aria's Phone_David Dailey Photo | No |
| Gov-1562-B | Freeman Computer_KYC David Dailey | No |
| Gov-1563 | Aria's Phone_Donald Huffman Chat | No |
| Gov-1563-A | Aria's Phone_Donald Huffman US Military ID | No |
| Gov-1563-B | Aria's Phone_Donald Huffman Photo | No |
| Gov-1563-C | Freeman Computer_KYC Donald Huffman | No |
| Gov-1564 | Aria's Phone_Karla Cino Chat | No |
| Gov-1564-A | Aria's Phone_Karla Cino NJ Driver License | No |
| Gov-1564-B | Freeman Computer_KYC Karla Cino | No |
| Gov-1565 | Aria`s Phone_Connie Creach Chat | No |
| Gov-1565-A | Freeman Computer_KYC Connie Creach File Path | No |
| Gov-1566 | Aria's Phone_Bonita Knight Text | No |
| Gov-1566-A | Freeman Computer_KYC Bonita Knight | No |
| Gov-1567 | Aria's Phone_Diane Aucott-Ward Driver License | No |
| Gov-1567-A | Freeman Computer_KYC Diane Aucott-Ward | No |
| Gov-1568 | Aria's Phone_Gail Buffamondi Photo | No |
| Gov-1568-A | Freeman Computer_KYC Gail Buffamondi | No |
| Gov-1569 | Aria's Phone_Laureen Garcia Photo | No |
| Gov-1569-A | Freeman Computer_KYC Laureen Garcia | No |
| Gov-1570 | Aria's Phone_Jared Stognar Driver License | No |
| Gov-1570-A | Freeman Computer_KYC Jared Stognar | No |
| Gov-1571 | Aria's Phone_Raymond Miller Text 1 | No |
| Gov-1571-A | Aria's Phone_Raymond Miller Text 2 | No |
| Gov-1571-B | Aria's Phone_Raymond Miller Text 3 | No |
| Gov-1571-C | Freeman Computer_KYC Raymond Miller File Path | No |
| Gov-1572 | Aria's Phone_Cindy Frank Text | No |
| Gov-1572-A | Freeman Computer_KYC Cindy Frank | No |
| Gov-1573 | Aria's Phone_Freeman Text | No |
| Gov-1574 | Audio_Freeman Voice Memo to DiMezzo | No |
| Gov-1575 | Audio_Aria DiMezzo Voice Memo | No |
| Gov-1576 | Audio_Freeman Voice Memo to DiMezzo 2 | No |
| Gov-1577 | Audio_Freeman Voice Memo to DiMezzo 3 | No |
| Gov-1578 | Video_Meet the Crypto6-Took Advantage Clip | No |
| Gov-1579 | Freeman Computer_Manfred Rodriguez Telegram Chat | No |
| Gov-1580 | Audio_Subpoena us Clip 1 | No |
| Gov-1581 | Audio_Freeman call to bank as Nobody | No |
| Gov-1701 | Photo_Exterior 659 Marlboro | No |
| Gov-1702 | Photo Bedroom 659 Marlboro | No |
| Gov-1703 | Photo_DiMezzo Phone 659 Marlboro | No |
| Gov-1801 | Photo Chester Street Exterior | No |
| Gov-1802 | Photo Living Room | No |
| Gov-1803 | Photo Living Room Couch | No |
| Gov-1804 | Photo Renee Spinella Phone | No |

| EXHIBIT | DESCRIPTION | RLS |
| --- | --- | --- |
| Gov-1805 | Photo Andrew Spinella Phone | No |
| Gov-1914 | Ledgers | No |
| Gov-2001 | Photo_Patrick Brown Driver's License | No |
| Gov-2002 | Photo_Patrick Brown Passport | No |
| Gov-2003 | Photo_Patrick Brown Buying Bitcoin from bitcoinbombshell Note_11-02-20 | No |
| Gov-2004 | Patrick Brown Completed $50k Wire Note_11-02-20 | No |
| Gov-2006 | Photo_Patrick Brown $50k Wire to NH Peace Church Receipt with Handwriting_11-02-20 | No |
| Gov-2007 | Photo_Patrick Brown Selfie with $50k Wire to NH Peace Church Receipt_11-02-20 | No |
| Gov-2008 | NH Peace Church_Santander Bank Statement_Oct and Nov 2020 | No |
| Gov-2101 | Photo_James Rossell Driver's License | No |
| Gov-2102 | Photo_James Rossell Buying Bitcoin from COTIH and Freean Note_03-16-20 | No |
| Gov-2103 | Photo_James Rossell $67k Wire to Ian Freeman Receipt with Handwriting_03-16-20 | No |
| Gov-2104 | Photo_James Rossell Selfie with $67k Wire to Ian Freeman Receipt_03-17-20 | No |
| Gov-2105 | Photo_James Rossell $60k Personal Check to Ian Freeman_3-26-20 | No |
| Gov-2106 | Photo_Jay Theoret Using Trust Agent James Rossell Note_05-07-20 | No |
| Gov-2107 | Photo_Jay Theoret $2k Deposit Receipt_05-07-20 | No |
| Gov-2108 | Photo_Steven Williams Using Trust Agent James Rossell Note_05-15-20 | No |
| Gov-2109 | Photo_Steven Williams $2700 Wire Receipt Authorizing Delivery to James Rossell_05-15-20 | No |
| Gov-2302 | Photo_Rebecca Ault Driver's License | No |
| Gov-2303 | Photo_Rebecca Ault Buying Bitcoin from FTL_Ian Note_10-28-20 | No |
| Gov-2304 | Photo_Rebecca Ault Selfie with $20k Wire Receipt_10-28-20 | No |
| Gov-2305 | Photo_Rebecca Ault Selfie with $5k Wire Receipt | No |
| Gov-2306 | Photo_Rebecca Ault $20k Wire Receipt_12-08-20 | No |
| Gov-2307 | Photo_Rebecca Ault Selfie with $20k Wire Receipt_12-08-20 | No |
| Gov-2401 | Photo_Dannela Varel Driver's License | No |
| Gov-2402 | Photo_Dannela Varel Selfie with $240k Wire Receipt_01-15-20 | No |
| Gov-2403 | Photo_Dannela Varel $240K Wire Receipt_01-15-20 | No |
| Gov-2404 | Photo_Dannela Varel Selfie with $210k Wire Receipt_01-21-20 | No |
| Gov-2405 | Photo_Dannela Varel $210k Wire Receit_01-21-20 | No |
| Gov-2406 | Photo_Danella Varel $305k Wire Receipt_01-21-20 | No |
| Gov-2501 | Bank Account Summary | No |
| Gov-2502 | Freeman Ally 8059 Deposits and Payees | No |
| Gov-2503 | Freeman Axos 8079 Deposit and Payees | No |
| Gov-2504 | Freeman First Tech 8014 Deposits | No |
| Gov-2505 | Freeman First Tech 8014 Payees | No |
| Gov-2506 | Freeman First Tech 7012 Deposits and Payees | No |
| Gov-2507 | Freeman SCU xx62 Deposits | No |
| Gov-2508 | Freeman SCU xx62 Payees | No |
| Gov-2509 | Freeman BOA 8465 Deposits and Payees | No |
| Gov-2510 | Freeman Santander 9819 Deposits and Payees | No |
| Gov-2511 | Freeman Santander 2523 Deposits and Payees | No |
| Gov-2512 | Fordham DCU 4760 Deposits and Payees | No |
| Gov-2513-A | 2513A_2980_Deposits_and_Payees | No |
| Gov-2515-A | JPM_9038_Deposits_and_Payees_updated | No |

| EXHIBIT | DESCRIPTION | RLS |
|---|---|---|
| Gov-2515-B | 2515B_JPM_9038_Deposits_and_Payees_updated | No |
| Gov-2516 | R Spinella Wells Fargo 3193 Deposits and Payees | No |
| Gov-2517 | R Spinella SCU 9598 Summary of Transactions | No |
| Gov-2518 | R Spinella DCU 0897 Deposits and Payees | No |
| Gov-2519-A | 2519A_Clitzens CHK 4521 Deposits and Debits | No |
| Gov-2520 | DiMezzo Wells Fargo 5556 Deposits and Payees | No |
| Gov-2521 | Viar Telegram Total Payments | No |
| Gov-2522 | Creach Telegram Total Payments | No |
| Gov-2523 | Summary of Victim Deposits | No |
| Gov-2524 | Rebecca Ault Payments | No |
| Gov-2525 | Patrick Brown Payments | No |
| Gov-2526 | Karla Cino Payments | No |
| Gov-2527 | Shirley Jimeno Payments | No |
| Gov-2528 | Harold Jones Payments | No |
| Gov-2529 | James Rossell Payments | No |
| Gov-2530 | Nancy Triestram Payments | No |
| Gov-2531 | Dannela Varel Payments | No |
| Gov-2532 | Rebecca Viar Payments | No |
| Gov-2601 | Freeman Tax Due & Owing | No |
| Gov-2701 | Photo_Harold Jones Driver's License | No |
| Gov-2702 | Photo_Harold Jones Selfie with Wire Receipt_04-07-20 | No |
| Gov-2703 | Photo_Harold Jones Selfie with Wire Receipt_05-04-20 | No |
| Gov-2704 | Photo_Harold Jones Selfie with Wire Receipt_05-22-20 | No |
| Gov-2705 | Photo_Harold Jones Selfie with Wire Receipt_06-17-20 | No |
| Gov-2706 | Photo_Harold Jones Selfie with Wire Receipt_07-20-20 | No |
| Gov-2707 | Photo_Harold Jones Wire Receipt with Note_08-11-20 | No |
| Gov-2708 | Photo_Harold Jones Wire Receipt with Note_08-12-20 | No |
| Gov-2709 | Photo_Harold Jones Wire Receipt with Note_08-13-20 | No |
| Gov-2710 | Photo_Harold Jones Wire Receipt with Note_08-14-20 | No |
| Gov-2711 | Photo_Harold Jones Selfie with Wire Receipt_08-27-20.jpg | No |
| Gov-2802 | Photo_Karla Cino Driver's License | No |
| Gov-2803 | Photo_Karla Cino Selfie with Wire Receipt_01-28-20 | No |
| Gov-2804 | Photo_Karla Cino Selfie with Wire Receipt_02-04-20 | No |
| Gov-2805 | Photo_Karla Cino Selfie with Wire Receipt_02-05-20 | No |
| Gov-2806 | Photo_Karla Cino Selfie with Wire Receipt_02-06-20 | No |
| Gov-2807 | Photo_Karla Cino Selfie with Wire Receipt_03-06-20 | No |
| Gov-2808 | Photo_Karla Cino Selfie with Wire Receipt_03-12-20 | No |
| Gov-2809 | Photo_Karla Cino Selfie with Wire Receipt_03-17-20 | No |
| Gov-2810 | Photo_Karla Cino Selfie with Wire Receipt_03-19-20 | No |
| Gov-2811 | Photo_Karla Cino Selfie with Wire Receipt_03-20-20 | No |
| Gov-2812 | Photo_Karla Cino Selfie with Wire Receipt_04-01-20 | No |
| Gov-2813 | Photo_Karla Cino Selfie with Wire Receipt to RSC_08-17-20 | No |
| Gov-2814 | Photo_Karla Cino Selfie with Wire Receipt to RSC_10-28-20 | No |
| Gov-2815 | Photo_Karla Cino Selfie with Wire Receipt_11-13-20 | No |

| EXHIBIT | DESCRIPTION | RLS |
|---|---|---|
| Gov-2816 | Photo_Karla Cino Selfie with Wire Receipt to RSC_11-30-20 | No |
| Gov-2817 | Photo_Karla Cino Selfie with Wire Receipt_12-07-20 | No |
| Gov-2818 | Photo_Karla Cino Selfie with Wire Receipt_01-20-21 | No |
| Gov-2819 | Photo_Karla Cino Selfie with Wire Receipt_02-04-21 | No |
| Gov-2820 | Photo_Karla Cino Selfie with Wire Receipt_03-08-21 | No |
| Gov-2901 | Connie Creach_10.16.19 Deposit Slip | No |
| Gov-2902 | Connie Creach_10.17.19 Deposit Slip | No |
| Gov-2903 | Connie Creach_10.18.19 Deposit Slip | No |
| Gov-2904 | Connie Creach_10.21.19 Deposit Slip | No |
| Gov-2905 | Connie Creach_10.24.19 Deposit Slip | No |
| Gov-2906 | Photo_Shirley Jimeno On Behalf of Connie Creach Receipt_02-01-20 | No |
| Gov-2907 | Photo_Jared Stogner Using Trusted Agent Connie Creach Note_03-30-20 | No |
| Gov-2908 | Photo_Nancy Triestram On Behalf of Connie Creach Receipt_02-14-20 | No |
| Gov-3101 | Photo_Nancy Triestram Driver's License | No |
| Gov-3102 | Photo_Nancy Triestram Selfie with Wire Receipt_01-06-20 | No |
| Gov-3103 | Photo_Nancy Triestram Wire Receipt Cropped_01-06-20 | No |
| Gov-3104 | Photo_Nancy Triestram Wire Receipt_01-06-20 | No |
| Gov-3105 | Photo_Nancy Triestram Selfie with Wire Receipt_02-11-20 | No |
| Gov-3106 | Photo_Nancy Triestram Selfie with Wire Receipt_02-14-20 | No |
| Gov-3107 | Photo_Nancy Triestram Selfie with Note_04-03-20 | No |
| Gov-3108 | Photo_Nancy Triestram Selfie with Note_04-24-20 | No |
| Gov-3109 | Photo_Nancy Triestram Selfie with Note_05-15-20 | No |
| Gov-3110 | Photo_Nancy Triestram Selfie with Note_06-02-20 | No |
| Gov-3111 | Photo_Nancy Triestram Selfie with Note_06-04-20 | No |
| Gov-4023 | Closing Bank Accounts May 2020 | No |
| Gov-4027 | Aria Selling June 2020 | No |
| Gov-4028 | June 19 on hold with chase | No |
| Def-A-5 | CVM - Scam Alerts Notice.pdf | No |
| Def-B | FINCEN Mass Email 07142018 (with 071318 letter attached) | No |
| Def-D-1 | Web page - Shire Free Church | No |
| Def-D-2 | Shire Free Church - Monadnock State of NH Articles of Agreement of a NH Non-Profit Corporation 12122013 | No |
| Def-D-3 | State of NH Affidavit of Amendment of Shire Free Church - Monadnock 04032015 | No |
| Def-D-4 | Certificate of Registered Trade Name of Free Talk Live 11062019 | No |
| Def-D-5 | 2020 Nonprofit Report - Shire Free Church - Monadnock 01042020 | No |
| Def-D-6 | Certificate of Good Standing - Shire Free Church Monadnock 09092020 | No |
| Def-G | Video raid_no_titles_no_music Security Footage of the raid by Federal Law Enforcement on the Defendant's personal residence.mp4 | No |
| Def-K | Letter from Attorney Seth Hipple to itBit dated 11102017 | No |
| Def-M-1 | Hundred Nights Freeman Database Record | No |
| Def-M-2 | Hundred Nights Ian Freeman.Free Talk Live.Shire Free Church Donation Records | No |