**O R I G I N A L**

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

DEC 22 2022

FILED

United States of America

  v.          Criminal No. 21-cr-41-JL

Ian Freeman

## VERDICT FORM

1. With regard to the crime described in count one of the indictment ("Operation of Unlicensed Money Transmitting Business"), we, the jury, find the defendant:

<u>   *GUILTY*   </u>
(Not Guilty/Guilty)

(Proceed to question 2.)

2. With regard to the crime described in count two of the indictment ("Conspiracy to Operate Unlicensed Money Transmitting Business"), we, the jury, find the defendant:

<u>   *GUILTY*   </u>
(Not Guilty/Guilty)

(Proceed to question 3.)

3. With regard to the crime described in count three of the indictment ("Money Laundering"), we, the jury, find the defendant:

<u>   *GUILTY*   </u>
(Not Guilty/Guilty)

(Proceed to question 4.)

4.      With regard to the crime described in count four of the indictment ("Conspiracy to Commit Money Laundering"), we, the jury, find the defendant:

_____GUILTY_____
(Not Guilty/Guilty)

(Proceed to question 5.)

5.      With regard to the crime described in count five of the indictment ("Attempt to Evade or Defeat Tax in 2016"), we, the jury, find the defendant:

_____GUILTY_____
(Not Guilty/Guilty)

(Proceed to question 6.)

6.      With regard to the crime described in count six of the indictment ("Attempt to Evade or Defeat Tax in 2017"), we, the jury, find the defendant:

_____GUILTY_____
(Not Guilty/Guilty)

(Proceed to question 7.)

7.      With regard to the crime described in count seven of the indictment ("Attempt to Evade or Defeat Tax in 2018"), we, the jury, find the defendant:

_____GUILTY_____
(Not Guilty/Guilty)

(Proceed to question 8.)

8.      With regard to the crime described in count eight of the indictment ("Attempt to Evade or Defeat Tax in 2019"), we, the jury, find the defendant:

_____GUILTY_____
(Not Guilty/Guilty)

(Conclude your deliberations.)

__ /s/ Foreperson_____
Foreperson

___12/22/2022_____
Date