# *United States District Court*

## _____DISTRICT OF NEW HAMPSHIRE_____

## United States of America

## v.

## Ian Freeman

### CASE NUMBER:  1:21-cr-000041

### <u>ASSENTED TO MOTION TO CONTINUE SENTENCING</u>

*NOW COMES* the defendant, Ian Freeman, by and through counsel, Mark L. Sisti, and respectfully moves this Honorable Court to Continue Sentencing until June 2023, or as the Court's docket permits, with regard to this matter.

As grounds for and in support of this request, the Defendant states as follows:

1. Sentencing in this matter is currently scheduled for April 14, 2023, at 10:00 a.m.

2. This matter includes several unique and complex issues. Additional time is requested in which to adequately address these issues.

3. Defense counsel has contacted Georgiana MacDonald, Esq. of the U.S. District Attorney's office, and she assents to the granting of this motion.

*WHEREFORE* the defendant respectfully requests that this Honorable Court grant this motion to Continue Sentencing until June 2023, or as the Court's docket permits.

Respectfully Submitted,

Dated:  March 10, 2023          /s/ Mark L. Sisti, Esq.
                               Mark L. Sisti, Esq.
                               NH Bar No.:  2357
                               Sisti Law Offices
                               387 Dover Road
                               Chichester, NH 03258
                               (603) 224-4220
                               info@sistilawoffices.com

## CERTIFICATION

I hereby certify that on this 10th day of March, 2023 that a copy of the foregoing
Assented to Motion to Continue Sentencing  has been forwarded to Seth Aframe, Esq. and
Georgiana MacDonald, Esq of the U.S. District Attorney's Office, through the Court's electronic
filing system.

/s/ Mark L. Sisti, Esq.
Mark L. Sisti, Esq.