*NO COPY OF THIS TRANSCRIPT MAY BE MADE PRIOR TO JUNE 8, 2023

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE


* * * * * * * * * * * * * * * * * * *
                                    *
UNITED STATES OF AMERICA            *
                                    *   1:21-cr-41-JL
              v.                    *   December 13, 2022
                                    *   11:34 a.m.
IAN FREEMAN                         *
                                    *
* * * * * * * * * * * * * * * * * * *


TRANSCRIPT OF JURY TRIAL
DAY 6 - MORNING SESSION
BEFORE THE HONORABLE JOSEPH N. LAPLANTE


Appearances:


For the Government:          Georgiana L. MacDonald, AUSA
                             Seth R. Aframe, AUSA
                             John J. Kennedy, AUSA
                             United States Attorney's Office




For the Defendant:           Mark L. Sisti, Esq.
                             Sisti Law Offices




Court Reporter:              Liza W. Dubois, RMR, CRR
                             Official Court Reporter
                             United States District Court
                             55 Pleasant Street
                             Concord, New Hampshire 03301
                             (603)225-1442

```
1                      I N D E X
2
3
   WITNESS:              Direct   Cross   Redirect   Recross
4
5  KENDALL McBREARTY      (Cont.)
6    By Mr. Aframe            5
7
8  EXHIBITS:                  FOR ID              IN EVD.
9  Government's Exhibit 1580                        107
10 Government's Exhibit 1581                        107
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1                    P R O C E E D I N G S
 2              THE COURT:  Let's get on the record.  You wanted to
 3    talk about an exhibit or two?
 4              MR. SISTI:  Yeah.  Actually, there's two.  There's
 5    going to be -- like the Government's going to offer two audio
 6    clips.  They're supposed to be pretty short.  We had like a
 7    software mismatch.  We finally have them on the laptop now.  I
 8    don't want to disrupt the beginning of this thing --
 9              THE COURT:  Sure.
10              MR. SISTI:  -- but before those are admitted, I do
11    need to listen to them quickly.
12              THE COURT:  Oh.
13              MR. SISTI:  I'm told they're only about five minutes
14    long.
15              THE COURT:  All right.  Is it going to be in the
16    first part of your presentation?  Because if you want to wait
17    until the first break, we can do it then.
18              MR. AFRAME:  That would be ideal.  I don't know
19    exactly whether it's an hour and half in, but --
20              THE COURT:  When you hit that point, just give me a
21    heads-up.
22              MR. AFRAME:  Okay.
23              THE COURT:  We can take a break, you can do your
24    thing.
25              MR. SISTI:  I appreciate it.
```

1            THE COURT:  Good.  Very cooperative.  Good job.

2            THE CLERK:  All set, Judge?

3            THE COURT:  We are.

4            THE CLERK:  Please rise for the jury.

5            Please be seated.

6            Court is now in session and has before it for

7    consideration jury trial day six in criminal case

8    21-cr-41-01-JL, United States of America vs. Ian Freeman.

9            THE COURT:  Ladies and gentlemen of the jury,

10   welcome back.  It's good to see you.

11           Have any of you had any conversations with each

12   other or anybody else about the trial during the recess?

13           THE JURY:  No.

14           THE COURT:  Have any of you been exposed to

15   information, either inadvertently or intentionally, about any

16   issue involved in this case during the recess?

17           THE JURY:  No.

18           THE COURT:  Let's proceed then.

19           Mr. Aframe, you may proceed with your direct.

20           MR. AFRAME:  Thank you, your Honor.

21           THE CLERK:  Is the witness still under oath?

22           THE COURT:  The witness is still under oath.  You

23   understand.

24           THE WITNESS:  Yes.

25                     CONTINUED DIRECT EXAMINATION

1    BY MR. AFRAME:

2        Q.    Good morning, Special Agent McBrearty.

3        A.    Good morning.

4        Q.    We left off yesterday looking at the process of

5    the contents that were of interest of Mr. Freeman's laptop

6    computer, correct?

7        A.    Correct.

8        Q.    I'd just -- and we were looking -- the last thing we

9    looked at were a series of documents related to the Crypto

10   Church of New Hampshire?

11       A.    Yes.

12       Q.    And I now want to just reorient us to where we were

13   in the computer.  So just to do that, very quickly, let's pull

14   up 1502.

15             And do you see that?

16       A.    I do.

17       Q.    And is that a -- what is that?

18       A.    That is a file path from documents to the church

19   folder and those are the contents of the church folder.

20       Q.    Okay.  And so when we ended yesterday afternoon, if

21   we went down one, two, two, three, four, five, six, seven,

22   eight, do we see Crypto Church of New Hampshire?

23       A.    Crypto Church.

24       Q.    Crypto Church, excuse me.  Is that what we were

25   looking at yesterday?

```
1            A.    Yes.

2            Q.    Okay.  So that's where we were.

3                  And three above that, what do you see?

4            A.    COTIH.

5            Q.    Okay.  And that's the folder I want to explore now.

6                  So if we turn to document -- Government's

7     Exhibit 511 -- 1511, what folder is this?

8            A.    This is the COTIH folder, the contents of it.

9            Q.    That folder?

10           A.    Correct.

11           Q.    Okay.  So let's look at 1512.  What is that?

12           A.    This is a certificate of registered trade name for

13    the Church of the Invisible Hand.

14           Q.    And what are the -- if we took Church of the

15    Invisible Hand and made it an acronym, what would it be?

16           A.    COTIH.

17           Q.    Okay.  And is that the name of the folder?

18           A.    Yes.

19           Q.    And can you just read that -- that one sentence?

20           A.    This is to certify that Nobody is registered in this

21    office as doing business under the trade name Church of the

22    Invisible Hand at 73 Leverett Street, Keene, New Hampshire,

23    03431, USA, on 12/16/2019, 8:30 a.m.

24           Q.    Okay.  Thank you.

25                 And if we look at 1513, what do we see there?
```

1    What's at the top, very top?

2         A.    It appears to be a letterhead for the Church of the

3    Invisible Hand.

4         Q.    And what address does it give for the Church of the

5    Invisible Hand?

6         A.    75 Leverett Street, Keene, New Hampshire, 03431.

7         Q.    And is this letter signed?

8         A.    It is not.

9         Q.    Is there a name under the signature, though, where

10   it would be signed?

11        A.    Yes.

12        Q.    And whose name is it?

13        A.    Pope Nobody.

14        Q.    Okay.  And if we turn to 1514 -- actually, let's go

15   back to 1502.  Sorry.

16              So looking at 1502, if we could just blow that up so

17   we can see it.  Maybe you all can see it.  I can't.

18              So we -- this is back to -- where are we back to

19   now?

20        A.    Back to the church folder.

21        Q.    Okay.  And we looked at -- we just looked at COTIH?

22        A.    Correct.

23        Q.    And before that we looked at Crypto Church?

24        A.    Correct.

25        Q.    And if we you go down one, two, three, four, five

1    from Crypto Church, what do we get to?

2         A.    NH Peace Church.

3         Q.    Okay.  And so let's look at 1514.  What folder is

4    this?

5         A.    NH Peace Church.

6         Q.    Okay.  So this is the open of what we just looked

7    at?

8         A.    Correct.

9         Q.    Okay.  And if we went to 1515, what does that

10   document say?

11        A.    State of New Hampshire, Department of State, NH

12   Peace Church, Ian Freeman, 63 Emerald Street, number 610,

13   Keene, New Hampshire, 03431.

14        Q.    And if we went a couple pages in to the -- where

15   it's -- that page, what's the date and time of this document?

16        A.    Receipt date and time 7/22/2020, 4:12:08 p.m.

17        Q.    And who is the payer?

18        A.    Ian Freeman.

19        Q.    And who's the filer?

20        A.    Ian Freeman.

21        Q.    And what is the trade name registration for?

22              Middle of the document.

23        A.    NH Peace Church.

24        Q.    Okay.  And if we went to 1516, what is that?

25        A.    This is another certificate of registered trade name

1       of NH Peace Church.

2               Q.      And what address does it give?

3               A.      661 Marlboro Street, Keene, NH, 03431, USA.

4               Q.      Was that a different address from the address we

5       were looking at a minute ago?

6               A.      Yes.

7               Q.      Okay.  So let's turn to -- back to 1501.  What's

8       this again showing us?

9               A.      This is the document -- the contents of the

10      Documents folder.

11              Q.      Okay.  And if we go down to the Ls, above LRN, what

12      do you see?

13              A.      Legal ID.

14              Q.      Okay.  And so if we go to 1517 --

15              A.      This is the contents of Legal ID, the folder we were

16      just looking at.

17              Q.      Okay.  And do you see a couple names there?

18              A.      I do.

19              Q.      Do you see the name Nobody?

20              A.      I do.

21              Q.      Do you see the name Renee?

22              A.      Yes.

23              Q.      Okay.  And so let's look at 1518.

24                      What's this?

25              A.      This is the contents of the Renee folder within

1    Legal ID.

2         Q.    And so in the first column you see the back of an

3    ID, a BOA statement, and then a driver's license vertical?

4         A.    Correct.

5         Q.    Why the vertical?

6         A.    In the state of New Hampshire, a vertical ID means

7    that the person is under 21.

8         Q.    And then the second column, there's another ID.  Is

9    that also the same person?

10        A.    Yes.

11        Q.    And have you looked at all of these?  I know there

12   are -- they are thumbnails, but is -- who is that of?

13        A.    Renee LeBlanc.

14        Q.    And that one is in the traditional horizontal

15   format?

16        A.    Yes.

17        Q.    And then do you see several passports?

18        A.    Yes.

19        Q.    Did you look at those photos in a close-up?

20        A.    Yes.

21        Q.    And who are those of?

22        A.    Renee LeBlanc.

23        Q.    Okay.  And if we turn to 1519, this is, again, in

24   the Legal ID folder?

25        A.    Correct.

```
 1          Q.    And which subfolder?

 2          A.    Nobody.

 3          Q.    And whose driver's license is that?

 4          A.    Nobody.

 5          Q.    And have you met -- as the case agent, did you ever

 6    encounter Mr. Nobody?

 7          A.    I did.

 8          Q.    And based on that, is this him?

 9          A.    Yes.

10                MR. AFRAME:  Okay.  Let's turn now to 1520.

11          Q.    Do you recognize what this is showing us?

12          A.    Yes.  Within the Documents folder there was a folder

13    titled Shire Crypto.  This is the contents of it.

14          Q.    Okay.  And what is the second folder in there?

15          A.    It's called Agreements.

16          Q.    And what's the third one?

17          A.    Banks.

18          Q.    And what's the fifth one?

19          A.    Exchanges.

20          Q.    Okay.  And if we went down into the -- it stops

21    being folders, right, and then there's some things with little

22    Ws.

23          A.    Correct.

24          Q.    What are those?  What does that little W mean?  Not

25    the document, but what does the little W mean?
```

```
1        A.   I'm sorry.  I'm not oriented.

2        Q.   Do you see the little --

3        A.   Oh, yes.  Word documents.  Sorry.

4        Q.   And then there's some with a little red banner?

5        A.   PDFs.

6        Q.   Okay.  So you see the red banner that says Bitcoin

7   Cash Invoice 2019?

8        A.   Yes.

9        Q.   What is under that?  What's the --

10        A.   BTC Instructions.

11        Q.   Okay.  All right.  So let's turn to 1521.

12             And what is 1521 showing you?

13        A.   This is the contents of the agreements folder.

14        Q.   Okay.  And we'll look at the -- some actual

15   agreements later.

16             In this folder, did you review -- we didn't print

17   out the entire contents of this folder, but did you review it?

18        A.   Yes.

19        Q.   Were they signed or unsigned versions of these

20   agreements?

21        A.   Unsigned.

22        Q.   Okay.  And were the signed ones ever found?

23        A.   Yes.

24        Q.   And where were they found?

25        A.   In the -- in the search warrant for Leverett in the
```

1    studio.

2         Q.    Okay.  So we'll look at the signed ones later, but I

3    just want to point out some of these here.

4              So the first one, what does it say?

5         A.    Assistant Agreement Aria.

6         Q.    And the third one?

7         A.    Assistant Agreement Nobody.

8         Q.    The fourth one?

9         A.    Assistant Agreement 2020 Aria.

10        Q.    The fifth one?

11        A.    Bank Assistant Agreement.

12        Q.    The sixth one?

13        A.    Bank Assistant Agreement Andy.

14        Q.    The seventh one?

15        A.    Bank Assistant Agreement Andy.

16        Q.    The eighth one?

17        A.    Bank Assistant Agreement Andy, signed.

18        Q.    The ninth one?

19        A.    Bank Assistant Agreement, Nobody.

20        Q.    The 11th one?

21        A.    I think you're going with Colleen RT 101

22    termination.

23        Q.    Okay.  And 1522, what's that?

24        A.    This is the contents of the Banks folder within

25    Shire Crypto.

1    Q.    Okay.  And what's listed in those various folders?

2    A.    Bank names.

3    Q.    Okay.  And what's seventh from the bottom?

4    A.    GFA.

5    Q.    Okay.  And did you look inside that folder?

6    A.    I did.

7          MR. AFRAME:  And could we go to the next exhibit,

8    the one after -- yeah.  What number is that?

9    Q.    This is 1523.  Where did you find this document?

10   A.    That was within the GFA folder within the Banks

11   folder.

12   Q.    And who was this letter made out to?

13   A.    Colleen Fordham.

14   Q.    Okay.  And what's the date of the letter?

15   A.    December 13th, 2018.

16   Q.    If we go down, can you read me the first paragraph?

17   A.    As you know, GFA Federal Credit Union, GFA, has

18   frozen the above-referenced account.  This action was taken

19   because of a report of suspected fraudulent activity involving

20   this account.  GFA has a legal responsibility to investigate

21   such claims and will not release any funds until its

22   investigation is complete.

23         MR. AFRAME:  And then if we could go to the next

24   paragraph.

25   Q.    I'll read this one.

1          At this time, GFA has determined that the account in

2     question is being used for the exchange of real currency, for

3     virtual or crypto currency such as Bitcoin.  As such, you, as

4     the holder of the account, may be considered a money

5     transmitter as defined by the Bank Secrecy Act.  And then it

6     provides some legal citation.

7          The BSA requires all money transmitters to comply

8     with certain statutory and regulatory requirements, including

9     registration with the Financial Crimes Enforcement Network.

10          Did I read that correctly?

11     A.    Yes.

12          MR. AFRAME:  And if we just go back out, does --

13     does it -- if we go to the next part, I'm sorry.

14     Q.    Does it ask Colleen for some information?

15     A.    Yes.

16     Q.    Does it ask for her FinCEN registration?

17     A.    Evidence of it, yes.

18     Q.    Or an article of organization?

19     A.    Yes.

20     Q.    And -- or any legal opinions about the application

21     of the BSA.

22     A.    Yes.

23     Q.    Okay.  Thanks.

24          And 1524, what's this -- what folder was this found

25     in?

1      A.    This was within the Banks folder.  There was a -- a

2   Nevis folder within there.

3      Q.    Okay.  And where is Nevis International Bank and

4   Trust Limited?

5      A.    Nevis, St. Kitts and Nevis.

6      Q.    And what is this document?

7      A.    This is a personal account application.

8      Q.    And who's it for?

9      A.    Ian Freeman.

10     Q.    And what address does Mr. Freeman give for his --

11  what address is put here?

12     A.    73 Leverett Street, Keene, New Hampshire, 03431.

13     Q.    And what is his -- what contact address is put here?

14     A.    Contact address is 63 Emerald Street, number 610,

15  Keene, New Hampshire --

16     Q.    Okay.

17     A.    -- 03431.

18     Q.    And what is the occupation that's put?

19     A.    Minister of peace and nationally syndicated talk

20  show host.

21     Q.    What is put as the employer's name?

22     A.    Shire Free Church.

23     Q.    And what's the employer's address?

24     A.    73 Leverett Street, Keene, New Hampshire.

25     Q.    And what is declared as the annual income?

1      A.    Less than $200,000.

2      Q.    And where it says dec, going to the next page, at

3  the top it talks about declaration of wealth.  What is checked

4  off for sources of wealth?

5      A.    Savings and investments.

6      Q.    And then there was a -- something called declaration

7  of wealth.  Do you see that?

8      A.    Yes.

9      Q.    What does that say?

10      A.    I don't have income as I am sustained by my church.

11  Revenue is from church investments, radio, advertising sales,

12  and church donations.

13      Q.    Okay.  And what are the source of funds to be

14  deposited in the bank?  What does it say?

15      A.    Church investments, radio advertising sales, and

16  church donations.

17      Q.    Does it say profits from Bitcoin sales?

18      A.    No.

19      Q.    What is the liquid net worth?

20      A.    Five million USD.

21      Q.    And the illiquid net worth?

22      A.    400,000 USD.

23      Q.    Okay.  And under anticipated services, what is

24  checked off?

25      A.    Debit card, other business services, specify, wire

1   transfers.

2          Q.    And who's going to be the signer for the account?

3          A.    Account holder.

4          Q.    And who signed the document?

5          A.    Ian B. Freeman.

6          Q.    And when -- when did that happen?

7          A.    June 14th, 2020.

8          Q.    Okay.  And turning to 1525, what's -- what's this?

9          A.    This is the Exchanges folder.  It's the contents of

10   it which was within the Shire Crypto folder.

11         Q.    And what is that list of entities?  Are you familiar

12   with those entities?

13         A.    Yes, it's a list of cryptocurrency exchanges.

14         Q.    And have we talked -- when you -- when we started

15   yesterday, your examination, what's the one three from the

16   bottom?

17         A.    Kraken.

18         Q.    And what did we look at from Kraken?

19         A.    Records from Ian Freeman's account.

20         Q.    Okay.  And what did we do with them yesterday?

21         A.    We looked to see how much a fee would be for a

22   purchase of Bitcoin.

23         Q.    Okay.  And itBit, did we look at some itBit

24   documents?

25         A.    Yes.

1    Q.    And do you see itBit there?

2    A.    Yes.

3    Q.    Okay.  All right.  So if we go back, just to

4    reorient us just for a second to 1520, what was this

5    screenshot?

6    A.    The contents of the Shire Crypto folder.

7    Q.    Okay.  And so we just looked at -- did we look at

8    Agreements?

9    A.    We did.

10   Q.    Did we look at Banks?

11   A.    Yes.

12   Q.    Did we look at Exchanges?

13   A.    Yes.

14   Q.    And then I pointed out one other, which was Bitcoin

15   Instructions?

16   A.    Yes.

17   Q.    Okay.  So let's look at that now, which is 1526.

18         Are you familiar with this document?

19   A.    I am.

20   Q.    And what is the title of it?

21   A.    SFC, LBC, notes.

22   Q.    Does Shire Free Church have the initial letters SFC?

23   A.    Yes.

24   Q.    Does LocalBitcoins correspond with LBC?

25   A.    Yes.

1     Q.    And so you've been here the whole time, as has the

2  jury.  I imagine some of this language looks familiar to you.

3     A.    Yes.

4     Q.    Are we talking about we see it says low feedback --

5  and I won't read this whole thing, but I'll just read the first

6  line:

7          Hello, I am willing to trade with newbies unlike

8  many traders, however, new accounts are more likely to be

9  attempting fraud.  And then there's some other words.

10          And then it says, one, one close-up of your

11 government ID and it goes on.

12          Where -- where have we seen that before?

13     A.    In responses on LocalBitcoins chats.

14     Q.    Okay.  And there's another one.  The next one says

15 new to me, but good feedback.  And there's some more

16 instructions.  Right?

17     A.    Yes.

18     Q.    And I'll point out number two says -- it says:  I

19 need you to send me two photos, one, one close-up of your

20 government ID.

21     A.    Yes.

22     Q.    Did I read that right?

23          Two, one including your face and you holding a piece

24 of paper with these words on it, I certify that I am buying

25 bitcoins from the Shire Free Church.  Also include today's date

1    and your signature.

2             Have we seen that?

3        A.   Yes.

4        Q.   And where'd we see that?

5        A.   On replies for chats on LocalBitcoins.

6        Q.   And then it says:  Verification for agent.  I need

7    you to send me two photos -- and I'll just read number 2.  One

8    including your agent's face and your agent holding a piece of

9    paper with these words written on it, I certify that I am

10   buying bitcoins from the Shire Free Church on behalf of XXXXX,

11   today's date, and your agent's signature.

12            Did I read that correctly?

13       A.   Yes.

14       Q.   And did we see in LocalBitcoins that as well?

15       A.   Yes.

16       Q.   And it says after posting receipt, I need another

17   photo of you holding your receipt near your face.  Thank you.

18            Did I read that right?

19       A.   Yes.

20       Q.   And if we go to the next page, there are some other

21   instructions there.  The one that's after the sale, do you see

22   that?

23       A.   Yes.

24       Q.   It says:  All set.  I'm leaving you positive

25   feedback.  Would appreciate you doing the same for me.  Thank

1    you.  Please spread the word of the peace and freedom that

2    Bitcoin can bring the world.  Also, you will not need to

3    provide ID initially in future trades.  Thank you.

4              Did we see that?

5        A.   Yes.

6        Q.   Okay.  And then if we go to the next page, do you

7    see -- what do you see there --

8        A.   Citibank --

9        Q.   -- generally?

10       A.   Instructions about bank information including

11   account numbers, account names, types.

12       Q.   And have we seen this format frequently?

13       A.   Yes.

14       Q.   And where have we seen that?

15       A.   LocalBitcoins.

16       Q.   Okay.  And if we go -- the next page we'll see more

17   of that?

18       A.   Yes.

19       Q.   And then the next page, the bold at the bottom says

20   MoneyGram instructions?

21       A.   Yes.

22       Q.   We haven't seen too much of that, right?

23       A.   No.

24       Q.   And Walmart2Walmart instructions, have we seen a lot

25   of that?

```
1        A.    No.

2        Q.    And if we go on further, we see Western Union

3   instructions.  Have we seen a lot of that?

4        A.    No.

5        Q.    Okay.  Then we get to the bottom.  What does that

6   say?

7        A.    Bank Statuses.

8        Q.    And then what does it say under Bank Statuses?

9        A.    Broken up with, TD, parentheses, SFC, Ian, Renee.

10        Q.    Okay.  And then the next one says?

11        A.    BOA, parentheses, SFC, Ian, Renee.

12        Q.    Peoples?

13        A.    Correct.

14        Q.    And that says SFC?

15        A.    Correct.

16        Q.    Citizens, SFC?

17        A.    Yes.

18        Q.    Service Credit Union, SFC?

19        A.    Yes.

20        Q.    WF, SFC, Ian, Renee?

21        A.    Yes.

22        Q.    Granite State CU, SFC?

23        A.    Yes.

24        Q.    Ally, Ian?

25        A.    Yes.
```

```
1          Q.    Bellwether, SFC?

2          A.    Yes.

3          Q.    Savings Bank of Walpole, SFC?

4          A.    Yes.

5          Q.    Fidelity, Ian?

6          A.    Yes.

7          Q.    State Farm Bank, Ian?

8          A.    Yes.

9          Q.    Chase, SFC?

10         A.    Yes.

11         Q.    WF, Ian?

12         A.    Yes.

13         Q.    Triangle CU, SFC?

14         A.    Yes.

15         Q.    First Internet Bank, Ian?

16         A.    Yes.

17         Q.    GFA, FCU, SFC?

18         A.    Yes.

19         Q.    DCU, Ian?

20         A.    Yes.

21         Q.    And then after that it says, I closed this.

22         A.    Yes.

23         Q.    SCU, Colleen?

24         A.    Yes.

25         Q.    GFA, Colleen?
```

```
1        A.    Yes.

2        Q.    TD, Ian 2?

3        A.    Yes.

4        Q.    Key, SFC?

5        A.    Yes.

6        Q.    BBVA, Ian?

7        A.    Correct.

8        Q.    And in your review of documents as the case agent,

9   have you seen lots of bank documents in this case?

10       A.    Yes.

11       Q.    Have you seen lots of closures of accounts

12   associated with SFC?

13       A.    Yes.

14       Q.    With Ian?

15       A.    Yes.

16       Q.    With Renee?

17       A.    Yes.

18       Q.    With Colleen?

19       A.    Yes.

20       Q.    And it says:  Rejected in advance by Bank of

21   Internet, SFC.

22       A.    Yes.

23       Q.    DCU, SFC?

24       A.    Yes.

25       Q.    EverBank, Ian, SFC?
```

```
 1          A.    Yes.

 2          Q.    Schwab, Ian via ChexSystems?

 3          A.    Yes.

 4          Q.    NASA FCU.  Are you familiar with NASA?

 5          A.    Yes.

 6          Q.    What is NASA?

 7          A.    I don't actually know if I could say what it stands

 8   for, but it's the people that go to space.

 9          Q.    Okay.  And what does it say after that?

10          A.    Wanted SS card.

11          Q.    State Farm Bank?

12          A.    Yes.

13          Q.    SFC?

14          A.    Yeah.

15          Q.    TIA Bank, wanted SS card?

16          A.    Yes.

17          Q.    And then it says, in limbo, Radius Bank --

18          A.    Yes.

19          Q.    -- SFC?

20          A.    Yes.

21          Q.    Being broken up with, Axos, Ian?

22          A.    Yes.

23          Q.    And then applying at, colon, and there's nothing

24   written there, correct?

25          A.    Correct.
```

```
 1          Q.    Active at CCFCU, Ian?

 2          A.    Yes.

 3          Q.    Citibank, SFC?

 4          A.    Yes.

 5          Q.    First Tech FCU, Ian?

 6          A.    Yes.

 7          Q.    TD, Colleen?

 8          A.    Yes.

 9          Q.    DCU, Colleen?

10          A.    Yes.

11          Q.    Service CU, Ian?

12          A.    Yes.

13          Q.    Was that the section of this report called Bank

14    Statuses?

15          A.    Correct.

16          Q.    And then there's another section which is -- what's

17    the next section called?

18          A.    Exchange Statuses.

19          Q.    And it says, Ian, okay at Kraken, BitMart, BitStamp,

20    Uphold, Liquid, which in parentheses Quonine (sic), Huobi U.S.,

21    and it says in parentheses HBUS, right?

22          A.    Yes.

23          Q.    And then blockchain.com cex.io?

24          A.    Yes.

25          Q.    And then says, Colleen okay at Gemini.
```

1      A.    Yes.

2      Q.    CC okay at Kraken tier 4?

3      A.    Yes.

4      Q.    Ian okay at Bitfinex, but no wires in.  No longer

5  officially doing biz in U.S.?

6      A.    Correct.

7      Q.    Crypto Only, and then there's another series of

8  exchanges, correct?

9      A.    Yes.

10     Q.    And what does it say for Bittrex?

11     A.    Canceled Ian.

12     Q.    And for bitFlyer?

13     A.    Denied, SFC, appear to be denying personal.

14     Q.    BitStamp?

15     A.    Denied, SFC due to internal compliance policies,

16  parentheses, had insanely invasive questions, but approved Ian

17  for personal.

18     Q.    GDAX?

19     A.    Banned.

20     Q.    Gemini?

21     A.    Retrying a year after failure on SFC, parentheses,

22  also failed on personal in 2017.  They wanted a pay stub.

23  Canceled personal.  They canceled Renee.

24     Q.    Independent Reserve Australian?

25     A.    Country rejected.

1      Q.    itBit?

2      A.    Broke up with SFC, Ian.

3      Q.    HitBTC?

4      A.    Applied for SFC week of 9/1, followed up 9/26, again

5  April.

6      Q.    And then Kraken?

7      A.    Rejected SFC, approved personal, parentheses, tier

8  4, approved CC parentheses, tier 4.

9      Q.    Okay.  And then is there a list of NH BTC sources?

10     A.    Yes.

11     Q.    So let's turn from the folder Documents to the

12  folder called Downloads.

13           And if we went down to the third folder, what do we

14  see there?

15     A.    KYC.

16     Q.    And are you familiar with what KYC stands for?

17     A.    Know your customer.

18     Q.    Okay.  This is, by the way, 1527.

19           And that third folder down is called KYC, correct?

20     A.    Yes.

21     Q.    And if we go to -- and before we do that, do you

22  see -- what is the last folder there?

23     A.    Telegram Desktop.

24     Q.    Okay.  And I want to look just briefly at Telegram

25  Desktop.

```
 1                And if we go to 1528, is this the contents of that
 2     folder?
 3          A.    Yes.
 4          Q.    And do you see where there's a PDF that says Ian
 5     Payments?
 6          A.    Yes.
 7          Q.    What's the one right below that?
 8          A.    Ian Recommendation.
 9          Q.    And if we turn to 1529, was this the document that
10     appeared as -- behind Ian Recommendation, when you open that
11     Word document?
12          A.    Yes.
13          Q.    And this appears to be at 1529, a June 22nd, 2020,
14     unsigned letter.  Unsigned by who?
15          A.    Melanie Neighbours.
16          Q.    And have we -- did we see it before?
17          A.    Yes.
18          Q.    When did we see it?
19          A.    When Melanie Neighbours was testifying.
20          Q.    Okay.  And what was it in relation to?
21          A.    A letter she wrote to Ian Freeman.
22          Q.    And did we see the signed copy yesterday?
23          A.    Yes.
24          Q.    And is this copy signed?
25          A.    No.
```

1          Q.    Okay.  And if we go back just for a second to

2    1527 -- I'm sorry.  I wanted to -- yeah, 1527.  That KYC folder

3    is there?

4          A.    Yes.

5          Q.    Okay.  I want to then now just go to 1531, which

6    opens up that -- that folder.

7                And there are how many folders there?

8          A.    Five.

9          Q.    And what's the second one?

10         A.    Local.bitcoin.com.

11         Q.    And the third one?

12         A.    LocalBitcoin.

13         Q.    And the last one?

14         A.    Telegram.

15               MR. AFRAME:  Okay.  So what I want to do now for

16   probably some time is look at the contents of that Telegram

17   folder.

18               Actually, before we look at the Telegram folder, can

19   we look for a minute at the LocalBitcoins folder.

20               So this is Government's Exhibit 1532, which is a

21   thumb drive that contains the contents of the various folders

22   that Special Agent McBrearty just identified.

23               And can we go down just to show what's going on

24   here?  Can you open up Arnaiz for a second?

25         Q.    Do you see those folders, Special Agent McBrearty?

1      A.    Yes.

2      Q.    Have we seen those before?

3      A.    Yes.

4            MR. AFRAME:  And if we could just go back to 1216,

5   are we able to do that?  I'm expanding the technology to its

6   limits, I think.

7            And if we just go forward, just scrolling through

8   for the photos.

9      Q.    Do you see those photos?

10     A.    Yes.

11     Q.    And are those going -- which is the -- and so this

12  is the -- this is the LocalBitcoins that was on the computer,

13  right?

14     A.    Correct.

15     Q.    Are these the same photos?

16     A.    Yes.

17           MR. AFRAME:  And if we go back out of this, scroll

18  down, how about J. Rossell, 1313.

19     Q.    Do you see those photos?

20     A.    Yes.

21     Q.    And I won't bring it back up because we spent plenty

22  of time on it, but are you familiar with those photos?

23     A.    Yes.

24     Q.    And where did we see those?

25     A.    In the LocalBitcoins chats.

33

```
1         Q.   And Mr. Rossell, was he here to testify?

2         A.   He was.

3              MR. AFRAME:  Okay.  All right.  Now, actually, if

4    you could go back one second to where we just were, the

5    J. Rossell.

6         Q.   So those are photos of Mr. Rossell that we see

7    there, right?

8         A.   Yes.

9              MR. AFRAME:  Can you open the Jay Theoret?

10        Q.   And did we see those photos yesterday?

11        A.   Yes.

12        Q.   And where were those?

13        A.   LocalBitcoins chat.

14        Q.   And in which chat?

15        A.   The one with J. Rossell, 1313.

16             MR. AFRAME:  Okay.  And if you just go back out of

17   that, can you show me the Steven Williams.

18        Q.   And how about those photos?

19        A.   Same.

20             MR. AFRAME:  Okay.  All right.  So let's go from the

21   LocalBitcoins folder to the Telegram folder.  And let's open

22   the first one that's Allen.

23             Can you open up the one that ends in 18-34-06.

24        Q.   And can you see, Special Agent, the -- the wire

25   amount here at the very top?
```

1    A.   125,000.

2    Q.   Okay.  And who is it being sent to?

3    A.   Ian B. Freeman.

4    Q.   And on what date?

5    A.   10/24/2019.

6    Q.   Okay.  And 18-35-10, is that that same wire?

7    A.   Yes.

8    Q.   And can you read what it says at the top?

9    A.   I, Dale Allen, authorized and completed a wire

10   transfer in the amount of 125,000 USD for the purchase of

11   Bitcoin from FTL_Ian on localbitcoins.com.  I understand that

12   this transaction is nonrefundable.

13   Q.   Okay.  And do you see another photo -- I'm not going

14   to open it -- but at the end of the row, of that person?

15   A.   Yes.

16   Q.   And how about the second row, do you see another

17   person?

18   A.   Yes.

19   Q.   Is that a different person?

20   A.   Yes.

21        MR. AFRAME:  And so could we open that one.

22   Q.   And what does that say?

23   A.   I, David Wall, have authorized a wire in the amount

24   of 11,000 USD for the purchase of Bitcoin from @FTL_Ian on

25   Telegram on behalf of Dale Allen.

1    Q.    And is there another photo of the -- Mr. Wall?

2    A.    Yes.

3    Q.    And do you see him again at the bottom?

4    A.    Yes.

5    Q.    Okay.  And what's the name of the folder we're in?

6    A.    Allen.

7    Q.    And what was the relationship, based on what you

8    read, of Allen to Wall?

9    A.    Wall was buying on behalf of Allen.

10         MR. AFRAME:  Okay.  And how about the one that says

11   John Busse, can you open that?  Can you first go to this

12   person's driver's license?

13   Q.    And what is the date of birth of Mr. Busse?

14   A.    6/25/1956.

15   Q.    And if we go back -- and where is he from, by the

16   way?

17   A.    North Dakota.

18   Q.    Okay.  And if we go back out to the one that ends in

19   1-09-50, who originated this wire?

20   A.    Mr. Busse.

21   Q.    And is that the man we just looked at --

22   A.    Yes.

23   Q.    -- with the beard?

24   A.    Uh-huh.

25   Q.    And what did he write in his hand on the right?

36

1     A.    For Bitcoin purchase for Dale Allen from FTL_Ian on

2  Telegram, no refunds.

3     Q.    And what was the bank this was going to?

4     A.    Digital CU.

5     Q.    And who was the beneficiary?

6     A.    Renee Spinella.

7     Q.    What was the date of this transaction?

8     A.    12/22/2020.

9           MR. AFRAME:  Okay.  And if we go back out, can you

10  show me 12-28-32.

11    Q.    And the last one you just talked to me about was

12  12/22/20.  What's the date of this one?

13    A.    12/28/2020.

14    Q.    So how much later is that?

15    A.    Six days.

16    Q.    And what's the handwriting on the bottom say?

17    A.    For Bitcoin purchase for Dale Allen from FTL_Ian on

18  Telegram, no refunds.

19    Q.    But this isn't Mr. Allen sending the wire, right?

20    A.    No.

21    Q.    Who's sending it?

22    A.    Mr. Busse.

23    Q.    And what bank is it going to, the same bank as the

24  last one or a different one?

25    A.    A different one.

37

1        Q.    And who is the receiving financial institution this
2    time?
3        A.    Citibank.
4        Q.    And who's getting the money this time?
5        A.    Ian B. Freeman.
6              MR. AFRAME:  And then 14-35-43.
7        Q.    First of all, does that appear to be the same guy in
8    the driver's license?
9        A.    Yes.
10        Q.    And what does it say at the bottom?
11        A.    For Bitcoin purchase for Dale Allen from FTL -- FLL
12    Ian on Telegram, no refunds.
13        Q.    And how much was this wire?
14        A.    9,800.
15        Q.    And who was the beneficiary?
16        A.    Ian B. Freeman.
17        Q.    And what's the date of this one?
18        A.    12/30/2020.
19        Q.    And how long was that after Mr. Busse's last
20    transaction for Dale Allen?
21        A.    Two days.
22              MR. AFRAME:  Let's look at Donnise Allen.
23              So we can start with that, the driver's license.
24        Q.    You can just give me the year.  What's the date of
25    birth of -- year of birth, excuse me, for Ms. Allen?

1        A.    1954.

2        Q.    And where is she from?

3        A.    Texas.

4        Q.    Okay.  And let's look at 83606.  That's a

5   transaction for how much?

6        A.    $455.

7        Q.    Okay.  You really can't see the face too well, but

8   it's in this Donnise Allen folder?

9        A.    Correct.

10       Q.    Okay.  And what's the date of this transaction?

11       A.    April 7th, 2020.

12       Q.    And if we look at 13-55-46, does that appear to be

13   Donnise Allen?

14       A.    Yes.

15       Q.    And how much is this transaction?

16       A.    $400.

17       Q.    And when was that?

18       A.    4/13/2020.

19       Q.    And 4-36-01, how much was that?

20       A.    $770.

21       Q.    And when was that?

22       A.    4/22/2020.

23       Q.    So did we start on 4/7?

24       A.    Yes.

25       Q.    Now we're at 4/22 and we've had three transactions?

1      A.   Yes.

2      Q.   And then if we go one more to four -- 14-45-28, does

3   that appear to be Donnise Allen?

4      A.   Yes.

5      Q.   And how much is that?

6      A.   $660.

7      Q.   And when was this transaction?

8      A.   5/1/2020.

9      Q.   So is that four transactions in a couple weeks?

10     A.   Yes.

11     Q.   And there's another person in this same folder,

12   right?

13     A.   Yes.

14     Q.   And what's his name?

15     A.   Jack Arnold Elliott.

16     Q.   And where does he live?

17     A.   Texas.

18     Q.   And what's his date of birth?

19     A.   1951.

20     Q.   And if we go to 12-49-46, kind of -- he's in some

21   kind of uniform.  What does it say on the uniform?

22     A.   Harco Aviation LLC.

23     Q.   And can we see the deposit slip?  And how much is

24   that?

25     A.   $800.

```
 1          Q.   Okay.  And what's the date of that?

 2          A.   5/12/2020.

 3          Q.   And 16-11-31, is that the same man?

 4          A.   Yes.

 5          Q.   And can we -- maybe we can't see the amount on that

 6     one.  Can you see it?

 7          A.   It looks like over a thousand dollars.  It's got the

 8     comma.

 9          Q.   Okay.  And the first one was 5/12.  Can you see the

10     date if we pull back out?

11          A.   Maybe the 21st.

12          Q.   Of what month?

13          A.   Five -- 5/21/2020.

14          Q.   Okay.  Thank you.  And that's what you just told us,

15     right?

16          A.   5/21/2020, yes.

17          Q.   Okay.  All right.  The next folder, which is under

18     the name Melissa Anderson, I just want you to just -- I'm not

19     going to ask you any specific questions, just showing the

20     contents of the folder.  Okay?

21          A.   Yes.

22          Q.   Let me ask you this.

23               Let's open Arriaga.  And going to the driver's

24     license -- and this one, what's the date of birth of this one?

25          A.   1984.
```

1          Q.   So in -- in 2019, he would have been about, what,

2     35, right?

3          A.   Yes.

4          Q.   And I'm just going to ask you this now.  Did you go

5     through -- we're going to go through most of these folders.

6     Did you go through all of them?

7          A.   Yes.

8          Q.   Did you -- did, virtually at least, all of them have

9     a way to calculate the date of birth of the person in the

10    photos?

11         A.   Yes.

12         Q.   Did you do -- do the math to calculate the average

13    age of the people that are in these folders?

14         A.   Yes.

15         Q.   And based on doing that, what age did you come up

16    with?

17         A.   Approximately 59 from that 2020 year.

18         Q.   You used 2020 as the year?

19         A.   Yes.

20         Q.   Okay.  All right.  So -- so Mr. Arriaga is one of

21    the younger people?

22         A.   Yes.

23         Q.   And looking at the picture that's XM -- QMX, can we

24    see the -- I know -- can you see the date?  I know we're

25    reading backwards, but if you look down the bottom.

```
 1        A.    3/27/2020.
 2        Q.    And how much money is being deposited there?
 3        A.    200,900.
 4        Q.    And if we go to the next one, which is 17-15-03,
 5   again, can you see, reading backwards, the date?
 6        A.    3/27/2020.
 7        Q.    And how much was deposited in cash that day, that
 8   time?
 9        A.    $5,001.
10        Q.    So that's two transactions in cash on the same day?
11        A.    Correct.
12        Q.    And if we went to 16-11-45, what's the date on that?
13        A.    3/30/2020.
14        Q.    And how much cash?
15        A.    3,300.
16              MR. AFRAME:  Okay.  Okay.  Thank you.  Let's look at
17   Linda Bartman.
18        Q.    Where is Ms. Bartman from?
19        A.    Wisconsin.
20        Q.    What is the year of birth of Ms. Bartman?
21        A.    1944.
22        Q.    And if we look at 5977, is that Ms. Bartman?
23        A.    Yes.
24        Q.    And are you familiar with the words that were
25   written at the top?
```

1    A.    Yes.

2    Q.    Have we seen those words before?

3    A.    Yes.

4    Q.    Okay.  And how much money is Ms. Bartman wiring?

5    A.    $11,200.

6    Q.    And if we back out of it, we might need to go to the

7  next one to see where it's being sent, which would be 63899.

8          Is that the same receipt for $11,200?

9    A.    Yes.

10   Q.    And this one, where is this one being sent?

11   A.    Church of the Invisible Hand.

12   Q.    And what address is given for Church of the

13 Invisible Hand?

14   A.    73 Leverett Street, Keene, New Hampshire, 03431.

15   Q.    And, again, how much was that?

16   A.    11,200.

17   Q.    And what date was that?

18   A.    3/29/2020.

19   Q.    Okay.  Let's look at 19-10-27.  Who's that?

20   A.    Ms. Bartman.

21   Q.    And can we go back to the next -- the next photo,

22 which is 19-10-38, is just the wire.  Is that the same --

23   A.    Yes.

24   Q.    And can you look at the payment instruction and tell

25 me how much money this wire is for?

```
 1          A.    $87,999.47.

 2          Q.    And what's the date on this?

 3          A.    3/23/2020.

 4                MR. AFRAME:  And let's go down.  Can we?

 5          Q.    Okay.  And the $11,200 wire, when was -- did

 6   Ms. Bartman send -- what was the date of that?

 7          A.    3/23/2020.

 8          Q.    And the -- this wire for 80 -- almost $88,000 was

 9   sent how many days later?

10          A.    Same day.

11          Q.    No.  Sorry.

12          A.    No.

13          Q.    The -- let me just reorient you.

14                So let's go back to 59777.  This was a $11,200 wire?

15          A.    Apologies.

16          Q.    On what date?

17          A.    3/19/2020.

18          Q.    And then let's go ahead to 10-19-38 and this is the

19   almost $88,000 wire and what date was that?

20          A.    3/24/2020.

21          Q.    So how many days went by?

22          A.    Four.

23          Q.    Okay.  And if we look up at the top, although we

24   can't see the bottom of the wire, where does it say she was

25   sending the money?  Can you read just after you see the money
```

1   the 87,999?

2       A.   For the purchase of Bitcoin from FTL_Ian and the

3   Church of the Invisible Hand on Telegram.

4       Q.   Thank you.

5            And let's look at Laurie Belmares.

6            And the date of birth of this person?

7       A.   1975.

8       Q.   Okay.  And looking at 23140, the date of this?

9       A.   4/27/2020.

10      Q.   And it's -- is this a wire or deposit slip?

11      A.   A deposit slip.

12      Q.   And how much cash was deposited on that date?

13      A.   $7,850.

14      Q.   And if we go to -- this is two wire slips.  Are

15  those also -- are those on the same day?

16      A.   Yes.

17      Q.   And how much money was sent in total that day?

18      A.   $25,000.

19      Q.   And what was that day?

20      A.   5/12/2020.

21           MR. AFRAME:  Okay.  Thank you.

22           Larry Bowman.  Could you show me Mr. Bowman's

23  license?

24      Q.   What's the date of birth -- year of birth of

25  Mr. Bowman?

1      A.    1951.

2            MR. AFRAME:  And just go back out.

3            Do you see -- can you scroll through the photos,

4   we're not going to -- we'll just scroll through them.

5            Okay.  And go back out for a second.

6      Q.    There's an empty folder.  Do you see that?

7      A.    Yes.

8      Q.    Who's that?

9      A.    Brown, Patrick.

10     Q.    Are you familiar with that name?

11     A.    Yes.

12     Q.    How do you know that name?

13     A.    He's a witness in this trial.

14     Q.    Okay.  And that -- you found that empty?

15     A.    Yes.

16           MR. AFRAME:  Okay.  And going to the next folder,

17   Buffamondi, 13-07-57.

18     Q.    What's the date of birth of Ms. -- what's -- what's

19   Ms. Buffamondi's first name?

20     A.    Gail.

21     Q.    What is her year of birth?

22     A.    1958.

23     Q.    Okay.  And if we go back out to 13-15-59, how much

24   money was she sending?

25     A.    $7,000.

1      Q.    Okay.  And that was on what date?

2      A.    12/26/2019.

3      Q.    Okay.  The day after Christmas of 2019?

4      A.    Correct.

5      Q.    And then if we go to 18-55-19, how much is this wire

6    for?

7      A.    $7,300.

8      Q.    And what was the date of this?

9      A.    1/6/2020.

10      Q.    And so that's, what, a little -- a little over a

11    week later?

12      A.    Yes.

13      Q.    And then if we went to 12-57-27, is this signed by

14    Gail Buffamondi as well?

15      A.    Yes.

16      Q.    And how much is this one for?

17      A.    $3,000.

18      Q.    Okay.  When was that?

19      A.    1/16/2020.

20            MR. AFRAME:  And if we go to the next folder, it's

21    called Cino.

22      Q.    Are you familiar with this person?

23      A.    Yes.

24      Q.    Who is that?

25      A.    Karla Cino.

1    Q.    And did you see Karla Cino in the courtroom?

2    A.    Yes.

3    Q.    And did she describe doing lots of wires?

4    A.    Yes.

5          MR. AFRAME:  So can we just scroll through briefly

6    and then I'll just focus on a couple of them.

7    Q.    And if we look at 73172, which is her driver's

8    license --

9    A.    Yes.

10   Q.    -- and Ms. Cino's year of birth is what?

11   A.    1948.

12   Q.    And I'm just going to show you three of these, which

13   is 17-08-57.  How much is -- is this wire for?

14   A.    $147,000.

15   Q.    And what's the purpose of the transfer?  At the top.

16   A.    Purchase of rare coins.

17   Q.    And where is the money being sent?

18   A.    Ian B. Freeman.

19   Q.    And what was the date?

20   A.    3/12/2020.

21   Q.    And 12 -- 17-05-27, which is 1221.  And who is

22   this -- how much was this wire for?

23   A.    $104,960.

24   Q.    And where was that -- where was that wire being

25   sent?

1      A.     Renee Spinella.

2             MR. AFRAME:  Okay.  Okay.  And the -- I want to show

3      one more thing in Cino just for a second or maybe the absence

4      of a thing.

5      Q.     So did these photos appear chronologically?

6             If you just go down, we can -- and stop right there.

7             Were they appearing chronologically?

8      A.     If those time stamps on the bottom are correct, then

9      yes.

10     Q.     That's what I mean.  Are the time stamps

11     chronologically?

12     A.     Yes.

13     Q.     All right.  So I see April 1 and then I see --

14     what's after April 1?

15     A.     9/1.

16     Q.     Okay.  So does it appear there's no photos here from

17     June, July, and August of 2020?

18     A.     That's what it appears to be.

19            MR. AFRAME:  Okay.  Collins.  99093.

20     Q.     And the date of birth of -- the year of birth of

21     Ms. Collins?

22     A.     1958.

23     Q.     And if we can -- do we see some photos of her?

24     A.     Yes.

25            MR. AFRAME:  Can you just -- 12-13 -- 12-3-12.

1        Q.    And how much is this wire for?

2        A.    $10,100.

3        Q.    And who does it say, at least in handwriting, that

4   it's going to?

5        A.    The Shire Free Church.

6        Q.    Okay.  And what's the date?

7        A.    11/12/2019.

8              MR. AFRAME:  Okay.  For the next one, I want to

9   write on the board here for a second.

10             Could we pull up 12-16-14?

11             MR. KENNEDY:  Which folder?

12             MR. AFRAME:  We're in the Corley folder.  And can we

13   focus on that first, 12-16-14.

14       Q.    And what's the name of this woman?

15       A.    Elizabeth Corley.

16       Q.    And where is she from?

17       A.    Iowa.

18       Q.    How old is she?  Year of birth.

19       A.    1965.

20             MR. AFRAME:  Okay.  And can we just look at

21   22-17-13.

22       Q.    Does that appear to be the same woman that you saw

23   in the driver's license?

24       A.    Yes.

25       Q.    And what does that say?

1          A.    I certify that I am buying bitcoins via wire

2     transfer from the Shire Free Church and Ian Freeman via

3     localbitcoins.com.

4          Q.    And what date is written there?

5          A.    November 1st, 2019.

6          Q.    And let's turn from that -- within the same folder

7     to 24-48-53.

8                Let's start with the driver's license that is that

9     one, 12 -- that -- can you open that one?

10               MR. KENNEDY:  Sorry.  This one.

11               MR. AFRAME:  Yup.

12         Q.    And what is that -- the name of that person?

13         A.    Amy Downs.

14         Q.    And where is Ms. Downs from?

15         A.    Florida.

16               MR. AFRAME:  And I'll go back to that in a second.

17               Could we go to the picture 21-48-53 or 28-41 --

18               MR. KENNEDY:  Yup, got it.

19         Q.    Did you read that?

20         A.    I certify that I am buying Bitcoin, BTC, via wire

21     transfer from Ian Freeman via wire transfer on behalf of

22     Elizabeth Corley.

23         Q.    Okay.  So what's that woman's name again?

24         A.    Amy Downs.

25         Q.    Where is Downs from?

1      A.    Florida.  Right?  Yes.

2      Q.    What's her year of birth?

3      A.    I believe it was 19 -- 1958.

4      Q.    And what date was this transaction?

5      A.    December 13th, 2019.

6            MR. AFRAME:  Can we look at, within that same Corley

7      folder, 13-29-08.

8      Q.    Can you read what it says at the bottom there?

9      A.    I, Loren Zavala, authorize and complete a wire

10     transfer in the amount of 12,000 USD for the purchase of

11     Bitcoin from FTL_Ian on Telegram on behalf of Elizabeth Corley.

12     I understand that this transaction is nonrefundable.

13     Q.    And where did the money go in this one?

14     A.    Route 101 Goods LLC.

15     Q.    Okay.  And can I just show you 13-29-12.  Is that

16     the person's driver's license?

17     A.    Yes.

18     Q.    And where is Zavala from?

19     A.    New Jersey.

20     Q.    And her year of birth?

21     A.    1994.

22     Q.    And what was the transaction, if we went back,

23     transaction date to Route 101 Goods on -- from the 13-29-08?

24     A.    12/18/2019.

25     Q.    Say it again.  I'm sorry.

1          A.    12/18/2019.

2                MR. AFRAME:  And can we look at 12-42-51.

3          Q.    Can you read that?

4          A.    I, Jeffrey Schmidt, authorized and completed a wire

5    transfer in the amount of 65,000 USD for the purchase of

6    Bitcoin from FTL_Ian on Telegram on behalf of Elizabeth Corley.

7    I understand this transaction is nonrefundable, 12/20/19, and a

8    signature.

9                MR. AFRAME:  And can we open up Mr. Schmidt's

10   driver's license?

11         Q.    Where is Mr. Schmidt from?

12         A.    Illinois.

13         Q.    And what is his date of birth?

14         A.    1967.

15               MR. AFRAME:  I'm just going to take a brief

16   diversion from our chart for a second.

17               Could we open up Government's -- Government's

18   Exhibit 504.

19               Can you just go into that statement.  I'll tell you

20   when to stop.

21               Stop right there.

22         Q.    Do you see -- on 12/20/2019, what do you see?

23         A.    It says:  Wire type, wire in date, 12/20/19, Jeffrey

24   Schmidt for $65,000.

25         Q.    And is that the same name we have there?

54

```
 1        A.    Yes.

 2        Q.    And just so we --

 3        A.    I think that's the -- we're looking at the 12/21,

 4   right?

 5        Q.    And then there's another one on 12/23, correct?

 6        A.    Correct.

 7        Q.    And what do you see there?

 8        A.    12/23/19, it's a wire type, wire, from Jeffrey

 9   Schmidt for $65,000.

10        Q.    And what was the reason given for that one?

11        A.    For an orphanage.

12        Q.    Uh-huh.  Okay.  Thank you.

13              And on -- can we just open up under Mr. Schmidt, in

14   the fluorescent sweatshirt, hoodie, can we just open up -- do

15   you see what it says there for a reason?

16        A.    For orphanage.

17        Q.    Okay.  Thank you.  So let's continue to --

18   constructing our chart by going back to 18-43-54 within the

19   Elizabeth Corley folder.  Do you see a driver's license there?

20        A.    I do.

21        Q.    And what was the name on the driver's license?

22        A.    Treva Rodgers.

23        Q.    And what's the state?

24        A.    Nevada.

25        Q.    And can you read me what is written there?
```

1      A.    I, Treva Rodgers, authorized and completed a wire

2   transfer in the amount of 14,000 USD for purchase of Bitcoin

3   from FTL_Ian on Telegram on behalf of Elizabeth Corley.  I

4   understand that this transaction is nonrefundable.

5      Q.    So where's Rodgers from again?

6      A.    Nevada.

7      Q.    Her date of -- year of birth?

8      A.    1946.

9      Q.    And when did this transaction happen?

10     A.    12/27/2019.

11           MR. AFRAME:  Thank you.  Can we turn to within the

12   same folder to 20-00-23.

13     Q.    What does that say?

14     A.    I certify that I am buying bitcoins on -- via

15   cashier's check from FTL_Ian on Telegram on behalf of

16   Elizabeth Corley, January 29th, 2020, signed Ruth Patterson.

17           MR. AFRAME:  And can we go to 20-00-40.

18     Q.    And what is the year of birth of Patterson?

19     A.    1956.

20     Q.    And where is she from?

21     A.    North Carolina.

22     Q.    And what's the -- what was the date of this

23   transaction?

24     A.    January 29th, 2020.

25           MR. AFRAME:  And the last one in the Corley folder,

1    can we turn to 13-31-33?

2         Q.   Can you read that?

3         A.   I certify that I am buying bitcoins via cashier's

4    check from FTL_Ian on Telegram on behalf of Elizabeth Corley.

5    2/7/2020, signed Sherri Clamper.

6              MR. AFRAME:  And could we just look at 19-18-11.

7         Q.   And where is Ms. Clamper from?

8         A.   Pennsylvania.

9         Q.   And what was her year of birth?

10        A.   1951.

11        Q.   And the date of the transaction?

12        A.   2/7/2020.

13             MR. AFRAME:  Thank you.

14             Your Honor, I'd ask that we mark that chalk as an

15   exhibit, which would be 1582.

16             MR. SISTI:  Could we approach, Judge?

17             THE COURT:  Do you want to mark it for ID or do you

18   want to admit it?

19             MR. AFRAME:  I want to mark it for ID so that I can

20   use it later --

21             MR. SISTI:  ID is no problem.

22             MR. AFRAME:  -- at the trial.

23             THE COURT:  No problem.  No problem.  So what number

24   was it again?

25             MR. AFRAME:  1582.

```
 1              THE COURT:  1582 for ID, no problem.

 2        (Government's Exhibit was 1582 marked for identification.)

 3              MR. AFRAME:  All right.  So let's turn to the next

 4    folder, which is Creach, and let's start with the subfolder

 5    marked Stogner.

 6              And can we open 18-50-59?

 7        Q.    And Mr. Stogner's year of birth?

 8        A.    1988.

 9        Q.    And where is he from?

10        A.    Mississippi.

11        Q.    Okay.  And if we go back to 16-29-42, can you read

12    me the -- first of all, the amount of the wire?

13        A.    $31,000.

14        Q.    And the date of the wire?

15        A.    4/2/2020.

16        Q.    And where is the -- what bank is it being sent to?

17        A.    JPMorgan Chase Bank.

18        Q.    And can you read what is written there in

19    handwriting?

20        A.    I, Jared Stogner, authorized and completed a wire

21    transfer in the amount of 31,000 USD for the purchase of

22    Bitcoin from FTL_Ian on Telegram.  I authorized delivery of

23    Bitcoin to my trusted agent, Connie Creach.  I understand that

24    this transaction is nonrefundable.

25              MR. AFRAME:  Okay.  And if we go to 16 -- back in
```

1    the main folder, 59-31.

2         Q.    What's the name on that license?

3         A.    Nancy Triestram.

4         Q.    And her date of birth?

5         A.    1952.

6               MR. AFRAME:  And can we go to 194-44-26.

7         Q.    Can you read that?

8         A.    I, Nancy Triestram, authorized and completed a wire

9    transfer in the amount of 42,000 USD for the purchase of

10   Bitcoin from FTL_Ian on Telegram on behalf of Connie Creach.  I

11   understand that this transaction is nonrefundable.

12              MR. AFRAME:  Okay.  And can I play -- can I show you

13   now first 19-58-59.

14        Q.    And what is the name on that license?

15        A.    Shirley Jimeno.

16        Q.    And what is her year of birth?

17        A.    1952.

18              MR. AFRAME:  And can we show you now the wire -- the

19   19-58-35.

20        Q.    And can you read -- can you read to me what she

21   wrote on the -- on the wire form?

22        A.    I certify I am buying Bitcoin via wire transfer from

23   FTL_Ian on Telegram on behalf of Connie Creach.

24        Q.    And who was that money going to?  Who was the

25   beneficiary?

1          A.     Ian Freeman.

2          Q.     Okay.  And Ms. Jimeno was from Florida, right?

3          A.     Correct.

4          Q.     Do you remember where Triestram was from?

5          A.     Michigan.

6          Q.     Do you remember where Stogner was from?

7          A.     Mississippi.

8               MR. AFRAME:  Okay.  So just to take a slight

9     diversion from walking through these, I was going to play a

10    short recording.

11              THE COURT:  Let's take the -- then let's take the --

12    I don't know what you call it, the first break.

13              MR. AFRAME:  Thank you.

14              THE COURT:  15 minutes, and then we'll resume at

15    1:15.

16              THE CLERK:  All rise.

17              THE COURT:  No, we'll resume at 1:20.  The clock in

18    the back is not accurate.

19                        (Jury excused.)

20              THE COURT:  Anything for the Court?

21              MR. SISTI:  No, thanks, Judge.

22              THE COURT:  That was a good job, Counsel, on the

23    timing.  So take a look at those and let me know if there's a

24    problem.

25              MR. SISTI:  All right.

1        (Recess taken from 1:06 p.m. until 1:27 p.m.)

2        THE CLERK:  All rise for the jury.

3        Please be seated.

4        THE COURT:  The witness is still under oath.

5        Q.   So we just did two folders, Corley and Creach, and

6   they have -- alphabetically they happen to be in sequence,

7   right?

8        A.   Yes.

9        Q.   Is there something else that was similar about them?

10       A.   There were a number of people buying on behalf of

11   them.

12       Q.   Okay.  And tell us what that means as you understood

13   what you were reading, on behalf of --

14       A.   It was a third-party trade.  There was somebody that

15   was the beneficiary of, you know, the Bitcoin that was coming

16   in, but somebody else was paying for it.

17       Q.   Okay.  And was that -- that's -- that's sort of why

18   I drew this thing here.

19       A.   Yes.

20       Q.   And was Creach similar to this?

21       A.   Yes.

22       Q.   Okay.  And so I want to play now an audio that is

23   Government's Exhibit 1533.

24       Do you know where this came from?

25       A.   Yes.

```
 1          Q.    Where?

 2          A.    The Free Talk Live radio show.

 3          Q.    Okay.  And who's going to be talking?

 4          A.    This'll be -- if I'm remembering correctly, I don't

 5    have it from front of me, Ian Freeman, Aria DiMezzo, Mark

 6    Edgington, and a caller that's calling in named Ronald Shaheen.

 7                MR. AFRAME:  Okay.  Thank you.  Go ahead.

 8                      (Audio recording played.)

 9          Q.    So at the end of that, what did Mr. Freeman just

10    say?

11          A.    I generally don't do third-party trades, but this

12    was a good customer.

13          Q.    Was that consistent with what you saw here?

14          A.    No.

15          Q.    Was that consistent with what you saw in the Creach

16    folder?

17          A.    No.

18          Q.    Have you seen throughout the chats third-party

19    trades?

20          A.    Yes.

21                MR. AFRAME:  Let's return to the next folder which

22    is Culture, Henry.

23                So let's start with the passport that I see up

24    above.  Can you just tell me the name you see on that passport?

25          A.    Onweazu Okafor Chiedu.
```

1           MR. AFRAME:  Okay.  And can you go out of that for a

2    second.

3           And can you show me the woman with the -- looks like

4    an American flag sort of shirt at the bottom.

5    Q.    And do you know who that is?

6    A.    Yes.

7    Q.    Who is that?

8    A.    Mary Hurd.

9    Q.    And if I could pull up Government's Exhibit 1206 and

10   just go down.  Do you see that -- do you see the same passport?

11   A.    I do.

12   Q.    And do you see Ms. Hurd?

13   A.    Yes.

14          MR. AFRAME:  Okay.  And if you go back out for a

15   second, back to the prior page.

16   Q.    Just to remind us, what does Loveshotz say about

17   this situation in the third box?

18   A.    I am currently offshore and I have ask my in-law to

19   make the deposit.  Is it okay?

20          MR. AFRAME:  Okay.  And then let's go back to the

21   Telegram folder.

22   Q.    So -- so we see Ms. Hurd, right?

23   A.    Yes.

24   Q.    Do you see that same driver's license, right?

25   A.    Yes.

1      Q.    You see the passport?

2      A.    Yes.

3            MR. AFRAME:  Can you open up 513 -- what is it,

4  18-32-25.

5      Q.    Can you read that to us?

6      A.    I, Phyllis Choate, authorized and completed a wire

7  transfer in the amount of 2,500 USD for the purchase of Bitcoin

8  from FLT_Ian on Telegram.  I authorized delivery of the Bitcoin

9  to my trusted agent, Onweazu Okafor Chiedu.  I understand this

10 transaction is nonrefundable.  Signed Phyllis Choate, May 13th,

11 2020.

12     Q.    Would that be a third-party trade?

13     A.    Yes.

14           MR. AFRAME:  And do we have another photo of that --

15 I guess it's from the same date, so I won't show you that one.

16           Can you open the folder that says Lecily Bailey

17 Jackson.

18     Q.    Do we see a picture there of a person?  Can we

19 just -- 4497.

20           And can you just read me what that says?

21     A.    I certify that I am purchasing Bitcoin from FTL_Ian

22 on Telegram on behalf of Onweazu Okafor Chiedu.

23     Q.    Is that the same name that Mary Hurd and Phyllis

24 Choate wrote?

25     A.    Yes.

64

```
1          Q.    Is that the same one on the Nigerian passport?
2          A.    Yes.
3          Q.    Okay.  Thank you.
4                And that driver's license, just so we have her date
5   of -- year of birth?
6          A.    1971.
7                MR. AFRAME:  Okay.  Thank you.  And let's look at
8   Dailey.  Can you show me 68462.
9          Q.    And what was the year of birth of Mr. Dailey?
10         A.    1947.
11               MR. AFRAME:  And can you just show me -- back out to
12  16-00-22.
13         Q.    And is this a wire from that person?
14         A.    Yes.
15         Q.    And how much is it for?
16         A.    14,400 USD.
17         Q.    And who's it going to?
18         A.    Ian B. Freeman.
19               MR. AFRAME:  Okay.  Thank you.  And the next folder,
20  which is Daley, Peggy.  Can you just click on the driver's
21  license?
22         Q.    And what's the date of birth of Ms. Daley?
23         A.    1944.
24               MR. AFRAME:  And if you can click out of that and
25  just on the picture for a second.
```

1    Q.    Does that say she's buying Bitcoin from FLT_Ian on

2    Telegram?

3    A.    Yes.

4          MR. AFRAME:  Okay.  And the next folder,

5    Mr. Easterday.  License.

6    Q.    Year of birth of Mr. Easterday?

7    A.    1948.

8    Q.    Okay.  And do you see several wires there and him

9    holding up signs?

10   A.    Yes.

11         MR. AFRAME:  Okay.  And Mr. Eldridge, can you focus

12   on the license at -- yup.

13   Q.    Is that a license for Mr. Eldridge?

14   A.    Yes.

15   Q.    And what is his year of birth?

16   A.    1960.

17         MR. AFRAME:  Okay.  And then there's a folder that

18   says Don Zofrea.  Can you open up the license?

19   Q.    And what does that say?

20   A.    1948.

21   Q.    And where is Mr. Zofrea from?

22   A.    North Carolina.

23         MR. AFRAME:  And can we open --

24   Q.    And where was -- do you remember where the other

25   guy, Mr. Eldridge, was from?

1    A.    No.

2          MR. AFRAME:  Okay.  Can you open up the 14-01-30.

3    Q.    Is that Mr. Zofrea?

4    A.    Yes.

5    Q.    Can you read the --

6    A.    I certify that I am buying Bitcoin via cashier's

7    check from FTL_Ian on Telegram.  I am using my trusted agent,

8    Richard Eldridge, to receive the Bitcoin on my behalf.

9    Q.    And is that signed by Mr. Zofrea?

10   A.    Yes.

11   Q.    Is that a third-party trade?

12   A.    Yes.

13         MR. AFRAME:  Okay.  And one more in the Zofrea

14   folder there, 15-43-59.

15   Q.    Is this a wire?

16   A.    Yes.

17   Q.    And who's it from, by?

18   A.    Mr. -- Mr. Zofrea.

19   Q.    And for how much?

20   A.    $27,000.

21   Q.    And where was that sent to?

22   A.    NH Peace Church.

23   Q.    And on what date?

24   A.    11/23/2020.

25         MR. AFRAME:  Okay.  Let's go to the next folder,

1    which is Enacaban.  Can you show me 15-55-42.

2         Q.    And how old is Ms. Enacaban?  What's the year of

3    birth?

4         A.    1953.

5               MR. AFRAME:  And let's look at -- going back out of

6    this to Cynthia Fitts and just open the license.

7         Q.    What's the year of birth of Ms. Fitts?

8         A.    1964.

9               MR. AFRAME:  And if we could go back out of that.

10        Q.    There's some deposit slips, right, and some signs?

11        A.    Yes.

12              MR. AFRAME:  Okay.  Let's go to the next one, Frank.

13   Can you show me 18-12-51.

14        Q.    First of all, the date -- year of birth of

15   Ms. Frank?

16        A.    1945.

17        Q.    And how much was this particular wire for?

18        A.    $5,000.

19        Q.    Okay.  And when was it?

20        A.    October 25th, 2019.

21              MR. AFRAME:  Okay.  And could we look at 15-13-14.

22        Q.    Do you see the date on this wire?

23        A.    October 28th, 2019.

24        Q.    So three days after the last one?

25        A.    Correct.

1      Q.    And how much was this for?

2      A.    25,000.

3            MR. AFRAME:  And if we go back out, can you show me

4      12-58-10.

5      Q.    What's the date of this one?

6      A.    October 30th, 2018 -- or 2019.

7      Q.    How long was that after the last one?

8      A.    Two days.

9      Q.    And how much was this wire?

10     A.    20,000.

11           MR. AFRAME:  And can you show me the next folder of

12     Laureen Garcia, 16-00-14.

13     Q.    And year of birth?

14     A.    1954.

15           MR. AFRAME:  And, Mr. Kennedy, can you just scroll

16     through the photos, just for a second.  Thank you.

17           Giordano, and 9-52-19.

18     Q.    Can you see the date of birth?

19     A.    1950.

20     Q.    And the note says:  I certify that I am purchasing

21     Bitcoin via cash deposit from FTL_Ian on Telegram.

22     A.    Yes.

23           MR. AFRAME:  Okay.  Thank you.  And the next one I'd

24     like to show is Karen Grice.

25     Q.    And is that a license of --

```
 1        A.    Yes.
 2        Q.    And what is the date of birth, year of birth?
 3        A.    1971.
 4              MR. AFRAME:  Can we just pull up 1221A or maybe
 5   1221.
 6              So I would like to put up just 1221 for a second.
 7   Can you scroll to the license in the photo.
 8        Q.    Is that the same photo?
 9        A.    Yes.
10              MR. AFRAME:  Okay.  Thank you.  And John Gruver,
11   could you just -- 12-19-22.
12        Q.    And date -- year of birth?
13        A.    1943.
14              MR. AFRAME:  And can you go to 22-208.
15        Q.    And is that a wire signed by Mr. Gruver?
16        A.    Yes.
17        Q.    In what amount?
18        A.    $18,000.
19        Q.    And where is it being sent?
20        A.    Church of the Invisible Hand.
21              MR. AFRAME:  And we're going to go to -- back out to
22   Mr. Hayes or Ms. Hayes -- Mr. Hayes.
23              Can you click on the license first.
24        Q.    And the -- year of birth --
25        A.    19 --
```

```
1        Q.    -- for -- sorry.  Go ahead.

2        A.    1961.

3        Q.    And what's this person's name?

4        A.    Carroll Walton.

5              MR. AFRAME:  Okay.  And can we go to 14-40-10, the

6    note.

7        Q.    Can you read that?

8        A.    I certify that I am purchasing Bitcoin from FTL_Ian

9    on Telegram on behalf of Judy Hayes, 2/3/2020 --

10       Q.    Okay.

11       A.    -- Carroll Walton.

12             I certify the Bitcoin from purchasing Bitcoin from

13   FTL_LAS on Telegram on behalf of Judy Hayes.

14             MR. AFRAME:  Okay.  Thank you.  Huber.  Can you

15   focus on the ID first.

16       Q.    The year of birth?

17       A.    1950.

18             MR. AFRAME:  Okay.  And can you show me 18-24-37.

19       Q.    And how much is that wire for?

20       A.    55,000 USD.

21             MR. AFRAME:  And can you go back out to 12-12-16.

22       Q.    And how much is that wire for?

23       A.    47,900.

24       Q.    Same person?

25       A.    Yes.
```

1          MR. AFRAME:  And can you go to Huffman.  Can you

2     show me the ID.

3          Q.   Can you see, reading backwards, the year of birth?

4          A.   1947.

5          MR. AFRAME:  And can you go back out.  And go to

6     nine -- first of all, can you just scroll through just to get a

7     sense of the folder and then let's turn our attention to

8     19-47-13.

9          Q.   And how much is that for?

10         A.   $29,000.

11         Q.   And what's the date of that transaction?  Maybe we

12    don't have on here.

13         A.   I don't see one.

14         December 18th, 2019.

15         Q.   Okay.  Can you tell me where that went?

16         A.   Route 101 Goods LLC.

17         MR. AFRAME:  Okay.  And can you show me 16-49-48.

18         Q.   And what's the date of this one?

19         A.   December 23rd, 2019.

20         Q.   And what's the bank again?

21         A.   Looks like Route 101 Goods LLC.

22         Q.   And how -- how long between -- how much is this

23    transaction?

24         A.   $70,000.

25         Q.   And how much time went by between the first and

72

```
1   second transaction?
2        A.    I think five days.
3              MR. AFRAME:  Okay.  And can you show me 16-41-27.
4              Just -- you just passed it.
5        Q.    And what's the date of this one?
6        A.    December 31st, 2019.
7        Q.    And where'd the money go this time?
8        A.    Ian B. Freeman.
9        Q.    And how much time went by from the first
10  transaction -- from the last transaction to this one?
11       A.    Eight days.
12       Q.    Okay.  And how much was this transaction?
13       A.    $90,000.
14             MR. AFRAME:  And can I see Government's Exhibit 504.
15  And can you just scroll through for a second and I'll tell you
16  when to stop.
17       Q.    Do you see on 12/17 -- what do you see on this
18  document?
19       A.    A wire from Donald Huffman.
20       Q.    In what amount?
21       A.    $22,000.
22             MR. AFRAME:  And if -- and if we keep going, thank
23  you.
24       Q.    On 12/19, do you -- what do you see?
25       A.    A wire from Donald Huffman, $29,000.
```

```
1              MR. AFRAME:  And if you keep going.  I don't know if
2    there are any --
3         Q.   What do you see on 12/24?
4         A.   A wire for Donald Huffman for $70,000.
5              MR. AFRAME:  Okay.  Thank you.  Okay.  Back out.
6              Could we look at Lim and can you just -- can we look
7    at 6 -- oh, sorry, 21-06-21.
8         Q.   And is that a -- how much is this wire for?
9         A.   $15,300.
10        Q.   And can you see the date in the upper right?
11        A.   1/9/2020.
12        Q.   Okay.  And where's the money going to?
13        A.   Ian B. Freeman.
14             MR. AFRAME:  Okay.  Can you then show me 14-01-32.
15        Q.   And what's the date of this?
16        A.   1/14/2020.
17        Q.   And how much time went by from the last one?
18        A.   Five days.
19        Q.   And how much is this one?
20        A.   22,000.
21             MR. AFRAME:  Okay.  Thank you.  And 12-41-19.
22        Q.   How much is this one?
23        A.   1/16 -- I'm sorry.  $24,000.
24        Q.   And how much is it for -- what's the date?
25        A.   1/16/2020.
```

1    Q.   And how much time went by?

2    A.   Two days.

3         MR. AFRAME:  And can you show me 9-52-48.

4    Q.   How much is this for?

5    A.   12,500.

6    Q.   And what's the date?

7    A.   1/21/2020.

8    Q.   And how much time went by from the $24,000 wire?

9    A.   Five days.

10        MR. AFRAME:  And 14-16-24.  14-46-24.

11   Q.   And do you see the wire there?

12   A.   Yes.

13   Q.   And how much?

14   A.   1/21/2020.  I'm sorry.  $11,000.

15   Q.   And to who?

16   A.   Ian B. Freeman.

17   Q.   And the date?

18   A.   1/21/2020.

19   Q.   How does that relate to the 12,500 cash deposit

20 slip?

21   A.   I believe it was the same day.

22        MR. AFRAME:  Okay.  And Lucero, just scrolling down.

23   Q.   Do you see Mr. Lucero with a variety of checks and

24 deposit slips?

25   A.   Yes.

```
1          Q.    Were these all either a check or a cash deposit?

2          A.    Yes.

3          Q.    Did you add up the amount of money?

4          A.    Yes.

5          Q.    And about how much was it?

6          A.    I don't recall.

7                MR. AFRAME:  Okay.  Let's go ahead a couple to

8    Miller, Karen Miller, the license.

9          Q.    Year of birth?

10         A.    1949.

11               MR. AFRAME:  Okay.  Would you show me 11-54-29.

12         Q.    And how much is this wire for?

13         A.    $75,000.

14         Q.    And who is it paid to?

15         A.    Ian B. Freeman.

16               MR. AFRAME:  And if we go to 13-59-59.

17         Q.    Is that the same person?

18         A.    Yes.

19         Q.    And how much is this wire?

20         A.    $101,000.

21         Q.    And who did that go to?

22         A.    Ian Freeman.

23               MR. AFRAME:  Can you open up the -- there's a

24   subfolder entitled Kruse.  Can you open up Kruse's license.

25         Q.    Year of birth?
```

1   A.   1950.

2        MR. AFRAME:  And can you go to 15-57-59.

3   Q.   And can you just read the bottom.

4   A.   I, Sheryl Kruse, authorize and completed a wire

5   transfer in the amount of 68,015 USD for the purchase of

6   Bitcoin from FLT_Ian on Telegram.  I authorized delivery of the

7   Bitcoin to my trusted agent, Karen Miller.  I understand that

8   this transaction is nonrefundable.

9   Q.   Okay.  Was that a -- appear to be a third-party

10  trade?

11  A.   Yes.

12       MR. AFRAME:  Okay.  Raymond Miller.

13       Can you -- first of all, let's look at 77075.

14  Q.   And the date of birth of Raymond Miller?

15  A.   1968.

16       MR. AFRAME:  Okay.  And can you go back out for a

17  second?

18       Can you pull up image 0257 at the top, first

19  column -- first row, yeah, farthest to the right.  And can you

20  just zoom in on that a little bit.

21  Q.   And what's the name of the person on the wire?

22  A.   Raymond Miller.

23  Q.   And where's the money being sent?

24  A.   Ian Freeman.

25       MR. AFRAME:  Okay.  And, Caryn, could you pull up

1    1211, please.

2              Just keep going till we get to the photos.

3              Okay.  Keep going.  Okay.  Go back.

4         Q.   Do you recognize that man?

5         A.   Yes.

6         Q.   Okay.  Who's that?

7         A.   Raymond Miller.

8         Q.   Okay.  And if you zoom in on the wire there, do you

9    see the signature?

10        A.   Yes.

11        Q.   Okay.  Is that the same signature on that?

12        A.   Yes.

13             MR. AFRAME:  Okay.  All right.  If we go back out,

14   can you open the folder called Harold Jones?

15             And we met Mr. Jones, so we've already learned his

16   age.

17             Can you just show me 17-40-45.

18             And if you just scroll in on the words.

19        Q.   Can you just read the -- do you see where it says,

20   I, Harold C. Jones.

21        A.   Yes.

22        Q.   Can you just read that?

23        A.   I, Harold C. Jones, authorized and completed a wire

24   transfer in the amount of 37,227 USD for the purchase of

25   Bitcoin from FTL_Ian on Telegram.  I, Harold C. Jones,

1    authorize delivery of the Bitcoin to my trusted agent, Raymond

2    Miller.  I understand this transaction is nonrefundable.

3             MR. AFRAME:  Okay.  Thank you.  Can you go back out

4    for a second?

5             Can we just focus, look at Mr. Miller's driver's

6    license from North Dakota again.

7        Q.   What kind of driver's license is that?

8        A.   A commercial driver's license.

9             MR. AFRAME:  Okay.  Thank you.

10            And then can we look at photo 268.  And can you just

11   focus in on that wire.

12       Q.   How much did that appear to be for?

13       A.   6,400.

14       Q.   And where does Mr. Miller appear to be?

15       A.   In a truck.

16       Q.   Okay.  And what did -- did Mr. Jones have a

17   different understanding of Mr. Miller's profession?

18       A.   Yes.

19            MR. AFRAME:  Let's open up the Dennis Keller folder.

20   Can you open up the first -- the license.

21       Q.   Date of birth?

22       A.   1957.

23            MR. AFRAME:  Thank you.  And back out.

24            And the note.

25            I'll read it.

```
 1              I, Dennis Keller, certify that I am buying Bitcoin
 2    in a wire transfer from FTL_Ian on Telegram on behalf of
 3    Raymond Miller, April 6, 2020, signed Dennis Keller.
 4         Q.   Did I read that right?
 5         A.   Yes.
 6         Q.   And is this a third-party trade?
 7         A.   Yes.
 8         Q.   And Mr. Miller's the one in the truck?
 9         A.   Yes.
10              MR. AFRAME:  Thank you.  Cynthia Mundon, 92312.
11         Q.   Do you see the license?
12         A.   Yes.
13         Q.   Do you see the date of birth?
14         A.   1959.
15              MR. AFRAME:  Okay.  And can we turn to --
16         Q.   Where does it say this is being purchased from?
17         A.   Church of the Invisible Hand.
18              MR. AFRAME:  Okay.  And 00056.
19         Q.   And how much is that for?
20         A.   11,000.
21         Q.   Okay.  And that's on what date?
22         A.   3/23/2020.
23              MR. AFRAME:  And if we go to 12-42-16.
24         Q.   And how much is that cash deposit?
25         A.   $10,001.
```

1          Q.    And what date is that?

2          A.    3/30/2020.

3          Q.    And how much -- how many days after the first one

4     was that?

5          A.    A week.

6                MR. AFRAME:  And then 13-42-32.

7          Q.    And how much is that?

8          A.    $10,001.

9          Q.    And when was that?

10         A.    4/10/2020.

11               MR. AFRAME:  Okay.  And can we go to Och, O-c-h, and

12    can we go to the 30 -- 13-57-48?

13         Q.    Do you see the year of birth?

14         A.    1956.

15               MR. AFRAME:  Okay.  And can we go to 11-14-22.

16         Q.    Does it say for Bitcoin from the purchase -- for

17    Bitcoin purchase from FTL_Ian, localbitcoins.com?

18         A.    Yes.

19         Q.    And do you see the purpose of the wire --

20         A.    Yes.

21         Q.    -- number 4?

22         A.    Yes.

23         Q.    What does it say?

24         A.    Family support.

25               MR. AFRAME:  Okay.  Thank you.  Let's go ahead to

1   Orberson.   Okay.   Thank you.

2           And then Pavelenko.   Can you just click on the

3   license.

4       Q.   Do you recognize this person?

5       A.   Yes.

6       Q.   Who's that?

7       A.   Pavel Pavelenko.

8       Q.   And have we seen him testify here?

9       A.   Yes.

10      Q.   In what capacity?

11      A.   As a witness, as an IRS agent.

12      Q.   Okay.   And what was his relationship to Mr. Freeman?

13      A.   He was working as an undercover agent and bought

14   Bitcoin from Mr. Freeman.

15           MR. AFRAME:   Okay.   Thank you.   Poitras.   Again, I

16   just want to open the folder briefly.   You can just click on

17   the license.

18      Q.   Year of birth?

19      A.   1954.

20           MR. AFRAME:   How about Ramey, 14-09-27.

21      Q.   Can you, again, sort of reading backwards, read the

22   year of birth?

23      A.   1950.

24           MR. AFRAME:   And can you go to 14-09-50.

25      Q.   Is that a cash deposit?

1    A.   It is.

2    Q.   On what date?

3    A.   3/27/2020.

4         MR. AFRAME:  Can you go to 14-11-09.

5    Q.   And how much is that?

6    A.   $11,000.

7    Q.   And what was the date of that?

8    A.   4/9/2020.

9         MR. AFRAME:  And then can you go to 13-40-06.

10   Q.   And what's the date of that?

11   A.   4/10/2020.

12   Q.   So is that the next day?

13   A.   Yes.

14   Q.   And how much is that?

15   A.   $7,700.

16        MR. AFRAME:  And can you go to Rawnsley.

17        And can you go to Rhodes.

18        And can you just show me the license.

19   Q.   And the date -- year of birth?

20   A.   1958.

21        MR. AFRAME:  And if you go to 13-21-28.

22   Q.   And this is a wire for how much?

23   A.   $20,000.

24   Q.   And what bank did it go to ultimately, the

25   beneficiary name?

1        A.    Banque Internationale Arabe de Tunisei.

2        Q.    And then what's the beneficiary's name?

3        A.    Nevis International Bank and Trust.

4              MR. AFRAME:  Okay.  And the next one I want to do is

5    Rodriguez-Manfred.  And the first thing I want to do is scroll

6    through just what we have here.

7        Q.    And do these all -- do these appear to be a lot of

8    cash deposits?

9        A.    Yes.

10       Q.    Okay.  Now, when you searched Mr. Freeman's

11   computer, did you find -- you know, we've seen a ton of

12   LocalBitcoins chats.  Were there very many Telegram chats?

13       A.    No.

14       Q.    Did this one, though, happen to have one saved --

15       A.    Yes.

16       Q.    -- in this folder?

17       A.    Yes.

18             MR. AFRAME:  Okay.  Can we pull up 1579.

19       Q.    And so is that the same person that was in that

20   folder?

21       A.    Yes.

22       Q.    All right.  So I just want to read this.  It's a few

23   pages, but I want to give just -- to read a little bit of what

24   the Telegram chats look like.  Okay?

25       A.    Okay.

```
 1          Q.    So let's go back to the beginning.
 2                You can be Rodriguez, I'll be -- he's marked on here
 3   as Ian.
 4      (Text messages as read by Attorney Aframe and the witness.)
 5          A.    "Hey man, if I do a wire today, when will arrive?"
 6          Q.    "Maybe today.
 7                Maybe Monday morning.
 8                From which bank?"
 9          A.    "Discover Bank."
10          Q.    "Wire departments all have different cutoff times.
11                So only -- so only one way to find out."
12          A.    "Okay.
13                I can have the info, please."
14          Q.    "Service Credit Union -- skipping the routing and
15   account numbers -- Ian B. Freeman, personal checking, reason
16   for wire, purchase of digital goods.  With some addresses."
17          A.    "What about Zelle?"
18          Q.    "I have a partner who can accept Zelle.
19                Would you like her Telegram user name?
20                And there's a photo."
21          A.    "Monday in the afternoon.
22                It will arrive."
23          Q.    Okay.  And then going forward to 4/27/20.
24          A.    "Good morning Ian."
25          Q.    "Hi."
```

1       A.     "Do you want me to print the page and write over it,
2   no refunds?"
3       Q.     "Write on confirmation receipt filling in the
4   blanks, I, blank, authorized and completed a wire transfer in
5   the amount of blank USD for the purchase of Bitcoin from
6   FTL_Ian on Telegram.  I understand that this is nonrefundable."
7       A.     "Okay.  Cool.  Do you need it with the ID?"
8       Q.     "No, I have your ID.  Thank you."
9       A.     "Okay.  Perfect."
10      Q.     And then is there a Bitcoin wallet address provided
11  by Rodriguez?
12      A.     Yes.
13      Q.     "Has this left your account yet?"
14      A.     "Yes, sir.
15             They even charged the fees, too.
16             $30."
17      Q.     "Okay.  Not seeing it on my end.  Will check back in
18  another hour or so."
19      A.     "They said it will arrive around 3:00 p.m."
20      Q.     "Okay.  Cool."
21      A.     "We had to wait for fed wire.
22             Or something like that."
23      Q.     "Yes, all wires go through the Federal Reserve.
24             Stupid -- stupid, centralized, old, and expensive."
25      A.     "I know, it's 2020.  Banks should stick to crypto

```
 1    now."

 2          Q.    "They hate crypto.

 3                Most of them."

 4          A.    "Yup, it's killing their business.

 5                Usually how long does it take for wires to show up?"

 6          Q.    "Sometimes as fast as an hour.

 7                Sometimes next day."

 8          A.    "Okay."

 9          Q.    "Got the wire."

10          A.    High five emoji.

11          Q.    And then there's an -- "almost one Bitcoin sent" and

12    then it says "thank you again."

13          A.    "Thanks, great as always.

14                Hey Ian.

15                I'm going to need 6,600 more and 17K tomorrow."

16          Q.    "Okay."

17                Then there's a photo.

18          A.    "This is scheduled to be sent out tomorrow."

19          Q.    "And the 17K on Wednesday?"

20          A.    That's me.

21          Q.    I'm sorry.

22          A.    "And the 17K on Wednesday."

23          Q.    And then we move to the next day, 4/28, and we have

24    another Bitcoin wallet address.

25                "It's not in yet."
```

```
 1      A.    "I did it after three yesterday.

 2            So it will be sent out today."

 3      Q.    "Okay.  Normally I expect a wire ordered previous

 4   day to go out first thing in the morning.  What bank is it?"

 5      A.    "It should be arriving after 3:00 p.m., I guess."

 6      Q.    "Okay."

 7      A.    "Discover Bank."

 8      Q.    "6,600 confirmed.

 9            Sent .76, a little over .76 Bitcoin.

10            Thank you again."

11      A.    "Thank you."

12      Q.    And now we move two days later to 4/30/20.

13      A.    "Hi Ian.  Can we do 16K?"

14      Q.    "Hello, how can I help?  Yes.  Certainly."

15      A.    "Okay.  Cool."

16      Q.    And a wallet address?

17      A.    "Hasn't arrived yet?"

18      Q.    "I'll take another look."

19      A.    "Thanks.  It said after three.

20            Should be there."

21      Q.    "Still not there.  Had two wires in today.

22            Can you log in to your -- in line banking to ensure

23   your account has been debited."

24      A.    "I'll do that.

25            It was debited."
```

1      Q.    Hmm.  Well my bank's wire department closes soon, so

2    I'll check again during the 5:00 p.m. hour Eastern."

3      A.    "Nothing?"

4      Q.    "Checking now.

5            Nothing tomorrow -- nothing.  Tomorrow, if you'd

6    like to contact your bank and get the IMAD fed wire tracking

7    number, we can have it traced.

8            Though you may -- you may want to go give it until

9    noon.

10           Then give that to me and I'll ask my bank's wiring

11   department what's up."

12     A.    "I just called the bank.

13           It hasn't been verified yet by fed wire."

14     Q.    "Stupid Federal Reserve."

15     A.    "They told me I should wait until 7:00 Mountain

16   Time."

17           THE COURT:  Wait.  Time out.  The reporter does have

18   a copy, so it's helpful.  But let me take a breath and beat

19   between.

20           MR. AFRAME:  Sure.  We can definitely do that.

21           THE WITNESS:  Sure.

22     Q.    "Well, at this point it isn't coming in today either

23   way.

24           So might as well wait until the morning."

25     A.    "Yeah, I figured that out.

```
 1                    It should be there tomorrow, thanks brother.

 2                    Fed wire confirmation number is -- "

 3          Q.    And you don't need to read the long number.

 4                Okay.  That was 4/30/2020.

 5                Now we'll move a couple -- to 5/1/2020.

 6                "It came in.

 7                Sent, 1.6, approximately, BTC.

 8                Wow.  BTC fees are getting really crazy again.

 9                Cost me nearly $5 to send that in the next block."

10          A.    "Thanks brother."

11          Q.    "5/6, hello" -- sorry.  That's you.

12          A.    "Hello Ian.

13                Good afternoon."

14          Q.    "Hello.  How can I help?"

15          A.    "Do you have BTC?

16                I'm needing $700.

17                Sorry.

18                $7,000."

19          Q.    "Plenty, yes."

20          A.    "Can I do BOA?"

21          Q.    "Yes, please."

22          A.    "Done."

23          Q.    And there's a photo.

24                "Got it.  BTC address, please," and there's a long

25   Bitcoin address?
```

```
 1          A.    Yes.
 2          Q.    "Sent approximately .67 BTC.
 3                Thank you."
 4                Now we've gone ahead one day, 5/7.
 5          A.    "Hello.
 6                Bro.
 7                Good morning.
 8                Can we do a wire.
 9                For 6K?"
10          Q.    "Sure."
11          A.    "Account please."
12          Q.    "Service Credit Union, Ian B. Freeman, personal
13    checking, purchase of digital goods."
14                And then go down to under the photo, where it says
15    photo.
16          A.    "They said it will arrive before 5:00 Eastern time."
17          Q.    "Okay, great.
18                And is there a wallet address?"
19          A.    "Yes."
20          Q.    "Hadn't seen it as of about 20 minutes ago.
21                Has it left your account?"
22          A.    "Yup.
23                Any moment it should be there."
24          Q.    "Thank you.  Please send the photo with the usual
25    words."
```

```
 1        A.    "Sure, give me a few."

 2        Q.    And it says photo and there's a wallet address?

 3        A.    Yes.

 4        Q.    And then it says "sent, approximately .63 BTC.

 5              Thank you."

 6        A.    "Thanks."

 7        Q.    And that's -- that's the end of the chat.

 8              And let me ask you this.  You saw multiple cash

 9   transactions?

10        A.    Yes.

11        Q.    And were they ending up being completed?

12        A.    Yes.

13        Q.    And throughout the exchange we just read, they

14   were -- they were very close in time, weren't they?

15        A.    Yes.

16        Q.    Were any questions asked about why this person had

17   so much cash that they wanted to turn into Bitcoin?

18        A.    No.

19        Q.    Okay.  And if we could go back now to the --

20              Did Mr. Freeman save that in this Scammer? folder?

21        A.    Yes.

22              MR. AFRAME:  Okay.  Let's look next at Seppala.  Can

23   we look at the 12-48-50.

24        Q.    Age -- sorry.  Date -- year of birth?

25        A.    1947.
```

```
 1                    MR. AFRAME:  And can we look at 13-32-04.

 2          Q.    And how much was that?

 3          A.    $20,000.

 4          Q.    And where is -- who was it going to?

 5          A.    Ian B. Freeman.

 6                MR. AFRAME:  And can we look at Bryan Shiffer.

 7          Q.    And if we look at the license, year of birth?

 8          A.    1955.

 9          Q.    And if we look at the -- 13-24-43, can you just read

10    that?

11          A.    I certify that I am purchasing Bitcoin via cash by

12    mail from FTL_Ian on Telegram, his signature, 6/15/20.

13                MR. AFRAME:  Okay.  And can we look at the next one,

14    Twum.

15          Q.    And if we look at the license, and the date of

16    birth?

17          A.    1952.

18                MR. AFRAME:  And going back out, the wire.

19          Q.    And how much money?

20          A.    According to the note, 32,500 USD.

21                MR. AFRAME:  Okay.  And can we look at the next

22    folder, which is Viar, and can we start with 19-59-44, and if

23    you just scroll in on that briefly.

24          Q.    How much is this wire?

25          A.    According to the note, 18,500 USD.
```

1          MR. AFRAME:  Okay.  And can you open the -- the
2     Diane Ward folder.  And can you just click on the license
3     briefly.
4          Q.   Year of birth?
5          A.   1959.
6          MR. AFRAME:  And can you show me now 16-04-40.
7          Q.   And can you just read what that -- or I'll read it
8     and you tell me if I've read it correctly.
9               I, Diane Alcott Ward, authorized and completed
10    wire -- I think and completed a wire transfer to Renee Spinella
11    in the amount of $5,000 for the purchase of Bitcoin from
12    FTL_Ian on Telegram.  I understand this transaction is
13    nonrefundable.
14         A.   Yes.
15         MR. AFRAME:  Is that -- okay.  And if you could just
16    back out for a second.
17              Can you show me next the folder called Judy Smith?
18    Can we see Judy Smith's license?
19         Q.   Year of birth?
20         A.   1947.
21         MR. AFRAME:  And can you show me the sign, the --
22    yes, that one.
23         Q.   4/19/2020, I certify that I am buying Bitcoin from
24    FTL_Ian on Telegram using my trusted agent, Rebecca Viar, to
25    receive the Bitcoin on my behalf.

1          Did I read that correctly?

2     A.    Yes.

3          MR. AFRAME:  And can we open the Rebecca Ann Ault

4     folder, and can we just see her license?

5     Q.    Year of birth?

6     A.    1963.

7          MR. AFRAME:  And can we go to the Terri McWhartor

8     folder, and can you do the license.

9     Q.    And the year of birth?

10    A.    1954.

11         MR. AFRAME:  And can you go back out paragraph to

12    the Mark Allison, which is, sorry, 15-25-29.

13    Q.    Date of birth?

14    A.    1951.

15         MR. AFRAME:  Okay.  And can you go back out.  Do you

16    see -- let's go ahead to 12-10-53.

17    Q.    What's the name on that license?

18    A.    Danella Therese Varel.

19    Q.    And her year of birth?

20    A.    1946.

21         MR. AFRAME:  And 00-22-53.  And can you just zoom in

22    on that.

23    Q.    I, Pamela Day, have wired 19,500 USD for the

24    purchase of Bitcoin from FTL_Ian on behalf of Harris Richard.

25    I authorize delivery to pay trusted agent Rebecca Viar.  I

 1    understand that this is nonrefundable.

 2              Did I read that right?

 3        A.   Yes.

 4              MR. AFRAME:  Okay.  And just a couple more.

 5              Pat Ward.  Ward.  Could you -- the license.

 6        Q.   Year of birth?

 7        A.   1946.

 8              MR. AFRAME:  And 18-03-32.

 9        Q.   And how much is that for?

10        A.   $40,000.

11              MR. AFRAME:  And White, the -- the license.

12        Q.   Year of birth?

13        A.   1948.

14              MR. AFRAME:  And if you could just scroll through

15    the folder.

16              And the last, Willis.  And just the -- the first,

17    20628.

18        Q.   And the date of birth year?

19        A.   1962.

20              MR. AFRAME:  And 11-33-33.

21        Q.   And this was a wire for how much?

22        A.   $25,000.

23        Q.   And who was it sent to?

24        A.   Ian B. Freeman.

25              MR. AFRAME:  Okay.  Thank you.  And I know that took

1    a long time.  I just want to reorient us what we were -- where

2    we were looking at all of that.  So can we just go back to

3    1531.

4         Q.    Where -- where were all those photos?

5         A.    They were from the Telegram folder within this KYC

6    folder.

7         Q.    And where in -- which is in Downloads.  And where is

8    all of this?  In the most general sense, where was all of this?

9         A.    On Ian Freeman's computer.

10        Q.    Okay.  Did you interview some of the people that we

11   saw?

12        A.    I did.

13        Q.    Did you -- did anyone ever say that they came to Ian

14   Freeman without some other person or -- some other person being

15   involved besides themself and Mr. Freeman?

16             MR. SISTI:  I'm going to object.

17             THE COURT:  What's the basis?

18             MR. SISTI:  Hearsay.  And it's a generalization.

19   It's not specific.  I mean, it's many, many things.

20             THE COURT:  Hearsay.

21             What are you offering it for?

22             MR. AFRAME:  That she did a lot of interviews and no

23   one ever say that.

24             MR. SISTI:  Well --

25             THE COURT:  Hold it.

1          I'll allow it.

2          Well, wait a minute.  You said there were other

3     reasons, though, Mr. Sisti.  I don't want to be dismissive of

4     it.

5                    MR. SISTI:  I'm sorry.  Go again.

6                    THE COURT:  You said there was other reasons besides

7     hearsay.

8                    MR. SISTI:  Yeah.  There's no specificity with

9     regards to that.  What was this, some kind of a cloud question?

10    I mean, the bottom line is --

11                    THE COURT:  Yeah, it's a little cloudy, but I'll

12    allow it and the bottom line is you can certainly get more

13    specific on cross if you like.  But it's not hearsay.

14         Q.    Just to give a little foundation, you became the

15    case agent after the computer was seized?

16         A.    Yes.

17         Q.    What was one of the investigative steps you

18    attempted to take after you found this folder on the computer?

19         A.    To interview witnesses and victims.

20         Q.    Roughly how many people in the Telegram folder that

21    we saw do you think you interviewed?  I understand it's an

22    approximation.

23         A.    Roughly 30 to 40.

24         Q.    And I'll ask you, did any person say that they came

25    to this transaction without the involvement of some other

 1    third party besides themselves and either Mr. Freeman or

 2    Ms. Spinella?

 3         A.   No.

 4         Q.   Are you -- some questions have been asked about

 5    investigations.

 6              Are you trying to investigate one of the people that

 7    we saw in the Telegram folder?

 8         A.   Yes.

 9         Q.   And which person is that?

10         A.   Onweazu Okafor Chiedu.

11              MR. AFRAME:   And if we could just pull that -- well,

12    we can just go -- it'll be easier if we just go to 1206.

13         Q.   And if we go to the next page, we see the Nigerian

14    driver's -- passport there?

15         A.   Yes.

16         Q.   And if we go to the next page, we'll see a photo.

17    And you said you're trying to investigate this one.  What makes

18    this one different from the other ones that are -- that you're

19    not investigating?

20         A.   We have his true name.

21         Q.   And what is the problem or what -- as an

22    investigating agent for the FBI who's done white-collar cases,

23    what has been the difficulty in investigating these kinds of

24    cases?

25         A.   When investigating romance scams, we find it very

1  difficult to -- to identify the person behind the scam.

2  Usually it's a fake name or fake phone number, fake email

3  address.  Generally the money ends up going overseas.  And in

4  this particular case, Bitcoin was used and it clouds where the

5  money went even more.

6       Q.   Okay.  Thank you.

7            Let me now play you another clip, which is 1534.  Do

8  you recall this clip?

9       A.   Not off the number.

10      Q.   Okay.  I'll represent to you it's from the radio

11 show of Free Talk Live.  Have you listened to the Free Talk

12 Live clips before today?

13      A.   Yes.  It's just another clip from the same

14 December 9, 2019, talk show, Free Talk Live, with the same

15 individuals as before.

16           MR. AFRAME:  Okay.  Thank you.  We can play 1534.

17                  (Audio recording played.)

18      Q.   Okay.  Do you recognize the voice that was talking

19 at the end there?

20      A.   Yes.

21      Q.   And who was that?

22      A.   Through most of it was Ian Freeman.  Mark Edgington

23 was in there as well.

24      Q.   Okay.  So let's turn away from the computer for a

25 couple minutes back to the search.

1          We saw much earlier in the trial the search of the

2     desk in Mr. Freeman's studio.

3          A.    Yes.

4                MR. AFRAME:  And can we just go back to 308, just to

5     remind us of that.

6          Q.    And there was also a file cabinet.  Do you remember

7     that?

8          A.    Yes.

9          Q.    And that's at -- I'm told that that is at 401.  And

10    4-0, I think, 2 and then, even closer up, 403.

11               What's on that folder?

12         A.    It says Crypto.

13         Q.    And I'm going to show you -- is this the -- the

14    contents of that folder?

15         A.    Yes.

16         Q.    Okay.  And I'm going to bring them up in digital

17    format to make it so that the jury can see them, but can you

18    just generally say what's in that folder?

19         A.    There are a bunch of signed agreements for different

20    assistant positions, different positions helping the Shire Free

21    Church and the vending machines, termination agreements.

22    They're virtually all agreements.

23         Q.    Okay.  Thank you.  Thank you.

24               Let me just show you a couple of the agreements now.

25               The jury's familiar I think at this point with

1    generally what these agreements are, so I'm just going to go

2    through them quickly and really just show what they are and the

3    signatures.

4              So if we could start -- can you pull up 1537A.

5              Does this say Updated Agreement for Shire Bitcoin

6    Assistant Contractor Position?

7         A.   Yes.

8         Q.   And who's it between?

9         A.   Aria DiMezzo, on behalf of the Reformed Satanic

10   Church, and the Shire Free Church, Ian Freeman as the

11   administrator.

12        Q.   And what does it say Aria will be referred to

13   throughout this agreement?

14        A.   Contractor.

15        Q.   And it says that Ian is the what?

16        A.   Administrator.

17        Q.   And I promised I wouldn't go through these, but I do

18   want to go through this one.  And so if we could go down to

19   loan, what does it say?

20        A.    In return for the dedicated service, the church will

21   supply a working capital loan of $77,000 along with 50 BCH and

22   8 BTC upon signing this document.

23             MR. AFRAME:  Okay.  And if you go back out, there

24   was -- there were additional terms of how much will be paid.

25   If we go --

1   Q.   What is the mission of the contract?

2   A.   Contractor will use church funds to spread Bitcoin

3   cash on local.bitcoin.com and bitcoin on localbitcoins.com as a

4   method of fostering peace, the church mission.

5   Q.   Okay.  And if you go further into the agreement, who

6   signed this agreement?

7   A.   Aria DiMezzo.

8   Q.   And who else?

9   A.   Ian B. Freeman.

10   Q.   And when was it signed?

11   A.   6/10/2020.

12   Q.   And at the very top but below the letterhead, what

13   does it say?  It says -- after the word contractor, per our --

14   what does it say after that?

15   A.   Separate vending machine courier agreement.

16   Q.   Okay.  So that's separate from the vending machine

17   courier agreement?

18   A.   Yes.

19   Q.   Okay.  Let's look at the next agreement.

20       And the -- the prior one was called Updated, right?

21   A.   Yes.

22   Q.   And this one just says the same thing but without

23   updated?

24   A.   Correct.

25   Q.   And, again, who's it between?

```
 1        A.    Aria DiMezzo.

 2        Q.    And it says, f/k/a, do you know what f/k/a?

 3        A.    Formerly known as.

 4        Q.    And what does it same?

 5        A.    James Brodie Baker.

 6        Q.    And on behalf of what entity?

 7        A.    The Reformed Satanic Temple of Keene.

 8        Q.    Okay.  And if we went to the end, this was signed

 9  somewhat earlier than the last one, correct?

10        A.    Yes.

11        Q.    Is it signed by the same people?

12        A.    Yes.

13        Q.    Okay.  And the next agreement, this says Crypto

14  Vending Machine Courier?

15        A.    Agreement, yes.

16        Q.    Agreement.  And who's it between?

17        A.    The Shire Free Church and the Reformed Satanic

18  Church.

19        Q.    And who represents the Shire Free Church?

20        A.    Ian Freeman as the administrator.

21        Q.    Okay.  And if we go to the -- the end of this

22  document, who signed it?

23        A.    Aria DiMezzo.

24        Q.    And what's her title?

25        A.    High priestess, Reformed Satanic Church.
```

1        Q.    And Ian Freeman?

2        A.    Yes.

3        Q.    And what's his title?

4        A.    Minister, Shire Free Church.

5              MR. AFRAME:  Okay.  Thank you.  The next one.

6        Q.    Who's this one between?

7        A.    Nobody and the Shire Free Church with Ian Freeman as

8    the administrator.

9        Q.    Okay.  And then just going to the end, down at the

10   bottom where it's -- there's a -- looks like a -- I don't know

11   that symbol, a circle with a star through it.  Do you see that?

12       A.    Yes.

13       Q.    What does it say under that signature?

14       A.    Nobody, pope --

15       Q.    And what was his title?

16       A.    Pope, Church of the Invisible Hand.

17       Q.    And Ian Freeman?

18       A.    Yes.

19       Q.    What's his title?

20       A.    Minister, Shire Free Church.

21       Q.    So we have a pope, a high priestess and a minister?

22       A.    Yes.

23       Q.    Going to the next one.  I think we've seen this one

24   before.  This is a termination agreement signed by who?

25       A.    Ian Freeman.

```
 1        Q.   And who else?

 2        A.   Colleen Fordham and Chris Reitmann.

 3             MR. AFRAME:  Okay.  And the next one?

 4        Q.   And we've seen this before as well?

 5        A.   Yes.

 6        Q.   What's crossed out at the top?

 7        A.   Route 101 Local Goods.

 8        Q.   And what's put in?

 9        A.   Colleen.

10        Q.   If we go to the end, signed by?

11        A.   Colleen Fordham.

12        Q.   And who else?

13        A.   Ian B. Freeman.

14             MR. AFRAME:  Okay.  Next one.

15        Q.   And who's this one between?

16        A.   Renee LeBlanc.

17        Q.   And who else?

18        A.   And the Shire Free Church, Ian Freeman as the

19   administrator.

20        Q.   Okay.  And the last page, signed by?

21        A.   Renee LeBlanc.

22        Q.   And who else?

23        A.   Ian B. Freeman.

24             MR. AFRAME:  Okay.  And the next one?

25        Q.   And that's between?
```

1      A.    Route 101 Local Goods and the Shire Free Church with

2   Ian Freeman as the administrator.

3      Q.    Okay.  And at the end, there's only one person who

4   signed this, but who is that?

5      A.    Chris Reitmann.

6      Q.    Okay.  Thank you.

7            And looking at -- we looked at -- do you remember

8   the metal files with number 29?  Do you remember that?

9      A.    Yes.

10     Q.    And have you looked through the documents that were

11  in those folders?

12     A.    Yes.

13           MR. AFRAME:  Could -- could we look at 1535A.

14     Q.    Is that where these documents were found?

15     A.    Yes.

16     Q.    And looking at the document that's before you now,

17  is that a Bank of America account statement?

18     A.    Yes.

19     Q.    And what's the last four digits of the account?

20     A.    9633.

21     Q.    What's the title on the account?

22     A.    Church of the Invisible Hand.

23     Q.    And what's the address of the account holder?

24     A.    73 Leverett Street.

25     Q.    And if we go down to where it says business debit

1    card, who is the name on the card?

2         A.   Nobody.

3         Q.   Did you see Mr. Freeman in anything I just showed

4    you?

5         A.   No.

6              MR. AFRAME:  I'd like to play now two related

7    audios.

8              Could we play -- okay.  Can we play Government's

9    Exhibit 1580.

10             MR. SISTI:  Your Honor, just for clarification for

11   the record, I think, in all fairness, I did review those --

12             MR. AFRAME:  Oh, I'm sorry.

13             MR. SISTI:  -- and they should be admitted as full

14   exhibits at this time.

15             THE COURT:  Understood.

16             MR. AFRAME:  Thank you, your Honor.  I'd ask to

17   admit 1580 and 1581.

18             THE COURT:  1580 and 1581 admitted.

19          (Government's Exhibits 1580 and 1581 admitted.)

20                    (Audio recording played.)

21             MR. AFRAME:  Now they can play 1581.

22             THE COURT:  How long is 15, Counsel?

23             MR. AFRAME:  A minute or a minute and a half.

24             THE COURT:  All right.  How long --

25             MR. AFRAME:  Three minutes.  Sorry.

1          THE COURT:  Hold on a second.  We're going to take
2    the afternoon break.
3          Ladies and gentlemen of the jury, we'll take the
4    afternoon break.  I felt a little guilty about not getting you
5    lunch -- or not having a lunch today, so we have a little snack
6    back there for you.
7          We are in recess, 15.
8          THE CLERK:  All rise.
9                    (Jury excused.)
10          THE COURT:  Please be seated.  Anything for the
11    Court?
12          MR. AFRAME:  So by agreement we're going to break
13    this and do a witness that needs to get on a plane.
14          THE COURT:  Oh, okay.
15          MR. SISTI:  So we're not going to go --
16          THE COURT:  Probably into the video.  All right.
17    And will the witness take the rest of the day?
18          MR. AFRAME:  I don't think so.
19          MR. KENNEDY:  Half an hour or so.
20          THE COURT:  All right.  So it won't make any
21    difference.  All right.
22          MR. SISTI:  It doesn't make any difference.
23          THE COURT:  All right.  We're off the record.
24                    (Off-the-record discussion.)
25                    (Recess taken at 2:50 p.m.)

C E R T I F I C A T E


        I, Liza W. Dubois, do hereby certify that

the foregoing transcript is a true and accurate transcription

of the within proceedings, to the best of my knowledge, skill,

ability and belief.


Submitted: 3/10/23         /s/  Liza W. Dubois
                           LIZA W. DUBOIS, RMR, CRR