1                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEW HAMPSHIRE
2

3    * * * * * * * * * * * * * * * * *
                                     *
4    UNITED STATES OF AMERICA        *
                                     *
5                                    *  No. 1:21-cr-00041-JL-01
              v.                     *  December 21, 2022
6                                    *  9:15 a.m.
                                     *
7    IAN FREEMAN,                    *
                                     *
8                     Defendant.     *
                                     *
9    * * * * * * * * * * * * * * * * *

10

          TRANSCRIPT OF DAY TEN OF JURY TRIAL - MORNING SESSION
11
             BEFORE THE HONORABLE JOSEPH N. LAPLANTE
12

13   APPEARANCES:

14

     For the Government:        Seth R. Aframe, AUSA
15                              Georgiana MacDonald, AUSA
                                John J. Kennedy, AUSA
16                              United States Attorney's Office

17

     For the Defendant:        Mark L. Sisti, Esq.
18                             Sisti Law Offices

19


20
     Court Reporter:           Brenda K. Hancock, RMR, CRR
21                             Official Court Reporter
                               United States District Court
22                             55 Pleasant Street
                               Concord, NH 03301
23                             (603) 225-1454

24

25

1                        I   N   D   E   X

2     WITNESSES:              DIRECT    CROSS    REDIRECT    RECROSS

3     MOHAMMED ALI
      By Mr. Sisti              4
4     By Ms. MacDonald                    8

5

      PAUL NIWA
6     By Mr. Sisti             11
      By Ms. MacDonald                   16
7
                                               Page
8     Closing Argument by Mr. Aframe          21
      Closing Argument by Mr. Sisti           64
9     Rebuttal Closing by Mr. Aframe          85

10                         E   X   H   I   B   I   T   S

11                     (None marked this session)

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                    P R O C E E D I N G S

 2              THE CLERK:  All rise for the jury.  Please be seated.

 3              Court is now in session and has before it for

 4    consideration Jury Trial, Day 10 in criminal case

 5    21-cr-41-01-JL, United States versus Ian Freeman.

 6              THE COURT:  Good morning, everybody.  Welcome back to

 7    court.  Have any of you had any conversations with each other

 8    or anybody else about the trial during the recess?

 9                   (The jurors responded in the negative)

10              THE COURT:  Have any of you had any exposure or access

11    to information about this trial during the recess?

12                   (The jurors responded in the negative)

13              THE COURT:  Good.  We'll proceed, then.

14              The defense has not yet rested its case but has a

15    little bit more evidence to present.  After we hear that, we'll

16    take a short break to rearrange the courtroom a little bit for

17    closing arguments.  After that you'll receive my jury

18    instructions, and then you'll be sent to your deliberations all

19    today.

20              Let's proceed.

21              MR. SISTI:  Thank you, your Honor.  We'll be calling

22    the next witness in one second.  There are two.  They'll be

23    brief.

24              THE COURT:  Sure.  The name of the first one?

25              MR. SISTI:  Mohammed, last name Ali.
```

1    **MOHAMMED ALI**, having been duly sworn by the Clerk, was

2    examined and testified as follows:

3              THE CLERK:  Please be seated.

4              THE WITNESS:  Thank you.

5              THE CLERK:  For the record, please state your name and

6    spell your last name.

7              THE WITNESS:  Okay.  My name is Mohammed Ali.  Last

8    name is A-l-i.

9                        DIRECT EXAMINATION

10   BY MR. SISTI:

11   Q.   Mohammed, good morning.

12   A.   Good morning, sir.

13   Q.   Thanks for coming.  I know you were tied up yesterday.  I

14   guess there was a problem; your wife was sick or something.

15   A.   Yes.  She has appointment to go to regular, you know, she

16   has something going on.

17   Q.   Okay.  I know you're a busy guy.  You run a restaurant in

18   Keene?

19   A.   Yes, sir.

20   Q.   Can you tell the jury a little bit about what you do,

21   where it is and what kind of restaurant?

22   A.   I have a Curry Indian Restaurant in Keene, New Hampshire.

23   I am -- I have my wife and I work there, and I've been in Keene

24   almost 13 years.  I was in New York.

25   Q.   And prior to Keene you were in New York?

A.    Yes, sir.

Q.    And prior to that where did you reside?

A.    Excuse me?

Q.    Prior to New York?

A.    Yeah.  I was just, you know, from New York I moved to New Hampshire.

Q.    Right.  And what year was that?  That was 13 years ago?

A.    Yeah, about 13 years ago.  Yeah.

Q.    Okay.  I just want to be real straight with you here today.  I just need to know whether or not you know a fellow by the name of Ian Freeman.

A.    Yeah.  Mr. Freeman, we used to -- we have a problem in Keene, we don't have a mosque, so we were looking for a mosque for Friday prayer.

Q.    Can you just point him out in the courtroom?  It's a formality, but we need to do it.

A.    Right here.  Mr. Ian.

        MR. SISTI:  Thank you, your Honor.  If you could recognize that identification?

        THE COURT:  He has identified the defendant.

Q.    Thank you.  Now, Mohammed, so you first got to know him about what year?  Do you remember?

A.    I think it's about a couple of years.

Q.    A couple of years now?

A.    Yes, sir.

1    Q.   And you were mentioning to the jury that there was a

2    problem, that you didn't have a place to --

3    A.   Yeah.  We was looking for the, you know, because there's a

4    very little community in Keene, Muslims community, so we don't

5    have a mosque, so we were looking for a Friday prayer, and

6    finally we bumped into Mr., you know, Ian, and he has some

7    place that also is a church, has a church property.  So, he was

8    managing that property, and that's where I met him.  I met him

9    on my, you know, friends, Muslim peoples met him, and he just

10   helped us a lot over there.

11   Q.   So, you were able to actually worship?  He's basically

12   allowing you guys the --

13   A.   To, yeah, to pray for the Friday prayer, you know, that he

14   set up a mosque for us to -- we usually do five times prayer a

15   day, so -- I mean, we don't have like a priest, Imam, and

16   that's why we, you know, didn't continue, but basically then

17   that place was closed, so we'd already functioned almost like

18   eight months, seven, eight months like that.

19   Q.   Okay.  So, other than him helping out the community that

20   way -- and that was through his church?

21   A.   Yes.

22   Q.   Okay.  Other than helping out the community that way, how

23   else do you know him?  Does he frequent your restaurant?

24   A.   Well, since I met him, then he was a very pleasure to

25   meet.  This guy is a very nice guy, and I was telling him about

1    my business, because I used to own the gas station, and in my

2    religion that it's not good to sell beer and all this alcohol.

3    Q.    Right.

4    A.    So, I'm looking for Halal food, which is real money, and I

5    decide to have good stuff to provide to peoples, you know, so I

6    opened up the restaurant, and that restaurant was very tough

7    call, and I was suffering, and I mentioned to Mr. Ian, and he

8    did help me out with -- he set up the Bitcoin in my store.  I

9    did some transaction on it, too.  And that's how I know him.

10   And he used to come and bring his friends to support my

11   business.  And that's what it is.  That's how I know him.

12   Q.    So, he helped you set up the Bitcoin aspect of the

13   business?

14   A.    Exactly, yes.

15   Q.    Did he charge you any fee or anything like that?

16   A.    Nothing, nothing.

17   Q.    So, he did that completely --

18   A.    He would just bring the tablets and what it was that, you

19   know, the transaction you do for the bitcoin, and he put it on,

20   and whenever I have some issues I'd call him up, and he'd come.

21   He never asked me for any penny or something.

22   Q.    And has that helped out your business?  Is that keeping

23   you going?

24   A.    Yes, it did help out in the beginning, but then it's dried

25   up again, you know.

1   Q.   So, you're working 20 hours a day again?

2   A.   I'm crash -- I'm going to be honest with you, it's a very

3   tough business.  The restaurant business is not an easy task.

4   You have to work very hard for it.

5   Q.   So, how do you know Ian with regard to his honesty and his

6   integrity?

7   A.   Well, you know, to be honest with you, I don't know his

8   personal life, what he does or what he not, but as soon he come

9   to me a very nice man with a nice moral, you know, moral and

10  education.  He's always very polite.  And, like I said, he

11  bring his friends, and, you know, he tried to help me out and

12  support.  That's all I know about him.

13  Q.   Okay.  I appreciate it, and I'm going to let you get back

14  to work, okay?

15  A.   Thank you, sir.

16  Q.   All right.

17          THE COURT:  Cross-examination.

18                  CROSS-EXAMINATION

19  BY MS. MACDONALD:

20  Q.   Good morning, Mr. Ali.

21  A.   Good morning, ma'am.  How are you doing?

22  Q.   My name is Georgie MacDonald.  I work for the U.S.

23  Attorney's Office, and I just have a few questions for you.

24  A.   Sure.

25  Q.   You testified that Mr. Freeman helped provide a place for

1   a mosque in Keene; is that correct?

2   A.   Yes, yes.

3   Q.   And was I correct in hearing your testimony that you were

4   able to practice there for about seven to eight months?

5   A.   Yes, we was there.  Yes.

6   Q.   Okay.  And was Will Coley the Imam at that time?

7   A.   Well, we don't have an Imam, because what happened, this

8   place was not permanent, and another thing that the community

9   is very, not too much community, it's like 15, 20 or 25 people

10  at the most there, and Imam need more, like, you have a priest

11  and you have a big, huge peoples, that is -- Imam comes from

12  another state, and he need a place to live.  You have to

13  support him, you know, because Imam don't go to work; they are

14  just to take care of the mosque and everything.

15  Q.   Okay.  We've heard some things in this trial about a Will

16  Coley, and I was just wondering whether he was involved with

17  your mosque or whether that was something separate?

18  A.   Yeah.  Well, yeah.  This guy was also, came from another

19  state, I don't know where, and he was a Christian and he

20  converted to Muslims.

21  Q.   Okay.

22  A.   And, yeah, yes, he was involved there, too.  He stayed

23  there for almost, you know, I think four or five months or

24  something.  I'm not sure.

25  Q.   And do you know anything about whether Mr. Coley was

1    selling bitcoin in the name of the mosque?

2    A.    No, no, I don't know.

3    Q.    Okay.  And so, and bitcoin has nothing to do with the

4    Muslim religion, right?

5    A.    No.  It's just, bitcoin, bitcoin involved, and, you know,

6    I mentioned to him about my business, and he says, Mohammed, I

7    can set up bitcoin, and maybe that boosts your business up.

8    Q.    Okay.

9    A.    And that's all I know, and the rest I don't know if he's

10   selling or doing -- I don't know his personal life.  I never

11   asked anybody what he do, you know?

12   Q.    Okay.  Thank you very much.  No further questions.

13   A.    You're welcome.

14          MR. SISTI:  Thank you, Mohammed.

15          THE WITNESS:  You're welcome, sir.

16          THE COURT:  Sir, you're excused.

17          THE WITNESS:  Thank you, sir.

18                       (Witness stepped down)

19          THE CLERK:  Please remain standing and raise your

20   right hand.

21          **PAUL NIWA**, having been duly sworn by the Clerk, was

22   examined and testified as follows:

23          THE CLERK:  Please be seated.  For the record, please

24   state your name and spell your last name.

25          THE WITNESS:  My name is Paul Niwa.  Last name is

1    spelled N-i-w-a, first name is Paul.

2                        DIRECT EXAMINATION

3    BY MR. SISTI:

4    Q.   All right.  Good morning.  How are you?

5    A.   Very well.  Thank you.

6    Q.   And thanks for making the effort of being here.  I know it

7    was kind of hectic, and you had to do some moving around, so I

8    appreciate it.

9    A.   Well, I'm very grateful to Mr. Freeman.

10   Q.   All right.  Mr. Niwa, can you explain to the jury, you

11   know, where you live and what do you do for a living?

12   A.   I live in Newton, Massachusetts.  I'm a tenured Professor

13   of Journalism at Emerson College.  I'm a former Assistant Dean

14   and also a former Chair of my department.

15   Q.   With regard to your contact with Ian Freeman, can you just

16   give us generally what that was about, not the specific

17   statements or anything, but generally what that was about.

18   A.   So, in the early summer of 2020, right at the height of

19   the lockdown, I got a call out of the blue, and I picked it up,

20   and it was Mr. Freeman, and he explained that -- he asked me if

21   I was a son of Y. Grace Niwa, and I said, yes, and I was kind

22   of surprised.  That's my mother, which he asked me if that was

23   my mother.  I verified.

24   Q.   Not the blow-by-blow statements, but what was the general

25   conversation?  What was the topic that we were dealing with at

1    that time?

2    A.   So, he told me that my mother --

3            THE COURT:  No, no, no, no.

4    Q.   Not the statements.

5            THE COURT:  Not the statements.  What was the topic of

6    conversation?

7    A.   Oh, the topic of the conversation was that my mother had

8    been defrauded, and he was trying to return the money to my

9    mother.

10   Q.   Okay.  And was this a quick thing, or did the two of you

11   have multiple contacts?

12   A.   I think we might have had two phone calls and several

13   texts to try to figure out a way to return the money to my

14   mother.

15   Q.   All right.  And over what period of time did Ian Freeman

16   work with you in order to get that result?

17   A.   It was about three months.  I mean, he tried many

18   different ways to try to help my mother, and even when we ran

19   into blocks he still tried to find ways to overcome them and

20   get the money to her.

21   Q.   How much money, if you know, was your mother scammed out

22   of?

23   A.   It was $11,000 from my -- it was actually defrauded from

24   my aunt, who's disabled.

25   Q.   Okay.

1    A.   She was blinded at birth, and it was money that my mother

2    is a steward over to help her.  She lives in a group home.

3    Q.   Okay.

4    A.   And so, that's what she uses to live off of, my aunt does,

5    to be able to pay her groceries and pay her share of the rent.

6    Q.   Okay.  So, over the three-month period would it be fair to

7    say there were multiple, I don't know, texts back and forth and

8    phone calls, and there was apparently some result that took

9    place?

10   A.   We have many texts trying to figure out a way to get the

11   money back.  We only had a couple of phone calls, though, so it

12   was -- I haven't spent a lot of time talking to Mr. Freeman.

13   Q.   All right.  But could you tell the jury the bottom line?

14   I mean, did Ian -- was he capable of getting that money back?

15   A.   He was, yes, and all but a very reasonable amount of fees

16   that I asked Ian to take out.  I said he should deduct mileage,

17   any financial costs, like, you know, money order costs, the

18   cost of postage, and he did deduct that, but I think it was

19   under $100, so it was a very reasonable amount, and I think a

20   bank would have charged me a lot more to do the same kind of

21   services.

22   Q.   I mean, he actually didn't even charge you.  Would it be

23   fair to say you insisted on him taking the money?

24           MR. KENNEDY:  Objection.

25   A.   He did not want to take any personal charges.

1          THE COURT:  You need to disregard that -- well, not

2     that he didn't -- you actually put statements in on that issue.

3          MR. SISTI:  Yeah.

4     Q.   Did he charge you?  How about that?

5     A.   No, he did not.

6     Q.   All right.  And the reason that the money came to him from

7     you is why?

8     A.    It's because someone, and we don't know who that person

9     is, had convinced my mother to transfer the $11,000 into

10    Mr. Freeman's company.

11    Q.   Okay.

12    A.   And that Mr. Freeman suspected, he told me --

13          MR. KENNEDY:  Objection, your Honor.

14          THE COURT:  Sustained.  Why don't you lead him a

15    little bit.

16          MR. SISTI:  Right.

17    Q.   What happened was that Freeman suspected something, but he

18    took care of it?

19          MR. KENNEDY:  Objection again.  He's just repeating

20    what Freeman said as part of the question.

21          THE COURT:  Overruled.

22          MR. SISTI:  Thank you.

23    Q.   And Freeman took care of it, and he brought it to your

24    attention, right?

25    A.   Yes.  He said that he stopped the transaction.

1          MR. KENNEDY:  Objection.

2          THE COURT:  Well, yeah.  Listen, Professor --

3          THE WITNESS:  Yes.

4          THE COURT:  -- you've got to be really careful about

5     answering only the question he asks you.  We're trying to do

6     this carefully, so not to create hearsay problems --

7          THE WITNESS:  Sorry.

8          THE COURT:  It's okay.  People aren't used to sitting

9     where you're sitting.  I understand.

10         MR. SISTI:  Thank God, right?

11         THE COURT:  But the lawyer is trying to direct you a

12    little bit, and I'm letting him do it, which I don't normally

13    allow, but I'm going to let him continue.  Objection sustained.

14         THE WITNESS:  Sorry about that.

15         MR. SISTI:  Okay.  Thank you, Judge.

16    A.   I'll try.

17    Q.   Don't worry about it, okay?  All right?  There's rules.

18         So, at the end of the day the money is returned, and a

19    very slight cost or slight bit of money is given to Ian for

20    just doing some work, under $100, right?

21    A.   Agreed.

22         MR. SISTI:  Thank you very much.

23         Your witness.

24         THE COURT:  Cross.

25                        CROSS-EXAMINATION

1    BY MR. KENNEDY:

2    Q.   Good morning, Mr. Niwa.

3    A.   Good morning.

4    Q.   Just a few questions.  We'll get you out of here.  So, I

5    just want to be clear you were not personally involved in this

6    transaction that involved your mother, correct?

7    A.   Do you mean in returning the money or --

8    Q.   No.  So, the transaction where your mother sent money to

9    Mr. Freeman, you were not involved in that, correct?

10   A.   No, no.  I can only tell you what my mother told me.

11   Q.   Okay.  So, your knowledge about that transaction is based

12   on what Mr. Freeman told you, correct?

13   A.   Yes.

14   Q.   And what your mother told you, correct?

15   A.   Yes.

16   Q.   And you don't have any of the records related to that

17   transaction, correct?

18   A.   I was given the picture that was used to try to convince

19   Mr. Freeman to make the transaction.

20   Q.   And this was a picture of your mother?

21   A.   It was a picture of my mother with her driver's license

22   and a note saying, I authorize the purchase of bitcoin.

23   Q.   How old is your mother, Mr. Niwa?

24   A.   80 years old.

25   Q.   Where does she live?

1   A.   She lives in Orange County, California.

2   Q.   So, again, so your knowledge is just basically what you've

3   heard from Mr. Freeman and from your mother, correct?

4   A.   Those are the only two sources, yes.

5   Q.   So, you don't know whether or not Mr. Freeman had his bank

6   account frozen as a result of this transaction, correct?

7   A.   Frozen, no.  He did tell me he had difficulty being able

8   to make a check because of banks.  He specifically told me that

9   Chase Bank had closed his account.

10  Q.   Okay.  So, a bank closed his account as a result of this

11  transaction?

12  A.   No.  I was never told it was because of that transaction.

13  Q.   Okay.  So, you don't know whether or not this transaction

14  triggered his account to be frozen, correct?

15  A.   No, I do not.

16  Q.   And you don't know whether or not Mr. Freeman was

17  returning the money in an attempt to unfreeze his account,

18  correct?

19  A.   I do not have that information either, no.

20  Q.   And I assume you don't know whether or not Mr. Freeman

21  sent any bitcoin in this case, correct?

22  A.   I know that he didn't send any bitcoin.

23  Q.   So, Mr. Freeman didn't lose any money on this transaction,

24  correct?

25  A.   I don't know.  I have no idea.

1    Q.   Okay.  Well, your mother sent $11,000, correct?

2    A.   Yes, my mother sent $11,000, and I asked Mr. Freeman to

3    deduct any charges that he incurred.

4    Q.   We'll take it just piece by piece.  Your mother sent

5    $11,000 to Mr. Freeman, correct?

6    A.   Yes.

7    Q.   And Mr. Freeman did not send any bitcoin, correct?

8    A.   He did not send any bitcoin, no.

9    Q.   And then he returned the $11,000 minus some fee?

10   A.   Yes.

11   Q.   And your only interactions with Mr. Freeman are with

12   respect to this one transaction involving your mother, correct?

13   A.   Yeah, that's the extent of my conversation.  I would say

14   you are saying that my mother sent Ian Freeman the money, and

15   that's not my mother -- or I would say I don't know that, to be

16   honest.  I know that money was sent to the Church of the

17   Invisible Hand, which is a business entity, but I don't know

18   what that relationship or what the -- if he's a sole proprietor

19   or if that's a corporation, I don't know.

20   Q.   Okay.  So, what you know is that $11,000 was sent from

21   your mother's account to an account in the name of Church of

22   the Invisible Hand?

23   A.   Yes.

24   Q.   Okay.  I don't have anything further for you.  Thank

25   you.

1          THE COURT:  Redirect.

2          MR. SISTI:  Thank you.  It'll be real brief.

3                    REDIRECT EXAMINATION

4     BY MR. SISTI:

5     Q.   Thank you.  It will be real brief.  What you know is

6     11,000 was sent, right?

7     A.   Yes.

8     Q.   Freeman got in touch with you, right?

9     A.   Yes.

10    Q.   He helped you over a period of three months, correct?

11    A.   Yes.

12    Q.   And the $11,000 got back to your mother?

13    A.   Minus nominal, you know, small charges, yes.

14    Q.   Okay.  I appreciate it.  Thank you.

15         THE COURT:  Professor, you're excused.  Thank you.

16         THE WITNESS:  Thank you.

17         MR. SISTI:  Defense rests at this time, Judge.

18         THE COURT:  All right.  Ladies and gentlemen of the

19    jury, the defense has arrested its case.  What we're going to

20    do now is rearrange the courtroom a little bit so the attorneys

21    can give their summations, so you don't have to wait while we

22    do that.  We're going to give you a short break.

23         THE CLERK:  All rise.

24              (The jury exited the courtroom)

25         THE COURT:  Anything for the Court?

1          MR. SISTI:  We didn't get rulings on the motions, the

2     Rule 29s, and I would renew motions at this point in time.

3          THE COURT:  Motions renewed, remain under advisement.

4          MR. SISTI:  Thank you.

5          THE COURT:  Quick question.  Please be seated.  So,

6     that's a different mosque than the mosque of the video?

7          MR. AFRAME:  No, we don't think so.

8          THE COURT:  Same mosque?

9          MR. AFRAME:  We think so.

10          THE COURT:  Has the video been provided to defense

11     counsel yet?

12          MS. MACDONALD:  We played it yesterday.

13          THE COURT:  All right.  Okay.  Let me know when you're

14     ready.

15          THE CLERK:  All rise.

16          (Recess taken from 9:40 a.m. to 9:55 a.m.)

17          THE CLERK:  All rise for the jury.

18                    (The jury entered the courtroom)

19          THE CLERK:  Please be seated.

20          THE COURT:  All right, ladies and gentlemen of the

21     jury.  The evidence portion of the trial is now over.  You've

22     heard all the evidence.  What you're going to hear now are

23     closing arguments from the attorneys or what we call

24     "summation."

25          I want to remind you of something I said in my

1    preliminary instructions and I will remind you again after, is

2    that closing arguments are not evidence; they are arguments

3    about the evidence.  The lawyers are going to tell you what

4    they think you should interpret from the evidence and what

5    conclusions they want you to draw, but they're not evidence.

6    Keep that in mind.

7           Under our Rules of Procedure, the prosecution provides

8    the first opening; then the defense responds with its

9    opening -- I'm sorry -- closing.  We're at the end, not the

10   beginning.  The prosecution starts with its closing; then the

11   defense closes; and, if it wishes, the prosecution gets to do a

12   shorter rebuttal.  That's the rules.

13          So, who's closing for the prosecution?

14          MR. AFRAME:  I am, your Honor.

15          THE COURT:  Mr. Aframe, you may proceed.

16          MR. AFRAME:  Thank you.

17                          CLOSING ARGUMENT

18   BY MR. AFRAME:  You've heard plenty of excuses during this

19   trial from Ian Freeman, and I'm going to address many of them

20   as I talk to you, but the most absurd of all is the idea that

21   he is somehow not responsible for his conduct in the case

22   because the government cannot find the scammers who hired him

23   to obtain the bitcoin.

24          You know from Special Agent McBrearty that these

25   scammers are extraordinarily difficult to find because they

1   hide their tracks, and you know how they do it:  overseas

2   locations, fake names, spoofed phone numbers, phony emails,

3   and, most importantly for this case, the hidden money trail,

4   because you know now that bitcoin is anonymous; once it's sent,

5   it's gone, and nobody knows who it went to.

6          So, let's think about it for a moment.  Did any of

7   these scammers really want to use Ian Freeman?  He charged a

8   lot of money and fees for sending along anonymous bitcoin.  For

9   the Telegram customers you know that it was at least 10

10  percent.  The scammer could have made a heck of a lot more

11  money if he could have just cut Freeman out of the deal and get

12  the money directly from his victim, but they didn't do that.

13  Why?  Because, of course, it would have left tracks.  They had

14  to hide those tracks, and the scammers hired Ian Freeman to

15  turn the victim's money into anonymous bitcoin.  No tracks,

16  hide the money.  That was Freeman's purpose.  That was his job.

17         Consider Dannela Varel and the so-called Jerry Harmon.

18  If Varel had sent her money directly to Harmon at that 10

19  percent fee, $755,000, $75,500 went to Ian Freeman for sending

20  that bitcoin.  That's a lot of money that Jerry Harmon had to

21  give up, but Freeman was a cost of Harmon doing his business.

22  What was his business?  The scamming of people on the Internet.

23         Freeman was offering an important service for which

24  scammers were willing to pay.  What was that service?  The

25  anonymous moving of bitcoin.  He moved large quantities of

1   funds, Freeman offered his users anonymity, and they paid him a

2   pretty penny for it.  That's money laundering.  He's the one

3   that makes the scammers hard to find, and that's a serious

4   crime, and that's what this trial was all about.

5        The evidence in this case showed you conclusively that

6   Freeman intentionally set up a bitcoin money-transmitting

7   business to help scammers and other criminals.  He bought large

8   amounts of bitcoin to the tune of many millions of dollars.

9   You saw the bank records.  You saw the millions of dollars

10  going to the exchanges.  That's right.  He was buying bitcoin

11  in the normal way at exchanges.  These are real companies that

12  try to collect real information from their customers so that

13  their service is not used for money laundering.  And what did

14  he pay for that bitcoin that he purchased?  Less than 1

15  percent.

16       I invite you to look at the Kraken records that we

17  presented at this trial.  It was Exhibit 914.  $280,000 worth

18  of bitcoin bought by Ian Freeman from Kraken for $440.  Even

19  when he advertised on LocalBitcoins, he sent one advertisement

20  to buy for himself, what percent did he offer to pay?  Go look

21  at Exhibit 1201.  He offered to pay 1 percent.

22       Once Freeman acquired all that bitcoin, he sold it,

23  right?  He sold it through kiosks, he sold it on

24  localbitcoins.com, and, most importantly for this case, he sold

25  it on Telegram, and he sold it for big fees.  You saw the kiosk

1    charge 14 percent, you saw Freeman tell people that he would

2    charge a 10 percent flat fee on Telegram, and you saw that the

3    LocalBitcoins advertisement went up to a 21 percent charge.

4           Why?  Why was Freeman able to sell this bitcoin for so

5    much more than he bought it?  Because he offered something

6    special.  He offered something valuable.  He offered his

7    customers absolute anonymity.

8           In his opening statement Mr. Sisti said, You won't see

9    any scammers walk arm and arm with Mr. Freeman, and that's

10   right.  Ian Freeman's too smart for that.  He didn't proceed by

11   locking himself arm in arm.  He proceeded with the scammers by

12   the wink and the nod.  So, what was the wink?  It was those

13   advertisements on LocalBitcoins.  It was those rules posted on

14   the kiosks and that he put on the Internet.  What did those

15   rules and advertisements say?  Anonymity.

16          Let's look at the kiosk for a minute on the screen,

17   Exhibit 502.  What does the rule say?  Number 4:  Our staff

18   love crypto and are happy to discuss them, but they don't need

19   to know why you want them.  Keep that to yourself.

20          Exhibit 302:  Do not tell our staff why you want to

21   buy the cryptocurrency.

22          And you know these are the rules posted right on the

23   kiosks.

24          In Exhibit 1541 these are the rules that Mr. Freeman

25   wanted to be posted on a website about his kiosks.  Rule Number

1:  Don't tell our staff why you want the coins.  Anonymity.

And the LocalBitcoins was the same.  Exhibit 1201, it contained all the advertisements, and you know that they all said the same thing, so just here's an example:  What you do with your bitcoin is your business.  Don't tell me what your plans are.

In our opening statement we called these promises of anonymity invitations, but really they were dog whistles.  The dogs knew what Freeman was promising with these ads and rules guarantying anonymity.  Don't ask, don't tell.  Get me the cash, I'll get you the bitcoin.  No questions no matter how suspicious the transaction, no matter how vulnerable the purported buyer appeared to be.  Process the sale, send the bitcoin, keep the fee to the tune of millions of dollars.

And those dogs, they came in packs.  Many of these dogs were, as you learned, they were dirty dogs, they were scammers, they were criminals.

But let's not overstate things.  Was every person who bought bitcoin from Ian Freeman a criminal?  I'm sure not.  I'm sure not.  I'm sure that there were people who conducted smaller transactions at the kiosks or even the occasional legitimate transaction on LocalBitcoins.  But in this case we were talking about the big customers, the repeat customers, the ones he wanted to take offline to Telegram, where no one could see what he was doing.

1          Agent McBrearty told you she interviewed between 30

2     and 40 people from that Telegram folder on his computer.  Not

3     one of them said they were buying bitcoin for their own desire,

4     not one.

5          Agent Thibault said there were so many SARs filed by

6     banks on Ian Freeman transactions she couldn't deal with them

7     all; she had to just deal with the higher value ones because it

8     was overwhelming.

9          And you have not seen a single witness testify at this

10    trial who says that he or she bought from Freeman because they

11    wanted the bitcoins for themselves, not a single person.  But

12    even for the moment, assuming that there are legitimate

13    transactions mixed in, that has nothing to do with this case.

14         The pertinent question here for you is this:  Did Ian

15    Freeman know that he was creating an operation for criminals to

16    use to hide their tracks by buying his bitcoin?  He did.  And

17    how do you know?  He told you.  At that midnight meet-up with

18    his crypto buddies in Keene Central Square on June 20, 2020, in

19    an unguarded moment among friends he spilled it.  Unfortunately

20    for him, when he did that, he didn't know that an FBI -- an IRS

21    undercover agent was taping that admission.

22         But here's what he said at that meet-up:  If you fall

23    in love with a guy from Africa, I can't talk you out of it, you

24    know, so it is what it is.  The vending machine is a way for

25    them to take the money they have and send it to the person

1    they've fallen in love with.  He knows.  He knows the kiosks

2    are a way to complete these Africa scams.  Could he tell you

3    any more plainly that he knows that he's in the business of

4    helping scammers complete their crimes?

5           And he knows all about these romance scams.  He knows

6    they prey on old people, and he knows they originate in Africa.

7           Let's listen to his own words.

8                    (Audio recording played)

9           MR. AFRAME:  He knows how these scams work, he knows

10   who does them, and he knows who they victimize.  He had two

11   international ads on LocalBitcoins.  You can see that in

12   Exhibit 1201.  One of them was for the Nigerian naira.  Was

13   Nigeria a random choice of countries to pick?  I don't think

14   so.  He believes, and you just heard, there are plenty of

15   scammers in Africa, so he decided that's where he was going to

16   try to blow his dog whistle the loudest.

17          When Freeman told the IRS undercover in their Telegram

18   chat that old ladies put $40,000 into those kiosks, based on

19   everything I just played for you, what was he saying?  Wink,

20   wink, nod, nod.  Those are romance scam victims sending money.

21   Why?  Because he offered something special.  He offered

22   something valuable.  He offered anonymity to those fake

23   boyfriends in Africa.

24          And in that same recording of the meet-up that I just

25   quoted for you Mr. Freeman claimed that what these people were

1     doing, what these old ladies who were putting $40,000 into the

2     machine were doing, was none of his business.  But, of course,

3     it was his business.  Literally this was his business, turning

4     dollars into bitcoin.  That was his business.  He intentionally

5     turned a blind eye to what was happening because he knew he was

6     helping people complete their crimes.  He set this thing up to

7     invite the scammers to use his operation.  That was the plan.

8     Don't ask, don't tell.

9            What did he tell the IRS undercover about those kiosk

10    machines?  He disabled everything.  No identification, no

11    forms, no facial recognition.  And it's not that those things

12    don't exist on the form.  Read closely the Telegram chat with

13    the undercover.  Freeman said he disabled them; he turned them

14    off.  They were there.  They were there to help make

15    transactions safe, to help stop the money laundering, but he

16    turned them off.  Why?  Because that's how he kept those kiosk

17    transactions anonymous.  That was his promise.  He knew why

18    people wanted to use the machine.  He told you why.  He set it

19    up to make those transactions completely anonymous.  He allowed

20    the bitcoin to be sent.  He kept the commission.  Freeman knew

21    exactly what he was doing:  bitcoin to a scammer, money in his

22    pocket, old lady losing her life savings.

23            Let's look closely at Freeman's communication with the

24    IRS undercover.  There's more evidence there that Freeman knew

25    exactly what he was doing.  The undercover had been buying

1    bitcoin and leaving all sorts of hints about all the cash that

2    he had that he needed to get rid of.  Were there any questions

3    from Freeman?  No.  When the undercover broached the idea of

4    sending money in the mail to Freeman, he asked Freeman what

5    mail service he should use.  What did Freeman say to that?

6    Let's listen to Exhibit 606.

7                    (Audio recording played)

8            MR. AFRAME:  Freeman's concern was about search

9    warrants.  Do you think about search warrants when considering

10   whether you're going to use FedEx or the Post Office?  I doubt

11   it.  He knew that the undercover's cash was suspicious, and he

12   advised him accordingly.

13           Do you remember Mr. Sisti's questioning in response to

14   that clip?  That was an absurd moment in this trial.  Freeman,

15   the anti-government libertarian, was supposedly advising the

16   undercover, according to the questioning, to use the

17   government's mail service because he thinks that FedEx and UPS,

18   the private companies, are full of criminals and thieves.  Come

19   on.  You're supposed to believe that Freeman thinks the

20   government can be trusted to deliver the mail when he doesn't

21   think it can be trusted to do anything else?  That argument

22   smacked of desperation, because this was evidence that Freeman

23   knew.  Freeman suspected the undercover was engaged in criminal

24   activity, and he advised the undercover accordingly, because he

25   knew.

1          And then, when the undercover finally told Freeman

2    explicitly that he was a drug dealer, look closely at Freeman's

3    response.  Quote:  You got a little too loose-lipped, so I'm

4    not opposed to the sale of drugs.  I do need to be careful.

5    Sadly, that means I can't KNOWINGLY, in all capital letters,

6    sell you bitcoin.

7          I'd ask you to apply your common sense to that

8    conversation.  If Freeman believed that the undercover was a

9    legitimate business person who had been investing in bitcoin

10   who then sprung out of the blue that he was actually a criminal

11   drug dealer using Freeman's services to launder funds, how

12   would you expect Freeman to act?  Anger?  Disgust?  Get away

13   from me?  Not Ian Freeman.  He chastises the undercover for

14   being too loose-lipped, for violating the Don't tell me what

15   you're doing with the bitcoin golden rule, and he says he

16   cannot any longer help him KNOWINGLY, all caps.  In other

17   words, just keep it on the down low, and we're fine.  Freeman

18   knew all along it was all part of the plan.  The undercover

19   violated the wink-and-nod agreement.  Freeman knew.

20         How else do you know Freeman knew?  Consider the red

21   flags that Ian Freeman ignored in these transactions, the

22   obvious facts showing that these transactions were suspicious.

23   Why did he ignore them?  Once again, because he knew, he knew

24   his business was laundering criminal proceeds under this

25   no-questions-asked policy.  That was his plan:  Look the other

1    way.  He was what the judge will describe to you; he was

2    willfully blind.

3         Let's look now at some of those red flags that Ian

4    Freeman ignored.  Let me start with cash.  People sending

5    enormous amounts of cash, that's an obvious red flag for

6    possible criminal activity.  And some of those LocalBitcoins

7    chats that were read to you in this trial, frankly, were

8    ridiculous, people sending Freeman hundreds of thousands of

9    dollars in the mail.

10        Here's an example:  The LBC customer says, I need to

11   cash out about $500,000, U.S. dollars to bitcoin, but I need to

12   do it slowly.  Did Freeman ask a single question about the

13   origin of all that cash?  Of course not.  What was his

14   response?  My direct rate is 10 percent.

15        Here's another one, Exhibit 1216.  Remember this guy,

16   Arnaiz, this guy from Mexico?  He wanted to buy 17 bitcoin.  Go

17   back to the chat.  If you do the math, you'll see that was

18   almost $100,000.  How did he propose sending it?  Cash in the

19   mail.  Did Freeman have any questions about that?  No.  What

20   was his response?  You can send it overnight.

21        Language.  We know that Ian Freeman is aware that many

22   of these scams originate abroad, and we also know that Freeman

23   is sensitive to the language that people use in the chats.  Ian

24   Freeman is not stupid.  When the people who are working for

25   him, like Renee Spinella and Chris Rietmann, report suspected

1    scams to him either on LocalBitcoins or at one of the kiosks,

2    Freeman does not entirely blow them off.  Why?  Because he

3    knows that even his friends won't tolerate what he will when no

4    one else is watching.

5         Let's look for an example at Exhibit 819.  This is

6    Renee talking to Ian about a LocalBitcoins chat that she's

7    doing.  So, Renee says, I don't know about this guy.  Probably

8    ripping someone off or just dumb.  Ian says, I'll take a look,

9    and then he says, Ha.  How many Brendas say bro?  Renee says,

10   Good point.  In other words, Freeman suspects in that situation

11   that the person pretending to be Brenda is a fraud, because the

12   language that person used in the chat doesn't match the

13   identity the person was claiming.  Freeman is sensitive to the

14   language in these chats.  He's not stupid.  But then look at

15   what Freeman will let go with no questions asked when he thinks

16   no one else is watching.  Here are two examples, but there are

17   many.

18        So, let's look at Exhibit 1221 for a second, and I'll

19   point your attention to the ones in yellow:

20        "Hello.  Am using my partner.  We are working together

21   but after deposit the money I'll do whatever you want me to do.

22   My account was freeze from btc before using my partner.  My

23   partner received the it, but I'll deposit it on his ba half

24   (sic) and do whatever you want me to do.  We have trade before.

25   My username is Kgreg89, but my account was hack so am using my

partner."

Who supposedly sent that?  Karen Greene, a woman born in 1971, from Travelers Rest, South Carolina.  Brendas don't say bro, and middle-aged women from South Carolina don't say, My account was freeze or my account was hack.  Freeman knew.

Another example was Patrick Brown, Exhibit 1225. Patrick Brown said, "Friend, I am comparatively fresh on LBC, but I have traded good.  Yea, I read it that's how your release time is so less.  I completely understand that.  I can trade offline with you.  I have been trading offline since long using Coinbase Pro, but they have some technical issue going on, as they mention on my account BTC help are in there."

You met Patrick Brown.  You know Patrick Brown is a 60-some-odd-year-old Caucasian man from Texas who grew up in Oklahoma.  He doesn't write like that, and he doesn't describe something as comparatively fresh.  Brendas don't say bro. Freeman knew.

Another red flag that Freeman ignored time and time again are the third-party trades.  Those are the trades when someone else is sending Freeman cash and then asking Freeman to send the bitcoin to a third person.  Those kinds of transactions are so suspicious that the itBit witness, Kate Eyerman, says her company never does them.  Look at the loveshotz chat.  They're against the LocalBitcoins terms of service.  But you don't even know all that -- you don't even

1    need to know all that, because Ian knows that they are not a

2    good idea when someone else is watching, because listen to him

3    on his radio show when he said he doesn't usually do them.

4                    (Audio recording played)

5            MR. AFRAME:  I generally don't do them either, but, of

6    course, you know when Freeman thinks no one else is watching he

7    does them all the time.

8            Remember the loveshotz chat?  Chiedu from Nigeria

9    wants Mary Hurd in Nevada to send Freeman money so that Freeman

10   can send a bitcoin to Chiedu.  Chiedu says that Mary is his

11   in-law.  On another day he says his company accountant,

12   Barbara, will be sending the cash.

13           Here is Chiedu.  Does this guy without a shirt look

14   like he's the company CEO?  I don't think so.  But no questions

15   asked, not a single one.  Send the bitcoin, collect the fee.

16           And can you believe that Ian Freeman doubled down on

17   his LocalBitcoins feedback yesterday?  Who was writing the

18   feedback?  The scammers were writing the feedback.  You saw it,

19   the big fight with Chiedu, and then how does Mr. Freeman end

20   it?  Send me positive feedback.  The person scamming Patrick

21   Brown, the person scamming James Rossell, they were the ones on

22   LocalBitcoins.  They are the ones writing the feedback.  Those

23   are Mr. Freeman's reviewers.  Of course they love him; he's an

24   expert money launderer.  No questions asked, quick release

25   time, next trade, again and again and again.  It's a scammer's

1    dream.

2          And I just mentioned James Rossell.  Let's talk about

3    him for a second.  He was the firefighter from New Jersey who

4    was being scammed out of his wife's life insurance by Mary

5    Romeo.  Mary wasn't the smartest scammer around, to be

6    perfectly honest with you, because she was actually passing on

7    through those chats to Freeman the actual information Rossell

8    was providing to her.  So, initially Mary says Rossell was

9    buying 67,000 for personal investment.  You know from Mr.

10   Rossell that was a lie.  But when the bank stopped Rossell's

11   wire, why did they do that?  Because it appeared fraudulent.

12   In sort of a not-too-bright move Mary put that in the chat to

13   Mr. Freeman.  What did Freeman do with that information?

14   Nothing.  Not a single question, nothing.

15         Instead, Freeman called Rossell.  Why did he call him?

16   He wanted his money.  And Mary got Rossell to write a check.

17   Remember that?  But Rossell didn't have enough money to cover

18   the check.  He had written the first, the wires for 67,000, and

19   now some time had gone by, and he told Mary he needed to wait

20   for his pension check to arrive to make good on the full

21   $67,000.  Mary again, in what I would describe as not too

22   bright a move, decided to put that in the chat to Freeman, too.

23   Did Freeman have any questions about that?  No.

24         Would someone like Rossell, who you saw here, be

25   investing his very last cent in bitcoin?  Does that cause

1      Mr. Freeman any concern?  Nope.  He just wants to make sure

2      that Rossell mails the checks Priority.

3              And after that, after all that suspiciousness, out of

4      nowhere Rossell now has two new clients, third-party trades,

5      people from Wisconsin and Florida, older men who are going to

6      send money to Mr. Freeman so that the bitcoin can be sent to

7      James Rossell and, of course, really to Mary.  Third-party

8      trades from a firefighter with no money out of the blue.  Does

9      that make any sense?  Of course not.  Questions from Freeman?

10     Of course not.

11             And read the end of the jrossell1313 chat when you're

12     back there.  How much percent do you charge?, says the chat.

13             Brendas don't say bro.

14             And let's look at this chart.  This was the story from

15     the Telegram folder of Elizabeth Corley from Iowa, born in

16     1965.  She makes some kind of trade with Freeman on November

17     2019, and then between November 19th and February 7th she

18     supposedly sends one, two, three, four, five, six other people

19     to do trade with Mr. Freeman on her behalf from Illinois,

20     Florida, New Jersey, Nevada, Pennsylvania, North Carolina,

21     ranging from -- dates of birth ranging from 1946 to 1994, all

22     within a short period of time.

23             Does he ask a single question about what's going on

24     here; why are all these people sending money from wherever they

25     are to Ian Freeman to send bitcoin to the Elizabeth Corley in

1    Iowa?  It doesn't make sense.  He didn't ask a single question.

2    It's just take the money.

3            This is Schmidt.  Go back and look at the records from

4    Chris Reitmann and the Bank of America account.  This is the

5    guy who sends two wires within a couple of days for $130,000

6    with a memo line that says:  Orphanage.  Not a single question.

7    Go back and look at the photos, go back and study this.  It

8    doesn't make sense.  It doesn't matter.

9            Freeman did these third-party trades constantly.

10   They're all over the LBC chats.  They're all over the Telegram

11   folders.  They are the most suspicious trades of all, someone

12   sending him money to send the untraceable, anonymous bitcoin to

13   someone else.  He didn't ask a single question about any of

14   them.  Ignore the red flags, do the trade, make the money time

15   and time again.

16           And, of course, there were many red flags within that

17   Telegram folder on Ian Freeman's laptop.  That folder was

18   exactly as it was on his computer the day it was seized.  You

19   saw every single folder just as Freeman compiled it himself.

20   And so, let's start with the most obvious red flag of all, the

21   age of the folks in all of those sub-folders.

22           Members of the jury, we're talking about bitcoin, not

23   mutual funds, not bonds, not IRAs.  We're talking about

24   bitcoin, a highly speculative, volatile, new investment vehicle

25   that requires sophisticated, cutting-edge technology so that it

1    can be used.  And the communications that were made were all on

2    Telegram.  I ask you how many of you knew what Telegram was

3    before you stepped foot in this courtroom two weeks ago?  Who

4    would you expect to be investing large sums of money in bitcoin

5    using Telegram?  I suggest to you by and large younger people,

6    folks who are more comfortable with the technology, folks who

7    have lots of earning years ahead of them so that they can

8    afford losses based on speculating in virtual currency.  Where

9    are the young people who should be predominating Freeman's

10   Telegram business, if it really was legitimate?  They are

11   nowhere.  They are completely absent.

12        Here's who they were (indicating).  These are the

13   people in Mr. Freeman's Telegram folder.  Virtually all the

14   people in the Telegram folder are precisely in the age that Mr.

15   Freeman said are the people who are targets for romance scams.

16   He knows it.  He knows what's going on.  He just doesn't care

17   as long as they send these pictures with the wire slips or the

18   deposit slips that contain the magic words.

19        And so, let's talk for a minute about that, these

20   selfies and magic words.  His computer and his LBC chats were

21   littered with them.  This was his so-called KYC.

22        Why did Freeman want these pictures?  It had nothing

23   to do with knowing his customers and certainly not with

24   protecting any of these people from fraud.  It had everything

25   to do with protecting himself.  If Freeman sent the bitcoin and

1    the bank called back the wire, the bitcoin was gone.  Freeman

2    can't get it back.  He was the loser.  So, to avoid that

3    outcome he needed some evidence to fight with the bank if they

4    tried to reverse a transaction, a selfie to show the bank that

5    in a particular transaction the person took the photo and wrote

6    the words.  And Freeman proudly told you yesterday he was able

7    to win those fights with the banks; they would give him usually

8    his money back.  After all, it shows the person, it shows they

9    wrote the words.  You can see how that might be effective.

10          And is it possible -- put yourself in the shoes of a

11    bank person.  Is it possible that in a single case an older

12    person wants to buy bitcoin?  Of course it's possible.

13          Dale Chapman testified yesterday, that 75-year-old

14    former Spanish teacher from Amherst, she was interested in

15    bitcoin.  But I also asked her were any of her friends?  No.

16    And so the selfie helps; it helps Freeman suggest that this was

17    one of those unusual older people who wanted to buy bitcoin for

18    him or herself.

19          But what the bank doesn't get is what you got.  You

20    got to see the entire contents of this Telegram folder.  They

21    see one selfie from one transaction.  The bank doesn't know

22    that virtually all the Telegram clients are older folks buying

23    under these circumstances.  But you've seen all that.  You know

24    all that.  This was CYA for Ian Freeman; it was not KYC

25    protection for his customers.  For banks he needed evidence to

1    fight, when necessary, and to do that he papered his file with

2    these meaningless photos.

3           Compare that with the kiosks where Freeman

4    intentionally made sure there were no photos.  What's the

5    difference?  In the kiosks he had the cash in hand.  It was in

6    the box.  No bank could reverse that.  No wires to be reversed,

7    no deposits to be turned around, so no pictures.  Less evidence

8    is better.  But for the wire situation and the cash deposits

9    with the banks there was risk, so he did this (indicating).

10   Those selfies were 100 percent about Ian Freeman protecting his

11   wins, nothing more, nothing less.

12          And you know the most absurd part of this fighting

13   with the banks is what he said to TD Bank in Exhibit 707.

14   Here's the selfie that he attaches to the bank, and there's a

15   long email that you can read all of when you're deliberating,

16   but here is the part I want to emphasize:  As long as they jump

17   through all the hoops, it's almost...totally fine.  That's what

18   he tells the bank, and, based on what you've seen in this

19   trial, it's never fine.  It's money laundering over and over

20   and over.

21          Let's look at one other red flag in that Telegram

22   folder, the fees Freeman charged.  You have learned that, if

23   anonymity is not your number one concern, you can buy a bitcoin

24   -- you can buy bitcoin for a heck of a lot less than Ian

25   Freeman was selling it.  I already said the $280,000 from

1    Kraken, $445.  Kate Eyerman said that itBit, another real

2    exchange, charges .3 percent, $100 of bitcoin for less than a

3    penny.

4            Consider Patrick Brown.  Ian Freeman bought $280,000

5    of bitcoin from Kraken.  Patrick Brown supposedly bought

6    $280,000 worth of bitcoin from Ian Freeman.  If we assume the

7    Telegram rate of 10 percent, that would have cost Brown for

8    using Freeman $28,000 to buy that bitcoin.  Brown could have

9    bought that same bitcoin from Kraken for $444, and if he went

10   to itBit it would have cost $980.

11           If these were legitimate transactions, why would older

12   folks want to pay huge sums of their investment money to

13   purchase anonymity?  Why would anonymity be so important to any

14   of these people?  The answer is it wouldn't be.  There is

15   absolutely no reason for it.  It makes no sense.  Freeman knew

16   what was going on.  The scammers needed the anonymity.  He

17   turned a blind eye, because anonymity was his promise to the

18   people who are behind these pictures.

19           And you also know that, if Freeman had asked these

20   older folks a single probing question about what they were

21   doing, these scams would have collapsed almost instantly.  The

22   people you met were not trying to hide anything from Freeman.

23   Consider Dannela Varel as an example.  She would have told

24   Freeman she was sending money to Harmon to help him on his oil

25   rig.  Indeed, despite Freeman's instructions to put lies on the

1    wire forms, Varel wasn't totally comfortable with that, but she

2    also put the true reason:  Oil drilling equipment.  What did

3    Freeman do with that?  Well, of course, nothing.

4           Harold Jones wasn't hiding anything.  Karla Cino

5    wasn't hiding anything.  None of them were hiding anything.

6    Freeman knew that, and so he was careful not to ask.  If he was

7    going to call them at all, it was a quick authorization and get

8    off the phone as soon as possible.

9           Rebecca Aut told you that her call with Ian Freeman

10   lasted but a few seconds.  That was just more papering the

11   file.  It's better to tell the bank that I spoke to the person.

12   That might be good evidence.  It's more evidence to present to

13   a bank, if needed.  That's not KYC.  That's CYA.  It was

14   papering the file.

15          Mr. Freeman had the nerve to go up there yesterday and

16   tell you he was fooled by all these people because he asked

17   them basic questions and they all lied to him.  Really?  The

18   guy who built this whole business on a premise of, What you do

19   with your bitcoin is your business, don't tell me what your

20   plans are, was asking them basic questions?  Look at those LBC

21   chats, go through them, look for one single invasive probing

22   question.  Look for one.  You won't find it.

23          He didn't save the Telegram chats, and I think you can

24   guess why, but he did save one for this guy Manfred Rodriguez.

25   Read that one.  That guy was giving 17, 16, thousands and

1    thousands of dollars of cash every single day.  Look for a

2    single question about why and where all this cash was coming

3    from.  You won't find it.

4         These people weren't hiding why they were buying

5    bitcoin.  They knew they were buying bitcoin.  The only lie

6    these people told was the lie Freeman required them to tell,

7    the lie to the banks, and those lies were, frankly, ridiculous.

8    Church donation, rare coins, investments.  Freeman suggested to

9    you yesterday those somehow were not lies.  Were any of these

10   people investing, thinking about rare coins, any of the people

11   you met?  No.  They were all being scammed by someone who

12   claimed to be a desperate love interest, and if Freeman asked

13   any questions about that he would have known that in seconds.

14        And one last thing.  Look at the velocity of the

15   transactions for many of the people in that Telegram folder.

16   Kate Eyerman told you that was a red flag, but you really

17   didn't need her to tell you that.  It's common sense.  If a

18   senior is going to make a significant bitcoin purchase as an

19   investment, I suggest you would expect a single transfer, but

20   these people -- many of these people didn't do that.  They sent

21   lots of money in quick succession in multiple transactions.

22   Why?  Because the scammers were pressuring them for more and

23   more cash as fast as possible before the victims realized they

24   were being scammed.

25        There were many examples:  Patrick Brown, three

1    transactions, six days, $280,000.  Donald Huffman sent $100,000

2    in a week.  Dannela Varel, $755,000 in six days in multiple

3    transactions.  These are examples.  Study the Telegram folder.

4    They're all in there, frequent large-dollar transactions.

5    Freeman just ignored it.

6            And when Freeman finally learned that someone had said

7    they were a fraud victim, what was Freeman's response?  Let's

8    look at this conversation with Renee, 854:

9            The LBC buyer turned out to be a scam victim.  Now I

10   get to lose my bank account likely and maybe the money.  On

11   hold with the bank now.

12           You heard this morning that in some transaction where

13   Mr. Niwa didn't know much about it, that when Freeman didn't

14   send the bitcoin he was willing to send back the money.  This

15   is the real situation.  When Mr. Freeman knows when he sent the

16   bitcoin, when he's lost the money, what are his concerns?  His

17   precious bank accounts and keeping the cash.  He's not

18   interested in what happened to that scam victim.  He is

19   interested in himself.

20           Members of the jury, everything I've said up to now

21   proves beyond a reasonable doubt the most important fact in

22   this trial:  Based on his own statements, his own conduct, you

23   know that Ian Freeman was running a money-laundering business;

24   you know that Freeman was intentionally catering to scammers

25   and other criminals that were engaged in wire fraud.  They were

1   using computers to convince victims to part with their money on

2   false pretenses, Harold Jones, Rebecca Aut, James Rossell, all

3   of them.  And you know that Freeman helping these scammers was

4   a key part of the scheme.  He was helping them hide the tracks

5   by making the money trail invisible.  That's what money

6   laundering is, hiding the origin of the funds.  It's money

7   laundering pure and simple.

8          Now, Freeman understood that there were two

9   institutions that could cause him trouble with his scheme, and

10  those were the government and the banks.  So, let me talk to

11  you for a minute about the government.  This is where the

12  unlicensed money servicing business comes in.  You learned from

13  FinCEN representative Mr. Valahakis that money transmitters

14  present a particular danger of money laundering, and for that

15  reason money transmitters must register with the government.

16  They must follow certain rules under the Bank Secrecy Act.

17  Why?  To stop money laundering they have to have real

18  procedures for identifying suspicious transactions and then

19  filing Suspicious Activity Reports if they encounter any of the

20  red flags, and you know Freeman didn't file any of those.

21         Freeman was running a money-transmitting business.  A

22  money transmitter is someone in the business of transferring

23  funds by any means, and Judge Laplante will tell you that

24  bitcoin is funds; and you know that Freeman accepts fiat

25  currency, dollars, and, in return, he sends bitcoin to a

1    bitcoin address.

2           You remember Ali Comolli.  I did the example with the

3    car, and she sent me bitcoin, and her wallet went down, my

4    wallet went up.  She transmitted bitcoin to me.  Pretty simple

5    idea.

6           That makes him a money transmitter.  He needs to

7    register, and he needs to follow basic rules about something --

8    he needs to follow basic rules to stop money laundering.

9           Now, I want to be clear about something right here.

10   Transmitting bitcoin is not a crime.  It is not a crime.  It

11   just requires that those who choose to engage in it take

12   certain steps to prevent money laundering.  So, to the extent

13   you've heard it suggested at some point in this trial that this

14   case is somehow about whether it's legal to sell bitcoin,

15   that's just wrong.  It is legal to sell bitcoin as long as you

16   do it responsibly.  This trial, at least partly, is about

17   someone who wanted to do that without following those rules,

18   because he wanted to launder money.  It's these rules that

19   Freeman didn't want to follow, because he knew that Suspicious

20   Activity Reports were bad news.

21          Look briefly at Exhibit 1205.  Here's one of his LBC

22   chats:  Eric, I'm sorry.  I cannot risk a SAR being filed.  At

23   the end, This could trigger an investigation.

24          Of course he didn't want them filed on him, but he

25   also didn't want to file them on other people, because that

1    would draw attention to himself, especially since so many of

2    these transactions were so plainly suspicious.  That could blow

3    the whole thing up.

4         So, how do you do that?  How do you avoid filing SARs?

5    How do you avoid having the anti-money-laundering program?

6    Simply don't register.  Hopefully you can just stay under the

7    radar, and when the government sends you a letter telling you

8    to register, you ignore it, and you just hope the government

9    goes away.

10        Listen to Freeman in his own words describing the

11   registration, 845B.

12                     (Audio recording played)

13        MR. AFRAME:  And 861A.

14                     (Audio recording played)

15        MR. AFRAME:  He knows you can't be a money launderer

16   and follow the rules, so he had to make a choice:  follow the

17   rules or be a money launderer.  He chose the latter.

18        The banks, they presented a more complicated problem

19   for Ian Freeman.  Unlike the government, he couldn't just

20   ignore them.  He needed them.  He needed to move money around,

21   millions in from victims from around the country, millions out

22   to exchanges to get more bitcoin to send to scammers.  That was

23   the business.  It was big business.  And you can't move all

24   that money without banks.  So, Freeman needed banks, but he

25   just couldn't let them know exactly what he was doing.

1          And that brings us to another of the excuses that were

2     presented at this trial.  Time and again it was suggested to

3     you that the banks were at fault because they did not stop

4     people from sending money to Freeman.  But really what was the

5     actual evidence about the banks?  Agent Katie Thibault said

6     that the banks had filed so many Suspicious Activity Reports on

7     these transactions she couldn't deal with them all.  Rossell

8     told you his wire was returned from the bank because they

9     thought it was fraudulent.  Harold Jones told you that the

10    banks told him that the transactions appeared fake.  And

11    several of the banks shut their customers' accounts down

12    because of the sending wires to Mr. Freeman.

13         And what about Freeman's accounts?  He was constantly

14    getting them shut down.

15         Remember Hope Cherry from the credit union in

16    Washington, D.C.?  She thought Freeman's account was suspicious

17    from the start.  She watched it for a couple of weeks, learned

18    of the tall tales of depositors from around the country through

19    her colleagues, and saw deposits coming from everywhere with no

20    rational explanation.  She shut that account down within a

21    couple of weeks.

22         Freeman even had to keep a list on his computer of all

23    the banks that, as he put it, broke up with him so that he

24    could keep track of all the closings.  He had so many accounts

25    closed that he needed other people to falsely open accounts in

their own names and let him control those accounts.  Chris

Rietmann, Colleen Fordham, Renee Spinella, Mr. Nobody, they all

did that.  Those accounts were closed, too.  And this is all

despite the efforts Freeman took to conceal what he was doing

from the banks.

Remember when he told Renee to pose as a financial

dominatrix?  Why did he tell her to do that?  Because Wells

Fargo was on his trail and sent a letter saying that they

thought he was a money transmitter.  That truly was pathetic.

And this is where the so-called churches come into the

case.  Freeman needed a reason to explain the volume of cash

coming into his account.  His brilliant idea was to say he was

operating a church and the money from the customers was for

donations.  It was said in the opening these churches were

real.  They were not.

You heard from Freeman's own friends, Chris Rietmann,

Colleen Fordham and Melanie Neighbours.  None of them knew a

single substantive thing about this church, not a service, not

a meeting, nothing.  Neighbours, who lived with Freeman at

Leverett Street, told you Freeman would only invoke the church

when he was trying to get some kind of advantage, a tax break,

and that's exactly what Freeman said on the stand yesterday.

He told you the church owns his car, his house, pays his food,

pays his gas, pays his travel, and then he told you he had no

income.

1          This church is a manipulation strategy.  It's a tool.
2    It's a tool to mislead the banks.  It's a tool to hide income
3    from the IRS so that he can say he owes no taxes.  It's a
4    farce.
5          Freeman kept mentioning the church yesterday and then
6    saying "we" for everything he said it did.  That "we," that was
7    the royal "we."  Not a single person came into this courtroom
8    and said one single substantive thing about that church.
9    Freeman was the only one.
10          Freeman has suggested that Shire Free Church is real
11    because he made some donations in its name.  The only records
12    you saw in this case about donations was that in 12 years he
13    gave $6,400 to a homeless shelter in Keene.  That's it.  He
14    made more money on the single James Rossell transaction than he
15    ever gave to that homeless shelter.
16          And you heard some people testify yesterday about
17    their impressions of Mr. Freeman.  Think about their testimony.
18    Do you think any one of them described a truly charitable act?
19    I don't think so.  But the fact that someone makes a donation,
20    or the fact that someone does something kind, that makes them
21    charitable?  That may make them kind.  It doesn't make them a
22    church.  You don't become a church, a mosque or a synagogue
23    because you made a charitable donation.  That is completely
24    made up.  Freeman used the church as a way to throw banks off
25    the trail for as long as he possibly could, and he didn't stop

1   with one church.

2          The Church of the Invisible Hand with Pope Nobody,

3   that's another farce.  The documents for it were on Freeman's

4   own computer.  He pretended to be Mr. Nobody when confronting

5   Bank of America on the church account.  When it was convenient

6   he then said he was treasurer.  Does that seem like the right

7   thing to say at the moment?  The only evidence in this case is

8   the Church of the Invisible Hand was a front for Freeman to

9   open bank accounts.  It was fake.  And what about Renee's

10  Crypto Church?  In describing it she said, I think as clearly

11  as one could possibly say it, The church equals moi.  She is

12  the church.  That really does sum it up.

13         Chris Rietmann, the so-called director of the Crypto

14  Church, Ian's friend, testified he had no idea what it is.

15  Freeman said yesterday Rietmann was a minister of the church.

16  Rietmann signed formation documents for Freeman.  He did it for

17  him as a favor.  Once again, Freeman simply made the facts fit

18  his theories.

19         And how about Freeman's efforts to get Renee to write

20  letterhead for the church so he could get a fake community

21  service letter?  Remember this?  This was Renee's response at

22  Exhibit 834A:

23                (Audio recording played)

24         MR. AFRAME:  Does that sound like any minister you

25  know?  And when Freeman asked Renee to open another account

1    later in the Crypto Church's name, here was Renee's response:

2                    (Audio recording played)

3          MR. AFRAME:  She's right.  The church was a joke.  And

4    how about Freeman?  He needed two churches.  The fake Shire

5    Free Church wasn't enough for him.  He decided in 2020 that he

6    needed the New Hampshire Peace Church.  Why?  To have another

7    name in which he could open bank accounts.  It's just like he

8    said to Renee:  We just have to get you a church, another name

9    to confuse the bank for a while until they figure out what's

10   going on.  And that New Hampshire Peace Church account at

11   Santander Bank, that's where poor Patrick Brown and Rebecca

12   Aut, among other victims, sent their money so Freeman could

13   launder it and send the bitcoin to the scammers.

14          The churches and the people willing to open accounts

15   for Freeman were key to his success.  It gave him a way to get

16   accounts opened, and then he instructed his customers to lie to

17   the banks about the reason for the transaction, to keep the

18   account open as long as he could.  For a church account have

19   them write Church donation.  If it's a business account at

20   Local 101 Goods, have them write Purchase of rare coins.

21   Freeman had no interest in the real reason for these

22   transactions but was very concerned they write a proper lie to

23   the bank.  He only cared that the real reason was written down

24   when it was all said and done so he could get his precious

25   selfie, because, if he ever needed to try to claw back his

1    money, he had a way to do it.  It was all a bunch of lies.

2         Given the effort Freeman put into lying to the banks,

3    it's ironic that he spent so much time at this trial faulting

4    the banks.  It's all irrelevant to whether Freeman's guilty, it

5    has absolutely nothing to do with it, but it's still pretty

6    amazing.  He spends his time lying to the banks, he's

7    eventually caught lying to the banks, and then comes to court

8    to tell you it's all the banks' fault.  That in a nutshell is

9    Ian Freeman.  He's a manipulator to the end.

10        And then there's the grand finale.  After setting up a

11   money-laundering business that earned him lots of money he

12   decided not to pay a penny of tax.  Why?  Because, as usual,

13   Freeman just creates his own rules.  Do you remember the Stop

14   paying taxes stop sign on his porch?  Do you remember Exhibit

15   612?  Only suckers pay tax on crypto.  Also, how was the

16   obligation to pay taxes created in the first place?  I'd like

17   to see where I opted in, because I didn't, unless it was under

18   duress.

19        Freeman doesn't want to pay taxes, so he doesn't.  No

20   returns, no nothing.  It must be nice.  And he hides it by,

21   once again, invoking the church in the nonsense that he's a

22   minister.  And, by the way, ministers pay taxes, too, just not

23   Freeman.

24        How many checks did you see written directly by

25   Freeman to Freeman from Colleen Fordham's account when she

1      signed blank checks over to him?  Many.  This whole thing, this

2      church, it's just a giant word game.  The Bitcoin business is a

3      church outreach program when it suits Ian Freeman, and when it

4      doesn't suit him it isn't.  It then becomes his own cash cow

5      with checks being written to himself.

6              And then he has the audacity to come here and say to

7      you that he is not responsible for willfully failing to pay

8      taxes because the IRS didn't send him a letter inviting him to

9      pay.

10             Think about that for one second.  FinCEN sent him a

11     letter asking him to register his money-transmitting business

12     or at least explain why he didn't need to.  You already know

13     what Freeman did with that.  In his own words he ignored it.

14     But his tax defense is that the government didn't send him a

15     letter telling him he should do what every honest American

16     knows is his or her responsibility, file a tax return?  That's

17     the ultimate joke.  There really is no bottom to what he'll

18     say.

19             So, that is the case.  Freeman set up a

20     money-laundering business by transmitting bitcoin in exchange

21     for dollars under a don't ask, don't tell policy, knowing that

22     it would cater to scammers and other criminals.  He took

23     millions of dollars from victims, shaved off a handsome

24     commission, and sent the bitcoin anonymously to a scammer.  The

25     scammer wins, Freeman wins.  The victimized older person,

1    they're the loser.  He did his best to conceal the despicable

2    business by hiding it from the government, lying to the banks

3    about what he was doing, and, to top it off, he never filed a

4    tax return so he could keep every single penny from this

5    criminal enterprise.

6           But, of course, in the trial what you, the jury, are

7    going to be asked to do in a few minutes is actually apply

8    facts to elements.  The judge is going to tell you in a few

9    minutes the elements of each of the charges, and before I sit

10   down I want to make sure I just review with you those specific

11   elements that you're actually going to be asked to find.  And

12   so, let's start with operating an illegal --

13          THE COURT:  Counsel, quick sidebar.

14   (SIDEBAR CONFERENCE AS FOLLOWS):

15          THE COURT:  I'm sorry to interrupt you.  I'm just

16   giving the reporter a second.  You've really been flying.

17          MR. AFRAME:  Sorry.

18          THE COURT:  It's okay.  I'm going to give her a chance

19   to breath for a second.

20          MR. SISTI:  Is there a time limit on these things?

21          THE COURT:  Yeah, this is long.

22          MR. SISTI:  It is long.

23          THE COURT:  About an hour.  It's not a problem.  How

24   long do you have?

25          MR. AFRAME:  Ten minutes.

1          THE COURT:  Okay.  Try and breathe.  You're really

2     flying.

3          MR. AFRAME:  Really?

4          THE COURT:  Yeah.  You don't know because you're doing

5     it.

6     (END OF SIDEBAR CONFERENCE)

7          THE COURT:  Okay.

8          MR. AFRAME:  So, what I want to do now is just quickly

9     go through just some of the elements before I wrap up, just so

10    that I can make clear to you the government's position on the

11    elements as you are going to be instructed.

12          The first is an illegal money-servicing business.  You

13    have to find that the defendant first controlled a business

14    engaged in money transmitting, and that's easy.  A

15    money-transmitting business simply means something more than

16    the isolated transmitting of funds.  And you know that Freeman

17    was transmitting bitcoin constantly and that he was in charge

18    of the business.  It was all on his computer.  He wrote the

19    contracts with his workers.  You saw the Telegram chats with

20    Renee.  You saw the chats with Aria.  Freeman was the boss.

21          The second thing is that that business affected

22    interstate commerce.  You saw time and again that Freeman

23    accepted money from people out of state, from people out of the

24    country, and then he sent them bitcoin.  His money-transmitting

25    business moved millions of dollars in and out of New Hampshire.

1    That's an effect on interstate commerce.

2           And, finally, the business must be unlicensed.  There
3    are two ways that the business that's relevant to this case can
4    be unlicensed.  The most obvious is the business didn't
5    register with FinCEN.  The FinCEN witness told you that all
6    money transmitters, businesses, no matter their size, must
7    register and follow the Bank Secrecy Act.  He told you that
8    neither Freeman, his entities nor his confederates registered.
9    That's it.  Freeman's effort to talk about state law
10   registration or a lawyer letter he obtained years before he got
11   the letter from FinCEN telling him to register have nothing to
12   do with this case.  Freeman didn't register the business.  That
13   makes him guilty.  The reasons for it are just absolutely not
14   relevant.

15          And there's a second way the law considers Freeman's
16   business unlicensed.  Even if he had registered it, which he
17   didn't, he would still be guilty if the funds in the business
18   were derived from criminal activity.  You know they were.
19   Freeman set the whole thing up to help criminals hide their
20   assets.  He knows the money flowing through the business was
21   dirty.  That, too, makes him guilty.

22          And he's charged with conspiracy to run an unlicensed
23   money-servicing business.  A conspiracy just means an
24   agreement.  He was in an agreement with others to help him run
25   the business.  He was -- I'll focus just on two people,

1    although there were others.

2         Chris Rietmann.  Rietmann knows that a

3    money-transmitting business needs to be licensed.  He told you

4    so himself.  He was planning his own kiosk business.  He called

5    it Flyby Coins, and he said he intended to register it with

6    FinCEN if he ever opened it.  So, he knew what the requirements

7    were.  Nevertheless, Reitmann helped Freeman manage the kiosk

8    at Route 101 Goods, open bank accounts.  Rietmann knew he was

9    helping Freeman run this business.

10        And Renee was trading bitcoin for Freeman.  She was

11   opening accounts for him.  She was collecting money from the

12   kiosks.  She expressly said -- look at 861 -- that Ian -- she

13   knew Ian was running an unlicensed money-transmitting business.

14   It was unregistered, as she said, and nevertheless she went on

15   helping Freeman to run it.

16        You'll also have to find what's called an "overt act."

17   That just means something done in furtherance of the

18   conspiracy.  There were many overt acts.  The most obvious is

19   these folks opened bank accounts, turned them over to Freeman,

20   and Freeman paid them for it.  That makes him guilty of

21   conspiracy to operate an unlicensed money-transmitting

22   business.

23        Money-laundering conspiracy.  Freeman conspired with

24   lots of different folks to launder money.  The scammers were

25   his conspirators.  The judge is going to tell you a conspiracy

1    is an agreement, spoken or unspoken.  It doesn't need to be

2    formal.  There doesn't need to be a specific plan in which

3    everyone involved sat down together to work out the details.

4    There need not be an express or formal agreement, and it is

5    sufficient so long as the conspirators came to a mutual

6    understanding that they were going to launder money.  It's not

7    even necessary that Freeman knew the conspirators by their

8    names, and it doesn't need to be every transaction or even most

9    transactions.  Any agreement with another person to launder

10   money is enough.  In other words, there's no requirement that

11   Freeman and these scammers were arm and arm.  The wink and the

12   nod does it, and, as I've discussed in detail, Freeman sent

13   that wink and nod through his ads and rules, and the criminals

14   came in droves.

15          Freeman had another partner, however, in this

16   endeavor, Aria DiMezzo.  Remember her presentation and

17   association with the Shire Free Church?  She had the same don't

18   ask, don't tell rule as Freeman.  I won't play it for you now,

19   but go listen to Exhibit 1554, and you can hear it.

20          And she had a June contract she signed with Freeman to

21   sell bitcoin.  And just look at this.  She signed that contract

22   in June, and what happens right after that?  The money starts

23   to flow in.  She's now in his business with him, his church,

24   him, his church, her church.  Sign a contract, go into

25   business.  And, of course, they shared many of the same people.

1    I'll just hold this one up for a second.  These are all the

2    people who were on Ian Freeman's laptop in that Telegram folder

3    and on Aria DiMezzo's cell phone.  They were sharing clients.

4    They were working together.  And you'll also see -- go back and

5    listen to the voice memos from Aria's telephone.  They're

6    talking about the business.  He was giving her instructions.

7    Listen to those.  She was part of the money-laundering

8    business.  She was his junior partner.  They were conspirators.

9    They were conspirators to launder the wire fraud proceeds of

10   romance scammers.

11          And so, let's discuss now the money-laundering count.

12   I have no doubt that in a couple of minutes Mr. Sisti is going

13   to stand here and tell you that Freeman declined the

14   undercover's request to use the kiosks.  He will argue that

15   Freeman did not engage in a financial transaction when his

16   Thirsty Owl kiosk sent bitcoin to the undercover's wallet.  But

17   did Freeman really refuse?  Listen closely to it.  He didn't

18   say, No.  He didn't say, Get away.  Rather, he told the

19   undercover the kiosk was there at the Thirsty Owl and then told

20   him, I can't tell you you can use it.  But that's the same

21   thing as when he said just before in all caps, I can't

22   KNOWINGLY sell you bitcoin.  Just keep it on the down low.  By

23   that point Freeman had already told the undercover that the

24   kiosks were completely anonymous.  Freeman and the undercover

25   both knew that the undercover could use the kiosk and there

1     would be no record.  It was the same wink and nod.

2            Moreover, you know that Freeman followed closely when

3     people put large amounts of money in the kiosks.  Look at the

4     chats with Renee.  He was constantly telling her, Whale, big

5     spender at the machine.  He was following it.  The undercover

6     put almost $20,000 in the machine that day.  He was a whale.

7     Freeman knew he did it.  And what happened when it was all

8     over?  Freeman reached out to the undercover and invited him to

9     a New Year's Eve party.  Is that how you treat someone who

10    tried to launder funds using your business without your

11    permission?  I don't think so.

12           And the evidence shows that Freeman was participating

13    in the undercover financial transactions by giving him the wink

14    and the nod to use that machine.  It was the same wink and nod

15    as everything else in the case.

16           And that transaction, too, affected commerce.  The

17    undercover came from New York with cash, and money was sent to

18    the blockchain, an international system of computers.  The

19    defendant engaged in money laundering with the undercover.

20           And, finally, tax evasion.  There's no dispute that

21    Freeman didn't file taxes, and you have seen he had major

22    income.  Whether he likes that word or not, he said it to

23    Renee, he never spends to his income, and he did it willfully

24    in his own words, Only suckers pay tax on crypto, and he did it

25    under the guise of the fake church.  He set up accounts in the

1    churches' names and had people write these were church

2    donations.  It's how he hid the money.  It's how he

3    affirmatively concealed his income.  That's tax evasion.

4          Ian Freeman is big on excuses.  Blame everyone else.

5    Blame the banks when they didn't uncover transactions

6    immediately because Freeman lied to the banks about the reason

7    for the accounts and told the scammers to lie about the reasons

8    for the transactions.  Blame the FBI for not finding the

9    scammers when he's the one who laundered the money, making them

10   difficult to find.  Blame the IRS for not sending him a letter

11   to pay taxes, when he says, Only suckers pay taxes, and ignores

12   other government letters that try to explain the law to him.

13   Blame FinCEN for sending the registration letter by email and

14   not including the salutation that Freeman deemed sufficient.

15   Blame the government for using a SWAT Team to conduct a safe

16   entry to his house when that house, as you know, is filled with

17   rifles.  And when all else fails, just blame it on what Freeman

18   called yesterday "legal land" and declare yourself exempt from

19   those requirements that everyone else has to follow.  He said

20   he didn't like the FinCEN guidance, so he didn't follow it.

21   It's everyone else's fault.  It's the law's fault.  It's never

22   Ian Freeman's fault.

23          Freeman is smart.  He knew how to blow a dog whistle.

24   He knew how to invite criminals.  He knew how to look the other

25   way when the criminals arrived.  He knew how to paper his file.

1     He knew how to get people to help him.  He knew how to hide

2     from the government and the banks.  In short, he knew how to

3     launder money, and, by hiding the money trail from his

4     scammers, Freeman created a trail of tears for these people.

5          Freeman is a money-laundering tax cheat who refused to

6     register with FinCEN so that he could operate his criminal

7     scheme under the radar.  It's no one else's fault.  It's his.

8          Ian Freeman paraded witnesses in here to tell you he's

9     a good guy, and whether he is or isn't isn't for any of us to

10    decide, but what we know from this trial is that, when it comes

11    to selling bitcoin, what he did was no good at all.  That was

12    criminal.  He's a manipulative, lying money launderer.  He used

13    bitcoin to help scammers steal old people's savings for a

14    handsome profit.  You should find him guilty on the counts with

15    which he is charged.

16         THE COURT:  Thank you, Counsel.  We're going to give

17    the jury a break as well as the court reporter, so we will

18    resume at 11:30.

19         THE CLERK:  All rise.

20             (The jury exited the courtroom)

21         (Recess taken from 11:14 a.m. to 11:34 a.m.)

22         THE CLERK:  All rise for the jury.  All rise for the

23    Honorable Court.

24             (The jury entered the courtroom)

25         THE COURT:  Please be seated.  All right, ladies and

1   gentlemen of the jury, you've heard the closing statement by

2   the prosecution.  Now defense counsel will present his closing,

3   and you may hear a short rebuttal by the prosecution.  After

4   that, you'll get your lunch break.  We're buying lunch now.

5   That's the way it works now, once the trial comes to an end.

6   So, we will be buying lunch, and then you are going to hear my

7   instructions on the law right after lunch, and then after that

8   you'll begin your deliberations.

9        Mr. Sisti, please proceed.

10       MR. SISTI:  Thank you, your Honor.  I appreciate it.

11                        CLOSING ARGUMENT

12   BY MR. SISTI:  It's still morning.  Good morning.  Needless to

13   say, I do have a bit to suggest to you.  It won't come in the

14   form of a fiery argument, but it's going to come in the form of

15   an objective, rational reflection of what you folks have

16   already seen here over the last couple of weeks.

17       I want to start by saying, first of all, that Ian and

18   I appreciate your service.  It's a pain in the butt.  I know.

19   It's December, it's not the time to be hanging around in a

20   federal courthouse, but you guys stepped up, and we really

21   appreciate it.

22       Over two weeks ago you were selected as jurors in this

23   case, and you made some pretty important promises, and I think

24   the judge told you that there's a few services as a citizen in

25   the United States that are really super important.  One of them

1   we all know is military service.  One of them, folks, is where

2   you guys are.  Jury service is huge.  Without jury service we

3   don't have a country of laws; it just runs amuck.

4          Because what are you, if you think about it?  Just

5   think about what you are.  You're actually the people that are

6   sitting between the government and the citizen, and you're

7   peers, and by peers you have to have an understanding of what

8   others do and how others act in certain situations; and, as

9   peers and as good jurors, you have to say to yourself, if I was

10  sitting over there with Ian next to Sisti, who would I want on

11  my jury?  And we wanted you, okay?  I just want you guys to

12  know that.  And we know it's a sacrifice.  It's an important

13  sacrifice.  It's one we appreciate more than you think.

14         In this particular case, folks, you are going to get

15  some general instructions, some really good instructions, and

16  the instructions have to do with no speculation, no wondering,

17  no wishing, no second thoughts.  It has to do with proof beyond

18  a reasonable doubt, the presumption of innocence, and your

19  common sense.  Proof beyond a reasonable doubt is the highest,

20  highest standard in the world, all right, in criminal cases.

21  You've probably heard horror stories of other countries and how

22  they have a one-day trial and they hang the guy three days

23  later, something like that.  This is not the way it is around

24  here.  It's really important to hold the government to the

25  highest standard of proof possible in the world, and you guys

1    have got to do it.  That's your job.

2        The other thing that you have to remember, and the

3    judge will tell you this, is that there's a presumption of

4    innocence.  I don't have to be standing up here at all.  We

5    didn't have to put on one witness.  Ian didn't have to take the

6    stand.  He could be acquitted just on the lack, insufficiency

7    of the evidence presented to you.  He could be, because, quite

8    frankly, that case that was put on for you over the last two

9    weeks is just jam-packed full of speculation, innuendo and a

10   wish list.

11       I found it interesting that Mr. Aframe, who, by the

12   way, is a wonderful prosecutor, suggested that I may have made

13   absurd arguments during the trial or posited absurd positions,

14   and I thank him for telling you that I was going to be up here

15   talking about certain things with regard to an undercover

16   agent, or taxes or whatever.  I'll use my own words.  I know

17   what I've got to do up here, okay?  But the one thing I'm going

18   to ask you not to do is speculate.  When you leave -- after you

19   return with a verdict, it's over, it's done, you can't go home

20   wondering, so I'm going to ask you to keep that in the

21   forefront of your mind as I go through this.

22       And what I want to do is address a few things

23   initially that the prosecutor cherry-picked in his closing, a

24   good example of cherry-picking.  Let me show you something.

25       That's cherry-picking (indicating).  That's

1    cherry-picking.  Do you know how many transactions, do you have

2    any idea how many transactions Ian Freeman has gone through

3    over the last few years?  Remember the testimony?  FBI agents

4    talking about thousands, 6,000 I think is one of the numbers,

5    and they're cherry-picking.  Most of these folks didn't even

6    get to sit up here, and we didn't get to ask them questions,

7    and you know whose burden that is?  Not ours.  And we're going

8    to go through this, okay?

9         But the other thing that, you know, is kind of almost

10   insulting is that, because somebody might be over 65 years old

11   they're too damned stupid to get involved in Bitcoin or a

12   financial situation.  Now, that's not insulting to me, but it

13   sure could be insulting to them (indicating).

14        The other thing that's cherry-picking and screams out

15   as if they don't have a burden is showing you a picture of Aria

16   DiMezzo, okay, and inferring that she's in some huge criminal

17   conspiracy with Ian Freeman.  You know what?  We didn't see

18   her.  She didn't come up on the witness stand.  In fact, you

19   didn't see anybody that went up on the witness stand and said,

20   You know what?  I conspired with Ian Freeman.  I agreed to

21   enter into a criminal activity with Ian Freeman.

22        You know what you did see?  You saw anybody that was

23   up here that had any relationship with Freeman say, one, he was

24   either a good guy with integrity and honesty, or, two, My name

25   is Renee Spinella, I want to withdraw my plea, and I never

1    agreed to do anything illegal with Ian Freeman.  It just
2    happened a couple of days ago.

3          Rietmann, who they just mentioned, did he say, I
4    wanted to engage in a criminal conspiracy with Ian Freeman, I
5    wanted to further a crime by engaging with Ian Freeman?  No.
6    In fact, he said, I was going to start a business.  It's
7    different than the kiosk business at 101.  I, Reitmann, will go
8    to FinCEN, if I do that, because I don't have the inventory
9    that the church does.  I have to be a transmitter.  It's a
10   different situation altogether; the two aren't the same.

11         But we're going to get to that, because they're
12   leaving you folks out here hanging, speculating.  When their
13   burden is to explain things, their burden is to make it clear
14   to you as to what transmission is, what transfer is.  When
15   somebody comes up to you and says, Well, it's simple, there's
16   nothing to this, it goes from one wallet to another, the minute
17   somebody says, It's simple, there's the red flag that should be
18   raised.  That's when you wonder who's winking and nodding.  But
19   we'll get to that.

20         The innuendo that was mentioned, I want to address
21   that, the innuendo that on his radio show that is open to the
22   public that you can pick up podcasts on overseas, even in
23   Afghanistan while you're serving, the innuendo that Ian
24   Freeman, because he is broadcasting about scammers and
25   broadcasting that there are certain scams that people should be

1        on the lookout for, somehow is a criminal is quite interesting.

2        What is he really doing?  He's warning people on the

3   open airwaves about scams, about romance scams, about scammers.

4   But, boy, we can turn that right around, can't we?  Because he

5   knows about scammers, he must be a criminal?  Folks, there's a

6   lot of us that know about scammers.  A lot of us can't stop it.

7   It happens every day with gift cards.  It happens every day

8   with direct deposits and wires.  It happens every day.  You

9   don't have to have any kind of bitcoin connection to get

10  scammed.

11       The church is an illusion to the prosecution.  Just

12  this morning, he was just on for a short time, Mohammed was on.

13  The church sure wasn't an illusion to him.  The church sure

14  wasn't an illusion to him.  Ian's church reached out to the

15  Muslim community.  Ian's church helped them so that they could

16  pray and have a spot to pray, one church helping another.  To

17  Mohammed that's not an illusion, that's not a scam, that's not

18  a cover.  That's somebody helping him exercise his faith in a

19  small town in New Hampshire, where there's limited space and

20  the need for it, for prayer.

21       Forget about -- I'm not even going to say forget about

22  it.  You should keep in the forefront of your mind that the

23  prosecution, if they are going to paint that church as a scam,

24  should be bringing in somebody, all right, to let you folks

25  know that there's an opinion about that one way or the other

1    that holds some legal weight that that church is an illusion,

2    that it's a scam.

3           You know, they had an IRS person come in, and we'll

4    talk about her.  Why didn't they go through that with her?  Why

5    didn't they present that to her?  Because they don't want to

6    face up to a few facts that they can't run from.  That church

7    is as much a church as any other church in the world.  No, you

8    don't need a shrine, okay?  You don't need a cathedral ceiling,

9    you don't need bells, you don't need an organ to be a church,

10   and they don't have anybody that can come in and say

11   differently.  That church reaches out.  It does charitable

12   giving, it has a mission, it touches the community.  It goes so

13   far to have even done certain community service ratifications

14   for the local District Court.  Did they bring somebody in and

15   say that didn't happen?  Ian testified to it.  They didn't

16   bring anybody in to say it didn't happen, because it happens.

17   It's a church.  And don't just bury it because they want you to

18   bury it.

19           In fact, it's a church sometimes that seems to have

20   higher ideals than a lot of others.  If you look at the mission

21   statement and you look at their forefront, their mantle is

22   really just an institution that caters to peace and giving and

23   charitable giving.  The innuendo that continued throughout the

24   closing, it's incredible, but I want to go through this in an

25   orderly fashion so you understand where we are and what our

1     position is.

2            You're going to hear instructions from the judge.

3     I'll touch on those a bit at the end, but they're real good,

4     and they're basically like a road map.  If you follow it,

5     you'll make the right decisions, okay?

6            When the name calling was done at the end of the

7     prosecutor's closing, the reality wasn't touched upon, and the

8     reality is that anybody and everybody that knew Ian knew him as

9     a good guy, that's true, an honest guy, and somebody with

10    integrity.  Now, he's not flamboyant, he doesn't drive an

11    expensive car, has a 2007 Rav4, he lives in a humble abode in

12    Keene that has been there for years for all the world to see,

13    the comings and goings of Ian Freeman and the church.

14           The FBI knew about it for years.  Ian knew that the

15    FBI knew about it for years, and you know what?  He didn't run

16    and hide.  He didn't delete stuff off his computer.  He didn't

17    throw the thing in the river.  You know why?  Because he had

18    nothing to hide from.  He's been targeted, and there's no

19    question.  But you know what they know about him?  They know

20    that he's peace-loving.  He's got a peace flag on his front

21    porch.  It's a multicolored peace flag on the front porch.

22    It's been hanging there for years.

23           They've been observing him for months and months and

24    months and months.  They had information on him, folks, that

25    you can't even explain.  But you know what they knew?  They

1    knew he was not violent.  They knew that people inside that

2    house were not violent.  They knew that the people inside that

3    house were not advocating for any violent overthrow of the

4    nation or threatening cops or anything else.  They knew that.

5    They knew that.

6            And if you want to put a face on the case, it's easy

7    to do, and I'm going to ask you in a few minutes to go back and

8    think about what happened on March 16th, 2021.  You want to

9    think about that, where five people living in a house got a

10   wake-up call a little after 5:00 a.m. in the morning, five

11   people with a history of nonviolence, five people that were

12   living in a very small, humble place, five people that weren't

13   threatening anybody, five people, you know, that were probably

14   like you and me, five people that do what they do at 5:15 in

15   the morning, probably either just waking up or in bed, and five

16   people that saw the sun come up after this took place.

17           If you'd play G for me, please.

18                   (Video recording played)

19           MR. SISTI:  Thank you.

20           That's the face of this investigation, folks.  The

21   face of this investigation is exaggerated, like that.  It jumps

22   to conclusions, like that.  It's an overreaction, like that.

23   And you know what?  It's just damn mean.  There is no reason

24   for what you saw:  Two BearCats, two battering rams smashing

25   through property, destroying windows, doors, camera equipment.

1    If we want to start calling names and saying things, we could

2    do that pretty easy.

3           That's where Ian Freeman lived.  That's where Bonnie

4    lives, back there.  That's not where Osama bin Laden lived.

5    That's not where some drug kingpin lived.  That's not where

6    some weapons dealer lived.  You sit back and you go why, why

7    would they do that to him, who they got the book on, who they

8    know is nonviolent, who they know doesn't threaten people?  Why

9    would they do that?  Why would they target him?  Maybe they

10   just don't like him.  Maybe they don't like him.

11          In case the prosecutors are going, Oh, officer safety,

12   the big thing here is nobody got hurt, let me suggest to you

13   that in the middle of the night I'll betcha Bonnie doesn't

14   forget that.  I'll betcha Mr. Nobody doesn't forget that.  I

15   know Ian doesn't forget it.  Nobody got hurt?  In a way I think

16   we all got hurt.  We all got hurt.  You know what really hurt?

17   That was the face of the FBI.

18          Now, I don't want to sit here bad-mouthing federal

19   agencies, and we hear it back and forth on the radio waves and

20   television all the time, but, God, you just saw it yourself

21   with your own eyes.  That was disgusting, it was despicable,

22   and there was no need for it.  It was overdone.  It was

23   overdone, just like this prosecution is.  It was misguided,

24   just like the prosecution is.

25          Let me speak to the charges for a second.  You know,

1    you're the judges of what's going to be going on here from now

2    on.  When we all shut up, when you're instructed, and when you

3    get the case, you're the boss, and, you know, it's an awesome

4    responsibility.  But I want to go through this a little at a

5    time, because there's a defense to every charge, and when you

6    go back in the deliberation room your job is to sift through

7    those instructions and together go through the facts and see

8    whether or not you've got a match for proof beyond a reasonable

9    doubt.  If the government fails, the government failed, and

10   it's okay in this country to come back through that door and

11   say, "Not guilty," because everybody wins when you do the job

12   right, and the judge will tell you that.

13          But the very premise on the operating the unlicensed

14   money business is that it gets stopped right in its tracks from

15   the beginning, because it's not a business, and we have flatly

16   denied throughout the course of this trial that it's a

17   business.  And what you heard from the prosecution is like

18   Sub-Accounting 101.  These profits or these gains have not been

19   examined, his worth hasn't been examined, and where the money

20   goes to hasn't been examined.  Ian says it's a church.  Ian

21   says that it goes into the community.  Ian says that there's

22   reinvestment in bitcoin.

23          You know, if you sell something for $200,000, and you

24   take the $200,000 and you put it back in and buy a product for

25   $200,000, you're not making $200,000, you're reinvesting the

1    $200,000.

2          But let's stop here for a second.  If they want to

3    make believe it's a business, all right, then they should

4    analyze it as a business.  But they don't analyze it as a

5    business.  They don't put anything in front of you that has

6    anything to do with overhead.  They don't talk about profit and

7    loss.  They don't talk about margins.  They don't look at this

8    thing at all like a business.  They conclude out of the gate,

9    they just jump to the conclusion that it's some criminal

10   enterprise and that this business is some kind of a fake, shell

11   operation.  Well, it's not.  We say no.  We push back on that.

12   Do they bring somebody in that says, I'm an expert, I can make

13   this analysis; I'm from the IRS, this isn't a church?  No.

14   They want you to go home wondering.

15         Money transmission.  That's number two.  Just on this

16   one charge alone, this one charge alone -- "money transmission"

17   means transmission, moving it from one place to another, one

18   location to another, moving it, moving it.  Ian, the only one

19   in this court over the last two weeks that probably knows

20   anything about this operation, Bitcoin and cryptocurrency,

21   stated without any reservation yesterday that it doesn't move;

22   there isn't any transmission.  It's not, as the prosecutor

23   said, simple.  It isn't simple.  It's extremely complex.  I'm

24   not even going to try to touch on it.  It's mathematical.  It's

25   algorithms.  It's computer generated.  It's not one wallet to

1    another.  In fact, the entity doesn't even exist in the same

2    form.  It's literally destroyed and reconstructed.  But is that

3    our burden, to explain transmission?  You guys are supposed to

4    go back in the deliberation room and wonder what that is?

5            "Transmission" means something in the statute.  You

6    have to consider whether the prosecution satisfied their burden

7    beyond a reasonable doubt, that they've explained it, that

8    they've brought in the expert, that they brought in the

9    blockchain expert.  Anybody come in here and explain that?

10   You're supposed to go back there and wonder about it?  If

11   you're wondering about it, if you don't understand it because

12   they didn't clarify it for you because they just couldn't bring

13   themselves to get an expert up here to explain what that

14   process is, then it's their fault, they failed.

15           The license requirement.  Again, the license

16   requirement is for the business.  If it's not a business, it's

17   not required.  The license requirement is for the transmission.

18   If it's not transmitting, it's not required.  Ian looked at

19   that email from FinCEN and initially thought it was a scam.

20   The next time you get an official government document through

21   the email you should question it, too.  Think about it yourself

22   and use your common sense on that.

23           With regard to the transmitting, with regard to

24   anything concerning that, did anybody take the stand and say,

25   Yes, I am in the business with Ian Freeman to transmit funds?

1    That's what we do.  Did anybody say that?  Did Renee say it?

2    No.  She said, I didn't agree or do anything with Ian Freeman

3    that was illegal.  Did Reitmann say it?  No.  He's the one that

4    said, I'm going to get a FinCEN license, because I'm doing

5    something different than Ian Freeman.  Did DiMezzo say it?  Who

6    knows?  They didn't have time or effort to bring her in.

7    You're going to go back and wonder about that, too.

8         There is no agreement.  There is no conspiracy.

9    They've got nobody to say that there was an agreement.  They

10   want you to just speculate.  They want you to see what sticks

11   to the wall after they throw everything they can at it, on one

12   hand, but on the other hand they don't want you to know

13   specifically about a lot of things.

14        The positive feedback file, for instance, they know

15   there's thousands of positive feedbacks in there.  They want

16   you, through innuendo, through speculation, to think the

17   positive feedback is coming from scam artists.  There's the

18   witness stand (indicating).  There it is.  Put somebody up

19   there.  The documents are right over here (indicating),

20   thousands of positive feedbacks.  Why would somebody get

21   thousands of positive feedbacks?  They want to make it evil.

22   They want you to believe, without one scintilla of proof, not

23   one, that scammers were loading that box.  That's cute.  It's

24   also not in evidence.  And what is it asking you to do?  It's

25   asking you to speculate.  It's asking you to buy that argument

1   without any proof, because it's comfortable for them to say,

2   and they sure would have liked to have had evidence like that,

3   but they don't, and you don't, so you can't consider that.

4   It's interesting rhetoric, but it sure isn't evidence.

5           The innuendo that Freeman sells at a higher rate than

6   others is an interesting statement.  It's cute.  Did they bring

7   in any other vendors?  Did they bring in anybody else selling

8   on Telegram or LocalBitcoin to back that up?  No.  Why should

9   they?  Well, they can just say it and get away with it, I

10  guess, but they can't get away with it.  You won't let them.

11  If they want to say Freeman is selling at a higher rate, prove

12  it.  Don't just come in here and say it.  I mean, this is where

13  we prove things or we fail to prove things, and they failed to

14  prove that, but they sure say it, and they want you to believe

15  it without anybody sitting up there.  Without direct

16  examination and without cross-examination they want you to buy

17  in.  Don't buy in.  That's not your job.  Your job is not to

18  just sit here and go, The prosecutor says it, so I'll believe

19  it, the government said it, so I've got to believe it.  In

20  fact, your job's just the opposite.  Your job is to take what

21  is said, throw it into the crucible, and see how it survives

22  after cross-examination, but they're not going to give you that

23  opportunity.  They want you to speculate.  So, if Freeman says

24  he's selling at 10 percent, they're going to say, Oh, that's

25  terrible, but they don't bring in anybody else and say it's

1    terrible.

2           How many other people sell on Telegram?  How many

3    other people sell through LocalBitcoin?  How many others?

4    Thousands.  Do you think this is the guy in the world?  Do you

5    think he just came up with this great idea that you can buy

6    bitcoin at X price and sell it at Y price?  No.  It's an open

7    market.  It's an open market.  There's dozens and dozens and

8    hundreds and hundreds of vendors out there, and you didn't get

9    to see one, but you got to hear a bunch of speculation.  And

10   you're not going to get the answer, all right, from somebody

11   that came in from itBit and talked about possibly the margin

12   they have on their $8 million worth of bitcoin they move within

13   24 hours and equate that with Ian Freeman.  That's like a mouse

14   and an elephant; it's apples and oranges.  But don't come to

15   that conclusion because they said it.  Hold them to it.  Make

16   them prove stuff.

17          You know, there has to be something more than the mere

18   fact that Freeman is selling bitcoin or engaged in

19   cryptocurrency to make this giant leap that he's somehow some

20   kind of a money launderer, since there's thousands of people

21   selling bitcoin.  And real criminals, by the way, if you want

22   to start talking about reality, delete everything or destroy

23   their computers and records if they want to continue in their

24   trade.  There's been no evidence that Ian Freeman tried to

25   delete anything from his computers, tried to tear anything out

1    of his filing cabinet, even though he knew at least from 2018

2    that the FBI was looking at him.  I guess you could say stupid,

3    if you want to come to that, although, Mr. Aframe makes him out

4    to be the most intelligent guy in the world.  Is he guilty

5    because he keeps all of his records, or is he saying, I have

6    nothing to fear; I'm not doing anything wrong?

7         The worst and maybe the most pathetic example of the

8    government in this case was the buffoon-like activity of the

9    IRS undercover agent trying to entrap Ian Freeman.  He did it

10   to no avail, and Ian did exactly what any law-abiding citizen

11   would do, and that is refuse to engage in that activity.  But,

12   if you're the prosecutor, you're saying, because he refused to

13   engage, he must be a criminal.  How about this one, folks?

14   Because he refused to engage in criminal activity he's

15   innocent.  Try as they will, they can't accept the reality of

16   what took place with their IRS undercover agent.

17        And if you could play 610A, please.

18        Listen closely.

19                       (Video recording played)

20        MR. SISTI:  We may have to replay that.  In fact, we

21   have to replay it.

22                       (Video recording played)

23        MR. SISTI:  I can't let you do that.  I can't let you

24   do that.  I can't say you can do that.  And he says, Oh, okay,

25   and Ian walks away from him.

1          By the way, folks, he was 30 miles away from Keene.

2     That's not Keene.  That's 30 miles down the road.  And without

3     his knowledge -- and, by the way, don't speculate, don't

4     utilize innuendo -- without Ian's knowledge this clown goes to

5     Keene, he goes to the Thirsty Owl, and he pumps in $20,000 of

6     your money, and Ian doesn't know what he's doing.  If he was so

7     closely buddy-buddy with Ian and they were engaged in this

8     criminal money-laundering scheme, why didn't Ian cut him the

9     break he cut him when he wasn't doing something illegal?

10         And you guys remember it.  We brought it up.  When he

11    first met this guy he cut him a break, and he managed to drop

12    the fee from 14 percent to 10 percent.  Do you remember that,

13    the first engagement?  Did you see that happening there?

14    They're telling you Ian can remotely control that.  Guess what?

15    He can.  Did he do it for him there?  No.

16         I guess you can come to two conclusions, folks.  One

17    is that Ian is law-abiding, completely law-abiding, he's either

18    law-abiding or completely ignorant of what is going on.  But

19    how many times does somebody have to say, No, I don't want to

20    do business with you?  And then he gets served up this

21    innuendo, well, he must be doing business with him, he must be

22    engaged in money laundering because he invited him to a New

23    Year's Eve party months later.  But what is that?  What is

24    that?  He's not saying he hates the guy's guts, but he's saying

25    he's not doing business with him, and he's not doing business

1    with him because it would be money laundering, something he

2    doesn't want to do.  What else do you have to do in this

3    country, hold a sign up:  I don't want to engage in business

4    with you?

5         This is the second time.  You saw.  That film is the

6    second time in a month that he told him he didn't want to deal

7    with him, and they have no evidence, none, zero, that Ian was

8    monitoring any kind of a transaction at the Thirsty Owl hours

9    later with this guy, but they want you to speculate.  You can't

10   do it, you cannot speculate, and there's no proof to back that

11   up.  There's no connection at all, nothing.

12        You know what would be a great connector?  Think about

13   this:  If, after that wink and nod, Ian dropped the rate from

14   14 percent to 10 percent, what would that tell you?  You'd jump

15   right on the bandwagon.  But right now there's no bandwagon to

16   jump on.  They've got a wagon without a horse, is what they've

17   got, and they've got no connection between Ian and his

18   transaction later that day, 30 miles away.  That

19   money-laundering charge, frankly, is a joke.  It's pathetic

20   and, quite frankly, moronic the way that that played out.

21        Money-laundering conspiracy.  Again, bring one person

22   in.  Let's hear about it.  Point the finger at a bunch of

23   people that they say that he was doing this with, conspiring

24   with for an illegal purpose, doing it willfully, doing it

25   voluntarily, doing it knowingly.  Bring them in.  I'd love to

1    question them.  But if the people they bring in say, No, that

2    wasn't him, what are you going to conclude there?

3           Income tax evasion 2016, 2017, 2018, 2019.  It's kind

4    of interesting.  You can go through an hour and a half of

5    testimony with the tax person, and you know what you come up

6    with at the end to a question that I'd asked, How much does he

7    owe?  Could it be he doesn't owe any taxes?  Remember that

8    question?  Remember the answer?  Don't know.  May not.

9           How in the world, how in the world is this tax evasion

10   when they don't even know, when they can't even put a number on

11   what he owes?  When the IRS agent who came up here and sat down

12   and did thousands of audits said she doesn't know if he owes

13   taxes, well, there's a lot of reasons why they don't know if he

14   owes taxes; because, unlike the rest of us, Ian didn't get a

15   letter, Ian didn't get a heads-up, Ian didn't get a chance to

16   walk into an IRS office, even though it's not the greatest

17   thing in the world, with a tax accountant or a lawyer and sit

18   down and explain things, like, We really believe we're a

19   church.  I really don't have income.  Here we go.  Let's talk

20   about it.  Let's chat.  I'm at an address.  I have a Social

21   Security number.  I'm an identifiable individual.  Reach out.

22   Come and get me.  I'd be happy to explain my position.

23          Does he want to pay taxes?  Hell no.  Does anybody?

24   No.  From the humblest person to Presidents of the United

25   States and corporate heads, people don't want to pay taxes.

1    But you know what?  I bet you they all get a chance to explain

2    their position, if invited.  We don't get to be invited.

3    There's no invitation.  All they've got to do is say, Come on

4    in.  Don't guess.  Don't give me a standard deduction.  Bring

5    in somebody with you, sit down, and let's go over a real audit.

6            And, while we're on the subject, how much is Ian

7    worth?  Nobody knows to this day, because he wasn't touched in

8    2020, they didn't ask him to come in in 2021, and they haven't

9    asked him to come in in 2022.  That's one hell of an analysis,

10   huh?

11           I'm going to wrap this up in a few seconds, and you

12   deserve a break, but I don't get to stand up here again.

13   Mr. Aframe gets a chance to stand up here and answer what I had

14   to say.  I don't get that chance.  You can rest assured, you

15   can rest assured I can answer anything he's got.  I don't get

16   to stand up for Ian Freeman, but you guys do.  That's your job

17   now.  The job of a jury is to test the government's case, just

18   as if you were sitting over there (indicating).  I don't get to

19   stand up, but 12 of you will be able to, and I'm asking you to

20   do that.

21           Remember the rules when we picked you over two weeks

22   ago.  You promised, you swore that you would follow the rules,

23   and we believed you, and that's why you're sitting here, okay?

24   We need you, and you would need a jury, too, if you were in his

25   place.  It's an enormously important task.  It's a serious

1    task.

2              I know it's the holiday season.  Don't rush it.  Do

3    what you've got to do back there.  The case is yours.  When you

4    get it, it's yours; you're in control.

5              One thing I'm going to ask you before I leave is, you

6    know, don't do him a favor.  I know it's Christmastime,

7    Chanukah, no time to give the government a gift, and all we're

8    asking and all we're begging you to do is follow the rules and

9    use your common sense and help each other back there when you

10   deliberate.  It's your case.

11             And thank you very much.  We really appreciate your

12   service.

13             Thank you, Judge.

14             THE COURT:  Thank you, Counsel.  Mr. Aframe.

15                   REBUTTAL CLOSING ARGUMENT

16   BY MR. AFRAME:  I do know I stand between you and lunch, so I

17   know I need to be efficient, and I will do that, but there's a

18   couple of things I do want to say.

19             So, Mr. Sisti ended by saying don't do the government

20   a gift.  That's exactly right.  You're not going to give the

21   government a gift.  The government doesn't receive a gift by

22   anyone being convicted or not convicted.  The judge will tell

23   you justice is done no matter what you decide, as long as what

24   you decide is just and based on the evidence, and that is

25   exactly right.  Nobody gets a gift.  That's not what this is

1     all about.  I just want that to be clear with you, and you

2     should understand that.

3           Let me just talk about a few of the things that were

4     said.  Let me just start with the search, not actually the

5     search, but the entry to Mr. Freeman's house.  So, the first

6     point about that, of course, is it's irrelevant to anything you

7     are going to be asked to decide.  You're not going to hear a

8     single element that's going to ask you to make any evaluation

9     of the SWAT Team entry to the house.  It's just not part of it.

10    What might have been part of it is if there had been questions

11    about the evidence used in that house:  Was the computer

12    tampered with?  Was something untoward about how the evidence

13    was collected?  That, of course, should be relevant, because

14    what happens in here is based on the evidence, and not a single

15    question was asked about anything having to do with the

16    evidence collection, the evidence processing, nothing, because

17    there are no questions, I guess, to be asked about that.  So,

18    the focus is, Look over here, look at this shiny object, and

19    this shiny object has nothing to do with the case.

20          Nevertheless, what are the facts that came out about

21    that?  What did the FBI know when it decided -- when it got the

22    search warrant to execute at Mr. Freeman's house?  Well, pretty

23    clearly Mr. Freeman is an antigovernment person.  That's pretty

24    clear from what he said yesterday.  That's clear from the radio

25    show.  That's fact one.  People had been seen on the porch of

1       that house with weapons.  You heard about a guy with a sword.

2       You heard about guns.  And people they knew rented rooms in and

3       out of that house.  It was a situation that presented some -- a

4       significant possibility of danger.

5              I understand Mr. Sisti tells you he's a nonviolent

6       person, no one had a criminal record, but let's just look one

7       more time at Exhibit 312.

8              That's what was in that house.  That was on the same

9       floor that Ian Freeman lived.  It's a powder keg.  Didn't

10      happen.  Special Agent McBrearty told you that the way you make

11      something like that not turn into something truly horrible is

12      to use SWAT, use overwhelming force.  That's how you do it,

13      because that was there, that was there that day, and to say it

14      wasn't in Freeman's room, that doesn't matter a single iota.

15      It was there for anybody to use.  This was the moment, and that

16      could have happened, and so the techniques that were used were

17      the appropriate techniques to stop that from turning into

18      something truly, truly horrible.  It has nothing to do with the

19      case, nothing at all, but those are the facts.  Those are the

20      facts.

21             So, Mr. Sisti said that we cherry-picked.  You saw

22      every single folder in that Telegram folder.  Go back through

23      them again, every single one, and just ask yourself, if you

24      were running the kind of business you know Mr. Freeman is

25      running, does that make sense?  Is that the clientele, is that

1      the frequency, is that the way they would be depositing money?

2      Does any of it make sense?  Nothing cherry-picked.  It's all

3      there for you to look at.

4              Now, of course, you know, Mr. Sisti said, well, he

5      clearly had nothing to fear because he didn't throw anything

6      away.  Well, they had an encrypted computer that you heard had

7      to be decrypted by the Quantico FBI to actually see what was in

8      the computer.  And what wasn't saved?  Well, all the Telegram

9      chats.  There was only one.  We showed it to you because, for

10     whatever reason, he decided to save that one, but none of the

11     rest of them were.

12             So, we showed you the LocalBitcoins chats to get as

13     much of a flavor as we could give you, given the existing

14     records of how he did his business.  Study them.  Look for a

15     single probing question.  He told you yesterday he had basic

16     questions.  Look for one.  Look for any invasive question that

17     he asked where you think he had any interest in figuring out

18     what the transaction was about.  I suggest to you, you won't

19     find a single one.  That's because that's how he ran his

20     business, and that's how he was able to collect a clientele

21     that looked like this (indicating).  It was not an accident, it

22     was a plan, and it was a plan he executed over a long time.

23             This doesn't make sense, that's really all I can tell

24     you, and if you match it up with the LocalBitcoins chats, when

25     you see how he operates his business, you know why.  If you

1    look at his advertisements and you see this is the outcome, you

2    know why.  That's the evidence.  That's what proves he knew

3    what he was doing.

4         You heard from several of these people.  Did he ask

5    them a single -- did he ask them any invasive questions?  No.

6    All he could tell you yesterday was they forgot.  They don't

7    remember the probing questions that I asked them, okay?  Well,

8    that's convenient, but that doesn't match the LocalBitcoins

9    chats, that doesn't match the evidence, that doesn't match the

10   ads, that doesn't match how he runs the business.  That just is

11   what he felt like saying yesterday, because it was convenient.

12        He said he's not transmitting.  Well, he's the only

13   one who told you that.  Ali Comolli explained to you -- first

14   of all, "transmitting" is not a fancy word.  It means to send,

15   to transfer.  Ali Comolli explained how Bitcoin works:  My

16   wallet goes up, your wallet goes down.  It was the same with

17   the money.  If we did a significant transaction for a car, I'm

18   not going to bring you, probably, a suitcase full of cash.

19   We're going to do something through a bank, and your account is

20   going to have a higher number, and my account is going to have

21   a lower number.  I sent you money, the computers changed, your

22   account looks better, mine looks worse, your bitcoin wallet

23   looks better, mine looks worse.  It's currency.  It's being

24   transmitted.  Ali Comolli told you it.  Ted Valahakis told you.

25   Kate Eyerman told you from Paxos.  She said they're a money

1    transmitter.  They do the same thing as him.  They just follow

2    the Bank Secrecy Act and do what they're supposed to do, but

3    they're doing the same thing.  It's transmitting.

4         Ian said that the license requirement letter was a

5    scam, that's what he told you yesterday, and so he ignored it.

6    You heard the audio yesterday, today and yesterday.  You heard

7    what he really said in real time about that letter.  I'm just

8    not, blanking, going to follow their, blanking, regulations.

9    That's what he said in real time, which brings me to a lot of

10   what Mr. Sisti said, was, Ian said, Ian said, Ian said.  And

11   Ian said something interesting yesterday, which probably flew

12   by you, because it was not really -- didn't seem that important

13   at the time.  He was talking about a scam that happened

14   somewhere, and he said a guy put money into an account, then he

15   went in, and he convinced the bank to give him the money back,

16   and he used a term for that I had never heard before.  "Social

17   engineering" is the term he used.  I had never heard that

18   before, but he defined it as the ability to convince people of

19   something that isn't so.  I submit to you, you saw social

20   engineering yesterday.  Look at the records, look at the

21   evidence, look at all the stuff that has been presented before

22   you.  That's where the truth in this trial lies.

23        DiMezzo is not a conspirator, he says.  Again,

24   evidence.  There's a contract.  A contract is an agreement.

25   There's 1554, where DiMezzo says, I am working with the Shire

1    Free Church to do something, to sell bitcoin, and she explained

2    I'm going to do it -- we have to do it in the same don't ask,

3    don't tell way as Ian.  They're sharing the customers.  They're

4    talking about all the issues that are coming up.  You can see

5    Harold Jones and the same Raymond Miller scammers in both of

6    their things.  Look at the Aria Telegram chat.  They are

7    suspicious, to say the least.  They're working together.  It's

8    just clear they're working together.

9          He talked about fees.  Mr. Sisti said we didn't put in

10   any evidence about that Mr. Freeman charges a higher fee than

11   other people.  Let me say two things.  One, we did, because you

12   saw what you could buy it for at Kraken or itBit, literally a

13   fraction, like small fraction of the cost, and all you have to

14   do if you want to go there is give up the anonymity; but, of

15   course, the people who go to Freeman, that's their number-one

16   thing, so they'll pay thousands of -- hundreds of times what

17   they would pay at Kraken they choose to pay him.  Suspicious.

18         But even he says it to you.  This is literally what he

19   says.  He's talking about getting cryptocurrency:  The cheaper

20   method requires you to give up personal-identifying

21   information, like your bank account, but our vending machines

22   at Route 101 Local Goods and Thirsty Owl are basically

23   anonymous.  You'll pay more for the convenience.  You'll pay

24   more for the convenience.  That's what he's offering.  That was

25   the secret sauce.  That was the special thing he offered.

1          He talked about Pavel and however he described it, but

2     Ian said yesterday he knew Pavel was an undercover, but he

3     didn't push him away because you want to keep your enemies

4     close, a pretty strange strategy.  They tape you.  Like, we

5     played you some of the tape, right?  Ian knows what's going on.

6     He didn't think he was an undercover, but the guy was too

7     loose-lipped, just like he told you, so he wanted to proceed

8     with the same wink and nod; and Ian's careful, so he doesn't

9     say the magic words, but everyone knows why.

10          Why doesn't he have any identification stuff on that

11    machine when it's there?  Why?  Why doesn't he?  Because he

12    doesn't want people to have to do that, because that would ruin

13    it, because that's, again, the secret sauce.  That's why you

14    don't register, that's why you don't follow the rules, that's

15    why you keep everything anonymous, so you can engage in the

16    wink and the nod.

17          About income.  I guess the argument was made -- well,

18    one was the letter, but I've addressed that, but the final one

19    that was made was he asked -- Mr. Sisti asked a hypothetical

20    question about whether Mr. Freeman would have owed taxes if he

21    took deductions, but he didn't take deductions because he chose

22    to not file tax returns.  The testimony and the law says a

23    person can't get deductions if they don't file a tax return,

24    right?  If you don't write it down on your tax return, that's

25    not a thing.  That's what it is.  That's how it works.

1    Mr. Freeman just decided he doesn't like to pay taxes.

2           Bottom line is Mr. Freeman really told you yesterday

3    he doesn't want to live in legal land, he wants to do it his

4    own way, because his own way lets him do what he wants.  What

5    he wants is to hurt people like that (indicating), not because

6    he cares about hurting them, I don't think he cares about them

7    at all, but it gives him a way to make a lot of money.  Renee

8    told him he's rich.  He didn't dispute it.  You saw the letters

9    from Melanie Neighbours.  You saw how those came.  Ian gave her

10   the information, 2.5 million, 300,000, big numbers, big, big

11   numbers.  Ian Freeman did this to get rich.  He didn't care who

12   he hurt.  That's what this case is all about.  That's the crime

13   he committed, because it's money laundering.  Thank you.

14          THE COURT:  Nothing from counsel, either side?

15          All right.  Ladies and gentlemen, I'm going to give

16   you the lunch break now.  It appears to be 12:45.  We'll

17   reconvene at 1:45, and at that point I'll give you your

18   instructions, and you can begin your deliberations.

19          THE CLERK:  All rise.

20              (The jury exited the courtroom)

21          THE COURT:  Please be seated.

22          We don't need a record for this.

23              (Discussion held off the record)

24              (Lunch recess taken at 12:50 p.m.)

25

1                        C E R T I F I C A T E

2

3

4             I, Brenda K. Hancock, RMR, CRR and Official Court

5   Reporter of the United States District Court, do hereby certify

6   that the foregoing transcript constitutes, to the best of my

7   knowledge, skill, ability and belief, a true and accurate

8   transcription of the within proceedings.

9

10

11

12

13   Date: ___3/10/23_____        /s/ *Brenda K. Hancock*
                                    Brenda K. Hancock, RMR, CRR
14                                  Official Court Reporter

15

16

17

18

19

20

21

22

23

24

25