# *United States District Court*

_____DISTRICT OF NEW HAMPSHIRE_____

### United States of America

### v.

### Ian Freeman

### CASE NUMBER: 1:21-cr-000041

### EXPEDITED REQUEST FOR LEAVE TO ATTEND AND BROADCAST FROM PORCFEST/FORKFEST/ JUNE 15, 2023, THROUGH AND INCLUDING JUNE 25, 2023

*NOW COMES* the defendant, Ian Freeman, by and through counsel, Mark L. Sisti, and respectfully requests Leave to Attend and Broadcast from June 15, 2023, until and including June 25, 2023.

As grounds for and in support of this request, the Defendant states as follows:

1. He has agreed to the new terms of his Orders Setting Conditions of Release filed on May 30, 2023.

2. He would request the ability to attend and broadcast from Roger's Campground in Lancaster, N.H. from June 15, 2023, until and including June 25, 2023.

3. He has been an active participant and broadcaster from the events held at that location since 2007.

4. The event (Porcfest/Forkfest) would be the only exception to the current proposed order.

5. Ian would be able to check in from the Lancaster location and would actually be staying at the hotel on site at the campground.

6. He has been checking in with probation without any major disruptions since December of 2022.

7. He does not pose a danger to himself or others and can respond to supervision from the Lancaster location.

8. The U.S. Attorney objects to this request.

**WHEREFORE** the defendant prays that the Court allow for the proposed limited carve out and allow for his attendance at the Porcfest/Forkfest from Jun 15, 2023, until and including June 25, 2023.

Respectfully Submitted,

Dated: May 30, 2023

/s/ Mark L. Sisti, Esq.
Mark L. Sisti, Esq.
NH Bar No.: 2357
Sisti Law Offices
387 Dover Road
Chichester, NH 03258
(603) 224-4220
info@sistilawoffices.com

## CERTIFICATION

I hereby certify that on this 30th day of May 2023 that a copy of the foregoing Expedited Request for Leave to Attend and Broadcast from Porcfest/Forkfest/June 15, 2023, Through and Including June 25, 2023 has been forwarded to Seth Aframe, Esq., Georgiana MacDonald, Esq., and John Kennedy, Esq. of the U.S. District Attorney's Office, through the Court's electronic filing system.

/s/ Mark L. Sisti, Esq.
Mark L. Sisti, Esq.