UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) 21-cr-00041-JL |
| | ) |
| IAN FREEMAN | ) |

UNITED STATES' OBJECTION TO REQUEST FOR LEAVE TO ATTEND PORCFEST

Ian Freeman awaits sentencing on charges of money laundering, conspiracy to commit money laundering, operating an unlicensed money transmitting business, conspiracy to do the same, and four counts of tax evasion. The defendant recently moved this Court to reduce his conditions of release, and, over the Government's objection, the Court granted the motion, removing the home detention condition and implementing a curfew. Despite granting the defendant's motion, the Court is again faced with a request to further loosen conditions of relief as the defendant's sentencing, and likely incarceration, draw near.

This time, the defendant seeks to attend Forkfest ("the yearly camping party in the woods") and PorcFest ("an annual liberty camping event"). The Government's position is substantially the same as that submitted in its objection to the prior motion to modify conditions. *See* ECF 308. The defendant seeks further modification of his release conditions so that he can have a sleepover with his friends for 11 days. These are hardly circumstances that warrant modification of release conditions for a defendant imminently facing years in prison. There is no reason that the defendant cannot commute to the party each day and comply with his current conditions. The motion should be denied.

                    Respectfully submitted,

                    JANE E. YOUNG
                    United States Attorney

Dated: May 31, 2023

                    /s/ Georgiana L. MacDonald
                    Assistant U.S. Attorney
                    MA Bar # 685375
                    53 Pleasant Street, 4th Floor
                    Concord, New Hampshire 03301
                    603-225-1552
                    georgiana.macdonald@usdoj.gov

                    /s/ John J. Kennedy
                    Assistant U.S. Attorney
                    NH Bar # 19557
                    53 Pleasant Street, 4th Floor
                    Concord, New Hampshire 03301
                    603-225-1552
                    john.kennedy2@usdoj.gov

                    /s/ Seth R. Aframe
                    Assistant U.S. Attorney
                    53 Pleasant Street, 4th Floor
                    Concord, New Hampshire 03301
                    603-225-1552