UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **Docket no. 21-cr-00041-JL** |
| ) | |
| IAN FREEMAN ) | |
| ) | |

**NOTICE OF CONVENTIONAL FILING**

Please take notice that the United States of America has conventionally filed the following attachments identified in the United States' Supplemental Rule 29 Objection:

<u>Attachments 601, 602, 603, 604, 605, 606, 609B, 610A, 862, 863 and Trial Transcript day 4 (morning session) pages 118, 120, 128, 129.</u>

The attachments are trial exhibits that were conventionally filed and were admitted as evidence during the defendant's jury trial in December 2022; therefore, the attachments were made part of the court's record at trial but were not electronically docked in ECF.

Dated: <u>June 23, 2023</u>

                                                              By:    */s/ Seth R. Aframe*
                                                                     Seth R. Aframe
                                                                     Assistant U.S. Attorney
                                                                     MA Bar 643288
                                                                     53 Pleasant Street, 4th Floor
                                                                     Concord, NH  03301
                                                                     (603) 225-1552
                                                                     seth.aframe@usdoj.gov