# Receipt

GOVERNMENT
EXHIBIT
601
21-cr-00041-JL

```
==== LocalBitcoins.com Receipt Contact #49935953====
Seller: FTL_Ian
Buyer: Mordovian
0.04583776 BTC sent to buyer on 2019-09-11 17:51:25+00:00
LocalBitcoins.com fee BTC: 0.00045838
Payment details as shown to buyer:
Method: TD Bank ⚡NEWBIES Welcome⚡ Open Mon-Sun ✅
Please read the full terms below before opening a trade!

Due to fraud, I may request ID, phone, additional photos, or other verifying information from you at any point during the trade. If that is a probl

Do not initiate a trade unless you are ready to complete a cash deposit at TD bank and send me the receipt within an hour. If the trade takes over

Most branches of TD Bank are open Monday through Sunday for your depositing convenience. Here are their locations: https://www.tdbank.com/net/absea

DEPOSIT INFO: Please initiate a trade and I'll provide you with account information for the deposit once you have satisfied my requirements.

IMPORTANT FOR QUICK RELEASE: Do NOT deposit anything besides cash! Always use a unique deposit amount when you open a trade. For example, instead o

AT THE TELLER: You will need to go into the bank and deposit with a human teller. Find out the teller's name and the local branch phone number, you

AFTERWARDS: Write across the receipt with a pen: "FOR BITCOIN PURCHASE FROM FTL_IAN ON LOCALBITCOINS.COM, NO REFUNDS". Also write the teller's name

Take a clear photo of the entire receipt showing all four corners (scans are not acceptable) and send it to me for verification of the deposit. DO

Do not mark complete until you've completed all required photos. If you are a new buyer, do not mark complete even after you've completed the photo

Due to fraud, I've had to tighten up security especially regarding new traders. Depending on our trading history, I may call the branch and verify

DISCLAIMER: What you do with your bitcoin is your business. Don't tell me what your plans are. If you do, I reserve the right to refuse the sale. 

ABOUT ME: I'm an administrator of Shire BTC, the Shire Free Church's outreach project dedicated to spreading bitcoin in furtherance of our mission
Amount: 502.00 USD

==== End ====
```

## Communication (total 10 messages)

Sept. 11, 2019, 7:59 p.m.

**FTL_Ian :** All set! I'm leaving you positive feedback. I would appreciate you doing the same for me, thank you. Please spread the word of the peace and freedom that Bitcoin can bring the world! Also you will not need to provide ID initially in future trades, thank you.

Sept. 11, 2019, 7:52 p.m.

**Mordovian:** Sent

Sept. 11, 2019, 7:47 p.m.

**Mordovian:**

### [View attached document](#)

**103.3 KB, filename: image.jpg**

Sept. 11, 2019, 7:45 p.m.

**Mordovian:**

### [View attached document](#)

**962.6 KB, filename: image.jpg**

Sept. 11, 2019, 7:34 p.m.

**Mordovian:** Ok

Sept. 11, 2019, 7:33 p.m.

**FTL_Ian :** Don't forget to get the teller's name and branch phone number and do not mark complete when you are done!

After sending the required receipt photo with the words written on it as described in my terms, please take a photo of your face with you holding the receipt next to it and send me that as well, thank you.

Bank Name: TD Bank
Account Number: 9246652980
Account Name: Colleen M Fordham
Account Type: Personal Checking
Account Location: New Hampshire

NOTICE: Please be sure you have read my terms in full. Following instructions well is critical to your success. Thank you for understanding and patience regarding fraud checks.

Sept. 11, 2019, 7:32 p.m.

**Mordovian:**

**[View attached document](#)**

**1.0 MB, filename: image.jpg**

Sept. 11, 2019, 7:32 p.m.

**Mordovian:**

**[View attached document](#)**

**109.8 KB, filename: image.jpg**

Sept. 11, 2019, 7:22 p.m.

**FTL_Ian :** Hello! I am willing to trade with newbies, unlike many traders, however new accounts are more likely to be attempting fraud. Due to the risk, I have implemented security procedures. Normally my release times are fast, but because you are so new, I may put a waiting period in before I can release the coin to you after you make the payment. This will be short unless I encounter something suspicious.

When you are done, DO NOT MARK PAYMENT COMPLETE. I will verify the deposit which can include calling the branch. Please provide the photos described below. If you do not consent to my terms, please cancel this trade and find someone else to sell to you. Thank you.

1. One close up of your government ID.
2. One including your face and you holding a piece of paper with these words on it: "I certify that I am buying bitcoins from the Shire Free Church". Also include today's date and your signature.

Sept. 11, 2019, 7:20 p.m.

**Mordovian:** Please let me know account info, I'm at TD. Thx