GOVERNMENT EXHIBIT 602
21-cr-00041-JL

PM 09/11/19 *2980 CK DEPOSIT          $502.00   B25

FOR BITCOIN PURCHASE FROM FTL_IAN ON LOCALBITCOINS.COM, NO REFUNDS

Teller: Krystal DeMichele
518-347-0526

2301 Nott St E
Niskayuna, NY 12309



**TD Bank**
America's Most Convenient Bank®

Busy week? No problem, we're open on weekends too!

If we haven't provided you with legendary service, please contact us at 1-866-803-5812.