

- 2 • Dashboard (/ads) • Wallet (/accounts/wallet/) • Support (/support/) •

Trusted (/accounts/trusted/) • Account security (/settings/security/)

# Contact #53041753: Buying 0.05123563 bitcoins for 502.00 USD with

Buying from advertisement #660658 (/ad/660658/purchase-bitcoin-cash-deposit-credit-union-fast-release-5000-branch-7day-united-states) (Cash deposit) by FTL_Ian (/p/FTL_Ian/) at the exchange rate **9,797.87** USO/ BTC.

Trade status: **Bitcoins released, trade finished.**

- **Send message to FTL_Ian (/accounts/profile/FTL_Ian/)**

Write your message here

**B**   Attach document

Nov. 13, 2019, 6:10 p.m.
**Mordovian:** Ok I will

Nov. 13, 2019, 6:02 p.m.
**FTL_Ian :** Certainly. Please reach out to me directly via my Telegram username @FTL_Ian

Nov. 13, 2019, 6 p.m.
**Mordovian:** I'd like to buy more tomorrow or Friday. Can we do it off localbitcoins?

Nov. 13, 2019, 5:59 p.m.
**Mordovian:** Thanks!

Nov. 13, 2019, 5:57 p.m.
**FTL_Ian :** I'm grateful for the opportunity to serve you again. Thank you.

Nov. 13, 2019, 5:49 p.m.
**Mordovian:**

(/contact/53041753/download/283938593/)

**View attached document (/contact/53041753/download/283938593/)**

132.7 KB, filename: 2f189968-e57a-4377-894f-24703724c4b4jpeg.jpg

Nov. 13, 2019, 5:45 p.m.
**Mordovian:**

(/contact/53041753/download/283937916/)

**View attached document (/contact/53041753/download/283937916/)**

882.6 KB, filename: 1f689876-086e-40de-88d4-7f699c59d4d7jpeg.jpg

Nov. 13, 2019, 5:36 p.m.
**Mordovian:** Doing it now

Nov. 13, 2019, 4:50 p.m.
**FTL_Ian :** After sending the required receipt photo with the words written on it as described in my terms, please take a photo of your face with you holding the receipt next to it and send me that as well, thank you.

Bank Name: First Technology Federal Credit Union
Account Number: 9334968014

Account Name: Ian B Freeman
Account Type: Personal Checking

Your reason for deposit, if asked: Purchase of Rare Coins/ Investment

*Please note that LocalBitcoins is a party to the trade chat messages. As a party to these messages LocalBitcoins may review and otherwise process any contents and metadata of these messages. You can read more in the Privacy Policy (/privacy_policy!).*