*for bitcoin purchase from FTL_IAN on localbitcoins.com, no refunds*



**GOVERNMENT EXHIBIT 604**
21-cr-00041-JL

```
                    CO-OP
                  SHARED
                  BRANCH.

First Tech FCU, R/T: 321180379

AMERICU CREDIT UNION CO-OP SHARED
BRANCHING
4957 COMMERCIAL DRIVE
YORKVILLE NY 13495

Verification
Date:  11/13/19
                                    Time: 15:39:36
Serial #:
                                              139699
Base Account Number:
                                         XXXXXXXX014
Ian B  Freeman
---------------------------------------------------

Date and Time:          11/13/19 15:39:56
Transaction:              Share Deposit
Teller #:
Serial #:                           0519
Account #:                         139702
                        93349680XXXXXXXX968014
Tran Amount:
                                   502.00
                                   502.00
---------------------------------------------------
Cash Dispense Clearing
                                   502.00

Authorization by:
                  [signature]
_____

ID Source:
  [X]  SSN Last 4         9468
  [ ]  Mil ID/Pass    _____
  [ ]  ID Verified    _____
  [X]  DL & Exp        PA32558852

       [signature: Kevin]

Funds from deposits may not be available
for immediate withdrawal.  Please refer
to your institution's rules governing
funds availability for details.
Thank You.
```

18R082_FBI-0017562