

## UC Meeting, Keene, NH
## June 20, 2020

**CLIP TRANSCRIPT**
**[52:56 to 53:33]**

| | |
|---|---|
| 1 | **FREEMAN:** - - they've been warned of the potential |
| 2 | scams that are out there. And if you if you fall in |
| 3 | love with a guy from Africa, I can't talk you out |
| 4 | of it. You know? Uh So it is what it is. |
| 5 | **UCA:** So - - |
| 6 | **FREEMAN:** The vending machine is a way for them |
| 7 | to take their, the money that they have and send it |
| 8 | to the person that they've fallen they've fallen |
| 9 | in love |
| 10 | with. I'm guessing, right? Like I don't know. I |
| 11 | don't know what their reasons are. Maybe they are |
| 12 | there on their own volition and they're taking |
| 13 | their own retirement savings - - Bitcoin and giving |
| 14 | it to their kids. I don't know, none of my |
| 15 | business. |