**From: 33344822 Ian Freeman**
Also - whale's back at Murphy's - been pumping bills in since 3:30
1/19/2021 9:06:56 PM(UTC+0)

Source Extraction:
Physical
Source Info:
data/Root/data/org.telegram.messenger/files/cache4.db : 0x7AC24 (Size: 2322432 bytes)
data/Root/data/org.telegram.messenger/files/cache4.db-wal : 0x11FA03 (Size: 4181832 bytes)

**From: 33344822 Ian Freeman**
Hey guys - I need you to get there soonish
1/22/2021 6:13:17 AM(UTC+0)

Source Extraction:
Physical
Source Info:
data/Root/data/org.telegram.messenger/files/cache4.db : 0x7AAEA (Size: 2322432 bytes)
data/Root/data/org.telegram.messenger/files/cache4.db-wal : 0x11FA03 (Size: 4181832 bytes)

**From: 33344822 Ian Freeman**
40% full
1/22/2021 6:13:19 AM(UTC+0)

Source Extraction:
Physical
Source Info:
data/Root/data/org.telegram.messenger/files/cache4.db : 0x7AA9C (Size: 2322432 bytes)
data/Root/data/org.telegram.messenger/files/cache4.db-wal : 0x11FA03 (Size: 4181832 bytes)

**From: 33344822 Ian Freeman**
Murphy's
1/22/2021 6:13:21 AM(UTC+0)

Source Extraction:
Physical
Source Info:
data/Root/data/org.telegram.messenger/files/cache4.db : 0x7AA4F (Size: 2322432 bytes)
data/Root/data/org.telegram.messenger/files/cache4.db-wal : 0x11FA03 (Size: 4181832 bytes)

**From: 961289748 Andy Spinella (owner)**
Most likely picking up today.
**Status:** Sent
1/23/2021 5:01:54 PM(UTC+0)

Source Extraction:
Physical
Source Info:
data/Root/data/org.telegram.messenger/files/cache4.db : 0x7A9EA (Size: 2322432 bytes)
data/Root/data/org.telegram.messenger/files/cache4.db-wal : 0x120263 (Size: 4181832 bytes)