

**From:** 33344822 Ian Freeman

$35K in to Murphys in the last hour - major whale on site

2/5/2021 5:37:50 PM(UTC+0)

Source Extraction:
Physical
Source Info:
data/Root/data/org.telegram.messenger/files/cache4.db : 0x836EA (Size: 2322432 bytes)
data/Root/data/org.telegram.messenger/files/cache4.db-wal : 0x11FA03 (Size: 4181832 bytes)

**From:** 44366452 Renee Kate

Christ

2/5/2021 5:38:27 PM(UTC+0)

Source Extraction:
Physical
Source Info:
data/Root/data/org.telegram.messenger/files/cache4.db-wal : 0xAAFFF (Size: 4181832 bytes)

**From:** 33344822 Ian Freeman

**Attachments:**



Size: 0
File name: 4969925680515098821
4969925680515098821
(Empty File)

2/7/2021 1:47:26 AM(UTC+0)

Source Extraction:
Physical
Source Info:
data/Root/data/org.telegram.messenger/files/cache4.db-wal : 0xAAE83 (Size: 4181832 bytes)