# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **)** | |
| | **)** | |
| **v.** | **)** | **Docket no. 21-cr-00041-JL** |
| | **)** | |
| **IAN FREEMAN** | **)** | |
| | **)** | |

## NOTICE OF CONVENTIONAL FILING

Please take notice that the United States of America has conventionally filed the following attachments identified in the United States' Supplemental Rule 29 Objection.

<u>Exhibit 8 - Trial Exhibit 605</u>
Recording

Dated: <u>June 23, 2023</u>

By:    <u>*/s/ Seth R. Aframe*      </u>
Seth R. Aframe
Assistant U.S. Attorney
MA Bar 643288
53 Pleasant Street, 4th Floor
Concord, NH  03301
(603) 225-1552
seth.aframe@usdoj.gov