UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | Docket no. 21-cr-00041-JL |
| ) | |
| IAN FREEMAN ) | |
| ) | |

**NOTICE OF CONVENTIONAL FILING**

Please take notice that the United States of America has conventionally filed the following attachments identified in the United States' Supplemental Rule 29 Objection.

Exhibit 9 - Trial Exhibit 606
Recording

Dated: June 23, 2023

By:  /s/ Seth R. Aframe
Seth R. Aframe
Assistant U.S. Attorney
MA Bar 643288
53 Pleasant Street, 4th Floor
Concord, NH  03301
(603) 225-1552
seth.aframe@usdoj.gov