# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.    ) | Docket no. 21-cr-00041-JL |
| ) | |
| **IAN FREEMAN** ) | |
| ) | |

## NOTICE OF CONVENTIONAL FILING

Please take notice that the United States of America has conventionally filed the following attachments identified in the United States' Supplemental Rule 29 Objection.

<u>Exhibit 10 - Trial Exhibit 610A</u>
Recording

Dated: <u>June 23, 2023</u>

By:  <u>/s/ Seth R. Aframe</u>
Seth R. Aframe
Assistant U.S. Attorney
MA Bar 643288
53 Pleasant Street, 4th Floor
Concord, NH  03301
(603) 225-1552
seth.aframe@usdoj.gov