```
               UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF NEW HAMPSHIRE


* * * * * * * * * * * * * * * * * *
                                   *
UNITED STATES OF AMERICA           *
                                   *   21-cr-41-01-JL
            v.                     *   December 9, 2022
                                   *   9:07 a.m.
        IAN FREEMAN                *
                                   *
* * * * * * * * * * * * * * * * * *


    TRANSCRIPT OF JURY TRIAL - DAY FOUR - MORNING SESSION
         BEFORE THE HONORABLE JOSEPH N. LAPLANTE
```

APPEARANCES:

For the Government:        Seth R. Aframe, AUSA
                           Georgiana MacDonald, AUSA
                           John J. Kennedy, AUSA
                           U.S. Attorney's Office


For the Defendant:         Mark L. Sisti, Esq.
                           Sisti Law Offices


Court Reporter:            Susan M. Bateman, RPR, CRR
                           Official Court Reporter
                           United States District Court
                           55 Pleasant Street
                           Concord, NH 03301
                           (603) 225-1453

1       A.      Just want to make sure your machine doesn't have
2   facial rec tech.
3       Q.      All ID factors are turned off.  It is a private
4   wallet-to-wallet sale, not money transmission, not money
5   transmission like most machines do.
6       A.      Awesome.
7       Q.      And then there's a photo and then it says:
8               Security says it's out of service.
9       A.      That's what I said, yes.
10              Security told me it was out of service.
11      Q.      Sorry.
12              That's false.  Calling the owner.
13      A.      It's limit 5K.  Do I need new wallet address to do
14  more?  I have 6,000 more.  Sorry, I know your radio show will
15  start soon.  I can do later in person 6K if you want.
16      Q.      Start another purchase.
17      A.      Okay.
18      Q.      There is no limit on the number you can do.
19      A.      All set.  I did two more transactions, 5K and 1K,
20  waiting for it to hit my wallet.  Awesome machine.  Thanks
21  man.  Let me know when you're free if before nightcap.
22  Listened to your show from last night.  Interesting things
23  from Belarusian guy, good stuff.  That's where I'm from.
24  Keene is such a cool town.
25      Q.      Like I said, feel free to swing by the studio.  I

```
 1        Q.   We were at June 19th.  You did the transaction in
 2   the machine.  You're in Keene.  Did you go and meet up with
 3   Mr. Freeman and friends?
 4        A.   Yes.
 5        Q.   And where did you do that?
 6        A.   At the town square in Keene.
 7        Q.   And did you have a conversation with Mr. Freeman?
 8        A.   Yes.
 9        Q.   Was Nobody there?
10        A.   Yes.
11        Q.   Was Aria there?
12        A.   Yes.
13        Q.   Did you talk in more detail about what you do?
14        A.   Yes.
15        Q.   Did you disclose to Mr. Freeman that night at least
16   in your undercover story way what the source of all of that --
17   or that cash was?
18        A.   Yes.  I explained that I sell drugs.
19        Q.   And we'll get back to that in a second.
20             Now, that night did you wear a recording device?
21        A.   Yes.
22        Q.   Have you listened to the whole recording?
23        A.   Yes.
24        Q.   Overall, how would you describe the quality of the
25   recording?
```

```
 1   me know if you want to grab lunch in next week or two.  I also
 2   wanted to get 20K BTC.
 3        Q.   Thank you.  I enjoyed meeting you and don't want to
 4   be rude, but unfortunately I can't sell you bitcoin because
 5   you told me too much about what you do.  As you probably know,
 6   I'm not opposed to your line of work, but I can't knowingly
 7   help you with financial matters.  I hope you can understand.
 8   You're certainly still welcome here in Keene, of course.
 9        A.   Bummer.  I thought I had the perfect connection,
10   LOL.  Wish I didn't say anything now but I think I understand
11   your concerns.  I thought I only told you about cars, which is
12   my main thing.  I just had another bank account shut down the
13   other day.  Can't even use your ATM?  I told a few of my
14   buddies.  They all got excited.  Now don't even know what to
15   respond to them.
16        Q.   My answer to the question is, I can't KNOWINGLY
17   assist you with financial matters.
18             Before we go on, how is knowingly written in the
19   chat?
20        A.   In capital letters.
21        Q.   At least from your experience when you write
22   knowingly in a text message, what do you mean when you do
23   that?
24        A.   When I try to emphasize something.
25             THE COURT:  Wait a minute.  Are you asking when he
```

```
 1  uses the word knowingly or when he uses capital letters?
 2             MR. AFRAME:  Capital letters.
 3             THE COURT:  I just wanted it to be clear.
 4             MR. AFRAME:  Sorry if I asked that wrong.
 5        Q.   When you use capital letters in a text exchange,
 6  what do you mean?  What is the purpose of using all capital
 7  letters?
 8        A.   To exclaim or emphasize something.
 9        Q.   Okay.  Go ahead.
10        A.   I guess I don't fully understand what is it that
11  you know that you can't sell BTC to me.  I've dealt with many
12  people before and you seem most reasonable and understanding
13  with similar thinking as me.  If there's any way you can
14  assist, I would greatly appreciate it as I have lots of
15  respect for what you do.  I will try to purchase BTC elsewhere
16  if I can and I still want to come to Keene.
17        Q.   You told me you sell drugs.  Therefore, to assist
18  you with buying bitcoin would be considered money laundering.
19  Money laundering requires knowledge of the illegal activity.
20             I don't think you are an undercover agent, but you
21  got a little too loose lipped.  So while I am not opposed to
22  the sale of drugs, I do need to be careful.  Sadly that means
23  I cannot KNOWINGLY sell bitcoin to you.
24             And just so the record is clear, how is knowingly
25  written by Mr. Freeman here again?
```