# *United States District Court*

## DISTRICT OF NEW HAMPSHIRE

### United States of America

### v.

### Ian Freeman

### CASE NUMBER: 1:21-cr-000041

### ASSENTED TO MOTION TO EXTEND DEADLINE DATE FOR RESPONSE TO UNITED STATES' SUPPLEMENTAL RULE 29 OBJECTION

*NOW COMES* the defendant, Ian Freeman, by and through counsel, Mark L. Sisti, Esq. and respectfully moves this Honorable Court to extend the deadline to Respond to the United States' Supplemental Rule 29 Objection with respect to this matter.

As grounds for and in support of this request, the Defendant states as follows:

1. The United States filed a Supplemental Rule 29 Objection on or about June 23, 2023.

2. The current deadline to file a response is July 3, 2023.

3. Undersigned counsel needs additional time in which to review and discuss with the defendant.

4. It is respectfully requested that the deadline for response be extended to July 7, 2023.

5. Defense counsel has contacted Seth Aframe, Esq. of the U.S. District Attorney's office, and he assents to the granting of this motion.

*WHEREFORE* the Defendant respectfully requests that this Honorable Court grant this motion to extend the deadline to file a response to the United States' Supplemental Rule 29 Objection until July 7, 2023.

Respectfully Submitted,

Dated:  July 3, 2023	/s/ Mark L. Sisti, Esq.
	Mark L. Sisti, Esq.
	NH Bar No.:  2357
	Sisti Law Offices
	387 Dover Road
	Chichester, NH 03258
	(603) 224-4220
	info@sistilawoffices.com

## CERTIFICATION

I hereby certify that on this 3rd day of July 2023 that a copy of the foregoing Assented to Motion to Extend Deadline Dates for Response to United States' Supplemental Rule 29 Objection has been forwarded to Seth Aframe, Esq. and Georgiana MacDonald, Esq of the U.S. District Attorney's Office, through the Court's electronic filing system.

	/s/ Mark L. Sisti, Esq.
	Mark L. Sisti, Esq.