## First Tech Federal Credit Union – 8014

| Deposit Source | Transactions | Total | Connection to Business |
|---|---|---|---|
| Cash | 415 | $2,202,188.03 | |
| K█████ C█████ | 2 | $57,475.00 | Telegram; Trial Witness |
| L█████ C█████ | 3 | $44,600.00 | Telegram |
| E█████ C█████ | 1 | $155,00.00 | Telegram |
| C█████ F█████ | 5 | $118,000.00 | Telegram |
| J█████ H█████ | 2 | $18,500.00 | LocalBitcoin |
| C█████ J█████ H█████ | 1 | $54,985.00 | Telegram |
| D█████ H█████ | 1 | $6,600 | LocalBitcoin |
| M█████ M█████ | 4 | $163,040.00 | LocalBitcoin; Freeman Computer |
| D█████ M█████ | 1 | $20,000.00 | Telegram |
| K█████ M█████ | 1 | $75,000.00 | Telegram |
| D█████ A█████ | 4 | $332,500.00 | Telegram |
| S█████ T█████ | 3 | $99,000.00 | LocalBitcoin |
| R█████ V█████ | 2 | $55,000.00 | Telegram |
| D█████ W█████ | 1 | $5,000 | Telegram |
| TOTAL | | $3,407,388.02 | |

## PAYEES

| Payee | Count | Total |
|---|---|---|
| Ian Freeman | 10 | -$295,000.00 |
| Payward (Kraken) | 16 | -$3,251,000.00 |
| Transfer to 7012 (Freeman) | 29 | -$2,384,376.00 |
| TOTAL | | -$5,930,376 |

**Summary of Deposit Sources**
**Holder: Ian B. Freeman**
**First Tech Federal Credit Union, Checking 8014 (closed)**
**Time Period: November 2018 - January 2020**

| Deposit Source | Count | Total Deposited | Percentage of Total |
|---|---|---|---|
| Cash | 415 | $2,202,188.03 | 35.72% |
| C▮▮▮, K▮▮▮ K. | 2 | $57,475.00 | 0.93% |
| C▮▮▮, L▮▮▮ | 3 | $44,600.00 | 0.72% |
| C▮▮▮ J▮▮▮ | 1 | $5,000.00 | 0.08% |
| C▮▮▮, E▮▮▮ D. | 1 | $155,000.00 | 2.51% |
| Credit One Bank | 1 | $1,239.22 | 0.02% |
| Discover | 2 | $4,716.60 | 0.08% |
| F▮▮▮, H▮▮▮ J▮▮▮ | 1 | $25,000.00 | 0.41% |
| F▮▮▮, L▮▮▮ A. L▮▮▮ | 1 | $30,000.00 | 0.49% |
| F▮▮▮, C▮▮▮ | 1 | $9,950.00 | 0.16% |
| F▮▮▮, C▮▮▮ M. | 11 | $664,762.00 | 10.78% |
| F▮▮▮, C▮▮▮ M. (returned) | 1 | $70,271.00 | 1.14% |
| F▮▮▮, C▮▮▮ D. | 5 | $118,500.00 | 1.92% |
| Freeman, Ian B. | 2 | $295,000.00 | 4.79% |
| Freeman, Ian/Free Talk Live | 15 | $1,281,100.00 | 20.78% |
| G▮▮▮, G▮▮▮ E. | 1 | $50,000.00 | 0.81% |
| H▮▮▮, R▮▮▮ J. POD R▮▮▮ I S▮▮▮ | 1 | $20,000.00 | 0.32% |
| H▮▮▮, J▮▮▮ | 2 | $18,500.00 | 0.30% |
| H▮▮▮, C▮▮▮ J▮▮▮ | 1 | $54,985.00 | 0.89% |
| H▮▮▮, D▮▮▮ PA | 1 | $6,600.00 | 0.11% |
| Item Missing | 6 | $66,250.00 | 1.07% |
| K▮▮▮ Enterprises LLC | 1 | $13,000.00 | 0.21% |
| Maker Unknown | 1 | $38,332.00 | 0.62% |
| M▮▮▮, M▮▮▮ | 4 | $163,040.00 | 2.64% |
| M▮▮▮, D▮▮▮ J. | 1 | $20,000.00 | 0.32% |
| M▮▮▮, K▮▮▮ | 1 | $75,000.00 | 1.22% |
| M▮▮▮, S▮▮▮ J. | 1 | $8,000.00 | 0.13% |
| N▮▮▮, J▮▮▮ C./J▮▮▮ W▮▮▮ | 1 | $19,000.00 | 0.31% |
| NFCU (rejected) | 3 | $9,022.40 | 0.15% |
| Shire Free Church Monadnock | 8 | $142,500.00 | 2.31% |
| The D▮▮▮ and D▮▮▮ A▮▮▮ Trust | 4 | $332,500.00 | 5.39% |
| T▮▮▮, S▮▮▮ L. | 3 | $99,000.00 | 1.61% |
| Transfer SAV 8006 (Ian B. Freeman) | 2 | $4,274.00 | 0.07% |
| V▮▮▮, R▮▮▮ M. Sole Prop | 1 | $36,500.00 | 0.59% |
| V▮▮▮, R▮▮▮ M. Sole Prop DBA Mr. B▮▮▮ | 1 | $18,500.00 | 0.30% |
| W▮▮▮ D▮▮▮ W. | 1 | $5,000.00 | 0.08% |
| **Grand Total** | **507** | **$6,164,805.25** | **100.00%** |

as of April 20, 2022

**Summary of Payees**
**Holder:  Ian B. Freeman**
**First Tech Federal Credit Union, Checking 8014 (closed)**
**Time Period:  November 2018 - January 2020**

| Payee | Count | Total Paid | Percentage of Total |
|---|---|---|---|
| Bank Fee | 20 | -$295.00 | 0.00% |
| Closing Withdrawal | 1 | -$52,735.00 | 0.86% |
| Credit One Bank | 1 | -$1,239.22 | 0.02% |
| Deposited Item Returned | 1 | -$70,271.00 | 1.14% |
| Discover | 2 | -$4,716.60 | 0.08% |
| Freeman, Ian | 10 | -$295,000.00 | 4.79% |
| MX1 LTD. | 1 | -$4,800.00 | 0.08% |
| NFCU | 3 | -$9,022.40 | 0.15% |
| Payward Inc. | 5 | -$772,000.00 | 12.52% |
| Payward Ventures Inc. | 11 | -$2,479,000.00 | 40.21% |
| Shire Free Church | 3 | -$72,000.00 | 1.17% |
| Transfer SAV 8006 (Ian B. Freeman) | 1 | -$12,250.03 | 0.20% |
| Transfer to REW 7012 (Ian B. Freeman) | 29 | -$2,384,376.00 | 38.68% |
| UPMA | 2 | -$7,100.00 | 0.12% |
| **Grand Total** | **90** | **-$6,164,805.25** | **100.00%** |

as of April 20, 2022