First Tech Federal Credit Union – 7012

| Deposit Source | Transactions | Total | Connection to Business |
|---|---|---|---|
| Cash | 9 | $688,800.00 | |
| TOTAL | | **$688,800.00** | |

PAYEES

| Payee | Count | Total |
|---|---|---|
| Ian Freeman | 1 | -$104,546.74 |
| Payward (Kraken) | 15 | -$3,078,000.00 |
| **TOTAL** | | -$3,182,546.74 |

**Summary of Deposit Sources**
**Holder: Ian B. Freeman**
**First Tech Federal Credit Union, Instant Access Rewards 7012 (closed)**
**Time Period: November 2018 - January 2020**

| Deposit Source | Count | Total Deposited | Percentage of Total |
|---|---|---|---|
| Bank Fee | 12 | $180.00 | 0.01% |
| Cash | 9 | $688,800.00 | 21.64% |
| Dividend | 2 | $421.11 | 0.01% |
| Freeman, Ian/Free Talk Live | 2 | $108,384.62 | 3.41% |
| Transfer CHK 8014 (Ian B. Freeman) | 29 | $2,384,376.00 | 74.92% |
| Transfer SAV 8006 (Ian B. Freeman) | 2 | $610.01 | 0.02% |
| **Grand Total** | **56** | **$3,182,771.74** | **100.00%** |

**Summary of Payees**
**Holder: Ian B. Freeman**
**First Tech Federal Credit Union, Instant Access Rewards 7012 (closed)**
**Time Period: November 2018 - January 2020**

| Payee | Count | Total Paid | Percentage of Total |
|---|---|---|---|
| Bank Fee | 15 | -$225.00 | 0.01% |
| Freeman, Ian B. | 1 | -$104,546.74 | 3.28% |
| Payward Ventures Inc. | 15 | -$3,078,000.00 | 96.71% |
| **Grand Total** | **31** | **-$3,182,771.74** | **100.00%** |

as of December 2, 2022