Radius Bank - 0642

| Deposit Source | Transactions | Total | Connection to Business |
|---|---|---|---|
| N█ T█ | 3 | $31,100.00 | Telegram; Testifying Witness |
| D█ H█ | 2 | $45,000.00 | Telegram |
| S█ L█ L█ | 2 | $22,000.00 | Telegram |
| K█ C█ | 3 | $75,810.00 | Telegram; Testifying Witness |
| D█ D█ | 1 | $14,600.00 | Telegram |
| S█ J█ (P█ C█) | 2 | $40,750.00 | Telegram |
| M█ M█ | 2 | $33,000.00 | LocalBitcoin; Freeman Computer |
| M█ N█ | 2 | $3,666.00 | Photo on Freeman Computer |
| R█ M█ | 3 | $28,750.00 | Telegram; Trial Testimony from H█ J█ |
| M█ O█ | 1 | $4,500.00 | Telegram |
| **TOTAL** | | **$299,176.00** | |

PAYEES

| Payee | Count | Total |
|---|---|---|
| Prime Trust LLC | 5 | -$291,000.00 |
| **TOTAL** | | **-$291,000.00** |

**Summary of Wires Provided via Subpoena Request**
**Radius Bank, A/C 0642, Ian Freeman**
**January 2020 - March 2020**

| Deposit Source/Payee | Total Deposits | Total Withdrawals |
|---|---|---|
| A█████, A██ | $20,000.00 | |
| C██, K█ | $75,810.00 | |
| D██, D██ █. | $14,600.00 | |
| GC Distributors LLC | $28,245.00 | |
| H████, D██ █ | $45,000.00 | |
| J███, S███ █. POD | $10,650.00 | |
| L█, S█ L█ | $22,000.00 | |
| M█████ N███ F███ T█ | $3,666.00 | |
| MDM Tax A█ and/or Mr. L█ C█ | $30,100.00 | |
| M██, M██ █. | $33,000.00 | |
| M█, R██ █. | $28,750.00 | |
| O█, M██ █. | $4,500.00 | |
| Prime Trust LLC | | $291,000.00 |
| Red Hibiscus LLC | $9,000.00 | |
| T█████, N██ █. | $31,100.00 | |
| **Grand Total** | **$356,421.00** | **$291,000.00** |

April 14, 2023