Service Credit Union – xx62

| Deposit Source | Transactions | Total | Connection to Business |
|---|---|---|---|
| Cash | 59 | $2,250,065.00 | |
| K█ C█/B█R█ S█ | 2 | $322,610.00 | Telegram; Testifying Witness |
| S█ C█ | 3 | $14,500.00 | Telegram |
| P█ D█ | 1 | $19,500.00 | Telegram |
| C█ F█ | 1 | $200.00 | Telegram |
| L█ G█ | 3 | $2,700.00 | Telegram |
| C█ H█ | 1 | $47,436.00 | Telegram |
| D█ H█ | 3 | $45,000.00 | Telegram |
| B█ K█ | 1 | $34,000.00 | LocalBitcion |
| S█ K█ | 1 | $68,000.00 | Telegram |
| K█ M█ | 3 | $359,000.00 | Telegram |
| M█ O█ | 1 | $2,700.00 | Telegram |
| H█ J█/P█ V█ O█ | 3 | $71,400.00 | Telegram; Testifying Witness |
| J█ R█ | 2 | $67,000.00 | LocalBitcoin; Testifying Witness |
| D█ A█ | 1 | $16,000.00 | Telegram |
| N█ T█ | 17 | $61,957.00 | Telegram; Testifying Witness |
| D█ V█ | 1 | $305,000.00 | Telegram; Testifying Witness |
| J█ T█ | 4 | $38,150.00 | Keene Police Report – Romance Scam Victim |
| TOTAL | | $3,725,218.03 | |

PAYEES

| Payee | Count | Total |
|---|---|---|
| BC Exchange | 20 | -$3,020,000.00 |
| Bitstamp Limited | 3 | -$137,000.00 |
| Blockchain Access ldt | 1 | -$5,000.00 |
| Payward Ventures | 13 | -$2,672,000.00 |
| Prime Trust | 11 | -$925,000.00 |
| **TOTAL** | | -$6,759,000.00 |

**Summary of Deposit Sources**
**Ian B. Freeman**
**Service Credit Union Classic Checking, A/C ##62**
**June 2019 - September 2020 (closed)**

| Deposit Source | Count | Total Deposited | Percentage of Total |
|---|---|---|---|
| AgFed Cu | 2 | $0.26 | 0.00% |
| American Momentu | 1 | $7,500.00 | 0.10% |
| B▓▓, J▓▓ | 3 | $210.00 | 0.00% |
| B▓ R▓ S▓ L▓ | 1 | $147,000.00 | 1.99% |
| Bitstamp Limited | 1 | $89,775.00 | 1.22% |
| BkCd Processing | 218 | $8,329.17 | 0.11% |
| Cambridge ME | 1 | $58.74 | 0.00% |
| Cash | 59 | $2,250,065.00 | 30.52% |
| Church of the Invisible Hand | 43 | $1,475,566.00 | 20.02% |
| C▓, K▓ | 2 | $19,800.00 | 0.27% |
| C▓, K▓ J. | 7 | $155,810.00 | 2.11% |
| C▓, S▓ | 3 | $14,500.00 | 0.20% |
| Consolidated Communications | 1 | $44.60 | 0.00% |
| D▓, P▓ | 1 | $19,500.00 | 0.26% |
| Echeck.Net | 10 | $99.20 | 0.00% |
| F▓, C▓ | 6 | $342,292.00 | 4.64% |
| F▓, C▓ D▓ | 1 | $200.00 | 0.00% |
| Freeman, Ian | 1 | $20,000.00 | 0.27% |
| Freeman, Ian B. | 4 | $197,901.78 | 2.68% |
| G▓, L▓ | 3 | $2,700.00 | 0.04% |
| G▓, W▓ | 1 | $450.00 | 0.01% |
| Google | 7 | $931.50 | 0.01% |
| Google Pay | 2 | $2.00 | 0.00% |
| HSBC Bank | 2 | $0.73 | 0.00% |
| H▓, C▓ J▓ Ms. | 1 | $47,436.03 | 0.64% |
| H▓, D▓ | 3 | $45,000.00 | 0.61% |
| Item Missing | 16 | $237,506.41 | 3.22% |
| K▓, B▓ | 1 | $34,000.00 | 0.46% |
| K▓, S▓ | 1 | $68,000.00 | 0.92% |
| Legal | 1 | $30,000.00 | 0.41% |
| Maker Unknown | 8 | $223,699.42 | 3.03% |
| Mighty Moose Marts LLC | 1 | $71.34 | 0.00% |
| M▓, K▓ | 3 | $359,000.00 | 4.87% |
| M▓ . O▓ F▓ Trust | 1 | $2,700.00 | 0.04% |
| Nobody, Nobody | 1 | $9,139.00 | 0.12% |
| Paypal | 4 | $10,500.35 | 0.14% |
| P▓ V▓ O▓ LLC | 3 | $71,400.00 | 0.97% |
| Prime Trust LLC | 1 | $253,585.10 | 3.44% |
| Progressive | 2 | $20.00 | 0.00% |
| R▓, J▓ /J▓ | 2 | $67,000.00 | 0.91% |
| R▓, J▓ /J▓ (returned) | 1 | $67,000.00 | 0.91% |

as of December 2, 2022

**Summary of Deposit Sources**
**Ian B. Freeman**
**Service Credit Union Classic Checking, A/C ##62**
**June 2019 - September 2020 (closed)**

| Deposit Source | Count | Total Deposited | Percentage of Total |
|---|---|---|---|
| Route 101 Goods LLC | 7 | $670,393.00 | 9.09% |
| Talk Media Inc. | 1 | $558.00 | 0.01% |
| The D█ and D████ A███ T█ | 1 | $16,000.00 | 0.22% |
| T█████, N███ I. | 17 | $61,957.00 | 0.84% |
| T████, J███ | 4 | $38,150.00 | 0.52% |
| V███, D████ I. Tr FBO D█████ I. V███ | 1 | $305,000.00 | 4.14% |
| Venmo | 3 | $1,089.34 | 0.01% |
| Grand Total | 464 | $7,371,940.97 | 100.00% |

**Summary of Payees**
**Ian B. Freeman**
**Service Credit Union Classic Checking, A/C ##62**
**June 2019 - September 2020 (closed)**

| Payee | Count | Total Paid | Percentage of Total |
|---|---|---|---|
| AgFed Cu | 2 | -$0.26 | 0.00% |
| Agriculture Federal | 1 | -$55.00 | 0.00% |
| All in One Market | 1 | -$25.79 | 0.00% |
| AuthNet Gateway | 10 | -$648.20 | 0.01% |
| Bank Fee | 59 | -$1,200.00 | 0.02% |
| Bank of America | 1 | -$250.00 | 0.00% |
| BC Exchange | 20 | -$3,020,000.00 | 40.96% |
| Bitstamp Limited | 3 | -$137,000.00 | 1.86% |
| BkCd Processing | 8 | -$290.58 | 0.00% |
| Blockchain Access Ik Idt | 1 | -$5,000.00 | 0.07% |
| Capital One | 9 | -$13,738.83 | 0.19% |
| Citgo | 3 | -$73.80 | 0.00% |
| Citizens Bank | 1 | -$100.00 | 0.00% |
| City of Keene | 2 | -$7,176.30 | 0.10% |
| Dominos Pizza | 1 | -$8.71 | 0.00% |
| E█████, M█ | 1 | -$6,825.00 | 0.09% |
| Eversource | 24 | -$3,818.45 | 0.05% |
| Freeman, Ian | 1 | -$4,500.00 | 0.06% |
| General Bytes | 1 | -$9,999.00 | 0.14% |
| Google Pay | 1 | -$1.00 | 0.00% |
| HSBC Bank | 1 | -$0.73 | 0.00% |
| Item Missing | 1 | -$283.94 | 0.00% |
| Legal | 1 | -$5,000.00 | 0.07% |
| Legal Tender Services PLLC | 4 | -$25,000.00 | 0.34% |
| Mighty Moose Marts LLC | 2 | -$50,000.00 | 0.68% |
| MX1 LTD | 1 | -$9,600.00 | 0.13% |
| NH Department of State | 1 | -$50.00 | 0.00% |
| Paypal | 2 | -$4,000.35 | 0.05% |
| Payward Ventures Inc. | 13 | -$2,672,000.00 | 36.24% |
| PNC Bank | 3 | -$73.73 | 0.00% |
| Portsmouth Parking | 1 | -$6.00 | 0.00% |
| Prime Trust LLC | 11 | -$925,000.00 | 12.55% |
| Radius Bank | 1 | -$100.00 | 0.00% |
| Reformed Satanic Church | 2 | -$230,000.00 | 3.12% |
| Robin Hood | 1 | -$500.00 | 0.01% |
| R████, J████/J████ (returned) | 1 | -$67,000.00 | 0.91% |
| Route 101 Goods LLC | 2 | -$8,748.00 | 0.12% |
| Shire Free Church | 1 | -$100,000.00 | 1.36% |
| Summit Store | 1 | -$25.53 | 0.00% |
| T████, J████ | 4 | -$38,150.00 | 0.52% |
| UPMA | 9 | -$23,200.00 | 0.31% |
| Venmo | 2 | -$0.34 | 0.00% |
| WalMart | 1 | -$25.80 | 0.00% |
| Withdrawal | 1 | -$3,181.25 | 0.04% |
| **Grand Total** | **217** | **-$7,372,656.59** | **100.00%** |

as of December 2, 2022