## Bank of America - 8465

| Deposit Source | Transactions | Total | Connection to Business |
|---|---|---|---|
| Counter Credit | 42 | $345,200.00 | |
| M▮ A▮ | 1 | $71,000.00 | Telegram |
| G▮ B▮ | 2 | $10,300.00 | Telegram |
| D▮ D▮ | 2 | $19,400.00 | Telegram |
| D▮ T. V▮ | 2 | $450,000.00 | Telegram; Testifying Witness |
| T▮ E▮ | 1 | $1,300.00 | Telegram |
| L▮ G▮ | 1 | $2,400.00 | Telegram |
| D▮ H▮ | 2 | $160,000.00 | Telegram |
| L▮ L▮ | 1 | $82,345.65 | Telegram; Letter from Freeman to Bank |
| S▮ L▮ L▮ | 8 | $129,400.00 | Telegram |
| M▮ M▮ | 1 | $9,930.00 | LocalBitcoin; Freeman Computer |
| K▮ M▮ | 1 | $75,000.00 | Telegram |
| R▮ M▮ | 3 | $16,750.00 | Telegram; Trial Testimony of Harold Jones |
| M▮ O▮ | 2 | $8,800.00 | Telegram |
| RJB▮ F▮ Trust | 3 | $184,000.00 | LocalBitcoin |
| D▮ A▮ | 1 | $28,000.00 | Telegram |
| N▮ T▮ | 7 | $69,850.00 | Telegram; Testifying Witness |
| D▮ W▮ | 2 | $18,000.00 | Telegram |
| TOTAL | | **$1,706,875.65** | |

## PAYEES

| Payee | Count | Total |
|---|---|---|
| Ian Freeman | 4 | -$134,100.00 |
| Payward (Kraken) | 11 | -$1,768,100.00 |
| **TOTAL** | | $1,902,200.00 |

**Summary of Deposit Sources**
**Bank of America CHK 8465**
**Ian B. Freeman (closed)**
**Time Period: October 2019 - January 2020**

| Deposit Source | Count | Total Deposited | Percentage of Total |
|---|---|---|---|
| A█████, M███ D. | 1 | $71,000.00 | 3.68% |
| B█████, G██ M. | 2 | $10,300.00 | 0.53% |
| Counter Credit | 42 | $345,200.00 | 17.89% |
| D████, D██ H. | 2 | $19,400.00 | 1.01% |
| D████ I███████ V█████ Revocable | 2 | $450,000.00 | 23.32% |
| Deposit | 7 | $214,119.05 | 11.10% |
| E█████, T██ D. | 1 | $1,300.00 | 0.07% |
| G██, I█ A. | 1 | $2,400.00 | 0.12% |
| H█████, D██ F. | 2 | $160,000.00 | 8.29% |
| Kalli Enterprises LLC | 1 | $4,000.00 | 0.21% |
| L█, I█ L. | 1 | $82,345.65 | 4.27% |
| L█, S██ L█ | 8 | $129,400.00 | 6.71% |
| M█████, M██ D. | 1 | $9,930.00 | 0.51% |
| M█████, K███ M█ | 1 | $75,000.00 | 3.89% |
| M█████, R█ A. | 3 | $16,750.00 | 0.87% |
| Mobile Deposit | 2 | $2,200.00 | 0.11% |
| M█████ R O████ F█████ Trust | 2 | $8,800.00 | 0.46% |
| Reversal | 1 | $10,000.00 | 0.52% |
| RJ B█████ F█████ Trust of █████ | 3 | $184,000.00 | 9.53% |
| The D█████ and D█████ A█████ Trust | 1 | $28,000.00 | 1.45% |
| Transfer Account Missing | 2 | $17,500.00 | 0.91% |
| Transfer from Card 3243 | 1 | $250.00 | 0.01% |
| T█████, N███ A. | 7 | $69,850.00 | 3.62% |
| W█████, D██ W. | 2 | $18,000.00 | 0.93% |
| **Grand Total** | **96** | **$1,929,744.70** | **100.00%** |

**Summary of Payees**
**Bank of America CHK 8465**
**Ian B. Freeman (closed)**
**Time Period: October 2019 - January 2020**

| Payee | Count | Total Paid | Percentage of Total |
|---|---|---|---|
| Account Closing Transaction | 1 | -$4,414.70 | 0.23% |
| Bank Fee | 60 | -$1,055.00 | 0.05% |
| Freeman, Ian | 4 | -$134,100.00 | 6.95% |
| Payward Ventures Inc. | 11 | -$1,768,100.00 | 91.62% |
| Route 101 Goods LLC | 1 | -$75.00 | 0.00% |
| Transfer Account Missing | 4 | -$20,000.00 | 1.04% |
| UPMA | 1 | -$2,000.00 | 0.10% |
| **Grand Total** | **82** | **-$1,929,744.70** | **100.00%** |

as of November 19, 2022