Santander Bank - 9819

| Deposit Source | Transactions | Total | Connection to Business |
|---|---|---|---|
| L█ B█ | 1 | $1,800.00 | Telegram |
| K█ C█ | 4 | $28,995.00 | Telegram; Testifying Witness |
| K█ M█ | 6 | $447,144.00 | Telegram |
| TOTAL | | **$477,939.00** | |

PAYEES

| Payee | Count | Total |
|---|---|---|
| Ian Freeman | 5 | -$55,000.00 |
| BC Exchange | 8 | -$1,335,000.00 |
| **TOTAL** | | **-$1,390,000.00** |

**Summary of Deposit Sources**
**Ian B. Freeman**
**Santander Bank CHK 9819**
**Time Period:  August 2020 - February 2021**

| Deposit Source | Count | Total Deposited | Percentage of Total |
|---|---|---|---|
| B▮▮▮▮, L▮▮ | 1 | $1,800.00 | 0.11% |
| Capital One | 2 | $0.20 | 0.00% |
| C▮▮, K▮▮ K. | 4 | $28,995.00 | 1.85% |
| Item Missing | 3 | $22,557.50 | 1.44% |
| Maker Unknown | 2 | $284,941.58 | 18.18% |
| M▮▮, K▮ | 6 | $447,144.00 | 28.53% |
| N▮▮, N▮ | 2 | $310,704.00 | 19.83% |
| PayPal | 2 | $0.16 | 0.00% |
| Transfer CHK 2523 (Ian B. Freeman DBA NH Peace Church) | 4 | $471,000.00 | 30.05% |
| **Grand Total** | **26** | **$1,567,142.44** | **100.00%** |

**Summary of Payees**
**Ian B. Freeman**
**Santander Bank CHK 9819**
**Time Period:  August 2020 - February 2021**

| Payee | Count | Total Paid | Percentage of Total |
|---|---|---|---|
| Bank Fee | 25 | -$490.00 | 0.03% |
| BC Exchange | 8 | -$1,335,000.00 | 85.19% |
| Closing Transaction Withdrawal | 1 | -$20,652.28 | 1.32% |
| Freeman, Ian | 4 | -$11,000.00 | 0.70% |
| Freeman, Ian B. | 1 | -$50,000.00 | 3.19% |
| Legal Tender Services PLLC | 4 | -$145,000.00 | 9.25% |
| NH Peace Church | 1 | -$5,000.00 | 0.32% |
| PayPal | 1 | -$0.16 | 0.00% |
| **Grand Total** | **45** | **-$1,567,142.44** | **100.00%** |

as of November 19, 2022