Triangle Credit Union – 7610-2

| Deposit Source | Transactions | Total | Connection to Business |
|---|---|---|---|
| Cash | 121 | $209,936.79 | |
| TOTAL | | **$209,936.79** | |

PAYEES

| Payee | Count | Total |
|---|---|---|
| Ian Freeman | 16 | -$149,000.00 |
| Shire Free Church | 6 | -$64,000.00 |
| **TOTAL** | | -$213,000.00 |

**Summary of Deposit Sources**
**Triangle Credit Union, Business Free Checking, a/c 7610-2**
**Shire Free Church Monadnock**
**Signer:  Ian B. Breeman**
**Time Period:  May 2017 - December 2017 (account closed)**

| Deposit Soure | Count | Total Deposited | Percentage of Total |
|---|---|---|---|
| Cash | 121 | $209,936.79 | 90.96% |
| Deposit/Item Missing | 5 | $19,885.25 | 8.62% |
| Free Talk Live/Ian Freeman | 1 | $980.00 | 0.42% |
| JP Morgan Chase | 2 | $0.50 | 0.00% |
| State Farm Bank | 2 | $0.15 | 0.00% |
| **Grand Total** | **131** | **$230,802.69** | **100.00%** |

**Summary of Deposit Sources**
**Triangle Credit Union, Business Free Checking, a/c 7610-2**
**Shire Free Church Monadnock**
**Signer:  Ian B. Breeman**
**Time Period:  May 2017 - December 2017 (account closed)**

| Payee | Count | Total Paid | Percentage of Total |
|---|---|---|---|
| Freeman Ian B. Transfer | 4 | -$29,000.00 | 12.56% |
| Freeman, Ian | 12 | -$120,000.00 | 51.99% |
| JP Morgan Chase | 1 | -$0.50 | 0.00% |
| Share Draft 1012 Trace# 0905: | 1 | -$8,000.00 | 3.47% |
| Shire Free Church | 6 | -$64,000.00 | 27.73% |
| State Farm Bank | 2 | -$0.15 | 0.00% |
| Withdrawal | 1 | -$302.04 | 0.13% |
| Withdrawal/Reversed Deposit | 1 | -$8,000.00 | 3.47% |
| Withrawal/Reversed Deposit | 1 | -$1,500.00 | 0.65% |
| **Grand Total** | **29** | **-$230,802.69** | **100.00%** |

as of December 11, 2020

18R82_REP-06603