## AgFed Credit Union - 9908

| Deposit Source | Transactions | Total | Connection to Business |
|---|---|---|---|
| Cash | 16 | $67,356.00 | |
| **TOTAL** | | **$67,356.00** | |

## PAYEES

| Payee | Count | Total |
|---|---|---|
| Signature Bank | 1 | -$55,000.00 |
| **TOTAL** | | **-$55,000.00** |

```
                                                                    12/01/19    12/31/19

                                                                          1


        IAN B FREEMAN                         A dream vacation is in your future ...an
                                              AgFed Signature Loan can make it easy
        KEENE NH 03431                        for you to get there.
                                              Get going now at www.agfed.org.




12/01 ID 01 PRIMARY SHARE ACCOUNT Previous Balance                                5.00
12/31       Ending Balance                                                        5.00
            Dividends Paid Year to Date                            0.00
--------------------------------------------------------------------------------------
12/01 ID 08 SHARE DRAFT CHECKING Previous Balance                                50.00
12/02       VER CAMPUS USA CREDIT UNION 107 NW 140TH
            TER. NEWBERRY FL
12/02       Deposit Shared Branch #120200002847                  1450.00      1500.00
            CAMPUS USA CREDIT UNION 107 NW 140TH TER.
            NEWBERRY FL
12/02       VER USMID FLOR 128 S. Brevard Ave Arcadia
            FL
12/02       VER DOVER-PHILA FEDERAL CREDI 5465 E State
            Rd Newcomerstown OH
12/02       Deposit Shared Branch #9336174391                    2200.00      3700.00
            DOVER-PHILA FEDERAL CREDI 5465 E State Rd
            Newcomerstown OH
12/02       VER Christian FCU 41690 W 10 Mile Road
            Novi MI
12/02       VER Christian FCU 41690 W 10 Mile Road
            Novi MI
12/02       Deposit Shared Branch #000000122986                  6000.00      9700.00
            Christian FCU 41690 W 10 Mile Road Novi MI
12/03       VER PTF FCU - MADISON BRANCH 3230 S
            MADISON ST MUNCIE IN
12/03       Deposit Shared Branch #120300007089                  8000.00     17700.00
            PTF FCU - MADISON BRANCH 3230 S MADISON ST
            MUNCIE IN
12/03       VER Christian FCU 41690 W 10 Mile Road
            Novi MI
12/03       Deposit Shared Branch #000000118934                  5000.00     22700.00
            Christian FCU 41690 W 10 Mile Road Novi MI
12/03       VER DAY AIR CREDIT UNION 3434 YORK COMMONS
            BLVD DAYTON OH
12/03       VER DAY AIR CREDIT UNION 3434 YORK COMMONS
            BLVD DAYTON OH
12/03       Deposit Shared Branch #504327098301                  3005.00     25705.00
            DAY AIR CREDIT UNION 3434 YORK COMMONS
            BLVD DAYTON OH
12/04       VER Bethpage FCU 899 South Oyster Bay Ro
            Bethpage NY
12/04       Deposit Shared Branch #000000863629                   920.00     26625.00
            Bethpage FCU 899 South Oyster Bay Ro
            Bethpage NY
12/04       VER Christian FCU 41690 W 10 Mile Road
            Novi MI
12/04       Deposit Shared Branch #000000049139                  6700.00     33325.00
            Christian FCU 41690 W 10 Mile Road Novi MI
12/04       VER Christian FCU 18441 Utica Rd.
            Roseville MI
12/04       VER Christian FCU 41690 W 10 Mile Road
            Novi MI
12/05       VER 0T0046 358 S Elkhart Ave Elkhart IN
12/05       Deposit Shared Branch #000000137955                  4000.00     37325.00
            --- Continued on following page ---
12
```



```
                                                             12/01/19    12/31/19

                                                                   2


        IAN B FREEMAN                        A dream vacation is in your future ...an
                                             AgFed Signature Loan can make it easy
        KEENE NH 03431                       for you to get there.
                                             Get going now at www.agfed.org.




              0T0046 358 S Elkhart Ave Elkhart IN
12/06         VER APCU FLOYD COUNTY BRANCH 3040 MARTHA
              BERRY HWY ROME GA
12/06         Deposit Shared Branch #120600008695                3049.00  40374.00
              APCU FLOYD COUNTY BRANCH 3040 MARTHA BERRY
              HWY ROME GA
12/06         VER OSAGE BEACH BRANCH 5286 OSAGE BEACH
              PARKWA OSAGE BEACH MO
12/06         Deposit Shared Branch #120600006793               2500.00  42874.00
              OSAGE BEACH BRANCH 5286 OSAGE BEACH PARKWA
              OSAGE BEACH MO
12/06         VER PANAMA CITY 2615 HIGHWAY 77 PANAMA
              CITY FL
12/06         Deposit Shared Branch #120600003078               3000.00  45874.00
              PANAMA CITY 2615 HIGHWAY 77 PANAMA CITY FL
12/06         VER Spirit Of Alaska 407 Old Steese Highwa
              Fairbanks AK
12/06         Deposit Shared Branch #000000578422               3000.00  48874.00
              Spirit Of Alaska 407 Old Steese Highwa
              Fairbanks AK
12/06         VER 0T0046 358 S Elkhart Ave Elkhart IN
12/06         VER NATIONAL CITY 3003 HIGHLAND AVENUE
              NATIONAL CITY CA
12/06         Deposit Shared Branch #120600003627               3000.00  51874.00
              NATIONAL CITY 3003 HIGHLAND AVENUE
              NATIONAL CITY CA
12/06         VER MIDLAND CREDIT UNION 2891 106TH ST
              URBANDALE IA
12/06         Deposit Shared Branch #120620001674               3002.00  54876.00
              MIDLAND CREDIT UNION 2891 106TH ST
              URBANDALE IA
12/06         VER Resource One CU 9211 JONES RD HOUSTON
              TX
12/06         Deposit Shared Branch #000175838160              12530.00  67406.00
              Resource One CU 9211 JONES RD HOUSTON TX
12/11         Withdrawal                                      -55000.00  12406.00
              OUTGOING WIRE SIGNATURE BANK
12/11         Withdrawal                                         -25.00  12381.00
              OUTGOING WIRE FEE SIGNATURE BANK
12/12         Withdrawal                                         -20.00  12361.00
              DONATION TO FONA
12/31         Ending Balance                                             12361.00
              Dividends Paid Year to Date                          0.00
--------------------------------------------------------------------
|                                        |  Total For  | Total Year- |
|                                        | This Period |   to-Date   |
|----------------------------------------|-------------|-------------|
| Total Returned Item Fees               |       0.00  |       0.00  |
|----------------------------------------|-------------|-------------|
| Total Overdraft Fees                   |       0.00  |       0.00  |
--------------------------------------------------------------------
```

--- Continued on following page ---

13



12/01/19    12/31/19

3

IAN B FREEMAN

KEENE NH 03431

A dream vacation is in your future ...an
AgFed Signature Loan can make it easy
for you to get there.
Get going now at www.agfed.org.

```
*************************** ATM Deposits and Other Credits ***************************
Date       Amount Description              Date       Amount Description
12/02     1450.00 Deposit Shared Branch    12/05     4000.00 Deposit Shared Branch
12/02     2200.00 Deposit Shared Branch    12/06     3049.00 Deposit Shared Branch
12/02     6000.00 Deposit Shared Branch    12/06     2500.00 Deposit Shared Branch
12/03     8000.00 Deposit Shared Branch    12/06     3000.00 Deposit Shared Branch
12/03     5000.00 Deposit Shared Branch    12/06     3000.00 Deposit Shared Branch
12/03     3005.00 Deposit Shared Branch    12/06     3000.00 Deposit Shared Branch
12/04      920.00 Deposit Shared Branch    12/06     3002.00 Deposit Shared Branch
12/04     6700.00 Deposit Shared Branch    12/06    12530.00 Deposit Shared Branch
16 ATM Deposits or Other Credits for 67,356.00
*************************** Withdrawals and Other Charges ***************************
Date       Amount Description              Date       Amount Description
12/11    55000.00 Withdrawal               12/12       20.00 Withdrawal
12/11       25.00 Withdrawal
3 Withdrawals or Other Charges for 55,045.00
---------------------------------------------------------------------------------------
           Total Dividends Paid Year to Date                           0.00

*************************** Account Balance Summary ***************************
Total Shares                    Balance | Total Loans                    Balance
PRIMARY SHARE ACCOUNT              5.00 |
SHARE DRAFT CHECKING           12361.00 |
                         -------------- |
                              12366.00 |
********************************************************************************
```

14