## Wells Fargo - 7792

| Deposit Source | Transactions | Total | Connection to Business |
|---|---|---|---|
| Cash | 764 | $1,017,684.65 | |
| TOTAL | | **$1,017,684.65** | |

## PAYEES

| Payee | Count | Total |
|---|---|---|
| Ian Freeman | 64 | -$790,600.52 |
| Free Talk Live | 2 | -$9,000.00 |
| R■■ L■■ | 13 | -$1,899.54 |
| Shire Free Church | 22 | -$198,840.00 |
| **TOTAL** | | -$1,000,340.06 |

**Summary of Deposit Sources**
Wells Fargo Bank Business Choice Checking, a/c 7792 (closed)
Shire Free Church Monadnock
Signer: Ian Freeman, M▮▮▮ A. E▮▮▮
Time Period: May 2016 - April 2017

| Deposit Source | Count | Total Deposited | Percentage of Total |
|---|---|---|---|
| Bank Fee | 3 | $42.00 | 0.00% |
| Cash | 764 | $1,017,684.65 | 99.80% |
| Freeman, Ian | 11 | $1,759.90 | 0.17% |
| Promotion Bonus | 1 | $100.00 | 0.01% |
| Purchase Return | 1 | $176.74 | 0.02% |
| **Grand Total** | **780** | **$1,019,763.29** | **100.00%** |

**Summary of Payees**
Wells Fargo Bank Business Choice Checking, a/c 7792 (closed)
Shire Free Church Monadnock
Signer: Ian Freeman
Time Period: May 2016 - April 2017

| Payee | Count | Total Paid | Percentage of Total |
|---|---|---|---|
| Bank Fee | 16 | -$175.00 | 0.02% |
| Cash Deposited Fee | 9 | -$2,841.90 | 0.28% |
| Deposited Item Returned | 1 | -$398.50 | 0.04% |
| D▮▮▮, E▮▮▮ | 3 | -$14,088.00 | 1.38% |
| Free Talk Live | 2 | -$9,000.00 | 0.88% |
| Freeman, Ian | 58 | -$760,400.00 | 74.57% |
| Freeman, Ian B. | 6 | -$30,200.52 | 2.96% |
| L▮▮▮, R▮▮▮ | 13 | -$1,899.54 | 0.19% |
| Liberty In | 7 | -$35.00 | 0.00% |
| Loss Prevention Closing Entry | 1 | -$1,874.83 | 0.18% |
| O▮▮▮ C▮▮▮ | 1 | -$10.00 | 0.00% |
| Shire Free Church | 19 | -$173,840.00 | 17.05% |
| Shire Free Church Monadnock | 3 | -$25,000.00 | 2.45% |
| **Grand Total** | **139** | **-$1,019,763.29** | **100.00%** |

as of May 16, 2019

18R82_REP-06463