## Service Credit Union - 6792

| Deposit Source | Transactions | Total | Connection to Business |
|---|---|---|---|
| Cash | 160 | $350,650.86 | |
| TOTAL | | **$350,650.86** | |

## PAYEES

| Payee | Count | Total |
|---|---|---|
| Ian Freeman | 25 | -$316,840.93 |
| Shire Free Church | 13 | -$72,500.00 |
| **TOTAL** | | -$389,340.93 |

**Summary of Deposit Sources**
**Shire Free Church Monadnock, Service Credit Union, A/C 6792  (closed)**
**Signers:  Ian Freeman/M█████ E███████**
**Time Period:  May 2016 - May 2017**

| Deposit Source | Count | Total Deposited | Percentage of Total |
|---|---|---|---|
| Ally Bank | 2 | $0.46 | 0.00% |
| Cash | 160 | $350,650.86 | 88.03% |
| Check Deposit/Missing | 16 | $39,591.07 | 9.94% |
| Error Correction | 1 | $0.50 | 0.00% |
| Item Missing | 1 | $100.00 | 0.03% |
| Prov CR SB Deposit | 2 | $8,000.24 | 2.01% |
| Wells Fargo | 2 | $0.81 | 0.00% |
| **Grand Total** | **184** | **$398,343.94** | **100.00%** |

**Summary of Payees**
**Shire Free Church Monadnock, Service Credit Union, A/C 6792  (closed)**
**Signers:  Ian Freeman/M█████ E███████**
**Time Period:  May 2016 - May 2017**

| Payee | Count | Total Paid | Percentage of Total |
|---|---|---|---|
| Ally Bank | 1 | -$0.46 | 0.00% |
| Error Correction | 1 | -$1,001.00 | 0.25% |
| Freeman, Ian | 25 | -$316,840.93 | 79.54% |
| SB Post Error | 1 | -$4,000.12 | 1.00% |
| Shire Free Chruch | 1 | -$2,000.00 | 0.50% |
| Shire Free Church | 11 | -$66,700.00 | 16.74% |
| Shire Free Church Monad | 1 | -$3,800.00 | 0.95% |
| Wells Fargo | 1 | -$0.81 | 0.00% |
| Withdrawal | 2 | -$4,000.62 | 1.00% |
| **Grand Total** | **44** | **-$398,343.94** | **100.00%** |

as of June 27, 2019