Digital Federal Credit Union - 5127

| Deposit Source | Transactions | Total | Connection to Business |
|---|---|---|---|
| Cash/Shared Branch Deposit | 203 | $725,374.92 | |
| **TOTAL** | | **$725,374.92** | |

PAYEES

| Payee | Count | Total |
|---|---|---|
| Gemini Trust Company | 16 | -$966,000.00 |
| Ian Freeman | 6 | -$102,000.00 |
| **TOTAL** | | **-$1,068,000** |

## NOTE ON SHARED BRANCH DEPOSITS

For many of the shared branch deposits, the backup deposit slip was not included, and so categorized as "Item Missing," in the bank summaries. The bank statements themselves, however, indicate that these are in fact the shared branch deposits that were at the heart of Freeman's unlicensed money transmitting business. As an illustration, below are the same transactions illustrated in the bank statements and the forensic accountant's summary:

| Date | Description | | Amount | | Balance |
|---|---|---|---|---|---|
| 07/24/2018 | DEPOSIT SBI 0724 1712 678666 14481 Gratiot Ave   Detroit   MI | | $3,500.00 | $0.00 | $54,991.67 |
| 07/24/2018 | DEPOSIT SBI 0724 1708 676722 4655 PERKIOMEN AVE   READING   PA | | $3,000.00 | $0.00 | $51,491.67 |
| 07/24/2018 | DEPOSIT SBI 0724 1546 641719 5570 WEST HIGHWAY 98   PENSACOLA   FL | | $8,000.00 | $0.00 | $48,491.67 |
| 07/24/2018 | DEPOSIT SBI 0724 1509 626736 227 GATEWAY BLVD   BRUNSWICK   GA | | $5,600.00 | $0.00 | $40,491.67 |

| Date | | | | Description | Amount | | Balance | Location |
|---|---|---|---|---|---|---|---|---|
| 7/24/2018 | C | | | Item Missing | $3,500.00 | | $40,596.67 | Detroit, MI |
| 7/24/2018 | C | | | Item Missing | $3,000.00 | | $43,596.67 | Reading, PA |
| 7/24/2018 | C | | | Item Missing | $8,000.00 | | $51,596.67 | Penssacola, FL |
| 7/24/2018 | C | | | Item Missing | $5,600.00 | | $57,196.67 | Burnswick, GA |

**Summary of Deposit Sources**
**Ian Freeman, Digital Credit Union, Member No. 5127**
**Free Checking (Account Closed)**
**July 2017 - December 2018**

| Deposit Source | Count | Total Deposited | Percentage of Total |
|---|---|---|---|
| Adjust Check Hold Days | 7 | $0.00 | 0.00% |
| B███, T███ E. | 1 | $9,990.00 | 0.85% |
| Cash | 70 | $336,481.75 | 28.74% |
| D██, B██ | 1 | $1,005.00 | 0.09% |
| Freeman, Ian | 1 | $100,000.00 | 8.54% |
| Freeman, Ian/Free Talk Live | 2 | $215,000.00 | 18.36% |
| Gemini Trust Company LLC | 1 | $20,000.00 | 1.71% |
| Item Missing | 123 | $388,893.17 | 33.22% |
| JP Morgan Chase | 2 | $0.30 | 0.00% |
| Maker Unknown | 1 | $46,166.00 | 3.94% |
| New Account | 1 | $0.00 | 0.00% |
| Reversal | 1 | $2,205.00 | 0.19% |
| Shire Free Church Monadnock | 2 | $50,000.00 | 4.27% |
| State Farm Bank Test Transaction | 2 | $0.33 | 0.00% |
| Transfer from Account 1 | 2 | $1,020.00 | 0.09% |
| **Grand Total** | **217** | **$1,170,761.55** | **100.00%** |

**Summary of Payees**
**Ian Freeman, Digital Credit Union, Member No. 5127**
**Free Checking (Account Closed)**
**July 2017 - December 2018**

| Payee | Count | Total Paid | Perecentage of Total |
|---|---|---|---|
| American Real Estate LLC | 1 | -$7,885.00 | 0.67% |
| Bank Fee | 18 | -$260.00 | 0.02% |
| Closing Transfer | 1 | -$305.92 | 0.03% |
| Debit | 5 | -$14,410.00 | 1.23% |
| Debit Returned | 1 | -$30,000.00 | 2.56% |
| F███, C███ M. | 1 | -$2,000.00 | 0.17% |
| Freeman, Ian | 6 | -$102,000.00 | 8.71% |
| Gemini Trust Company LLC | 16 | -$966,000.00 | 82.51% |
| Gemini Trust Company LLC (Returned) | 1 | -$20,000.00 | 1.71% |
| Item Missing | 2 | -$11,900.00 | 1.02% |
| JP Morgan Chase | 1 | -$0.30 | 0.00% |
| State Farm Bank Test Transaction | 2 | -$0.33 | 0.00% |
| Transfer from Account 1 | 1 | -$1,000.00 | 0.09% |
| Withdrawal | 1 | -$15,000.00 | 1.28% |
| **Grand Total** | **57** | **-$1,170,761.55** | **100.00%** |

as of May 16, 2019