Santander Bank - 2523

| Deposit Source | Transactions | Total | Connection to Business |
|---|---|---|---|
| D█ A█ | 1 | $7,800.00 | Telegram |
| R█ A█ | 2 | $25,000.00 | Telegram; Testifying Witness |
| P█ B█ | 4 | $281,900.00 | Telegram; Testifying Witness |
| K█ C█ | 5 | $110,250.00 | Telegram; Testifying Witness |
| D█ H█ | 5 | $8,500.00 | Telegram |
| **TOTAL** | | **$433,450.00** | |

PAYEES

| Payee | Count | Total |
|---|---|---|
| Ian Freeman | 8 | -$484,000.00 |
| NH Peace Church | 1 | -$675.00 |
| **TOTAL** | | **-$484,675.00** |

**Summary of Payees**
**Ian B. Freeman DBA NH Peace Church**
**Santander Bank CHK A/C 2523**
**Time Period: October 2, 2020 - December 2, 2020**

| Deposit Source | Count | Total Deposited | Percentage of Total |
|---|---|---|---|
| A▉▉, D▉ L. | 1 | $7,800.00 | 1.55% |
| A▉, R▉ A. | 2 | $25,000.00 | 4.96% |
| B▉, P▉ | 1 | $98,900.00 | 19.64% |
| B▉, P▉ A. | 3 | $183,000.00 | 36.33% |
| C▉, K▉ K. | 5 | $110,250.00 | 21.89% |
| Freeman, Ian B. | 1 | $5,000.00 | 0.99% |
| H▉, D▉ | 5 | $8,500.00 | 1.69% |
| Maker Unknown | 4 | $2,980.00 | 0.59% |
| NH Peace Church (Refund) | 1 | $675.00 | 0.13% |
| R▉, K▉ | 2 | $725.00 | 0.14% |
| Seacoast Coin & Jewelry | 1 | $2,822.50 | 0.56% |
| S▉, R▉ C. | 1 | $58,000.00 | 11.52% |
| **Grand Total** | **27** | **$503,652.50** | **100.00%** |

**Summary of Payees**
**Ian B. Freeman DBA NH Peace Church**
**Santander Bank CHK A/C 2523**
**Time Period: October 2, 2020 - December 2, 2020**

| Payee | Count | Total Paid | Percentage of Total |
|---|---|---|---|
| Bank Fee | 2 | -$195.00 | 0.04% |
| Freeman, Ian | 4 | -$13,000.00 | 2.68% |
| NH Peace Church | 1 | -$675.00 | 0.14% |
| Transfer CHK 9819 (Ian B. Free | 4 | -$471,000.00 | 97.14% |
| **Grand Total** | **11** | **-$484,870.00** | **100.00%** |

as of November 19, 2022