## CIT Bank - 4049

| Deposit Source | Transactions | Total | Connection to Business |
|---|---|---|---|
| J█ B█ | 2 | $11,900.00 | Telegram |
| K█ C█ | 6 | $39,058.00 | Telegram; Testifying Witness |
| D█ A█ | 1 | $45,000.00 | Telegram |
| T█ T█ T█ | 5 | $4,300.00 | Telegram |
| TOTAL | | **$100,258.00** | |

## PAYEES

| Payee | Count | Total |
|---|---|---|
| BC Exchange | 2 | -$250,000.00 |
| Ian Freeman | 1 | -$67,307.68 |
| **TOTAL** | | -$317,307.68 |

Summary of Deposit Sources
Ian B. Freeman
CIT Bank E-CHK 4049
Time Period: September 30, 2020 - April 30, 2021

| Deposit Source | Count | Total Deposited | Percentage of Total |
|---|---|---|---|
| B▮▮, J▮ H. | 2 | $11,900.00 | 3.23% |
| C▮, K▮ K. | 6 | $39,058.00 | 10.60% |
| D▮ and D▮ A▮ Trust | 1 | $45,000.00 | 12.21% |
| Etrade | 2 | $0.45 | 0.00% |
| Freeman, Ian B. | 1 | $100.00 | 0.03% |
| Interest | 7 | $59.40 | 0.02% |
| Item Missing | 1 | $20,652.28 | 5.61% |
| Paypal | 2 | $0.27 | 0.00% |
| S▮, R▮ C▮ | 1 | $247,385.00 | 67.14% |
| T▮, T▮ T▮ | 1 | $4,300.00 | 1.17% |
| **Grand Total** | **24** | **$368,455.40** | **100.00%** |

Summary of Payees
Ian B. Freeman
CIT Bank E-CHK 4049
Time Period: September 30, 2020 - April 30, 2021

| Payee | Count | Total Paid | Percentage of Total |
|---|---|---|---|
| BC Exchange | 2 | -$250,000.00 | 67.85% |
| Etrade | 1 | -$0.45 | 0.00% |
| Freeman, Ian Bernard | 1 | -$67,307.68 | 18.27% |
| K▮, B▮ | 1 | -$7,000.00 | 1.90% |
| Legal Tender Services PLLC | 4 | -$39,147.00 | 10.62% |
| Paypal | 2 | -$5,000.27 | 1.36% |
| **Grand Total** | **11** | **-$368,455.40** | **100.00%** |

as of 6/9/2023