Digital Federal Credit Union – F▮▮▮ – 4760

| Deposit Source | Transactions | Total | Connection to Business |
|---|---|---|---|
| Shared Branch Deposit | 7 | $100,600.00 | |
| M▮ A▮ | 2 | $18,000.00 | Telegram |
| S▮ B▮ | 1 | $25,000.00 | LocalBitcoin |
| G▮ B▮ | 1 | $7,000.00 | Telegram |
| K▮ C▮ | 2 | $32,800.00 | Telegram; Testifying Witness |
| D▮ D▮ | 2 | $28,450.00 | Telegram |
| A▮ D▮ | 1 | $3,650.00 | LocalBitcoin |
| L▮ G▮ | 1 | $16,500.00 | Telegram |
| J▮ A▮ H▮ | 1 | $40,000.00 | LocalBitcoin |
| R▮ M▮ | 1 | $3,500 | Telegram; Trial Testimony of H▮ J▮ |
| M▮ M▮ P▮ | 1 | $15,010.00 | LocalBitcoin; Freeman's Computer |
| RJ B▮ F▮ Trust | 3 | $63,000.00 | LocalBitcoin |
| T▮ R▮ | 1 | $14,000.00 | Telegram |
| K▮ S▮ | 1 | $3,802.00 | LocalBitcoin |
| N▮ T▮ | 4 | $31,200.00 | Telegram; Testifying Witness |
| D▮ W▮ | 1 | $5,000.00 | Telegram |
| **TOTAL** | | **$407,512.00** | |

PAYEES

| Payee | Count | Total |
|---|---|---|
| Ian Freeman | 9 | -$425,442.00 |
| **TOTAL** | | **-$425,442.00** |

As with DCU 5127, there were 7 shared branch deposits that did not have backup slips, so they are categorized by the accountant as "Item Missing," but the bank records make clear they are the type of shared branch deposits at the heart of Freeman's operation.

**Summary of Deposit Sources**
C▇▇▇ F▇▇▇▇, DCU CHK 4760 (closed)
**December 2018 - January 2020**

| Deposit Source | Count | Total Deposited | Percentage of Total |
|---|---|---|---|
| A▇▇, M▇ D. | 2 | $18,000.00 | 4.23% |
| B▇, S▇ A. | 1 | $25,000.00 | 5.88% |
| B▇, G▇ M. | 1 | $7,000.00 | 1.65% |
| Cash | 1 | $10.00 | 0.00% |
| C▇, K▇ K. | 2 | $32,800.00 | 7.71% |
| C▇, C▇ | 1 | $15,000.00 | 3.53% |
| D▇, D▇ H. | 2 | $28,450.00 | 6.69% |
| D▇, A▇ L▇ | 1 | $3,650.00 | 0.86% |
| G▇, L▇ A. | 1 | $16,500.00 | 3.88% |
| H▇, J▇ A | 1 | $40,000.00 | 9.40% |
| Item Missing | 7 | $100,600.00 | 23.64% |
| Kalli Enterprises LLC | 1 | $3,000.00 | 0.71% |
| M▇, R▇ A. | 1 | $3,500.00 | 0.82% |
| P▇, D. M▇ | 1 | $15,010.00 | 3.53% |
| RJ B▇ F▇ Trust of ▇ | 3 | $63,000.00 | 14.81% |
| R▇, T▇ A. | 1 | $14,000.00 | 3.29% |
| S▇, K▇ R. | 1 | $3,802.00 | 0.89% |
| T▇, N▇ A. | 4 | $31,200.00 | 7.33% |
| W▇, D▇ W. | 1 | $5,000.00 | 1.18% |
| **Grand Total** | **33** | **$425,522.00** | **100.00%** |

**Summary of Payees**
C▇▇▇ F▇▇▇▇, DCU CHK 4760 (closed)
**December 2018 - January 2020**

| Payee | Count | Total Paid | Percentage of Total |
|---|---|---|---|
| Bank Fee | 5 | -$75.00 | 0.02% |
| Freeman, Ian | 9 | -$425,442.00 | 99.98% |
| **Grand Total** | **14** | **-$425,517.00** | **100.00%** |

as of November 19, 2022