GFA Federal Credit Union – F█████ – 7902

| Deposit Source | Transactions | Total | Connection to Business |
|---|---|---|---|
| Cash/Shared Branch | 20 | $53,537.85 | |
| TOTAL | | **$53,537.85** | |

PAYEES

| Payee | Count | Total |
|---|---|---|
| C███ F███ (closeout) | 1 | -$53,537.85 |
| **TOTAL** | | -$53,537.85 |

**Summary of Transactions**
C▮▮▮▮ M. F▮▮▮▮
GFA Federal Credit Union, Easy Choice Checking, A/C 7902
Period: November 2018 - April 2019

| Post Date | Type | Ckno | Memo | Payer/Payee | Credit Amount | Debit Amount | Balance | Notes |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  | Beginning Balance |  |  | $0.00 |  |
| 11/9/2018 |  |  |  | Cash | $20.00 |  | $20.00 |  |
| 11/14/2018 |  |  |  | Cash | $2,700.00 |  | $2,720.00 | OR d▮▮▮ 8/21, Portland, OR |
| 11/15/2018 |  |  |  | Cash | $701.23 |  | $3,421.23 | wadl harrinc 208 jp, N▮ C. F▮ Bellingham, WA |
| 11/15/2018 |  |  |  | Cash | $2,000.00 |  | $5,421.23 | wa bennete 52408, Puyallup, WA |
| 11/19/2018 |  |  |  | Cash | $580.00 |  | $6,001.23 | Saint Paul, MN |
| 11/19/2018 |  |  |  | Cash | $600.00 |  | $6,601.23 | Elmont, NY |
| 11/20/2018 |  |  |  | Cash | $3,000.00 |  | $9,601.23 | H▮▮▮, Kapaa, HI |
| 11/21/2018 |  |  |  | Cash | $2,310.00 |  | $11,911.23 | W▮▮▮ Corunna, MI |
| 11/21/2018 |  |  |  | Cash | $6,130.00 |  | $18,041.23 | SCDC▮▮▮ Charleston, SC |
| 11/23/2018 |  |  |  | Cash | $3,813.00 |  | $21,854.23 | SD00▮▮▮ Rapid City, SD |
| 11/23/2018 |  |  |  | Cash | $920.00 |  | $22,774.23 | T▮ J▮ SS▮▮ Augusta, GA |
| 11/23/2018 |  |  |  | Cash | $2,800.00 |  | $25,574.23 | AL▮▮ Athens, AL |
| 11/26/2018 |  |  |  | Cash | $1,199.95 |  | $26,774.18 | J▮ H▮ K▮ Tulsa, OK |
| 11/26/2018 |  |  |  | Cash | $6,924.72 |  | $33,698.90 | N. D▮ AK ID Fairbanks, AK |
| 11/26/2018 |  |  |  | Cash | $2,306.80 |  | $36,005.70 | AK DL▮ Fairbanks, AK |
| 11/26/2018 |  |  |  | Cash | $880.00 |  | $36,885.70 | NY▮▮ Bethpage, NY |
| 11/26/2018 |  |  |  | Cash | $900.00 |  | $37,785.70 | St Paul, MN |
| 11/26/2018 |  |  |  | Cash | $3,402.00 |  | $41,187.70 | B▮ S▮ G▮ Branch, TX |
| 11/26/2018 |  |  |  | Cash | $3,520.15 |  | $44,707.85 | Massillon, OH |
| 11/27/2018 |  |  |  | Cash | $6,830.00 |  | $51,537.85 | T▮ J▮ G▮ Summerville, SC |
| 11/27/2018 |  |  |  | Cash | $2,000.00 |  | $53,537.85 | CO▮▮ Raleigh, NC |
| 11/27/2018 |  |  |  | Cash | $4,020.13 |  | $57,557.98 | ALDL▮ Tuscaloosa, AL (Gardner PD Report) |
| 11/28/2018 |  |  |  | Descriptive Withdrawal Subject of Investigation - Risk - Shared Branching |  | -$57,537.98 | $20.00 | Per K▮ Qu▮ on 7/23/2019, money pulled out by bank due to investigation. |
| 11/28/2018 |  | 52 |  | Shire Free Church |  | -$37,765.00 | -$37,745.00 | Check not honored, account was frozen. |
| 11/28/2018 |  | 52 |  | Check Returned | $37,765.00 |  | $20.00 |  |
| 4/3/2019 |  |  |  | Deposit | $53,517.85 |  | $53,537.85 |  |
| 4/3/2019 |  | 65523 | x7902 Closeout | F▮ C▮ M. |  | -$53,537.85 | $0.00 | Official check, close out per K. Q▮ |
|  |  |  |  | **Totals** | **$148,840.83** | **-$148,840.83** |  |  |