Service Credit Union – F█████ – 0019

| Deposit Source | Transactions | Total | Connection to Business |
|---|---|---|---|
| Cash/Shared Branch | 3 | $28,577.00 | |
| TOTAL | | **$28,577.00** | |

PAYEES

| Payee | Count | Total |
|---|---|---|
| C███ F███ Bank Check | 2 | -$28,617.00 |
| **TOTAL** | | -$28,617.00 |

**Summary of Transactions**
**C█████ M. F█████**
**Service Credit Union Checking, A/C 0019 (closed)**
**Period:  November 2018 - December 2018**

| Post Date | Type | Ckno | Memo | Payer/Payee | Credit Amount | Debit Amount | Balance | Notes |
|---|---|---|---|---|---|---|---|---|
| | | | | Beginning Balance | | | $0.00 | |
| 11/7/2018 | C | | | Cash | $35.00 | | $35.00 | |
| 11/7/2018 | C | | | Cash | $16,700.00 | | $16,735.00 | B███ T███ E██ Puyallup, WA |
| 11/8/2018 | C | | | Cash | $8,827.00 | | $25,562.00 | L██ P. F███, Saraland, AL |
| 11/8/2018 | C | | | Cash | $3,050.00 | | $28,612.00 | H█ G███ K███, Caldwell, ID |
| 11/30/2018 | D | 642018 | | Withdrawal | | -$25,527.00 | $3,085.00 | Bank Check payee: C███. M. F████ |
| 12/5/2018 | C | | | Transfer from Savings | $5.00 | | $3,090.00 | $5.00 cash deposit to savings made on 11/7/2018. |
| 12/5/2018 | D | 6420266 | | Withdrawal | | -$3,090.00 | $0.00 | Bank Check payee: C███. F████ |

|  | Totals | $28,617.00 | -$28,617.00 |
|---|---|---|---|

as of July 16, 2019