TD Bank – F▮▮▮▮▮ – 2980

| Deposit Source | Transactions | Total | Connection to Business |
|---|---|---|---|
| Cash | 608 | $1,956,858.27 | |
| TOTAL | | **$1,956,858.27** | |

PAYEES

| Payee | Count | Total |
|---|---|---|
| Ian Freeman | 40 | -$2,042,563.00 |
| Shire Free Church | 4 | -$154,074.00 |
| **TOTAL** | | -$2,196,637.00 |

**Summary of Deposit Sources**
**C█████ M. F█████**
**TD Bank Convenience Checking Account 2980**
**September 2018 - October 2019 (closed)**

| Deposit Source | Count | Total Deposited | Percentage of Total | |
|---|---|---|---|---|
| Cash | 608 | $1,956,858.27 | 84.69% | |
| C███, L█ L. | 1 | $13,000.00 | 0.56% | |
| C█████, D██ | 1 | $1,650.00 | 0.07% | |
| Deposit Correction | 1 | $1,000.00 | 0.04% | |
| F███, M█ | 2 | $6,000.00 | 0.26% | |
| F███, C███ M. | 3 | $82,154.85 | 3.56% | |
| Freeman, Ian | 1 | $2,000.00 | 0.09% | |
| Illegible | 1 | $1,005.00 | 0.04% | |
| Illgible, L█ | 1 | $900.00 | 0.04% | |
| J█████, J█ | 2 | $18,997.82 | 0.82% | |
| K███, D████ D. | 1 | $9,000.00 | 0.39% | |
| L███, L█ | 2 | $36,000.00 | 1.56% | |
| M███, K█ | 1 | $9,875.00 | 0.43% | |
| M███, K█████ P. B███ | 1 | $6,985.00 | 0.30% | |
| M█████, J█ | 1 | $8,000.00 | 0.35% | |
| O█████, P█ | 1 | $2,000.00 | 0.09% | |
| R████, D█ | 4 | $34,000.00 | 1.47% | |
| Returned Check | 2 | $96,447.00 | 4.17% | * |
| S█████, J█ | 1 | $990.00 | 0.04% | |
| S█████, D███ F. | 1 | $6,200.00 | 0.27% | |
| T████, J█ | 2 | $2,840.00 | 0.12% | |
| V███, R█████ (Returned) | 1 | $11,000.00 | 0.48% | * |
| Y███, W████ F. | 1 | $3,800.00 | 0.16% | |
| **Grand Total** | **640** | **$2,310,702.94** | **100.00%** | |
| *Less returned checks/deposit item | | $107,447.00 | | |
| **Adjusted Grand Total** | | **$2,203,255.94** | | |

**Summary of Payees**
**C█████ M. F█████**
**TD Bank Convenience Checking Account 2980**
**September 2018 - October 2019 (closed)**

| Payee | Count | Total Paid | Percentage of Total | |
|---|---|---|---|---|
| Account Closed | 1 | -$229.99 | 0.01% | |
| Bank Fee | 7 | -$155.00 | 0.01% | |
| Deposited Check Returned | 1 | -$11,000.00 | 0.48% | * |
| Digital Federal Credit | 1 | -$25.00 | 0.00% | |
| F███, C███ M. | 1 | -$55.00 | 0.00% | |
| Freeman, Ian | 37 | -$1,799,936.00 | 77.90% | |
| Freeman, Ian (Returned) | 1 | -$70,271.00 | 3.04% | * |
| Freeman, Ian B. | 3 | -$242,627.00 | 10.50% | |
| H███ C███ Chk | 1 | -$11.95 | 0.00% | |
| Route 101 Goods LLC | 5 | -$6,142.00 | 0.27% | |
| Shire Free Church | 4 | -$154,074.00 | 6.67% | |
| Shire Free Church (Returned) | 1 | -$26,176.00 | 1.13% | * |
| **Grand Total** | **63** | **-$2,310,702.94** | **100.00%** | |
| *Less Returned Checks/deposit item | | -$107,447.00 | | |
| **Adjusted Grand Total** | | **-$2,203,255.94** | | |

as of November 7, 2022