## TD Bank – Rt 101 Goods/R▉▉ – 1932

| Deposit Source | Transactions | Total | Connection to Business |
|---|---|---|---|
| Cash | 46 | $123,316.96 | Deposits from Branches Around the Country |
| **TOTAL** | | **$123,316.96** | |

## PAYEES

| Payee | Count | Total |
|---|---|---|
| Ian Freeman | 1 | -$51,665.00 |
| American Real Estate LLC | 1 | -$70,427.00 |
| **TOTAL** | | **-$123,092.00** |

American Real Estate LLC is owned by S▉▉ Z▉. Z▉ and Freeman had at least two contracts regarding loans and purchases of equity in "New Hampshire Vending Machine Corporation" and "Anypay, Inc."

**Summary of Payees**
Route 101 Goods LLC; signer C████████ E. R████
TD Bank Business Convenience Plus A/C 1932
August 2018 - December 2018

| Row Labels | Count | Total Deposited | Percentage of Total |
|---|---|---|---|
| Cash | 46 | $123,316.96 | 54.37% |
| FDR cash Advance Suspense | 1 | $10.00 | 0.00% |
| Route 101 Goods LLC | 3 | $100,972.14 | 44.52% |
| R████ T████ | 1 | $2,500.00 | 1.10% |
| **Grand Total** | **51** | **$226,799.10** | **100.00%** |

**Summary of Deposit Sources**
Route 101 Goods LLC; signer C████████ E. R████
TD Bank Business Convenience Plus A/C 1932
August 2018 - December 2018

| Payee | Count | Total Paid | Percentage of Total |
|---|---|---|---|
| American Real Estate LLC | 1 | -$70,427.00 | 31.05% |
| Bank Fee | 6 | -$236.64 | 0.10% |
| Debit Recovery | 1 | -$4,527.00 | 2.00% |
| Freeman, Ian | 1 | -$51,665.00 | 22.78% |
| Route 101 Goods | 2 | -$99,943.46 | 44.07% |
| **Grand Total** | **11** | **-$226,799.10** | **100.00%** |

January 27, 2020