TD Bank – Rt 101 Goods/R▮▮▮▮ – 8273

| Deposit Source | Transactions | Total | Connection to Business |
|---|---|---|---|
| Cash | 320 | $689,858.98 | |
| TOTAL | | **$689,858.98** | |

PAYEES

| Payee | Count | Total |
|---|---|---|
| Ian Freeman | 12 | -$494,514.00 |
| Shire Free Church | 1 | -$79,953.00 |
| Crypto Church of NH | 1 | -$20,000.00 |
| Transfer to TD 1932 | 3 | -$100,972.14 |
| **TOTAL** | | -$695,439.14 |

**Summary of Deposit Sources**
**TD Bank 8273, Route 101 Goods LLC**
**Signer:** C▮▮▮▮▮▮ R▮▮▮▮
**Time Period:  January 2018 - October 2018**

| Payee | Count | Total Deposited | Percentage of Total |
|---|---|---|---|
| Bank Fee | 3 | $92.00 | 0.01% |
| Capital One (Returned Payment) | 2 | $35,137.14 | 4.74% |
| Cash | 320 | $689,858.98 | 92.97% |
| Credit | 1 | $4,527.00 | 0.61% |
| D▮▮▮, M▮▮ J./D▮ C. | 1 | $2,000.00 | 0.27% |
| Illegible, J▮▮ | 1 | $5,550.00 | 0.75% |
| J▮▮▮, C▮ | 1 | $3,300.00 | 0.44% |
| M▮▮▮, A▮ | 1 | $501.40 | 0.07% |
| Transfer CHK 4848 (Route 101 Goods LLC) | 1 | $286.22 | 0.04% |
| T▮▮▮, K▮ E. | 1 | $801.00 | 0.11% |
| **Grand Total** | **332** | **$742,053.74** | **100.00%** |

**Summary of Payees**
**TD Bank 8273, Route 101 Goods LLC**
**Signer:** C▮▮▮▮▮▮ R▮▮▮▮
**Time Period:  January 2018 - October 2018**

| Payee/Payer | Count | Total Paid | Percentage of Total |
|---|---|---|---|
| Bank Fee | 23 | -$1,503.46 | 0.20% |
| Capital One (Returned) | 2 | -$35,137.14 | 4.74% |
| Crypto Church of NH | 1 | -$20,000.00 | 2.70% |
| Debit | 1 | -$4,500.00 | 0.61% |
| Feeeman, Ian | 1 | -$54,314.00 | 7.32% |
| F▮▮▮, C▮ | 1 | -$124.00 | 0.02% |
| Freeman, Ian | 11 | -$440,200.00 | 59.32% |
| R▮▮▮, C▮ | 1 | -$586.00 | 0.08% |
| Route 101 Goods LLC | 7 | -$4,764.00 | 0.64% |
| Shire Free Church | 1 | -$79,953.00 | 10.77% |
| Transfer CHK 1932 (Route 101 Goods LLC) | 3 | -$100,972.14 | 13.61% |
| **Grand Total** | **52** | **-$742,053.74** | **100.00%** |

as of April 18, 2023