TD Bank – Rt 101 Goods/R█████ – 4372

| Deposit Source | Transactions | Total | Connection to Business |
|---|---|---|---|
| Cash | 87 | $142,952.50* | |
| D██ M████ | 1 | $4001.00 | Memo on Check was "BTC xchange" |
| **TOTAL** | | **$146,953.50** | |

PAYEES

| Payee | Count | Total |
|---|---|---|
| Ian Freeman | 7 | -$125,695.00 |
| Shire Free Church | 16 | -$19,414.76 |
| Transfer to TD 4848 | 2 | -$8,500.00 |
| **TOTAL** | | **-$153,609.76** |

*R█████ operated this account as the business account until July 2017. On July 14, 2017, R█████ signed the "Agreement to Assist Shire Bitcoin's Outreach Operations with Banking Support" contract with Freeman, specifically identifying the 4372 account as the account to be used. Days after July 14, the number of cash deposits into the account vastly increased. Only deposits made after the July 14, 2017 contract was signed are included in the government's calculations.

**Summary of Deposit Sources**
**Route 101 Goods LLC**
**TD Business Convenience Plus, A/C 4372**
**Signatories:** C▇▇▇ R▇▇▇ and C▇▇ M. F▇▇▇
**January 2016 - September 2017**

| Deposit Source | Count | Total Deposited | Percentage of Total |
|---|---|---|---|
| A.L. G▇▇, C.A. G▇▇ | 1 | $47.00 | 0.02% |
| Advance Auto Parts | 1 | $22.00 | 0.01% |
| A▇▇ L. H▇▇ | 1 | $73.00 | 0.03% |
| A▇▇ H▇▇ | 1 | $90.00 | 0.04% |
| BankCard 3241 BTOT Dep | 37 | $1,983.90 | 0.81% |
| BankCard 3241 MTOT Dep | 268 | $24,240.61 | 9.89% |
| BitPay, Inc | 11 | $546.73 | 0.22% |
| Blueberry Hill Sheds & Barns | 30 | $26,756.41 | 10.91% |
| Capital One | 2 | $0.38 | 0.00% |
| Cash | 139 | $155,734.60 | 63.52% |
| C▇▇ L. M▇▇, R▇▇ J. M▇▇ | 1 | $43.00 | 0.02% |
| C▇▇ M. F▇▇ | 3 | $2,440.00 | 1.00% |
| C▇▇ M▇▇, J▇▇ M▇▇ | 3 | $154.04 | 0.06% |
| D▇▇ A▇▇, C▇▇ I. R▇▇ | 1 | $34.00 | 0.01% |
| D▇▇ E. W▇▇ | 1 | $339.90 | 0.14% |
| D▇▇ M▇▇ | 1 | $4,001.00 | 1.63% |
| Debit Reversal | 1 | $4,500.00 | 1.84% |
| Deposit Correction | 1 | $626.00 | 0.26% |
| D▇▇ G▇▇ | 4 | $248.53 | 0.10% |
| E▇▇ M. B▇▇ | 2 | $812.75 | 0.33% |
| E▇▇ N▇▇ | 1 | $23.73 | 0.01% |
| E▇▇ T▇▇ | 1 | $114.00 | 0.05% |
| Facebook | 2 | $0.40 | 0.00% |
| F▇▇ V▇▇ M▇▇ | 1 | $27.50 | 0.01% |
| Free Talk Live, Ian Freeman | 1 | $1,500.00 | 0.61% |
| Google | 1 | $0.48 | 0.00% |
| G▇▇ P. K▇▇, L▇▇ J. K▇▇ | 1 | $32.80 | 0.01% |
| Home Depot | 4 | $61.37 | 0.03% |
| J▇▇ R. A▇▇, S▇▇ R. A▇▇ | 2 | $86.90 | 0.04% |
| K▇▇ W. W▇▇, C▇▇ M. W▇▇ | 1 | $32.00 | 0.01% |
| M▇▇ R. C▇▇ | 1 | $41.13 | 0.02% |
| M▇▇ E. H▇▇ | 1 | $19.99 | 0.01% |
| Michaels Stores | 1 | $9.78 | 0.00% |
| Overdraft Paid | 1 | $46.79 | 0.02% |
| P▇▇ N. L▇▇s | 1 | $18.00 | 0.01% |
| Returned Item | 27 | $8,525.92 | 3.48% |
| Route 101 Goods LLC | 2 | $1,400.00 | 0.57% |
| R▇▇ M. R▇▇ | 1 | $7,500.00 | 3.06% |
| Square Inc. | 12 | $437.25 | 0.18% |
| Staples | 1 | $94.99 | 0.04% |
| Suntrust Bank | 2 | $0.57 | 0.00% |
| S▇▇ A. M▇▇ | 1 | $45.00 | 0.02% |
| Transfer from CK 4848 | 1 | $101.30 | 0.04% |
| Transfer from SV 9991 | 5 | $363.26 | 0.15% |
| Wells Fargo | 1 | $2,000.00 | 0.82% |
| **Grand Total** | **582** | **$245,177.01** | **100.00%** |

**Route 101 Goods LLC**
**Summary of Payees**
**TD Business Convenience Plus, A/C 4372**
**Signatories:** C▮▮▮▮▮ R▮▮▮▮▮ and C▮▮▮ M. F▮▮▮▮
**January 2016 - September 2017**

| Payee | Count | Total Paid | Percentage of Total |
|---|---|---|---|
| 104.9 Nash Icon | 8 | -$3,600.00 | 1.45% |
| 7 Eleven | 20 | -$611.48 | 0.25% |
| Ace Rental Center | 1 | -$29.70 | 0.01% |
| Advance Auto Parts | 1 | -$133.59 | 0.05% |
| Affirm Com Payments | 3 | -$495.00 | 0.20% |
| Alie Express | 1 | -$8.20 | 0.00% |
| Amazon | 26 | -$1,194.05 | 0.48% |
| American Air | 1 | -$354.20 | 0.14% |
| Amiccis | 1 | -$30.52 | 0.01% |
| Amrei | 1 | -$37.00 | 0.01% |
| B▮▮, H▮▮ | 3 | -$116.56 | 0.05% |
| Bank Fee | 26 | -$434.00 | 0.17% |
| BankCard 3241 MTOT Dep | 2 | -$284.99 | 0.11% |
| BankCard 3241 MTOT Disc | 19 | -$1,100.92 | 0.44% |
| B▮▮, A▮ | 6 | -$223.41 | 0.09% |
| B▮▮, A▮ | 4 | -$278.13 | 0.11% |
| Beeze Tees LLC | 4 | -$178.15 | 0.07% |
| Bela Business Consulting LLC | 1 | -$26.40 | 0.01% |
| B▮▮, H▮ | 2 | -$90.71 | 0.04% |
| B▮▮, J▮ | 3 | -$117.00 | 0.05% |
| Better than Average LLC | 1 | -$236.40 | 0.10% |
| Blackwater Mustard Co LLC | 2 | -$194.00 | 0.08% |
| Blueberry Fields | 1 | -$20.93 | 0.01% |
| BluePay Inc. | 23 | -$502.40 | 0.20% |
| Bond Auto Parts Inc | 1 | -$3.89 | 0.00% |
| B▮▮, ▮ | 2 | -$65.73 | 0.03% |
| B▮▮, K▮ | 3 | -$110.49 | 0.04% |
| B▮▮, D▮ | 2 | -$82.50 | 0.03% |
| Canfields Garage | 1 | -$100.00 | 0.04% |
| Capital Investments | 1 | -$153.93 | 0.06% |
| Capital One | 3 | -$220.00 | 0.09% |
| C▮▮, M▮ Family F | 1 | -$75.00 | 0.03% |
| Cash Depoisted Fee | 1 | -$102.25 | 0.04% |
| Cash Deposited Fee | 1 | -$138.18 | 0.06% |
| CB Purchase | 26 | -$1,060.00 | 0.43% |
| Ceilich | 2 | -$108.50 | 0.04% |
| Ceilidh | 3 | -$168.22 | 0.07% |
| C▮▮, L▮ | 9 | -$385.61 | 0.16% |

| Name | Count | Amount | Percent |
|---|---|---|---|
| Cherry Garden | 1 | -$20.26 | 0.01% |
| Circle K | 2 | -$73.20 | 0.03% |
| Citgo | 22 | -$790.35 | 0.32% |
| City of Keene | 1 | -$200.00 | 0.08% |
| Coinbase | 35 | -$1,799.22 | 0.72% |
| C▮▮, P▮ | 3 | -$163.34 | 0.07% |
| C▮▮, R▮ | 1 | -$220.00 | 0.09% |
| Corner News | 1 | -$45.73 | 0.02% |
| Cumberland Farm | 4 | -$178.11 | 0.07% |
| D▮, I▮ | 2 | -$81.40 | 0.03% |
| D▮, T▮ | 7 | -$286.22 | 0.12% |
| Debit | 1 | -$150.00 | 0.06% |
| Debit Reversal | 1 | -$4,500.00 | 1.81% |
| Dicks Clothing | 1 | -$53.97 | 0.02% |
| Dollar Tree | 4 | -$28.00 | 0.01% |
| DolrTree | 1 | -$10.00 | 0.00% |
| D▮▮▮, B▮ | 1 | -$150.45 | 0.06% |
| Dominos | 2 | -$46.75 | 0.02% |
| DTV Directv Service | 1 | -$199.11 | 0.08% |
| Dunkin | 2 | -$21.69 | 0.01% |
| D▮, E▮ | 3 | -$147.13 | 0.06% |
| E▮, L▮ | 2 | -$291.14 | 0.12% |
| E▮, J▮ | 3 | -$117.43 | 0.05% |
| E▮, N▮ | 1 | -$147.00 | 0.06% |
| E▮, W▮ | 1 | -$32.97 | 0.01% |
| Eversource | 19 | -$3,920.03 | 1.58% |
| E▮, L▮ | 2 | -$56.47 | 0.02% |
| ExxonMobil | 6 | -$193.92 | 0.08% |
| Facebk | 2 | -$69.82 | 0.03% |
| Facebook | 17 | -$432.10 | 0.17% |
| Fairpoint Communications | 3 | -$539.73 | 0.22% |
| Far Out Bubbles | 1 | -$36.21 | 0.01% |
| F▮, M▮ | 8 | -$484.60 | 0.19% |
| F▮, S▮ | 4 | -$137.42 | 0.06% |
| Flok | 13 | -$258.70 | 0.10% |
| Flok | 4 | -$79.60 | 0.03% |
| Freeman, Ian | 7 | -$125,695.00 | 50.55% |
| GEM Graphics | 1 | -$94.00 | 0.04% |
| G▮, T▮ | 1 | -$54.43 | 0.02% |
| G▮, K▮ | 1 | -$28.05 | 0.01% |
| Google Last Pass | 1 | -$12.00 | 0.00% |
| G▮, T▮ | 1 | -$32.00 | 0.01% |
| Grand Monadnock Maple Farm LLC | 12 | -$1,111.55 | 0.45% |
| Greater Keene Wildlife Rescue & Sanc. | 1 | -$25.00 | 0.01% |
| G▮, L▮ | 1 | -$44.54 | 0.02% |

| Name | Count | Amount | Percent |
|---|---|---|---|
| G▮▮, J▮▮ | 22 | -$8,990.00 | 3.62% |
| G▮▮, J▮▮ | 2 | -$150.00 | 0.06% |
| G▮▮, B▮▮ | 1 | -$32.94 | 0.01% |
| Gulf Oil | 1 | -$4.46 | 0.00% |
| G▮▮, K▮▮ | 4 | -$229.04 | 0.09% |
| Hamshaw Lumber Inc | 1 | -$5.99 | 0.00% |
| Hannaford | 3 | -$37.62 | 0.02% |
| H▮▮, A▮▮ | 7 | -$334.92 | 0.13% |
| H▮▮ C▮▮ Chk Orders | 3 | -$184.98 | 0.07% |
| H▮▮, K▮▮ | 1 | -$33.00 | 0.01% |
| H▮▮, L▮▮ | 2 | -$61.57 | 0.02% |
| H▮▮, C▮▮ | 2 | -$177.10 | 0.07% |
| Home Depot | 22 | -$1,005.60 | 0.40% |
| Illegible Shift Fabrication | 1 | -$225.00 | 0.09% |
| In New Hampshrei Made | 1 | -$75.00 | 0.03% |
| Jacks Crackers LLC | 5 | -$236.29 | 0.10% |
| J▮▮ E▮▮ | 1 | -$46.75 | 0.02% |
| J▮▮, J▮▮ | 1 | -$31.35 | 0.01% |
| J▮▮, L▮▮ | 2 | -$86.00 | 0.03% |
| Jiffy Mart Citgo | 1 | -$44.48 | 0.02% |
| Joann Fabric | 1 | -$33.52 | 0.01% |
| J▮▮ W▮▮ | 1 | -$15.92 | 0.01% |
| J▮▮, L▮▮ | 1 | -$45.00 | 0.02% |
| J▮▮, P▮▮ | 1 | -$39.07 | 0.02% |
| K▮▮, S▮▮ | 7 | -$262.66 | 0.11% |
| K▮▮ W▮▮ | 1 | -$77.91 | 0.03% |
| Keene Sentinel | 2 | -$435.40 | 0.18% |
| Keens Industrial Paper | 1 | -$2.60 | 0.00% |
| K▮▮, G▮▮ | 2 | -$65.52 | 0.03% |
| K▮▮, M▮▮ | 3 | -$148.76 | 0.06% |
| K▮▮ G▮▮ | 1 | -$49.50 | 0.02% |
| L▮▮, R▮▮ | 5 | -$259.28 | 0.10% |
| L▮▮, H▮▮ | 1 | -$69.68 | 0.03% |
| L▮▮, S▮▮ | 8 | -$390.22 | 0.16% |
| L▮▮, B▮▮ | 1 | -$280.00 | 0.11% |
| Legal Zoom | 21 | -$920.15 | 0.37% |
| L▮▮, G▮▮ | 1 | -$49.70 | 0.02% |
| Liberty Utilities | 1 | -$212.22 | 0.09% |
| L▮▮, J▮▮ | 2 | -$63.50 | 0.03% |
| L▮▮, A▮▮ | 12 | -$733.86 | 0.30% |
| M▮▮, K▮▮ | 2 | -$56.10 | 0.02% |
| Market Basket | 19 | -$464.17 | 0.19% |
| Metal Marine LLC | 7 | -$370.63 | 0.15% |
| Michaels Stores | 4 | -$49.69 | 0.02% |
| M▮▮, E▮▮ | 5 | -$432.56 | 0.17% |

| | | | |
|---|---|---|---|
| Monadnock Living | 1 | -$250.00 | 0.10% |
| Monadnock Shopper | 1 | -$175.00 | 0.07% |
| Monadnock Spring Water | 4 | -$96.00 | 0.04% |
| M▮, P▮ | 1 | -$76.15 | 0.03% |
| M▮, K▮ | 2 | -$68.00 | 0.03% |
| M▮, J▮ | 1 | -$25.00 | 0.01% |
| MSFT | 20 | -$572.58 | 0.23% |
| M▮, B▮ | 3 | -$149.60 | 0.06% |
| Nash 104.9 Icon | 1 | -$350.00 | 0.14% |
| N▮, E▮ | 5 | -$568.50 | 0.23% |
| N▮, W▮ | 3 | -$194.66 | 0.08% |
| New Hampshire Made | 1 | -$75.00 | 0.03% |
| N▮, E▮ | 6 | -$329.82 | 0.13% |
| Norton | 1 | -$99.99 | 0.04% |
| N▮, E▮ | 2 | -$49.69 | 0.02% |
| Ocean Current Art | 1 | -$45.60 | 0.02% |
| Ocean State | 1 | -$59.51 | 0.02% |
| Ocean State Job Lo | 5 | -$81.35 | 0.03% |
| O▮, C▮ | 3 | -$142.92 | 0.06% |
| Overdraft Paid | 14 | -$1,260.00 | 0.51% |
| Overdraft Ret | 6 | -$665.00 | 0.27% |
| Panera Bread | 1 | -$5.32 | 0.00% |
| Paypal | 33 | -$723.43 | 0.29% |
| P▮, J▮ | 11 | -$843.41 | 0.34% |
| P▮ S S▮ | 1 | -$40.00 | 0.02% |
| P▮, M▮ | 4 | -$167.20 | 0.07% |
| Plastic Printers Com | 1 | -$200.00 | 0.08% |
| Pmts | 1 | -$0.40 | 0.00% |
| Porcupine LLC | 1 | -$32.25 | 0.01% |
| P▮, D▮ | 1 | -$76.99 | 0.03% |
| P▮, C▮ | 2 | -$81.51 | 0.03% |
| Price Chopper | 5 | -$170.28 | 0.07% |
| Prime Roast | 3 | -$38.13 | 0.02% |
| Prompto Inc | 1 | -$62.95 | 0.03% |
| Radi Shack | 1 | -$19.18 | 0.01% |
| R▮, D▮ | 17 | -$2,680.65 | 1.08% |
| R▮, D▮ | 1 | -$219.75 | 0.09% |
| R▮, C▮ | 1 | -$199.00 | 0.08% |
| R▮, N▮ | 1 | -$101.75 | 0.04% |
| R▮, S▮ | 1 | -$89.92 | 0.04% |
| Rina Body Boutique LLC | 1 | -$47.40 | 0.02% |
| Rite Aid | 1 | -$4.99 | 0.00% |
| R▮, R▮ | 1 | -$38.49 | 0.02% |
| R▮, D▮ | 4 | -$154.38 | 0.06% |
| Route 101 Goods | 4 | -$4.00 | 0.00% |

| | | | |
|---|---|---|---|
| Route 101 Goods LLC | 3 | -$2,100.00 | 0.84% |
| Roy Bost Oil Propane | 1 | -$666.10 | 0.27% |
| Roy Bros Oil and Propane | 1 | -$389.51 | 0.16% |
| Rymes | 1 | -$275.00 | 0.11% |
| S█████, E█ | 3 | -$149.88 | 0.06% |
| S█████, D█ | 3 | -$114.57 | 0.05% |
| S█████, M█ | 1 | -$31.00 | 0.01% |
| Shaws | 3 | -$134.19 | 0.05% |
| Sherwin Williams | 1 | -$37.50 | 0.02% |
| Shire Free Church | 16 | -$19,414.76 | 7.81% |
| Simplisafe Com | 18 | -$449.82 | 0.18% |
| S█████, M█ | 1 | -$90.17 | 0.04% |
| Square Inc. | 1 | -$0.49 | 0.00% |
| S█████, E█ | 1 | -$41.02 | 0.02% |
| Staples | 33 | -$1,716.35 | 0.69% |
| State of NH DMV | 1 | -$110.40 | 0.04% |
| Subway | 1 | -$27.63 | 0.01% |
| Sunoco | 1 | -$29.01 | 0.01% |
| Swift Vox | 1 | -$25.00 | 0.01% |
| T Bird Mini Mart | 1 | -$12.00 | 0.00% |
| Target | 1 | -$3.48 | 0.00% |
| Team Lord | 1 | -$28.32 | 0.01% |
| The Keene Sentinel | 1 | -$60.00 | 0.02% |
| Third Shift Fabrication | 2 | -$245.00 | 0.10% |
| Thistles LLC | 4 | -$183.68 | 0.07% |
| TJ Maxx | 1 | -$12.99 | 0.01% |
| Town of Alstead | 2 | -$349.50 | 0.14% |
| Transfer to CK 4848 | 2 | -$8,500.00 | 3.42% |
| Transfer to SV 3966 | 1 | -$249.80 | 0.10% |
| Transfer to SV 9991 | 16 | -$400.00 | 0.16% |
| Traxia | 18 | -$3,582.00 | 1.44% |
| Traxis | 1 | -$199.00 | 0.08% |
| Turning Leaf | 1 | -$35.00 | 0.01% |
| TWC | 17 | -$2,372.23 | 0.95% |
| U█████, C█ | 5 | -$333.14 | 0.13% |
| USPS | 8 | -$121.73 | 0.05% |
| V█████, B█ | 3 | -$248.94 | 0.10% |
| Verizon Wireless | 4 | -$789.02 | 0.32% |
| Walgreens | 1 | -$33.04 | 0.01% |
| W█████, N█ | 1 | -$49.49 | 0.02% |
| Walmart | 21 | -$1,417.55 | 0.57% |
| W█████, K█ | 8 | -$580.37 | 0.23% |
| W█████, K█ | 1 | -$30.74 | 0.01% |
| Wells Fargo | 1 | -$240.00 | 0.10% |
| WG E█████ | 1 | -$256.28 | 0.10% |

| Name | Count | Amount | Percent |
|---|---|---|---|
| W▇, M▇ | 8 | -$644.08 | 0.26% |
| W▇, J▇ | 18 | -$1,631.26 | 0.66% |
| Withdrawal | 12 | -$952.63 | 0.38% |
| W▇, M▇ A▇ | 11 | -$3,086.61 | 1.24% |
| Wooden Wings Realistic Bird Scupltures | 1 | -$29.27 | 0.01% |
| Yelp | 8 | -$2,633.60 | 1.06% |
| Z▇, C▇ | 1 | -$26.24 | 0.01% |
| W▇ M▇ A▇ (Returned) | 3 | -$2,174.65 | 0.87% |
| V▇, B▇ (Returned) | 1 | -$83.60 | 0.03% |
| W▇, J▇ (Returned) | 1 | -$341.04 | 0.14% |
| C▇, L▇ (Returned) | 1 | -$57.35 | 0.02% |
| N▇, E▇ (Returned) | 1 | -$35.04 | 0.01% |
| Ceilidh (Returned) | 2 | -$148.18 | 0.06% |
| Metal Marine LLC (Returned) | 1 | -$51.24 | 0.02% |
| J▇, L▇ (Returned) | 1 | -$46.75 | 0.02% |
| L▇, H▇r (Returned) | 1 | -$41.68 | 0.02% |
| G▇, L▇ (Returned) | 1 | -$44.54 | 0.02% |
| B▇, A▇ (Returned) | 1 | -$81.82 | 0.03% |
| M▇ A▇ W▇ (Returned) | 1 | -$224.39 | 0.09% |
| K▇, S▇ (Returned) | 4 | -$227.00 | 0.09% |
| Jacks Crackers LLC (Returned) | 2 | -$132.94 | 0.05% |
| L▇, A▇ (Returned) | 2 | -$99.26 | 0.04% |
| Monadnock Shopper (Returned) | 1 | -$175.00 | 0.07% |
| L▇, S▇ (Returned) | 1 | -$30.31 | 0.01% |
| Toyota Motor Credit Corporation (Returned) | 1 | -$4,500.00 | 1.81% |
| R▇, D▇ (Returned) | 1 | -$31.13 | 0.01% |
| **Grand Total** | **1,097** | **-$248,651.45** | **100.00%** |