TD Bank – Rt 101 Goods/R▮▮▮▮ – 4848

| Deposit Source | Transactions | Total | Connection to Business |
|---|---|---|---|
| Cash | 242 | $491,791.09 | |
| TOTAL | | **$491,791.09** | |

PAYEES

| Payee | Count | Total |
|---|---|---|
| Ian Freeman | 12 | -$415,922.00 |
| Shire Free Church | 2 | -$30,667.00 |
| L▮▮ E▮▮▮ | 1 | -$47,967.00 |
| **TOTAL** | | -$494,556.00 |

**Summary of Deposit Sources**
Route 101 Goods LLC, Signer: C██████ R████
TD Bank Business Convenience Plus Checking A/C 4848
Time Period: August 2017 - September 2018

| Deposit Source | Count | Total Deposited Amount | Percentage of Total |
|---|---|---|---|
| Cash | 242 | $491,791.09 | 95.94% |
| Credit | 1 | $1,000.00 | 0.20% |
| Paxos Trust Company | 1 | $14,985.00 | 2.92% |
| Route 101 Goods LLC | 1 | $89.00 | 0.02% |
| State Farm Bank | 2 | $1.43 | 0.00% |
| Transfer Chk 4372 (Route 101 Goods LLC) | 1 | $4,500.00 | 0.88% |
| Transfer Svg 3966 (Route 101 Goods LLC) | 1 | $249.80 | 0.05% |
| **Grand Total** | **249** | **$512,616.32** | **100.00%** |

**Summary of Payees**
Route 101 Goods LLC, Signer: C██████ R████
TD Bank Business Convenience Plus Checking A/C 4848
Time Period: August 2017 - September 2018

| Payee | Count | Total Paid | Percentage of Total |
|---|---|---|---|
| Bank Fee | 10 | -$992.56 | 0.19% |
| CT Discount Muffler | 1 | -$297.87 | 0.06% |
| Deposit Correction | 1 | -$3,000.25 | 0.58% |
| Deposit, Correction | 1 | -$40.00 | 0.01% |
| E█████, L█████ | 1 | -$47,967.00 | 9.28% |
| Freeman, Ian | 12 | -$415,922.00 | 80.51% |
| ItBit Trust Company LLC (Returned) | 1 | -$15,000.00 | 2.90% |
| Overdraft Paid | 1 | -$35.00 | 0.01% |
| Route 101 Goods LLC | 3 | -$1,287.50 | 0.25% |
| Shire Free Church | 2 | -$30,667.00 | 5.94% |
| State Farm Bank | 2 | -$1.43 | 0.00% |
| Transfer Chk 4372 (Route 101 Goods LLC) | 1 | -$101.30 | 0.02% |
| Transfer Chk 8273 (Route 101 Goods LLC) | 1 | -$286.22 | 0.06% |
| U███ b███ | 1 | -$1,000.00 | 0.19% |
| Vista Print Com | 1 | -$18.19 | 0.00% |
| **Grand Total** | **39** | **-$516,616.32** | **100.00%** |

as of December 11, 2020