Bank of America – Rt 101 Goods/R█████ – 8122

| Deposit Source | Transactions | Total | Connection to Business |
|---|---|---|---|
| Cash | 146 | $551,967.97 | |
| D███ H███ | 3 | $121,000.00 | Telegram |
| L██ Z██ M██ | 1 | $12,000.00 | Telegram |
| J██ S██ | 2 | $130,000.00 | Telegram |
| TOTAL | | **$814,967.97** | |

PAYEES

| Payee | Count | Total |
|---|---|---|
| Ian Freeman | 12 | -$805,494.00 |
| Account Closing Transaction | 1 | -$13,709.17 |
| **TOTAL** | | **-$819,203.17** |

**Summary of Deposit Sources**
**Bank of America CHK 8122**
**Route 101 Goods LLC, signers:** C▇▇ F▇▇▇▇, C▇ R▇▇▇▇
Time Period:  October 2019 - Janaury 2020 (closed)

| Deposit Source | Count | Total Deposited | Percentage of Total |
|---|---|---|---|
| Counter Credit | 146 | $551,967.97 | 66.16% |
| H▇▇▇, D▇ F. | 3 | $121,000.00 | 14.50% |
| Item Missing | 1 | $1,128.20 | 0.14% |
| Item Missing (Returned) | 2 | $11,784.00 | 1.41% |
| M▇▇, L▇ E. Z▇ | 1 | $12,000.00 | 1.44% |
| S▇▇, J▇ A./P▇▇ L▇ | 2 | $130,000.00 | 15.58% |
| Transfer (Account Unknown) | 4 | $6,377.00 | 0.76% |
| **Grand Total** | **159** | **$834,257.17** | **100.00%** |

**Summary of Payees**
**Bank of America CHK 8122**
**Route 101 Goods LLC, signers:** C▇▇ F▇▇▇▇, C▇ R▇▇▇▇
Time Period:  October 2019 - Janaury 2020 (closed)

| Payee | Count | Total Paid | Percentage of Total |
|---|---|---|---|
| Account Closing Transaction | 1 | -$13,709.17 | 1.64% |
| Bank Fee | 11 | -$240.00 | 0.03% |
| Check Returned | 2 | -$11,784.00 | 1.41% |
| Freeman, Ian | 10 | -$805,494.00 | 96.55% |
| G▇▇, J▇▇ | 1 | -$100.00 | 0.01% |
| Route 101 Goods LLC | 2 | -$2,930.00 | 0.35% |
| **Grand Total** | **27** | **-$834,257.17** | **100.00%** |

as of April 21, 2022