JP Morgan Chase – N█████ – 9038

| Deposit Source | Transactions | Total | Connection to Business |
|---|---|---|---|
| Cash | 211 | $732,763.91 | |
| L█ B█████ | 1 | $11,200.00 | Telegram |
| C███ F█ | 1 | $9,900.00 | Telegram |
| B███ K█ | 1 | $21,000.00 | Telegram |
| S███ O█ | 1 | $35,000.00 | LocalBitcoin |
| H████ J████/P████ V████ O████ | 1 | $8,000.00 | Telegram; Testifying Witness |
| J███ S█ | 1 | $31,000.00 | Telegram |
| T█ H█ | 1 | $14,000.00 | LocalBitcoin |
| J█ O█ | 1 | $24,594.57 | LocalBitcoin |
| TOTAL | | **$887,458.48** | |

PAYEES

| Payee | Count | Total |
|---|---|---|
| Ian Freeman | 29 | -$913,633.00 |
| **TOTAL** | | **-$913,633.00** |

**Summary of Deposit Sources**
**Church of the Invisible Hand**
**JPM Chase Total Business Checking, a/c 9038**
**Signer:  FNU N███**
**Time Period:  January 2020 - April 2020**

| Deposit Source | Count | Total Deposited | Percentage of Total |
|---|---|---|---|
| Ads Paying Media LLC | 2 | $35,471.49 | 3.63% |
| B████, L█ | 1 | $11,200.00 | 1.15% |
| Cash | 211 | $732,763.91 | 75.04% |
| Church of the Invisible Hand | 1 | $19,670.00 | 2.01% |
| F████████, A█ | 1 | $300.00 | 0.03% |
| F███, C█ | 1 | $9,900.00 | 1.01% |
| H██, T█ L. | 1 | $14,000.00 | 1.43% |
| Ipro Consulting Firm LLC | 1 | $12,800.00 | 1.31% |
| K██, B███ A. | 1 | $21,000.00 | 2.15% |
| Maker Unknown | 4 | $1,690.00 | 0.17% |
| N██, Y███ G███ TTE/P█████ P█ | 1 | $11,111.87 | 1.14% |
| O███, B██ J. | 2 | $5,000.00 | 0.51% |
| O███, J█ | 1 | $24,594.57 | 2.52% |
| O███, S███ P. | 1 | $35,000.00 | 3.58% |
| P████ V██ C█ LLC | 1 | $8,000.00 | 0.82% |
| Postal Money Order | 3 | $3,000.00 | 0.31% |
| S████, J█ C████ | 1 | $31,000.00 | 3.17% |
| **Grand Total** | **234** | **$976,501.84** | **100.00%** |

**Summary of Payees**
**Church of the Invisible Hand**
**JPM Chase Total Business Checking, a/c 9038**
**Signer:  FNU N███**
**Time Period:  January 2020 - April 2020**

| Payee | Count | Total Paid | Percentage of Total |
|---|---|---|---|
| Bank Fee | 36 | -$759.40 | 0.08% |
| Cash | 2 | -$963.12 | 0.10% |
| Debit DDA - Check Charge | 1 | -$61,146.32 | 6.26% |
| Freeman, Ian | 8 | -$92,080.00 | 9.43% |
| Freeman, Ian B. | 21 | -$821,553.00 | 84.13% |
| **Grand Total** | **68** | **-$976,501.84** | **100.00%** |

as of March 11, 2021