Bank of America – N▮▮▮▮ – 9633

| Deposit Source | Transactions | Total | Connection to Business |
|---|---|---|---|
| Cash/Deposit (backup missing) | 189 | $858,701.87 | |
| L▮ B▮ | 1 | $585.00 | Telegram |
| T▮ E▮ | 2 | $3,600.00 | Telegram |
| J▮ E▮ | 1 | $10,000.00 | LocalBitcoin |
| L▮ G▮ | 3 | $9,500.00 | Telegram |
| C▮ G▮ | 2 | $14,200.00 | LocalBitcoin |
| S▮ G▮ | 1 | $16,000.00 | Telegram |
| M▮ H▮ | 2 | $1,300.00 | LocalBitcoin/Telegram |
| B▮ K▮ | 1 | $20,000.00 | LocalBitcoin |
| H▮ J▮/P▮ V▮ O▮ | 3 | $101,754.00 | Telegram; Testifying Witness |
| N▮ T▮ | 5 | $21,711.00 | Telegram; Testifying Witness |
| S▮ W▮ | 1 | $2,700.00 | Telegram |
| TOTAL | | $1,060,051.87 | |

PAYEES

| Payee | Count | Total |
|---|---|---|
| Ian Freeman | 13 | -$540,131.00 |
| Transfer to BOA 4893 (Reformed Satanic Church) | 2 | -$145,401.00 |
| Transfer to BOA 6064 (J▮ B▮) | 1 | -$220,000.00 |
| Account Closing Transaction | 1 | -$350,051.07 |
| TOTAL | | -$1,255,583.07 |

**Summary of Deposit Sources**
**Bank of America CHK 9633, Church of the Invisible Hand (Signer: N█████ N█████)**
**March 2020 - June 2020 (closed)**

| Deposit Source | Count | Total Deposited | Percentage of Total |
|---|---|---|---|
| B███, J███ L. | 1 | $7,200.00 | 0.56% |
| B███, L█ J█ | 1 | $585.00 | 0.05% |
| Cash | 6 | $15,600.00 | 1.22% |
| Deposit (Backup Missing) | 183 | $843,101.87 | 66.09% |
| D███, J██ C. | 1 | $25,400.00 | 1.99% |
| E███, T███ D. | 2 | $3,600.00 | 0.28% |
| E███, J█ | 1 | $10,000.00 | 0.78% |
| G███, L██ A. | 3 | $9,500.00 | 0.74% |
| G███, C | 2 | $14,200.00 | 1.11% |
| G███, S | 2 | $16,000.00 | 1.25% |
| H███, J██ F. | 1 | $19,000.00 | 1.49% |
| H███, M | 2 | $1,300.00 | 0.10% |
| K███, B | 1 | $20,000.00 | 1.57% |
| Maker Unknown | 10 | $39,021.20 | 3.06% |
| P███ V██ O | 3 | $101,754.00 | 7.98% |
| Reformed Satanic Church | 1 | $125,000.00 | 9.80% |
| T███, N A. | 5 | $21,711.00 | 1.70% |
| W███, S | 1 | $2,700.00 | 0.21% |
| **Grand Total** | **226** | **$1,275,673.07** | **100.00%** |

**Summary of Payees**
**Bank of America CHK 9633, Church of the Invisible Hand (Signer: N█████ N█████)**
**March 2020 - June 2020 (closed)**

| Payee | Count | Total Paid | Percentage of Total |
|---|---|---|---|
| Account Closing Transaction | 1 | -$350,051.07 | 27.44% |
| Bank Fee | 35 | -$420.00 | 0.03% |
| Church of the Invisible Ha | 1 | -$19,670.00 | 1.54% |
| Freeman, Ian | 13 | -$540,131.00 | 42.34% |
| Transfer CHK 4893 (Reformed Satanic Church) | 2 | -$145,401.00 | 11.40% |
| Transfer CHK 6064 | 1 | -$220,000.00 | 17.25% |
| **Grand Total** | **53** | **-$1,275,673.07** | **100.00%** |

as of Februray 26, 2021