Wells Fargo – A███ S███ – 8055

| Deposit Source | Transactions | Total | Connection to Business |
|---|---|---|---|
| Cash | 95 | $121,839.29 | |
| TOTAL | | **$121,839.29** | |

## PAYEES

| Payee | Count | Total |
|---|---|---|
| Ian Freeman | 11 | -$6,177.00 |
| Crypto Church of NH | 1 | -$7,900.00 |
| R███ L███ | 10 | -$4,767.29 |
| A███ S███ | 17 | -$103,000.00 |
| **TOTAL** | | -$121,844.29 |

**Summary of Deposit Sources**

**Wells Fargo CHK, A/C 8055**

A . S

**November 2017 - May 2018 (closed)**

| Depoist Source | Count | Total Deposited | Percentage of Total |
|---|---|---|---|
| Card 0356 | 1 | $25.00 | 0.02% |
| Cash | 95 | $121,839.29 | 97.97% |
| Freeman, Ian (reverse of previous transfer) | 1 | $2,500.00 | 2.01% |
| **Grand Total** | **97** | **$124,364.29** | **100.00%** |

**Summary of Payees**

**Wells Fargo CHK, A/C 8055**

A . S

**November 2017 - May 2018 (closed)**

| Payee | Count | Total Paid | Percentage of Total |
|---|---|---|---|
| Bank Fee | 2 | -$20.00 | 0.02% |
| Crypto Church of NH | 1 | -$7,900.00 | 6.35% |
| Freeman, Ian | 11 | -$6,177.00 | 4.97% |
| Freeman, Ian (reversed) | 1 | -$2,500.00 | 2.01% |
| L███ R███ | 10 | -$4,767.29 | 3.83% |
| S███ A███ | 17 | -$103,000.00 | 82.82% |
| **Grand Total** | **42** | **-$124,364.29** | **100.00%** |

as of February 16, 2021