Wells Fargo – R▉▉ L▉▉▉ – 3193

| Deposit Source | Transactions | Total | Connection to Business |
|---|---|---|---|
| Cash | 244 | $378,102.34 | |
| **TOTAL** | | **$378,102.34** | |

PAYEES

| Payee | Count | Total |
|---|---|---|
| Ian Freeman | 22 | -$122,719.00 |
| ItBit Trust Company | 13 | -$225,000.00 |
| Shire Free Church | 1 | -$6,200.00 |
| R▉▉ L▉▉▉ | 3 | $20,125.00 |
| **TOTAL** | | **-$374,044.00** |

**Summary of Deposit Sources**
**Wells Fargo Everyday Checking, a/c 3193**
**Re▓▓ C. L▓▓▓▓**
**Time Period: January 2017 - November 2017**

| Deposit Source | Count | Total Deposited | Percentage of Total |
|---|---|---|---|
| Bank Fee | 5 | $25.00 | 0.01% |
| Card 7650 | 1 | $25.00 | 0.01% |
| Cash | 244 | $378,102.34 | 97.70% |
| S▓▓, E▓ | 1 | $1,140.00 | 0.29% |
| State Farm Bank | 2 | $1.57 | 0.00% |
| T▓▓, M▓▓▓ | 3 | $7,690.00 | 1.99% |
| **Grand Total** | **256** | **$386,983.91** | **100.00%** |

**Summary of Payees**
**Wells Fargo Everyday Checking, a/c 3193**
**R▓▓ C. L▓▓▓▓**
**Time Period: January 2017 - November 2017**

| Payee | Count | Total Paid | Percentage of Total |
|---|---|---|---|
| Bank Fee | 23 | -$471.00 | 0.12% |
| Deposited Item Returned | 1 | -$7,690.00 | 1.99% |
| Freeman, Ian | 22 | -$122,719.00 | 31.71% |
| Harland Clarke | 1 | -$20.00 | 0.01% |
| ItBit Trust Company LLC | 13 | -$225,000.00 | 58.14% |
| L▓▓▓▓, R▓ | 3 | -$20,125.00 | 5.20% |
| Loss Prevention Closing Entry | 1 | -$4,732.34 | 1.22% |
| Shire Free Church | 1 | -$6,200.00 | 1.60% |
| State Farm Bank | 2 | -$1.57 | 0.00% |
| State of New Hampshire | 1 | -$25.00 | 0.01% |
| **Grand Total** | **68** | **-$386,983.91** | **100.00%** |