## Service Credit Union – Crypto Church of NH – 9598

| Deposit Source | Transactions | Total | Connection to Business |
|---|---|---|---|
| Cash | 16 | $26,752.25 | |
| TOTAL | | **$26,752.25** | |

## PAYEES

| Payee | Count | Total |
|---|---|---|
| Ian Freeman | 3 | -$65,567.00 |
| **TOTAL** | | -$65,567.00 |

**Summary of Transactions**
**Crypto Church of NH, Signer: R█████ C. L█████**
**Service Credit Union Checking, A/C 9598 (closed)**
**January 2018 - June 2018**

| Post Date | Type | Ckno | Memo | Payer/Payee | Credit Amount | Debit Amount | Balance | Notes |
|---|---|---|---|---|---|---|---|---|
| | | | | Beginning Balance | | | $0 00 | |
| 1/11/2018 | C | | | Cash | $15 00 | | $15 00 | |
| 3/12/2018 | C | 105 | Church Donation | Route 101 Goods, LLC | $20,000 00 | | $20,015 00 | TD Bank, a/c 8273 |
| 4/26/2018 | C | | | Cash | $622 00 | | $20,637 00 | Xenia, OH |
| 4/30/2018 | C | 220 | Deposit | S███, A███ T | $11,750 00 | | $32,387 00 | Total Deposit $19,650   Bank of America, a/c 1387 |
| 4/30/2018 | C | 114 | Deposit | S███, A███ T | $7,900 00 | | $40,287 00 | Total Deposit $19,650   Bank of America, a/c 1387 |
| 5/9/2018 | C | | | Cash | $1,000 00 | | $41,287 00 | Vienna, VA |
| 5/10/2018 | D | 101 | | Freeman, Ian | | -$40,000 00 | $1,287 00 | Cheshire County Federal Credit Union |
| 5/11/2018 | D | | | JoAnn Stores | | -$7 98 | $1,279 02 | |
| 5/12/2018 | D | | | ATM Fee | | -$1 00 | $1,278 02 | |
| 5/12/2018 | D | ATM | | Withdrawal | | -$263 50 | $1,014 52 | |
| 5/12/2018 | D | | | ATM Fee | | -$2 00 | $1,012 52 | |
| 5/14/2018 | D | 102 | | Freeman, Ian | | -$1,000 00 | $12 52 | |
| 5/14/2018 | D | | | Dunkin | | -$14 73 | -$2 21 | |
| 5/17/2018 | C | | | Cash | $1,050 25 | | $1,048 04 | Huntsville, AL |
| 5/17/2018 | C | | | Cash | $1,000 00 | | $2,048 04 | Houghton Lake, MI |
| 5/17/2018 | C | | | Cash | $2,000 00 | | $4,048 04 | Waco, TX |
| 5/17/2018 | C | | | Cash | $1,780 00 | | $5,828 04 | Princeton, MN |
| 5/18/2018 | C | | | Cash | $840 00 | | $6,668 04 | Rancho Cucano, CA |
| 5/18/2018 | C | | | Cash | $3,000 00 | | $9,668 04 | Springfield, MO |
| 5/18/2018 | C | | | Cash | $1,031 00 | | $10,699 04 | Austin, TX |
| 5/18/2018 | C | | | Cash | $2,000 00 | | $12,699 04 | Springfield, MO |
| 5/18/2018 | C | | | Cash | $1,380 00 | | $14,079 04 | Bartlesville, OK |
| 5/18/2018 | C | | | Cash | $2,999 00 | | $17,078 04 | Anchorage, AK |
| 5/18/2018 | C | | | Cash | $12,000 00 | | $29,078 04 | West Jordan, UT  DL UT █████ 08/2022 |
| 5/18/2018 | C | | | Cash | $600 00 | | $29,678 04 | Stockton, CA |
| 5/18/2018 | D | | | Share Deposit Reversal | | -$12,000 00 | $17,678 04 | DL UT █████ 08/2022 |
| 5/18/2018 | C | | | Cash | $5,000 00 | | $22,678 04 | DL UT █████ 08/2022  West Jordan, UT |
| 5/18/2018 | C | | | Cash | $2,450 00 | | $25,128 04 | DL UT █████ 08/2022  West Jordan, UT |
| 5/22/2018 | D | ATM | | Withdrawal | | -$300 00 | $24,828 04 | |
| 5/25/2018 | D | 103 | | Freeman, Ian | | -$24,567 00 | $261 04 | Cheshire County Federal Credit Union |
| 5/29/2018 | D | ATM | | Withdrawal | | -$260 00 | $1 04 | |
| 6/5/2018 | D | 4397032 | | Crypto Church of NH | | -$1 04 | $0 00 | Cashier's Check amount $6 04, $5 00 balance in Savings Acccount   $5 00 was deposited into savings account on 1/11/2018 |
| | | | **Totals** | | **$78,417.25** | **-$78,417.25** | | |

as of July 16, 2019