Digital Federal Credit Union – R███ S███ – 0897

| Deposit Source | Transactions | Total | Connection to Business |
|---|---|---|---|
| Cash/Shared Branch Deposits | 9 | $82,319.00 | |
| R███ A███ | 1 | $20,000.00 | Telegram; Testifying Witness |
| J███ B███ | 1 | $500.00 | Telegram |
| K███ C███ | 4 | $177,385.00 | Telegram; Testifying Witness |
| TOTAL | | $280,204.00 | |

PAYEES

| Payee | Count | Total |
|---|---|---|
| Ian Freeman | 1 | -$247,385.00 |
| Prime Trust LLC | 1 | -$32,070.00 |
| TOTAL | | -$279,455.00 |

As with DCU 5127 and 4760, there were 6 shared branch deposits that did not have backup slips, so they are categorized by the accountant as "Item Missing," but the bank records make clear they are the type of shared branch deposits at the heart of Freeman's operation.

**Summary of Deposit Sources**
R█████ C███████ S█████ DCU CHK 0897 (closed)
November 2020 - January 2021

| Deposit Source | Count | Total Deposited | Percentage of Total |
|---|---|---|---|
| A███, R█████ A. | 1 | $20,000.00 | 7.14% |
| B███, J█ H. | 1 | $500.00 | 0.18% |
| Cash | 3 | $67,545.00 | 24.10% |
| C███, K███ K. | 4 | $177,385.00 | 63.30% |
| Dividend | 1 | $25.03 | 0.01% |
| Item Missing | 6 | $14,774.00 | 5.27% |
| Grand Total | 18 | $280,229.03 | 100.00% * |

**Summary of Payees**
R█████ C███████ S█████ DCU CHK 0897 (closed)
November 2020 - January 2021

| Payee | Count | Total Paid | Percentage of Total |
|---|---|---|---|
| Bank Fee | 1 | -$15.00 | 0.01% |
| Freeman, Ian | 1 | -$247,385.00 | 88.28% |
| Prime Trust LLC | 1 | -$32,070.00 | 11.44% |
| Transfer to Acccount 1 (R█████ C███████ S█████) | 1 | -$759.03 | 0.27% |
| Grand Total | 6 | -$280,229.03 | 100.00% * |

*Reversed transactions on 1/6/2021, totaling $494,770 (2 transactions each in the amount of $247,385), excluded from totals.

as of December 2, 2022