Citizens Bank – A█ D█ – 4521

| Deposit Source | Transactions | Total | Connection to Business |
|---|---|---|---|
| H█ J█/C█ B█ | 9 | $165,580.00 | Telegram; Testifying Witness |
| D█ H█ | 1 | $3,000.00 | Telegram |
| T█ E█ | 1 | $7,500.00 | Telegram |
| D█ Z█ | 1 | $20,000.00 | Telegram |
| TOTAL | | $196,080.00 | |

PAYEES

| Payee | Count | Total |
|---|---|---|
| Paxos Trust Company | 1 | -$800,500.00 |
| TOTAL | | -$800,500.00 |

As noted in the pleading, the government taking a conservative approach and not seeking to include all of the funds involved in D█'s unlicensed money transmitting business. The government has only included those individuals that were customers of Freeman that he shared with D█. As explained, the government is only including in the forfeiture money judgment, the commission that Freeman actually collected.

$196,080.00 x 10% commission = $19,608.00

$19,608 x 29% Freeman cut = **$5,686.32**

**Summary of Deposit Sources**
**Reformed Satanic Church of Keene, CHK 4521**
**Signer:** J███ B███ B███
**June 2020 - July 2020**

| Deposit Source | Count | Total Deposited | Percentage of Total |
|---|---|---|---|
| C███, B███ Limited Partnership | 9 | $165,580.00 | 18.29% |
| Cash | 7 | $541,970.00 | 59.86% |
| E███, T███ D. | 1 | $7,500.00 | 0.83% |
| H███, D███ F. | 1 | $3,000.00 | 0.33% |
| Reformed Satanic Church | 2 | $167,366.86 | 18.49% |
| Z███, D███ S███ | 1 | $20,000.00 | 2.21% |
| **Grand Total** | **21** | **$905,416.86** | **100.00%** |

**Summary of Payees**
**Reformed Satanic Church of Keene, CHK 4521**
**Signer:** J███ B███ B███
**June 2020 - July 2020**

| Payee | Count | Total Paid | Percentage of Total |
|---|---|---|---|
| Bank Fee | 19 | -$1,425.93 | 0.16% |
| Debit Memo - Closed | 1 | -$103,490.93 | 11.43% |
| Paxos Trust Company | 5 | -$800,500.00 | 88.41% |
| **Grand Total** | **25** | **-$905,416.86** | **100.00%** |

as of May 20, 2022