Wells Fargo – A▓ D▓ – 5556

| Deposit Source | Transactions | Total | Connection to Business |
|---|---|---|---|
| H▓ J▓/C▓ B▓ | 26 | $464,890.00 | Telegram; Testifying Witness |
| I▓ G▓ | 3 | $15,000.00 | Voice Memo between Freeman and D▓ |
| S▓ R▓ | 2 | $50,000.00 | Telegram |
| N▓ T▓ | 1 | $20,000.00 | Telegram; Testifying Witness |
| TOTAL | | $551,290.00 | |

PAYEES

| Payee | Count | Total |
|---|---|---|
| Paxos Trust Company | 6 | -$673,800.00 |
| M▓ A▓ A▓ M▓ D▓ C▓ | 1 | -$204,450.00 |
| TOTAL | | -$878,250.00 |

As noted in the pleading, the government is taking a conservative approach and not seeking to include all of the funds involved in D▓'s unlicensed money transmitting business. The government has only included those individuals that were customers of Freeman that he shared with D▓. As explained, the government is only including in the forfeiture money judgment, the commission that Freeman actually collected.

$551,290.00 x 10% commission = $55,129.00

$55,129.00 x 29% Freeman cut = **$15,987.41**

**Summary of Deposit Sources**
**Wells Fargo CHK 5556**
J███ B███ Reformed Satanic Church (closed)
Time Period: June 2020 - December 2020

| Deposit Source | Count | Total Deposited | Percentage of Total |
|---|---|---|---|
| Maker Unknown | 1 | $103,490.93 | 8.38% |
| Bluevine Activity Account | 3 | $60,000.00 | 4.86% |
| C███, B███ Limited Partnership | 26 | $464,890.00 | 37.64% |
| Cash | 2 | $174,200.00 | 14.10% |
| G███, I███ E. | 3 | $15,000.00 | 1.21% |
| H███, D███ | 1 | $1,400.00 | 0.11% |
| Online Transfer CHK 2937 (James Baker) | 5 | $44,030.00 | 3.56% |
| Paxos Trust Company | 1 | $204,980.00 | 16.60% |
| R███, S███ L███ | 2 | $50,000.00 | 4.05% |
| R███, S███ L███ (returned) | 1 | $12,000.00 | 0.97% |
| SBAD Misc Pay | 1 | $75,100.00 | 6.08% |
| T███, N███ | 1 | $20,000.00 | 1.62% |
| Wire Returned | 1 | $10,000.00 | 0.81% |
| **Grand Total** | **48** | **$1,235,090.93** | **100.00%** |

**Summary of Payees**
**Wells Fargo CHK 5556**
J███ B███ Reformed Satanic Church (closed)
Time Period: June 2020 - December 2020

| Payee | Count | Total Paid | Percentage of Total |
|---|---|---|---|
| Accounts Payable General Ledger Wire Returned | 1 | -$12,000.00 | 0.97% |
| Bank Fee | 47 | -$1,296.30 | 0.10% |
| Cumberland Farms | 1 | -$5.98 | 0.00% |
| Legal | 1 | -$3,000.00 | 0.24% |
| Loss Prevention Closing Entry | 1 | -$73,538.65 | 5.95% |
| M███ A███ A███ M███ D███ C███ | 1 | -$204,450.00 | 16.55% |
| Online Transfer CHK 2937 (J███ B███) | 18 | -$254,000.00 | 20.57% |
| Paxos Trust Company | 6 | -$673,800.00 | 54.55% |
| Paxos Trust Company (returned) | 1 | -$10,000.00 | 0.81% |
| Withdrawal | 1 | -$3,000.00 | 0.24% |
| **Grand Total** | **78** | **-$1,235,090.93** | **100.00%** |

as of December 2, 2022