IN THE UNITED STATES DISTRICT COURT FOR

THE DISTRICT OF NEW HAMPSHIRE

THE UNITED STATES OF AMERICA

v.     No. 1:21-cr-41-JL-1

IAN FREEMAN

<u>WAIVER OF CONFLICT OF INTEREST BY ARIA DIMEZZO</u>

I, Aria DiMezzo, submit the following statements and waiver to the Court with the understanding that this document will be filed in the record of the case of *United States v. Ian Freeman, et al.*, 21-cr-00041, before the Honorable Joseph Laplante.

Attorney Richard Guerriero was appointed by the Court to represent me in the criminal case against me on this same docket. That case was *United States v. Aria DiMezzo*, 21-cr-00041. Attorney Guerriero represented me through my case to its conclusion. The case was resolved by a plea agreement with the Government. I have now been convicted and sentenced. I have waived the right to appeal. I have paid my fine in full. I am currently serving my sentence. I have no further active matters pending before this Court. Attorney Guerriero's representation of me has ended.

I understand that Ian Freeman, my co-defendant, has matters still pending before this Court. I also understand he may have future matters pending before the United States Court of Appeals for the First Circuit or the United States Supreme Court. I understand that Ian Freeman has privately retained Attorney Guerriero to serve as co-counsel for the remaining proceedings in Mr. Freeman's case. Attorney Guerriero told me about Mr. Freeman's request for representation prior to accepting the case. I explained to Attorney Guerriero that I had no objection to him representing Mr. Freeman now that my case has ended. I further explained that I approve of

1

Attorney Guerriero representing Mr. Freeman because I want him to have whatever representation he believes is best for his case.

Attorney Guerriero informed me that he explained to the Court that he does not believe there is any conflict of interest for him to represent Mr. Freeman now that my case is concluded. I agree with Attorney Guerriero.

Attorney Guerriero also informed me that, in a recent hearing, the Court expressed concern that there could be a potential conflict of interest. Attorney Guerriero explained that the Court asked to confirm my position on the matter for the record. The purpose of this waiver is to address the Court's concerns.

I understand that Attorney Guerriero may make factual or legal arguments on behalf of Mr. Freeman which were made, or which might have been made, in my case. I recognize that if any such arguments are successful in Mr. Freeman's case, then the arguments may have also been successful in my case. Recognizing these possibilities, I hereby inform the Court that I do not intend to make any legal challenge to my conviction or my sentence based on Attorney Guerriero's representation of Ian Freeman. I hereby waive the right to make any such claim.

I understand that Attorney Guerriero is not my lawyer for the purposes of reviewing and executing this waiver. Attorney Guerriero has informed me of the circumstances and the Court's concerns, but I am not relying on him for legal advice regarding the execution of this waiver. Attorney Guerriero informed me that it is my decision, and my decision alone, whether to agree to the statements in this document and sign it.

I understand that I could seek the advice of a different attorney regarding whether to agree to the contents of this waiver. I do not intend to do that because it is not necessary for my understanding of this document or to make my decision of whether to agree to and sign this

document. I waive the right to independent counsel for the purposes of reviewing and executing this waiver. I am confident that I understand the waiver, I do not seek an attorney's advice regarding the waiver, and I am making the decision to sign it without legal counsel.

I understand that I could also pose additional questions to Attorney Guerriero, counsel for the Government, or the Court, regarding this waiver. I decline the opportunity to do so because I fully understand this waiver.

I am not under the influence of any drugs or alcohol. I take prescription medications, but they do not impair my ability to understand or make decisions regarding this waiver.

I am executing this waiver voluntarily of my own free will.

I agree that all statements in this waiver are true and correct.

I am executing this waiver knowingly and intelligently after having read it in its entirety.

Date: August 22, 2023.

Respectfully by Aria DiMezzo

Ms. Aria DiMezzo #34741-509
FMC DEVENS
P.O. Box 879
Ayer, MA 01432