# EXHIBIT 1

### GOVERNMENT'S ATTACHMENTS IN SUPPORT OF RESTITUTION

| Attachment # | Description | Loss Amount |
|---|---|---|
| **M.A.** | | **$89,000** |
| MDA 1 | Photo from Freeman's Telegram Folder | |
| MDA 2 | Driver's License photo from Freeman computer | |
| MDA 3 | FBI interview report describing scam | |
| MDA 4 | FBI interview report describing loss amount | |
| MDA 5 | Freeman BOA acct 8465 Deposit and Payee Summary | |
| MDA 6 | Fordham DCU acct 4760 Deposit and Payee Summary | |
| **T.A.** | | **$3,000** |
| TA 1 | FBI interview report describing scam | |
| TA 2 | Victim Records of LBC transfers | |
| TA 3 | LBC Trades Screenshot | |
| **D.A.** | | **$7,800** |
| DAW 1 | Photo from Freeman's Telegram Folder | |
| DAW 2 | Driver's License photo from Freeman's computer | |
| DAW 3 | FBI interview report describing scam | |
| DAW 4 | Freeman Santander acct 2523 Deposit and Payee Summary | |
| **R.A.** | | **$45,000** |
| RAA 1 | Photo from Freeman's Telegram Folder | |
| RAA 2 | Victim Impact Statement | |
| RAA 3 | Trial Transcript 12/14/2022 | |
| RAA 4 | Freeman Santander acct 2523 Deposit and Payee Summary | |
| RAA 5 | R. Spinella DCU acct 0897 Deposit and Payee Summary | |
| **D.B.** | | **$3,680** |
| DEB 1 | FBI interview report describing scam | |
| DEB 2 | SFC Freeman SCU acct 6792 Transaction Summary | |
| **L.D.B.** | | **$11,200** |
| LDB 1 | Photo from Freeman's Telegram Folder | |
| LDB 2 | Driver's License photo from Freeman's computer | |
| LDB 3 | FBI interview report describing scam | |
| LDB 4 | Nobody JPM Chase acct 9038 Deposit and Payee Summary | |
| **L.C.B.** | | **$36,450** |
| LCB 1 | Photo & ID from Freeman's LBC Folder | |
| LCB 2 | Victim Impact Statement | |
| LCB 3 | 4/27 Deposit Slip | |
| LCB 4 | 5/12 Deposit Slips | |
| LCB 5 | LBC Trades Screenshot | |

| | | |
|---|---|---|
| LCB 6 | Nobody COTIH BOA acct 9633 Transaction Summary | |
| **B.B.** | | **$16,000** |
| BEB 1 | Photo from Freeman's LBC Folder | |
| BEB 2 | Driver's License Photo from Freeman Computer | |
| BEB 3 | Email investigating $16,000 deposit from Blemire and Alewine | |
| BEB 4 | Fordham TD Bank acct 2980 Transaction Summary | |
| **P.B.** | | **$281,900** |
| PAB 1 | Photo from Freeman's LBC Folder | |
| PAB 2 | Passport Photo from Freeman Computer | |
| PAB 3 | Trial Transcript 12/12/2022 | |
| PAB 4 | Freeman NH Peace Church acct 2523 Deposit Summary | |
| **J.B.** | | **$12,400** |
| JHB 1 | Photo from Freeman Telegram Folder | |
| JHB 2 | Driver License from Freeman Computer | |
| JHB 3 | FBI interview report describing scam | |
| JHB 4 | Freeman CIT acct 4049 Deposit and Payee Summary | |
| JHB 5 | R. Spinella DCU acct 0897 Deposit and Payee Summary | |
| **J.C.** | | **$32,000** |
| JSC 1 | FBI interview report describing scam | |
| JSC 2 | LBC Trades Screenshot for "snowhair" | |
| JSC 3 | Freeman DCU acct 5127 Transaction Summary | |
| **D.D.** | | **$62,450** |
| DHD 1 | Photo from Freeman Telegram Folder | |
| DHD 2 | Driver's License Photo from Freeman Computer | |
| DHD 3 | Victim Impact Statement | |
| DHD 4 | Freeman BOA acct 8465 Deposit and Payee Summary | |
| DHD 5 | Fordham DCU acct 4760 Deposit and Payee Summary | |
| DHD 6 | Freeman Radius Bank acct 0462 Transaction Summary | |
| **B.D.** | | **$12,356** |
| BD 1 | FBI interview report describing scam | |
| BD 2 | LBC Trades Screenshot | |
| **M.F.** | | **$1,700.50** |
| MF 1 | FBI interview report describing scam | |
| MF 2 | LBC Trades Screenshot | |
| MF 3 | Freeman Shire Monadnock acct 6792 Transaction Summary | |
| **L.G.** | | **$31,100** |
| LAG 1 | Photo from Freeman Telegram Folder | |
| LAG 2 | Driver's License Photo from Freeman Computer | |
| LAG 3 | Victim Impact Statement | |
| LAG 4 | Freeman SCU acct 4962 Deposit Summary | |
| LAG 5 | Freeman BOA acct 8465 Deposit and Payee Summary | |
| LAG 6 | Fordham DCU acct 4760 Deposit and Payee Summary | |
| LAG 7 | Nobody BOA acct 9633 Deposit and Payee Summary | |
| **G.G.** | | **$56,000** |
| GEG 1 | FBI interview report describing scam | |

| | | |
|---|---|---|
| GEG 2 | Freeman First Tech acct 8014 Deposit Summary | |
| GEG 3 | Shire Free Church Citibank Statement of $6,000 Deposit | |
| **M.G.** | | **$5,860** |
| MG 1 | Victim Impact Statement | |
| MG 2 | Manchester Police Report describing scam | |
| **M.E.G.** | | **$23,259.60** |
| MEG 1 | FBI interview report describing scam | |
| MEG 2 | LBC Trades Screenshot | |
| **C.J.** | | **$2,600** |
| CJ 1 | FBI interview report describing scam | |
| CJ 2 | Email and attached PNC Bank receipt "snowhair123 no refund" | |
| CJ 3 | LBC Trades Screenshot "snowhair" | |
| CJ 4 | Freeman DCU acct 5127 Transaction Summary | |
| **S.J.** | | **$40,750** |
| SLJ 1 | Photo from Freeman Telegram Folder | |
| SLJ 2 | Driver's License Photo from Freeman Computer | |
| SLJ 3 | FBI interview report describing scam | |
| SLJ 4 | Freeman Radius Bank 0642 Deposit and Payee Summary | |
| **H.J.** | | **$811,624** |
| HCJ 1 | Photo from Freeman Telegram Folder | |
| HCJ 2 | Driver License Photo from Freeman Computer | |
| HCJ 3 | Trial Transcript 12/12/2022 | |
| HCJ 4 | Payment Transaction Summary | |
| **S.K.** | | **$68,000** |
| SLK 1 | Photo from Freeman Telegram Folder | |
| SLK 2 | Driver's License Photo from Freeman Computer | |
| SLK 3 | FBI interview report describing scam | |
| SLK 4 | Freeman SCU acct 4962 Deposit Summary | |
| **S.L.** | | **$151,400** |
| SLL 1 | Photo from Freeman Telegram Folder | |
| SLL 2 | FBI interview report describing scam | |
| SLL 3 | Freeman BOA acct 8465 Deposit and Payee Summary | |
| SLL 4 | Freeman Radius Bank Summary | |
| **K.M.** | | **$155,000** |
| KMM 1 | Photo from Freeman Telegram Folder | |
| KMM 2 | Driver's License Photo from Freeman Computer | |
| KMM 3 | FBI interview report describing scam | |
| KMM 4 | Freeman SCU acct 4962 $155,000 Deposit Transaction | |
| **C.M.** | | **$39,002** |
| CLM 1 | Photo from Freeman Telegram Folder | |
| CLM 2 | Driver's License Photo from Freeman Computer | |
| CLM 3 | Victim Impact Statement | |
| CLM 4 | Victim deposit records | |
| CLM 5 | Nobody COTIH JPM acct 9038 Transaction Summary | |
| CLM 6 | Nobody COTIH BOA acct 9663 Transaction Summary | |

| | | |
|---|---|---|
| **T.R.** | | **$14,000** |
| TAR 1 | Photo from Freeman Telegram Folder | |
| TAR 2 | Driver's License Photo from Freeman Computer | |
| TAR 3 | FBI interview report describing scam | |
| TAR 4 | Fordham DCU acct 4760 Deposit and Payee Summary | |
| **J.R.** | | **$67,000** |
| JER 1 | Photo from Freeman Telegram Folder | |
| JER 2 | Driver's License Photo from Freeman Computer | |
| JER 3 | Trial Transcript 12/12/2022 | |
| JER 4 | Freeman SCU acct 4962 Transaction Summary | |
| **R.S.** | | **$343,915.55** |
| RCS 1 | Victim Impact Statement | |
| RCS 2 | Victim Records of Freeman Deposits | |
| RCS 3 | Audio Clip - Free Talk Live recording on 12/9/2022 | |
| **J.S.** | | **$31,000** |
| JCS 1 | Photo of Note & Driver's License from Freeman Telegram Folder | |
| JCS 2 | FBI interview report 1/19/2022 describing scam | |
| JCS 3 | FBI interview report 10/5/2022 describing scam | |
| JCS 4 | Nobody COTIH JPM acct 9038 Deposit & Payee Summary | |
| **J.T.** | | **$7,850** |
| JT 1 | FBI interview report describing scam | |
| JT 2 | Nobody COTIH BOA acct 9633 Transaction Summary | |
| **D.V.** | | **$755,000** |
| DTV 1 | Photo from Freeman Telegram Folder | |
| DTV 2 | Driver's License Photo from Freeman Computer | |
| DTV 3 | Trial Transcript 12/13/2022 | |
| DTV 4 | Payment Summary | |
| **R.V.** | | **$55,000** |
| RMV 1 | Photo from Freeman Telegram Folder | |
| RMV 2 | Victim Impact Statement | |
| RMV 3 | FBI interview report describing scam | |
| RMV 4 | Freeman 1st Tech acct 8014 Deposit Summary | |
| **D.W.** | | **$28,000** |
| DWW 1 | Photo from Freeman Telegram Folder | |
| DWW 2 | FBI interview report describing scam | |
| DWW 3 | Freeman 1st Tech acct 8014 Deposit Summary | |
| DWW 4 | Freeman BOA acct 8465 Deposit and Payee Summary | |
| DWW 5 | Fordham DCU acct 4760 Deposit and Payee Summary | |
| **S.W.** | | **$2,700** |
| SJW 1 | Photo from Freeman Telegram Folder | |
| SJW 2 | Driver's License Photo from Freeman Computer | |
| SJW 3 | FBI interview report describing scam | |
| SJW 4 | Nobody BOA acct 9633 Deposit and Payee Summary | |

| **C.W.** | | **$92,000** |
|---|---|---|
| CLW 1 | Photo from Freeman LBC Folder | |
| CLW 2 | Driver's License Photo from Freeman Computer | |
| CLW 3 | FBI interview report describing scam | |
| CLW 4 | LBC Trades Screenshot | |
| **D.Z.** | | **$20,000** |
| DSZ 1 | Photo from Freeman LBC Folder | |
| DSZ 2 | Driver's License Photo from Freeman Computer | |
| DSZ 3 | UPSP interview report describing scam | |
| DSZ 4 | Baker Citizens acct 4521 Deposit and Payee Summary | |