UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| v. | ) | Court No. 1:21-cr-00041-JL |
| | ) | |
| Ian Freeman, | ) | |
|       Defendant | ) | |
| | ) | |

## NOTICE OF CONVENTIONAL FILING

The United States of America has conventionally filed the following attachments identified in the United States' Sentencing Memorandum:

**EXHIBIT 2**
**GOVERNMENT'S ATTACHMENTS IN SUPPORT OF RESTITUTION**

Exhibit 2 contains victim identification, their associated records and losses in this case which are too voluminous for ECF filing.

Date: September 1, 2023                    Respectfully submitted,

JANE E. YOUNG
UNITED STATES ATTORNEY

By:    */s/ Georgiana L. MacDonald*
Georgiana L. MacDonald
Assistant United States Attorney
MA Bar # 685375
53 Pleasant Street, 4th Floor
Concord, New Hampshire 03301
(603) 225-1552
Georgiana.MacDonald@usdoj.gov

*/s/ Seth R. Aframe*
Seth R. Aframe
Assistant United States Attorney
MA Bar # 643288
United States Attorney's Office
53 Pleasant Street, 4th Floor
Concord, New Hampshire 03301
(603) 225-1552
Seth.Aframe@usdoj.gov

*/s/ John J. Kennedy*
John J. Kennedy
Assistant United States Attorney
NH Bar #19557
53 Pleasant Street, 4th Floor
Concord, New Hampshire 03301
(603) 225-1552
John.Kennedy2@usdoj.gov