**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF NEW HAMPSHIRE**

```
* * * * * * * * * * * * * * * * * * * * * * * * *
*                                       *
*        United States of America       *          No.  1:21-cr-00041-JL
*                                       *
*                  v.                   *
*                                       *
*              Ian Freeman              *
*                                       *
* * * * * * * * * * * * * * * * * * * * * * * * *
```

# APPENDIX A

TO

## DEFENDANT'S MEMO IN SUPPORT OF A BOOKER VARIANCE

Kang Lu, M.D.
63 Emerald St. #159
Keene, New Hampshire
Phone: 603-499-7919

RECEIVED
FEB 0 1 2023
a)

The Honorable Joseph Laplante
United States District Court
for the District of New Hampshire.

January 25, 2023

Dear Honorable Judge Laplante,

My name is Kang Lu. I am a New Hampshirite, residing in Cheshire County. I am a father, a physician, and a veteran of the Iraq War, with nearly fifteen years of honorable service to the United States. I have known Ian Freeman for more than a year now, and I observed his trial in December, 2022.

I am writing to your Honor, because I wish to lend my support to Mr. Ian Freeman. I do this deliberately, voluntarily, and without any form of inducement from Ian or any of his other friends. Further, I lend my support based on the totally of my personal knowledge of him, and my sincere belief that Ian's present and continued contributions to society far outweigh any hypothetical benefit that could be achieved by incarcerating him.

My personal opinion of Ian is that he is a genuinely decent man, who cares deeply about our community and our country as a whole. In every way that I have known him, Ian has always been straight forward, fair and honest in his dealings. It is plain to me that Ian has good intensions, and that he strives to improve the lives of all those he encounters.

I believe that Ian became involved in bitcoin, because he sincerely see it as a force for the good. Through hours of discussion, Ian shared with us his perspective, both as a student of history and technology, of how this innovation will someday secure to us the fundamental rights to life, liberty, property, and the blessings of a civilization under the reign of just and equal laws, and how this will happen, inexorably, peaceably, and without fraud, violence or surprise, such that eventually, both people and government may finally uphold the rule of law with the invisible hand of self-interest.

Ian is not a law breaker. He is not a scammer, or a thief, or a danger to society. Ian is very much an idealist, a deep thinker, and one who strives for fairness and equality. Without a doubt, he is a positive influence, and an indispensable member of our community.

Therefore, I pray that your Honor would kindly exercise your discretion to allow Mr. Ian Freeman to remain free, so that he may continue to contribute to our community. Imposing a lengthy prison sentence achieves nothing, except to deprive the community of our friend, and one of its great benefactors and assets.

Thank you and respectfully,

Kang Lu, M.D.

January 16, 2023

The Honorable Judge Laplante,

My name is Eric S. Clark and I have lived most of my life in Kansas but through the invention of the internet have had the advantage of being able to get to know Ian Bernard.

I thank you for taking the time to consider my letter concerning Ian "Freeman" Bernard and I hope and pray that my words will help to bring true justice, something for which you and I both believe in strongly.

We know that the Tea Party might even have been considered a violent act, far beyond what is now at stake. Yet, we also know that the pathway to freedom is not always safe and easy or even in keeping with the law in every jot and tittle. If every man were held to account for every jot and tittle, woe is us.

While I have had a few disagreements over philosophical matters, I have always fully agreed with "the thrust" of Ian's conduct in that, even during acts of civil disobedience (which is not far removed from our fundamental right to petition our government and seek redress of grievances), even then, there is no deliberate intent to cause anyone physical harm in the least. There is an old saying that the road to hell is paved with good intentions, but in this particular instance, I believe the counter reflection to be true, that is, that the road of good intentions has been paved with hell.

While there is much I could say, it would do little more than verbosely repeat the sentiment so far express, so I close here in the interest of judicial economy -- as the Rule of Law is my utmost sacrilege in life, the pinnacle of that being our constitution and the democratic representative republic formed by it.

May the wisdom that guided our forefathers be set graciously upon you as you consider the appropriate outcome for the decision now before you.

In the words of Red Skelton, Good night and may God bless.

Eric S. Clark
1430 Highway K-273
Williamsburg, Kansas 66095

Kenia Raine Carolan
219 Pat Street
Levelland, Texas 79336
Telephone: (806) 810-0219

January 7, 2023

The Honorable Joseph N. Laplante,

I am writing to you in support of a Defendant in a recent federal criminal case in your court, Ian
Freeman. My name is Kenia R. Carolan, and I am a resident of Levelland, Texas. I am currently
a homemaker and studying to become a Certified Public Accountant (CPA). I hold a Bachelor
Degree in Fashion Design from Arte AC - Instituto de Estudios Superiores de Diseño, located in
Monterrey, Mexico. I am presently pursuing a separate Bachelor Degree in Accounting &
Finance from Instituto Universitario del Prado in Mexico City via remote learning. I have been a
Permanent Resident in the United States since March 2018, and I became a naturalized citizen in
January 2022. Presently, I live with my husband Gavin Carolan here in Texas. He recently wrote
to you about the same case as well.

I understand that Ian is currently facing sentencing for criminal charges he recently defended in
your court, which were brought by the federal government. I was surprised to hear about this and
very disappointed in the jury's decision in this case.

My husband and I have been avid listeners of his radio show 'Free Talk Live' for many years
and enjoy hearing his input and opinions on current events and cryptocurrency. As an aspiring
accountant, I am very interested in learning about cryptocurrency and I find the subject to be
fascinating. I expect that cryptocurrency will become a significant part of our daily lives and
accounting practices within the next decade or so.

Ian Freeman has been instrumental for my understanding of cryptocurrency and has opened my
eyes to its significance. I never, at any time, took Ian for a criminal or wrongdoer. If anything,
Ian is a wonderful person and an inspiration to many people. I hope that we can continue to listen
to him on the radio for years to come.

With that said, I understand that a jury of his supposed peers decided differently and that the
court intends to punish Ian Freeman. Quite frankly, between the trauma of the FBI's needlessly
destructive and barbaric raid on his residence in March 2021, the sixty-nine days that Ian already
spent in jail, as well as the financial and emotional toll this has likely taken on Ian and his friends
and family, I believe he has already been punished enough.

Unfortunately, scams and dishonesty are rampant in the crypto community right now. Ian stands as a credible and trustworthy vendor and disseminator of information of cryptocurrency. I kindly ask you to please consider being lenient towards Ian Freeman when deciding his fate during the upcoming sentencing hearing. He is an asset to his local community and to the cryptocurrency community in general. The community would be better served with him out of prison and able to help with the inevitable mass adoption of cryptocurrency in our society over the coming years.

Sincerely,

Kenia R. Carolan

# Gavin V. Carolan

219 Pat Street
Levelland, Texas 79336
Telephone: (806) 810-0219 | Facsimile: (806) 853-9067 | E-Mail: Gavin68@protonmail.ch | www.GavinCarolan.com

January 7, 2023

United States District Court – District of New Hampshire
ATTN: The Honorable Joseph N. Laplante
55 Pleasant Street
Room 110
Concord, New Hampshire 03301-3941                    **via USPS First Class Mail**
Tel: (603) 225 - 1423

**RE: In the Matter of 'United States vs. Freeman (1:21-cr-00041)'**

Dear Judge Laplante,

I hope this letter finds you well. Please allow me to introduce myself and provide a brief summary of my background. My name is Gavin Vincent Carolan, and I am a resident of Levelland, Texas. I am a licensed insurance sales agent in multiple jurisdictions and licensed to sell Life, Health, Accident & HMO insurance. I also serve as a Notary Public for the State of Texas. I hold an Associate Degree in 'Paralegal / Legal Assisting' from Luzerne County Community College in Nanticoke, Pennsylvania and a Bachelor Degree in 'Criminal Justice' from The University of Texas – Rio Grande Valley in Edinburg, Texas. I am presently completing a Master of Business Administration (MBA) from The University of Texas of the Permian Basin, and I intend to pursue a Juris Doctor (JD) degree in the future.

In compliance with relevant state laws, I must affirm that I am contacting you in my capacity as a private citizen, <u>not</u> as an insurance agent nor as an officer of the State of Texas. Moreover, I am not a representative of any party mentioned herein.

I am writing to you today in support of the Defendant in the above-referenced criminal matter, Mr. Ian Freeman of Keene, New Hampshire. I have followed this case since its beginning in March 2021, and it has come to my attention that the case concluded on December 22, 2022 with a unanimous jury verdict of 'Guilty' on all eight (8) counts brought against Mr. Freeman. As you might know, this decision came as an unpleasant surprise to many, including Mr. Freeman and those in support of his defense.

To my understanding, Mr. Freeman is now awaiting Sentencing by the court, which is currently scheduled for April 14, 2023.

While I have a myriad of concerns and reservations about the nature of the charges against Mr. Freeman, the application of relevant federal law, as well as the jury's decision on the matter, I will refrain from making any such legal arguments on his behalf. I merely wish to advocate for Mr. Freeman as a man of good moral character and request leniency for Mr. Freeman.

While I have not personally conversed with Mr. Freeman in-person, I have been an avid listener of his nationally-syndicated radio program 'Free Talk Live' since 2013. I have also followed him on social media platforms and periodically exchanged e-mails with him. I have routinely listened to his thoughts and opinions as well as his political activism and thoughts on current events. He strikes me as an honest and upstanding man with a strict moral code. He is also industrious and productive in his personal life and in forwarding the causes he so zealously supports. I have immense respect for Mr. Freeman and I strive to be more like him in both my personal and professional life. In particular, I admire his bravery and courage.

While you might or might not agree with Mr. Freeman's political positions or ideology, it should be said that he advocates for a set of ideas and causes that he truly believes will better society and humanity as a whole. He has repeatedly affirmed that he is a believer in non-violent action and advocacy, and his actions have always been consistent with this sentiment.

His case stands in stark contrast with another cryptocurrency related case currently in the news, which involves the founder and former CEO of the cryptocurrency exchange 'FTX Trading, LTD', Sam Bankman-Fried (hereinafter referred to as 'SBF'). While both Mr. Freeman and SBF are charged with overlapping crimes under federal law, these individuals and the relevant circumstances could not be more different.

As you know, Mr. Freeman was charged criminally for dispensing cryptocurrency on a small-scale basis, and was never once even accused of defrauding anyone. In fact, it is believed that Mr. Freeman assisted in thwarting potential cryptocurrency related scams and saved multiple potential victims from falling for such scams by educating them on how cryptocurrency works and potential scams to watch for. Despite the current situation, Mr. Freeman's close associates remain supportive of him.

In comparison, SBF is alleged to have defrauded over $8 Billion USD from stakeholders in the now-defunct FTX Exchange by intentionally publishing misleading reports and disclosure(s) to the users and other interested individuals of the FTX exchange and to the Securities and Exchange Commission (SEC) via their 10-K report filing, as well as failing to disclosure serious defects in the firms liquidity and financial health due to questionable financial practices within the company. This ultimately led to a collapse of the company and SBF fleeing to the Bahamas to avoid prosecution. It is also suspected that SBF might have improperly withdrawn company funds for his own personal use.

Prima facie evidence in the SBF case clearly point towards SBF's culpability, either due to his incompetence and/or malice. His closest associates have deserted him and some intend to testify against him.

This is in stark contrast to Mr. Freeman, who remains well-liked and supported by his close associates and followers.

In a time of general apathy towards the betterment of society and strict bilateral politics and thought, Mr. Freeman represents what more people should strive to be. Mr. Freeman represents a free-thinking and entrepreneurial spirit that embodies what some people seek to achieve and many others should strive for (but lack the ambition). I submit that, if more Americans embodied Mr. Freeman's sense of altruism, advocacy and productivity, our society would be substantially better off in many facets.

To that end, we need not deprive your community and our nation of such a useful and productive member of society. I implore you to consider offering mercy and leniency when considering a punishment during Mr. Freeman's upcoming Sentencing. I will refrain from making suggestions as to what Mr. Freeman's sentence should be; I understand that is at your sole discretion. Nonetheless, I hope you are willing to extend a lenient sentence to Mr. Freeman.

Sincerely,

Gavin V. Carolan

Enclosure(s):
- None.


**CONCORDIA UNIVERSITY**
Ann Arbor, Michigan

David Nieman

2052 Pleasantview Street

Monroe, MI 48162


Judge Laplante

U.S. District Court

55 Pleasant Street

Concord, NH 03301


Dear Judge Laplante,


My name is David Nieman and I am writing to you in regards to the sentencing of Mr. Ian Freeman who was found guilty on eight monetary related charges in December of 2022.


I work as the Assistant Director of Technology for Concordia University Ann Arbor and have previously worked as a Network Administrator for Dearborn Public Schools and have worked for nearly a decade education sector most of which were public government schools.


In the nine years I have known Ian, he has shown an incredible passion and empathy in his advocacy for peace. He has built a community of people that are loving, peaceful, and accepting of all backgrounds. As a victim of child sexual abuse, Ian and a couple of his colleagues were able to discuss it with me in a healing and productive way that allowed me to come to peace with the the past. Further, the incarceration of Ian would put an unfair burden on tax payers due to his non-violent history and he is a productive community member who puts money into the local Keene and New Hampshire economy.


Thank you for taking your time to read this letter.


Sincerely,

David Nieman

Judge Laplante                                          Jan 16 2023

I am a wife, mother of two and an elementary school teacher in good standing. Prior to becoming a teacher I was a woman of science, holding both a Bachelors and Masters degree. I am active in both my home community and my school community and I value helping others wherever I can. This philosophy plays a large role in my teaching and my life thanks to Ian Freeman.

I have been listening to Ian on Free Talk Live for many years. His teachings about community, peace, civility and freedom are an important element to both me and my family. Ian has taught me about voluntaryism - the belief that good can only come through the voluntary choice to act, and shown me how to implement this philosophy in my day to day life. Without his teachings, many people in my community, myself included, would be worse off.

If Ian is sentenced to prison time, the effects would be widespread and devastating to many. New Hampshire would have lost a positive force for peace and liberty. Communities in other countries would also miss the opportunity to better themselves because of the wide reach Ian has with his radio show. Preserving his freedom will allow him to continue reaching people worldwide and changing lives for the better.

Lisa St Denis
8080 Hwy 511
Lanark, Ontario
K0G 1K0
(613) 509 - 1321
lisa@lahu.ca

Judge Laplante                                                    4 Jan 2023

I am a 42 year old husband and father of two.  I donned a uniform as an infantryman for my country, and later, spent years serving it as a civilian.  I have since built a career as a cyber security practitioner.  I am active in my community and value helping those in need.

I have been listening to Ian Freeman for years through Free Talk Live and the various channels they use to propagate the ideas of community, peace, civility and freedom.  I have never known Ian to express a thought that opposed that ideal.  He is genuinely caring for his community and people in general.  He has exposed me to the ideas of voluntaryism, and the belief that good can only come from the choice to act.  He has taught me that the only just way to solve a problem is peacefully, and with the consent of all involved.

I feel that it is an absolute disservice to not only the people of New Hampshire, or the US, but the world at large.  He has used a large platform to reach a wide audience to express what can only be described as the golden rule, to do right by others.  Sentencing him to remand will remove an absolutely positive force from the world.

Robert St Denis
8080 HWY 511
Lanark, Ontario
K0G 1K0
(613)509-1321
rob@iahu.ca

To the Honorable Joseph Laplante,

I am a disabled veteran of the 101st who started listening to Ian Freeman's radio show shortly after returning from my first year in Iraq. Ian's preachings about the meaning of freedom helped inform my own understanding of what my military service meant to me, and I hope to ask for leniency in his sentencing due to the value he adds to our society.

After years of listening to his show I feel like I know him better than I know my own son (also named Ian), and I am certain he would never knowingly assist in any criminal activity that victimizes any other human being. To do so would be counter to his principles, which he holds to as dearly as the most devout members of any other religion. It is his extreme dedication to those principles that gives him the courage to challenge laws that run counter to it, even at great personal and legal risk because to himself, because incarceration would be martyrdom.

Ian Freeman stands for his principles more than the vast majority of Americans and embodies the very best of our culture. He has developed an idealistic view of how our society could be improved by maximizing emphasis on personal freedoms and has dedicated his life to furthering it. He is not always correct in his judgment of which laws are just and which should be challenged, but a society with no Ian Freemans in it would be undoubtedly less free.

Please allow him to continue broadcasting.

Andrew Burton Weekes, former US Army Sergeant, active duty from 2004 - 2009.

16445 E. Phillips Place, Englewood CO 80112

(720) 742 7398

Dominic Bashford
14517 Prism Cir Apt 201B
Tampa, FL 33613

The Honorable Judge Laplante
55 Pleasant St
Concord, NH 03301

January 24th, 2023

RE: Ian Freeman's Sentencing

Dear Honorable Judge Laplante:

I have known Ian Freeman for just over two years now, and have been listening to him on the radio since 2016. I met Ian at a cryptocurrency meetup event two years ago, and guest hosted Free Talk Live under his supervision. Ian has been a significant inspiration to me on how to be more charitable, forgiving and empathetic in the time that I have listened to him. For Ian's sentencing, I kindly ask you to consider the positive impact that he has had on the community, as well as myself.

I am a committed Christian, and although I don't think Ian would classify himself the same, I consider him to be a genuine and authentic religious leader. The message Ian Freeman and the Shire Free Church spread I consider to be consistent with my Christian faith, and a benefit to society.

I am currently a Sales Analyst working for a grocery wholesale distributor. I am from the Cincinnati area, from which I've recently moved. In my time living in Cincinnati, I was an involved member in the community, volunteering for organizations such as Wheels Transportation Inc, an organization that fixes up donated cars and gives them to people who can't afford reliable transport, as well as my former church (7 Hills Church). Ian regularly talks about the importance of charitable giving on his radio show, and without his influence I might not have been as involved.

Again, I kindly ask that you consider the positive impact Ian has had on many during sentencing.

Yours sincerely
Dominic Bashford
Dominic Bashford

Matthew Santonastaso
261 Nutting Rd
Jaffrey NH 03451
978 846 7569


Testimony in support of Ian Freeman

To Judge Laplante,

In the attached narrative, you will learn that I ran through machine gun fire in an effort to rescue soldiers trapped in a burning building, and then provided medical care for 20 hours thereafter. Many people often thank me for my military service.

I thank Ian Freeman for his service to the people of Keene, the State of New Hampshire, and the world. Ian Freeman is a remarkable person who will bend over backwards to help another person, even in circumstances where he would be expected not to. It's not often you get to meet someone like Ian, and I consider myself fortunate to have known him.

We do not deserve Ian. He is too good for us, and putting him away is, ironically, exactly what we deserve. But it won't be him who suffers. Selfishly, I ask for the common people to have Ian, who continuously stands up for what is right no matter the consequence.

Thank you,

Matthew Santonastaso
3450091CFI, Exp

Matthew Santonastaso


NH State Representative
Magna Cum Laude - Fitchburg State University BS, 4.0 GPA in Computer Science
FAA Certified Helicopter Flight Instructor
Combat Awarded Medic - US Army Veteran, 82nd Airborne
CDL-A Tractor Trailer
USPA B Licensed Skydiver

NARRATIVE TO ACCOMPANY THE AWARD OF

ARMY COMMENDATION MEDAL (VALOR)

TO SPC MATTHEW J. SANTONASTASO

SPC Santonastaso distinguished himself by exceptionally valorous conduct in combat operations as a Combat Medic in A Troop, 5th Squadron, 73rd Cavalry Regiment, 3rd Brigade Combat Team, 82nd Airborne Division on 28 March 2009 in the Rusafa District of Baghdad, Iraq.

At approximately 1500 hours SPC Santonastaso received a WARNORD that Iraqi Security forces had arrested Adel Mashadani, the Al Fadhel Sons of Iraq (SoI) leader and that fighting had erupted between the Fadhel SOI and the Iraqi Army (IA). Specifically, IA Soldiers were cutoff, pinned down and surrounded in Zubaida Square (Grid 38S MB 43703 89700) by enemy fighters positioned in buildings and the narrow streets and alleys all around Fadhel. SPC Santonastaso immediately ensured his weapon, personal equipment and medical equipment were ready and he prepared to move to the fight.

SPC Santonastaso was in the fifth vehicle in the order of march when 3rd Platoon arrived at the fight at the intersection of YUENGLING and WILD (Grid 38S MB 4347 8945) and immediately came under effective small arms, machine-gun and sniper fire from the low and high-rise buildings surrounding the broad intersection.  Without regard for his personal safety, SPC Santonastaso dismounted his up-armored HMMWV and remained postured behind his PSG, ready to treat any casualties.  While staying protected behind the HMMWV's armor would have been an acceptable course of action, SPC Santonastaso went beyond the call of duty and chose to expose himself to sustained enemy fire to ensure that he could ID casualties anywhere around his platoon.  For 60-90 minutes, SPC Santonastaso moved around his position, under constant enemy fire, ensuring his fellow Paratroopers were not wounded and still in the fight.  This allowed other IA and CF forces to reinforce the critical position in Fadhel, buying time for his commander and the Iraqi forces to plan and prepare for an action with strategic consequences.

The rescue of IA hostages in Zubaida square was a tactical action with strategic consequences.  If the sun had risen on 29 Mar 09 with the Sons of Iraq still holding IA soldiers hostage, it is clear that MG Abdul-Kareem would have followed through on the threat he made to the SoI – that he would "flatten Fadhel." A critical effect of SPC Santonastaso's valor in remaining on the ground and exposed to heavy enemy fire was that his actions not only allowed his command time and space to cajole the IA to re-assault Zubaida Square but his courage also motivated the IA to action against the enemy.

In Zubaida square, surrounded on all sides, SPC Santonastaso dismounted under intense fire and, without any regard for his own personal safety, ran through the barrage of machine gun and small arms fire onto the target building. While under continuous fire for around 30 additional minutes, SPC Santonastaso stood ready to provide medical assistance to any wounded U.S. or IA soldiers. During the battle he provided critical medical care to an IA Soldier who had been trapped inside the burning building and was suffering from smoke inhalation - before escorting him to a safe position. When the rescue was complete and still under fire, SPC Santonastaso ensured his sensitive items were accounted for and prepared to fight back down the YUENGLING gauntlet to the intersection of WILD and YUENGLING.

SPC Santonastaso went on to provide medical care for another 20 hours of combat that included the peaceful handover of additional hostages and allowed the influx of additional IA units to assume security in and around Fadhel.

SPC Santonastaso's valorous actions were critical in securing the population, minimizing collateral damage, motivating the IA to re-assault Zubaida Square, rescuing the IA hostages and turnover of the position to the Iraqi Army. His actions reflect great credit on himself, 5-73 CAV, 3rd Brigade Combat Team of the 82nd Airborne Division, Multi-National Division-Baghdad (1st Cavalry Division) and the United States Army.



# DEPARTMENT OF THE ARMY

THIS IS TO CERTIFY THAT THE SECRETARY OF THE ARMY HAS AWARDED

## THE ARMY COMMENDATION MEDAL

TO

**SPECIALIST MATTHEW J. SANTONASTASO**
**ALPHA TROOP, 5TH SQUADRON, 73RD CAVALRY REGIMENT**

FOR EXCEPTIONALLY VALOROUS ACHIEVEMENT WHILE SERVING AS A COMBAT MEDIC IN ALPHA TROOP, 5-73RD CAVALRY, DURING THE BATTLE OF FADHEL, OPERATION IRAQI FREEDOM. SPC SANTONASTASO'S HEROISM, COURAGE AND COMMITMENT RESULTED IN THE RELEASE OF IRAQI ARMY SOLDIERS HELD HOSTAGE BY ROGUE SONS OF IRAQ FIGHTERS AND THE ESTABLISHMENT OF IRAQI ARMY DOMINANCE IN FADHEL. HIS ACTIONS ARE IN KEEPING WITH THE FINEST TRADITIONS OF MILITARY SERVICE AND REFLECT GREAT CREDIT ON HIM, THE 3RD BRIGADE COMBAT TEAM, 82ND AIRBORNE DIVISION AND THE UNITED STATES ARMY.

FROM 28 MARCH 2009 TO 29 MARCH 2009

PO 127-005, 7 MAY 2009

HQs, 3RD BCT, 82ND ABN DIV
IRAQ, APO, AE 09313



**TIMOTHY P. MCGUIRE**
COL, IN
Commanding

DA FORM 4980-14, NOV 97

## RECOMMENDATION FOR AWARD

For use of this form, see AR 600-8-22; the proponent agency is DCS, G-1.

For valor/heroism/wartime and all awards higher than MSM, refer to special instructions in Chapter 3, AR 600-8-22.

| 1. TO | 2. FROM | 3. DATE *(YYYYMMDD)* |
|---|---|---|
| COMMANDER, 3RD BCT, 82ND ABN DIV<br>JSS LOYALTY, IRAQ APO AE 09313 | COMMANDER, A TRP, 5-73RD CAV, 3RD BCT<br>JSS LOYALTY, IRAQ APO AE 09313 | |

### PART I - SOLDIER DATA

| 4. NAME *(Last, First, Middle Initial)* | 5. RANK | 6. SSN |
|---|---|---|
| SANTONASTASO, MATTHEW | SPC | 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 |

| 7. ORGANIZATION | 8. PREVIOUS AWARDS |
|---|---|
| A TRP, 5-73RD CAV, 3RD BCT, 82ND ABN DIV<br>JSS LOYALTY, IRAQ APO AE 09313 | NO AWARDS |

| 9. BRANCH OF SERVICE | 10. RECOMMENDED AWARD | 11. PERIOD OF AWARD | |
|---|---|---|---|
| | | a. FROM | b. TO |
| Army | ARCOMV | 20090328 | 20090329 |

**12. REASON FOR AWARD**

| 12a. INDICATE REASON | 12b. INTERIM AWARD | YES ☒ NO | 12c. POSTHUMOUS | 13. PROPOSED PRESENTATION DATE *(YYYYMMDD)* |
|---|---|---|---|---|
| VALOR | IF YES, STATE AWARD GIVEN | | YES ☐ NO ☒ | |

### PART II - RECOMMENDER DATA

| 14. NAME *(Last, First, Middle Initial)* | 15. ADDRESS |
|---|---|
| MURRAY, CLINTON | A TRP, 5-73RD CAV, 3RD BCT, 82ND ABN DIV<br>JSS LOYALTY, IRAQ APO AE 09313 |

| 16. TITLE/POSITION | 17. RANK | |
|---|---|---|
| PLATOON SERGEANT | SFC | |

| 18. RELATIONSHIP TO AWARDEE | 19. SIGNATURE |
|---|---|
| SUPERVISOR | |

### PART III - JUSTIFICATION AND CITATION DATA *(Use specific bullet examples of meritorious acts or service)*

**20. ACHIEVEMENTS**

ACHIEVEMENT #1

SEE ATTACHED NARRATIVE

ACHIEVEMENT #2

ACHIEVEMENT #3

ACHIEVEMENT #4

**21. PROPOSED CITATION**

SEE ATTACHED CITATION

**DA FORM 638, APR 2006**      REPLACES DA FORM 638-1.      Page 1 of 3
PREVIOUS EDITIONS OF DA FORM 638 ARE OBSOLETE.      APD PE v2.01ES

| NAME (Last, First, Middle Initial) | SSN |
|---|---|
| FLAGLER, MICHAEL S. | 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 |

## PART IV - RECOMMENDATIONS/APPROVAL/DISAPPROVAL

| 22. I certify that this individual is eligible for an award in accordance with AR 600-8-22; and that the information contained in Part I is correct. | 22a. SIGNATURE | | 22b. DATE (YYYYMMDD) |
|---|---|---|---|

| 23. INTERMEDIATE AUTHORITY | a. TO CDR, 5-73RD CAV, 3BCT<br>FOB HAMMER, APO AE 09308 | b. FROM CDR, A TRP, 5-73RD CAV<br>FOB HAMMER, APO AE 09308 | c. DATE (YYYYMMDD) |
|---|---|---|---|
| d. RECOMMEND: ☒ APPROVAL ☐ DISAPPROVAL | | UPGRADE TO: ☐ DOWNGRADE TO: | |
| e. NAME (Last, First, Middle Initial)<br>RODRIGUEZ, FRANK A. | | f. RANK<br>CPT | |
| g. TITLE/POSITION<br>TROOP COMMANDER | | h. SIGNATURE | |
| i. COMMENTS | | | |

| 24. INTERMEDIATE AUTHORITY | a. TO | b. FROM | c. DATE (YYYYMMDD) |
|---|---|---|---|
| d. RECOMMEND: ☐ APPROVAL ☐ DISAPPROVAL | | UPGRADE TO: ☐ DOWNGRADE TO: | |
| e. NAME (Last, First, Middle Initial) | | f. RANK | |
| g. TITLE/POSITION | | h. SIGNATURE | |
| i. COMMENTS | | | |

| 25. INTERMEDIATE AUTHORITY | a. TO | b. FROM | c. DATE (YYYYMMDD) |
|---|---|---|---|
| d. RECOMMEND: ☐ APPROVAL ☐ DISAPPROVAL | | UPGRADE TO: ☐ DOWNGRADE TO: | |
| e. NAME (Last, First, Middle Initial) | | f. RANK | |
| g. TITLE/POSITION | | h. SIGNATURE | |
| i. COMMENTS | | | |

| 26. APPROVAL AUTHORITY | a. TO ORDERS ISSUING AUTHORITY | b. FROM CDR, 5-73RD CAV, 3BCT<br>FOB HAMMER, APO AE 09308 | c. DATE (YYYYMMDD) |
|---|---|---|---|
| d. ☒ APPROVED ☐ DISAPPROVED | ☐ RECOMMEND UPGRADE TO: | ☐ DOWNGRADE TO: | |
| e. NAME (Last, First, Middle Initial)<br>BUCKINGHAM, DAVID W. | | f. RANK<br>LTC | |
| g. TITLE/POSITION<br>SQUADRON COMMANDER | | h. SIGNATURE | |
| i. COMMENTS | | | |

## PART V - ORDERS DATA

| 27a. ORDERS ISSUING HQ<br>HQS, 5-73RD CAV, S-1 | 27b. PERMANENT ORDER NO. | 31. DISTRIBUTION<br>1-File<br>1-OMPF<br>1-Unit<br>3-Individual |
|---|---|---|
| 28a. NAME OF ORDERS APPROVAL AUTHORITY<br>SHAH, BRANDON A. | 28b. RANK<br>1LT | |
| 28c. TITLE/POSITION<br>S-1 OIC | 29. APPROVED AWARD<br>AAM | |
| 28d. SIGNATURE | 30. DATE (YYYYMMDD) | |

DA FORM 638, APR 2006

| NAME *(Last, First, Middle Initial)* | SSN | |
|---|---|---|
| SANTONASTASO, MATTHEW | 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 | |

## PART IV - RECOMMENDATIONS/APPROVAL/DISAPPROVAL

| 22. I certify that this individual is eligible for an award in accordance with AR 600-8-22; and that the information contained in Part I is correct. | 22a. SIGNATURE | 22b. DATE *(YYYYMMDD)* |
|---|---|---|

| 23. INTERMEDIATE AUTHORITY | a. TO CDR, 5-73RD CAV, 3RD BCT JSS LOYALTY, APO AE 09313 | b. FROM CDR, A TRP, 5-73RD CAV JSS LOYALTY, APO AE 09313 | c. DATE *(YYYYMMDD)* |
|---|---|---|---|

d. RECOMMEND: ☒ APPROVAL   DISAPPROVAL   UPGRADE TO: ☐ DOWNGRADE TO:

e. NAME *(Last, First, Middle Initial)*: FRANK A. RODRIGUEZ   f. RANK: CPT

g. TITLE/POSITION: TROOP COMMANDER   h. SIGNATURE

i. COMMENTS: Treated an Iraqi partner who had been wounded and left for dead. Treated the IA Soldier under an intense firefight

| 24. INTERMEDIATE AUTHORITY | a. TO CDR, 3RD BCT, 82ND ABN DIV JSS LOYALTY, APO AE 09313 | b. FROM CDR, 5-73RD CAV, 3RD BCT JSS LOYALTY, APO AE 09313 | c. DATE *(YYYYMMDD)* |
|---|---|---|---|

d. RECOMMEND: ☒ APPROVAL   DISAPPROVAL   UPGRADE TO:   DOWNGRADE TO:

e. NAME: DAVID W. BUCKINGHAM   f. RANK: LTC

g. TITLE/POSITION: SQUADRON COMMANDER   h. SIGNATURE

i. COMMENTS: SPC SANTONASTASO SAVED LIVES WHILE UNDER INTENSE FIRE. ABSOLUTELY WELL DESERVED

| 25. INTERMEDIATE AUTHORITY | a. TO | b. FROM | c. DATE *(YYYYMMDD)* |
|---|---|---|---|

d. RECOMMEND: APPROVAL   DISAPPROVAL   UPGRADE TO:   DOWNGRADE TO:

e. NAME:   f. RANK:

g. TITLE/POSITION:   h. SIGNATURE

i. COMMENTS:

| 26. APPROVAL AUTHORITY | a. TO ORDERS ISSUING AUTHORITY | b. FROM CDR, 3RD BCT, 82ND ABN DIV JSS LOYALTY, APO AE 09313 | c. DATE *(YYYYMMDD)* |
|---|---|---|---|

d. APPROVED   DISAPPROVED   RECOMMEND UPGRADE TO:   ☒ DOWNGRADE TO: ARCOM

e. NAME: TIMOTHY P. MCGUIRE   f. RANK: COL

g. TITLE/POSITION: BRIGADE COMMANDER   h. SIGNATURE

i. COMMENTS:

## PART V - ORDERS DATA

| 27a. ORDERS ISSUING HQ: HQ's, 3RD BCT, 82ND ABN DIV | 27b. PERMANENT ORDER NO. 127-005 | 31. DISTRIBUTION 1-File 1-OMPF 1-Unit 3-Individual |
|---|---|---|
| 28a. NAME OF ORDERS APPROVAL AUTHORITY: SCOTT, KRIS L. | 28b. RANK: CW2 | |
| 28c. TITLE/POSITION: 3RD BCT HR TECHNICIAN | 29. APPROVED AWARD: ARCOM | |
| 28d. SIGNATURE: | 30. DATE *(YYYYMMDD)* | |

Brian Crum
3187 Tansy Trail SW
Grandville, MI 49418
616-730-1757

February 10, 2023

The Honorable Joseph Laplant
63 Emerald Street #610
Keen, NH  03431

RE: Ian Freeman case, sentencing

Your Honor,

My name is Brian Crum, a U.S. citizen, and Engineer that has worked in the Medical Device industry for 17 years.  My passion is in designing medical devices that make healthcare outcomes better (with minimally invasive surgical tools).  My reason for writing you is over my concern that Ian Freeman is currently facing up to 20 years in prison for a crime that is non-violent and victimless in nature.

I have listened to Ian's radio show for many years, and it provides an outlet for me and thousands of others to validate many of life's challenges for the freedom-loving, working person and as a fellow human being in this stressful, complicated, social media-influenced world.

In the spirit of the U.S. Declaration of Independence, Ian provides his listeners with a unique, modern-day perspective on freedom that is peaceful.  He routinely shares his perspective that violence will cause more harm than good and encourages his listeners to seek more liberty in our lives in ways that are non-violent.  I love listening to the show and find that I mostly agree with Ian's views.

In summary, Ian's time served along with the property that was seized in his arrest is significant and I feel he has already paid a heavy price for his actions.  Please consider lightening his sentence, our prison system is strained enough, and it will serve no one to have a peaceful person like Ian Freeman, placed there.

Thank you for your thoughtful consideration.

Sincerely,

Brian Crum

To the Honorable Joseph Laplante

Hello your honor. My name is Ammon Ford and I am writing you on behalf of Ian Freeman. I am not a close friend of his but I have listened to his talk radio show for over 10 years.

I am a former active duty member of the United States Coast Guard and am now employed by an oilfield service company in the gulf of Mexico. Since I began listing to Freetalk Live in 2011, I have been privy to much of Ian's personal life and his philosophy of non-aggression. He and his co-hosts have been pivotal in my own philosophical journey. Nothing ever spoken on my many years of listening has led me to think that Ian is anything other than a peaceful and productive member of society.

Which leads me to my appeal to your sentencing of Ian. I assume sir that you believe that serving justice is what our courts are supposed to accomplish. I fail to see how putting a peaceful and productive person in prison serves justice. It seems to me it only destroys a mans life, wastes taxpayers money as well as government resources.

Your Honor, one hopes that a judge at their core wants to serve society and the idea of justice. I beg you to ask yourself if putting another peaceful person in prison will improve society.

Thank you for your time
Ammon Ford

Ammon Ford
100 Scott St
Tellico Plains TN
37385

The Honorable Joseph Laplante,

My name is Andrew Becker. I owned an elderly care business (Homewatch CareGivers) with offices in Nashua, NH for 9 years. I am writing to express my strong belief that Mr. Ian Freeman should remain a free man. In the over 10 years that I have known Mr. Freeman, I have been consistently impressed by his character and positive influence on me, friends and people I know. I understand the severity of the crime that Mr. Freeman has been charged with, and I do not mean to downplay the gravity of the situation. However, I strongly believe that putting Mr. Freeman in prison would do more harm than good. Mr. Freeman has so much potential to continue making a positive impact on the world, and I believe that he would be better able to do so if allowed to remain in productive society.

Mr. Freeman has always been a kind and compassionate individual, constantly striving to help those in need. He has generously donated his time and resources to various charitable causes, and have made a meaningful difference in the lives of many people. He focused his efforts to help people of all ages, races and backgrounds with his media  I am aware Mr. Freeman

- Donates regularly to the Hundred Nights Homeless Shelter
- Donates regularly to Liberty in North Korea
- Raised tens of thousands of dollars for an orphanage in Uganda
- Donated church property to a local Muslim group to build a mosque
- Has given away tens of thousands of dollars to hundreds of people across Cheshire County
- Ministers a message of peace, freedom, forgiveness, and love, via his top-25, nationally syndicated talk radio show heard on over 170 radio stations in the US and online via podcast and live stream.  Episodes are free to download.

He is a hardworking and responsible member of society, consistently contributing to the betterment of our community through his work and actions.

Thank you for considering my thoughts on this matter. I hope that you will give serious consideration to the positive role that Mr. Freeman has played in our community and the potential harm that imprisoning him could cause.

Sincerely,

*Al K*   2/24/2023

Becker
26 Bidge Top
Humacao, PR 00791

Anthony Migchelbrink
112 Edgewood Rd
Savannah, Ga 31404

February 18, 2023

**Subject: Ian Freeman Sentencing**

Judge Leplant,

Thank you for reading my letter. My name is Anthony and I live in Savannah, GA with my partner Melissa. We share our home with foster dogs and cats that come from the local animal control center and from owner surrenders. We do our best to get them ready to be great companions. I've worked for the past 11 years as a machinist at a local industrial repair facility and in my spare time I enjoy working on cars and our vintage travel trailer.

I began listening to Free Talk Live in 2008 and have enjoyed the interesting discussions that Mr. Freeman and the other co-hosts get into. In that time, I have found Mr. Freeman to be a very consistent advocate for peace, compassion and non-violence. These ideas are some of the most crucial for our over-politicized society but almost never presented on other radio shows or other media in general.

I urge you to consider a light sentence that allows Mr. Freeman to remain a part of his community. While he has been convicted of violating laws of administrative nature, no allegation has been made that he has directly harmed anyone due to either malice or negligence and I there isn't any reason to believe he poses a threat to the public. I hope you will find it fitting to give Mr. Freeman a sentence that will allow him to continue to be a hopeful voice on the radio.

Thank you for your time.

Sincerely,

Anthony Migchelbrink

The Honorable Joseph N. LaPlante
United States District Court
District of New Hampshire
55 Pleasant Street #110
Concord, NH 03301

RE: Conviction and Sentencing of Ian Freeman

Judge LaPlante,

Greetings sir. My name is Bradley Jardis and I am a former life-long resident of New Hampshire. I lived in New Hampshire from my birth on October 17, 1980 until 2017 when I moved to Amesbury, MA. I am a former NH law enforcement officer, having served 11-years, and am a graduate of the 211th NH Part-Time Police Academy and the 121st NH Full-Time Police Academy. Additionally, I was a candidate for High Sheriff in Coos County in the 2012 election cycle. Although I was not victorious, I did achieve more than 20% of the vote against a long-time incumbent. I was endorsed by approximately seven state representatives and other local elected officials.

I write you today in support of leniency for the sentencing of Ian Freeman.

Ian Freeman and I met in the late 2000's at a hearing before the NH House Criminal Justice Committee to legalize marijuana. I spoke in support of the bill as a member of Law Enforcement Against Prohibition. I was still an active-duty rank-and-file LEO at the time. After Ian and I met, I started listening to his radio program, Free Talk Live. I found quickly that Ian is a gifted articulator of the ideas of peace, liberty, and prosperity. Ian proffered many ideas to solve social problems without resorting to state violence. I quickly saw the violence that I frequently initiated on behalf of the community as contrary to the "peace and dignity" of the State. I left law enforcement in January of 2010.

Were Ian to be imprisoned for any period of time, a reasoned voice opposing the use of violence for social change will be muted. America is presently going through a revolution and there are plenty of libertarian/anarchist types who dance around the issue of using violence against the state. Ian is not one of them. Ian shuts people down every time they either hint at, or advocate violence against the state or state agents.

I deeply implore you Sir, to have mercy for Mr. Freeman. He is a good man. I consider him to be a friend and ally in the libertarian movement of society.

Respectfully submitted,

Bradley Jardis
10 Congress Street #302
Amesbury, MA 01913
603-682-3287
bbrad121@gmail.com

63 Durette Court
Manchester, NH 03102

March 10, 2023

Dear Honorable Joseph Laplante,

Re: Sentencing of Ian Freeman

I am an author, activist, and attorney, living in West Manchester with my husband of 28 years and our puppy, Obi (Wan-Kenobi). Before moving to New Hampshire in 2008, I practiced law in South Africa and California, and later returned to college and graduated with a Master in Fine Arts from City College in 2008. Acting as plaintiff, I won a landmark First Circuit case affirming the right to film police officers, *Gericke vs. Begin (2014)*.

I have personally known Ian Freeman for about 15 years, and started listening to Free Talk Live back in 2007. While Ian and I have not always seen eye-to-eye about his activism, I have a deep respect for his moral convictions. Like most liberty activists I know, Ian subscribes to the Non-Aggression Principle, an ethical stance that one may not initiate force against another.

Even though the court has found Ian guilty of federal charges in an area of law that is still developing, and where the SEC and other government agencies refuse to provide meaningful guidance to the public to help navigate this nascent field, as far as I am aware, all the charges relate to victimless crimes, meaning no one was materially harmed.

Despite his record of civil disobedience, Ian is a peaceful man. No good would be served by placing Ian in jail for any length of time, and, indeed, may be counterproductive by elevating his profile further and making him a martyr to the cause of crypto and liberty.

Furthermore, making taxpayers subsidize the incarceration of a peaceful activist like Ian would be a travesty. Please allow justice to prevail through your actions, and do not ruin this man's life. Let him serve his sentence in his community, with his wife and friends.

I beg for your leniency in the sentencing of Ian Freeman. Thank you for your time and consideration of this appeal.

Sincerely,

Carla Gericke

The Honorable Joseph Laplante,

Ian Freeman and I are long-time acquaintances. In my nearly 20 years of knowing him, I have found him to be a kind, welcoming person even when we have fierce disagreements. Given the current state of discourse, that speaks positively to his character.

Ian is peaceful in a way a peacenik like myself aspires to be. He is non-violent and loving in all he does, and I believe he has de-radicalized people toward that core ethos in a way that benefits literally all of us.

I ask that you take his pre-trial time incarcerated into consideration at sentencing, and limit his penalty to time served with financial loss.

Additionally, if legally possible, I hope the court redistributes his fines into reputable charities – which is a punishment I know Ian would undoubtedly support.

Thank you for your time,

Chad Michael Van Alstin

Chad Van Alstin
3120 Hidden Research Trian
Apt 101
Raleigh NC 27613

March 4, 2023

To:  The Honorable Judge Joseph Laplante
Re:  Ian Freeman

Dear Judge Laplante:

I am writing to put in a good word for Ian Freeman.

I do not know Ian well, but I do know him through a desire to learn about cryptocurrency in general and Bitcoin in particular.  My husband & I were recent transplants to New Hampshire and knew that crypto was something more widely used and accepted in this area than it was where we had moved from in the midwest.  Wanting to fit into our new community, crypto was one among many things we desired to become more familiar with in our efforts to relate to the local populace and providers.  Ian Freeman was one of the most knowledgeable people to be able to speak with on this topic.  He did assist us in setting up our new business to accept Bitcoin because we were desirous of reaching out to a younger audience and thought that accepting payment for services in crypto might aid in that effort.

While I did not follow his trial to have an opinion on that process, I do want to let you know that Ian has helped people, has always made himself available to answer further questions, especially as our understanding of crypto grew, and I don't feel that his possible imprisonment would be a benefit to anyone.  He is not a societal threat.  He is an intelligent man whose talents would be put to waste behind bars.  I would humbly ask you to consider minimum tier sentencing for him if, in fact, some penalty must be assessed, based on the trial outcome.

Thank you for the opportunity to speak out on his behalf.

Respectfully submitted,

Cheryl L. Maibusch
POB 544
Spofford, NH 03462

The Honorable Joseph Laplante
United States District Court for the District of New Hampshire

Dear Judge LaPlante:

I am writing in reference to the trial and sentencing of Ian Freeman. My name is Chris Burg and I am a resident of Stoddard. I served for 8 years in the United States Naval Reserve (NMCB27) and received a national service medal, letter of commendation and honorable discharge. I have worked as a G11 government contractor for the nations largest defense companies as a Cyber Security Technologist, requiring a security clearance. I have a bachelors degree from the University Of Massachusetts and I am currently employed by one of the largest software companies in the U.S. that provides Cyber Security tools for both enterprise and government.

As you are aware, Ian has a liberty-oriented talk show. Most who have listened to the show find him to be thoughtful, intelligent and respectful. Ian has demonstrated to the community of Keene generous and charitable actions, including donating both time and resources to help alleviate the growing homeless population in Keene.

I did loosely follow the trial and was surprised to hear that the jury unanimously found Ian guilty on all charges. I don't question that our system of justice provided for a fair trial and the jury decided based on the facts provided. Your own reputation for fairness leaves little doubt that the trial was prosecuted justly.

It's a tall task to educate people on the topic of money and even more difficult to describe the pernicious characteristics of private central bank fiat money. Our founders were well aware of this danger. Article I, Section 8 and section 10 of the constitution, along with the words of Thomas Jefferson regarding private banks and fiat currency support use of the word "pernicious". Bitcoin wasn't the first attempt at creating "digital gold" (auditable, portable, uncensorable, immutable, fungible, trustless and decentralized), returning an honest money system to the people, but it was the first decentralized system of peer-to-peer exchange that solved the double-spend problem and accomplished this using existing cryptographic tools.

Many would characterize Bitcoin as a most American invention, which perfectly defines our traditions of pursuing freedom and possibility, fueling entrepreneurial activity while opposing tyranny. There are powerful and entrenched interests steering policy surrounding Bitcoin. Interests who ironically ignored Bitcoin until after escape velocity was reached in the global marketplace. Most people don't grasp how disruptive this can be to the existing monetary paradigm in ways that empower the people, directly.

I recognize that it was not Bitcoin on trial, but one man and his actions. It does little good at this point to object (in a sentencing letter) to 50 armed agents, armored vehicles and flash bang grenades, all for non-violent charges and used against non-violent people. I would only offer an observation; Americans are divided, distrusting and generally afraid these days. Having met some of the very colorful liberty oriented folks in Ian's orbit around the Keene area, I have found none to be violent or dangerous.

I don't write to defend illegal actions. Ian is imperfect, as we all are. As many have attested in court, his intentions are generally to act toward promoting positive change.

With great respect,

Chris Burg
Stoddard, NH
(978) 835-0667
chrisjburg@gmail.com

To The Honorable Judge Joseph Laplante,

I just wanted to send this brief letter on behalf of Ian Freeman of Free Talk Live.

I recently heard about his case, and while I don't know the details of the trial, I did want to speak on my interaction with him.

I've been aware of his work for a while, as someone who's also been concerned about the threats to our liberty here in the US over the past few years. And at one point I reached out to him for some help on understanding some technical issues on some of the current online platforms, and he was beyond kind and generous with his time and knowledge.

I don't know him well, but just remember him as someone who was helpful when he had no obligation, and who seemed like a genuinely good man who's trying to leave behind a better country for future generations. He had no reason to take his time to help me, other than just wanting to be of service, and I can only imagine that he's done that with many others.

I can only imagine that you have a lot to consider with the upcoming sentencing decision, but I did just want to pass this along as at least one small example of Ian being a good citizen in our country.

Thank you for taking the time to read this, and hopefully it helps play some small part in your decision.

Sincerely,
Chris Marcus

PO Box 12536
Denver, CO 80212
(720) 363-3791

373 South Willow St. #239
Manchester, New Hampshire, 03103
603.512.3414 Howland@Priss.com

February 14th, 2023

The Honorable Joseph Laplante, good evening.

I have known Ian Freeman for many years. While we have met only a handful of times, his radio show and the discussions he and I engaged in were both wide ranging and interesting over the years. He neither introduced me to Bitcoin nor the Free State Project in New Hampshire, yet in his talks on the subject I recognized a fellow traveler in the quest for individual liberty and individual responsibility.

He was always direct in his opinions, and his efforts to align principles and actions is what has caused him conflicts, as the laws and public officials that are themselves based in hypocrisy caused issues with Ian's principled positions.

In all the years I've listened to his show, and the years I have lived in New Hampshire, I have never known Ian to bring or advocate harm upon anyone. My reading of the facts of the case against him reaffirms that Ian never intended harm, or fraud, or did anything other than what his customers explicitly asked him to do.

While I understand the idea of "Ignorance of the law is no defense", we live in a time when statute law is so complex no one knows it all. Not individuals, not lawyers, not even judges. To prosecute someone for violating a statute law they did not know, could not know, existed, is absurd.

Let Ian stand responsible for any harm that he intended to do, and I will agree with it. Yet it is beyond my understanding of justice to punish him for violating laws no one even knew existed.

Please consider Ian's intentions in his sentencing for his violations of the law, and allow him to continue to be a valued, contributing member of his community.

Curtis Howland

43 Clearwater Drive
Dover NH 03820
781-413-6014

February 25, 2023

The Honorable Joseph Laplante
% Ian Freeman
63 Emerald St. #610
Keene, NH 03431

Re: The Sentencing of Ian Freeman

Dear Judge Laplante,

Ian is a cherished, key member in several communities, supporting with empathy all who come to him in need.

His enthusiasm for Bitcoin was part of a much larger personal ministry; BC was just his way to protect our savings from (what sadly we're starting to experience) run-away inflation; Ian has often been well ahead of his time.

I value his friendship, his intelligence, his heart, and his vision. Losing him reduces our resilience to find better ways through today's problems towards a more kind and respectful future society.

Please be lenient.

[I'm a retired MIT-trained research scientist. I first met Ian in 2011. He was part of the reason I and my wife eventually moved to New Hampshire to create a supportive community with other peace lovers.]

Sincerely,

Dennis Pratt

Judge Laplante,

My name is Elliot, but my friends and family call me Alu. I am a critical care and flight-certified paramedic who has been on the ambulance for the past 11 years. After graduating from high school with an advanced regents diploma, I began volunteering at my local ambulance service and fell in love with emergency medicine. I later went to EMT school and then paramedic school at St. John's University. Around four years later, I fell in love again when a new paramedic named Kate walked into my base one day as a new employee. I approached her as soon as I saw her, and we began dating soon afterward. We got married in Goffstown five years later. Kate worked as a paramedic until recently, and she continues to be one of the most loving people, and she is the world's best wife, mother, daughter, and sister. We hope to eventually open a gym that could function as the ultimate venue for those who wish to become healthier and stronger, and learn self-defense. I spent years training in martial arts and now identify more as a boxer than anything else. I fought once before the pandemic and I am still considering getting back in the ring in the future.

We met you briefly a few years ago when you presided over the naturalization process for my wife. Kate moved here from the Philippines in 2010. She and her mother waited for decades to legally be permitted to come here, and around 10 years later, we had saved up enough money to apply for citizenship for her and her parents and sister. Her parents are incredibly kind and have welcomed me into their family. Her sister is now doing incredible things as a Staff Sergeant in the US Air Force. We had the opportunity to briefly meet you and take a picture with you after the naturalization, and my wife still considers that moment to be one of the proudest of her life. My wife and I are both proud to be Americans, and we hold in high regard the principles of liberty, peace, fairness, and forgiveness.

I think I've known Ian Freeman since I moved to New Hampshire in 2017. Over the past five years, he has become a good friend of mine, and one I admire and emulate more each day. As I came to know Ian, I continued to be amazed by his unwavering dedication to his principles of peace and liberty. He truly believes that those principles are the foundation for a good world and good communities. I was initially curious whether his personality in person would match the on-air persona that I heard on his radio show. Meeting him in person at pro-liberty and pro-peace events, I was repeatedly surprised that he was the exact same Ian in both environments. He was always the same pure, principled, strong advocate for peace and liberty, and he seems to dedicate his daily life to serving others.

Whenever a person mentions violence or even hatred in front of Ian, he is quick to interject with some version of *"Violence solves nothing."* and *"I forgive them."* After years of hearing this type of kindness on the show, I have found myself saying the same things often.

As I began working on liberty projects more closely with Ian, we began to speak more. Whenever I called or texted him, he never hesitated to help me in any way he could. His generosity and kindness are astounding and cannot be overstated. We have had disagreements on some philosophical and political issues, and he has always been respectful and kind to me, even when fiercely debating his position, which is always based on his concrete principles of non-violence and human freedom. Around a year ago, he invited my brother (also a paramedic) and me to his home to co-host Free Talk Live with him. My brother was very impressed by Ian's extraordinarily righteous character, decency, and humility. Perhaps his modesty is his greatest fault. He never brags and practically refuses to talk about or even acknowledge any of the amazing things he does, from supporting churches to donating to his local shelter. He has helped me whenever I called him for anything, and he has given me a large amount of liberty-related materials for free, including hundreds of New Hampshire flags and thousands of fliers. He is among the most generous and helpful people I've had the pleasure of meeting.

As you may know, he lives a very humble lifestyle, fitting of a minister or other clergy person. He lives in a very old home with his wife and a few close friends. He drives a very old car. He wears very normal clothing, and he doesn't own any expensive items, to my knowledge. Of course, if he were profiting large sums of money for selfish reasons, he would not live the lifestyle he does. He is among the least materialistic people I have known to live in this world.

Ian has long been dedicated to the principles of free speech. Around a year ago, he was awarded the 'Freedom of Speech' award by Talkers Magazine, which is considered by some to be the most prestigious award in the business. Sadly, he was prohibited from traveling to New York to accept his award due to pre-trial bail conditions. Still, he will forever be regarded among radio talk-show legends like Rush Limbaugh, Howard Stern, Sean Hannity, Thom Hartmann, G. Gordon Liddy, Al Franken, Glenn Beck, and Matt Drudge. He is the clear #1 in my book, though.

In addition to the rewarding friendship I've been lucky to share with Ian, his radio show and articles have benefitted me, as well. His intelligence and consistent principles challenged some of my views and made me defend them philosophically. On a few such occasions, I found my views shifting significantly. I consider myself a



strong advocate for liberty and peace, and I hope to become a lawyer to practice constitutional law someday so that I can defend the natural rights of all individuals. (my oldest brother is the General Counsel for the Florida House of Representatives and my youngest brother is an L2 at UNC Law School on a full scholarship and is doing incredibly, as well.) I owe a substantial part of who I am today to Ian, and I am grateful to him for that.

I have no doubt that Ian Freeman being locked behind bars would be a net detriment to his community and to the world. On his show, he talks to listeners of as many as 180 radio stations about the core ideas of peace, liberty, free speech, and kindness. I am sure that he has influenced many listeners and readers over the years by making them better people and better citizens. It would be difficult to argue that the world would be better off with fewer people who prioritize peace and liberty. Removing him from his show, his community, and his friends and family would harm him, those who love him, and possibly the world. I followed the trial and I still don't understand how his actions could be construed to have caused any person actual harm. I know that not everyone shares this opinion, but I do not consider victimless actions to be crimes.

Allowing him to remain a free individual would benefit society. Thank you very much.


Elliot "Alu" Axelman, NRP, FP-C
Author, talk-show host
Founder, The Liberty Block
732-674-2355
aluaxelman@gmail.com

3

Dear Judge Laplante,

Your Honor, I'm writing to you in reference to the sentencing of Ian Freeman of Keene New Hampshire. I'm hoping that you will find it in your heart to be lenient with Mr. Freeman's sentence because I have been listening to his radio broadcast for years and find him to be a very honorable man who is passionate about his moral beliefs, key among which is the belief that doing others harm is a very immoral thing to do.

My understanding, from following reports of the case, is -unsurprisingly- that no one has claimed to have been harmed by Mr. Freeman. No one has complained that *he has defrauded or otherwise cheated them. I would have been very surprised* and disappointed if anyone had. Considering that Mr. Freeman harmed no one, and that his customers seem to be happy with the exchanges they made with him, I ask that you be lenient with him because this case sounds like a matter of paperwork not being filed rather than harm to citizens.

I would be overjoyed if you were to level a sentence of a fine and perhaps community service, suspended, since his crime amounted to a clerical issue and he has already spent a considerable amount of time in jail over this.

Thank you very much for your time and consideration,

Fred Floberg
22 Hillside Ave.
Oakville, Connecticut 06779

2-14-23

Dear Honorable Judge Laplante,

My name is Gregory Magarshak, I founded and run a software company that serves 10 million users around the world, across 120 countries. My work brings me into contact with a lot of well-known and interesting people across the political spectrum.

I have known Ian for over four years in person, and have listened to his show "Free Talk Live" for much longer than that. I can personally attest that he is a man of scrupulous honesty, and, in my experience, attempts to live his life with extraordinary personal integrity.

In today's age, that is a very rare characteristic, as you are yourself no doubt aware, after your many dealings with people in and out of your courtroom. Every time I spoke with Ian, or heard from others, his scrupulous commitment not to make false promises or misrepresentations was common knowledge.

Besides Ian's character, he also has a broad reach for many libertarian-minded people through his show. "Free Talk Live," which Ian co-founded and runs from his house, is an independent and important political outlet in today's discourse, and a man with such personal integrity on the air makes a big difference in this country for huge numbers of people!

Free Talk Live was the first major media in the world to promote Bitcoin, as far as I have been able to determine. Ian has dealt with Bitcoin and subsequent crypto projects as

— well as anyone in his position could:

* as an early adopter and pioneer,
* as a cheerleader for personal freedom and sovereignty over one's own money,
* all the while balancing it with his _own_ voice and opinions based in integrity, rejecting _scam_ advertisements, e

Before putting this man in prison for _years_ and depriving the public (perhaps up to a million people) of his voice (for a million man-years) please, listen to 5 shows from the period 2009 — 2015 when Free Talk Live had discovered and dealt with the Bitcoin ecosystem. Hear what Ian actually said and believed. You will find that he only ever acted out of personal conviction and integrity.

We need such a man free to broadcast in this turbulent world of _actual_ crypto scams and bank failure What does society gain if Ian Freeman is behind bars? Saf Yet we would lose a champion for personal freedom with a rare character — he can yet affect and save _many p_

Sincerely Yours,

Greg Magarshak

P.S. Call me any time to verify or discuss
(833) 724 - 9462

Mike Sylvia
216 Farrarville Road
Belmont, NH 03220

The Honorable Joseph Laplante
United States District Court for the District of New Hampshire
55 Pleasant Street
Concord, NH 03301

February 1, 2023

Judge Laplante,

I write to offer my views on the sentencing of Ian Freeman. I'll be brief and to the point. I served in the New Hampshire House for the past decade, sitting on the judiciary committee, I have plenty of experience with long repetitious testimony. I very much appreciate you for taking the time to read my comments and perspective.

I have known Ian Freeman for more than a decade and consider him a friend. Getting to the bottom line first, I would describe him as good advocate for peaceful resistance to an increasingly bureaucratic government. As one who often pushes against the edges of state powers, Ian always showed great restraint in personalizing his interactions with government agents. I can't think of a time when an abuse by law enforcement or a government agent was met with a hostile reaction. To the contrary, he most often reacted with compassion for the person and focused on turning an incident into a learning opportunity. He has encouraged others to follow his example of peaceful and diplomatic interactions with the government. His sentence should encourage others to follow in his non-violent path.

Justice in this case, I believe, demands a minimal sentence. I don't believe any people have been harmed by his actions. I think his advocacy for peaceful actions help to blunt harsh voices calling for a more aggressive stances against what some see as approaching tyranny. I further believe that sentencing of a punitive nature for those who choose to take a case to jury trial is antithetical to the foundation of this country. One can not be said to have rights if one is punished for the exercise of such a right.

Finally a thought from another well respected state representative who had a recent conversation with a prosecutor. In speaking about an ongoing prosecution which has lingered since 2019, he considered it might be the case that *the process is the punishment.* I doubt they were discussing a case of murder but some lesser alleged crime. I'm sure you will take into consideration all things which are within the scope of the law.

Most sincerely,

Hon. Mike Sylvia

To Judge Joseph Laplante

Regarding the upcoming Ian Freeman sentencing

# Character Letter

Your Honor, my name is Yury Polozov, I am a resident of Hooksett, NH, working as a Senior Threat Intelligence Analyst helping protect private and government organizations from cybersecurity threats. I came to the US as an immigrant with a very strong accent, and I did not know many people around here. Now, I am employed and otherwise respected family man, and I was elected by my community to serve as a Representative in the New Hampshire State House (and I hold several other related positions).

Ian Freeman played an important role when I was first visiting New Hampshire.

Ian was always nice to me, even if it was very hard to understand me back then.

Ian was always fair, welcoming, and ready to help.

Even though Ian's worldviews are close to those of anarchists, he was always religiously advocating for peaceful and non-aggression solutions.

When Ian became a witness of a historic "Pumpkin Riot" in Keene, NH, he has chosen to cooperate with law enforcers. Ian proactively shared his video-recordings. He cares about the city's larger community and does not appreciate violent behavior.

I believe Ian Freeman poses no threats to the community. I will be happy to vouch for him and provide any assurance needed!

Thank you for your consideration!

Signed,

_____          21          January  2023

Honorable Yury Polozov,
NH State Representative,
1465 Hooksett Road, Unit 393, Hooksett, NH, 03106
cell. 347-276-5554
office 603-587-1575
yury.polozov@leg.state.nh.us

Jack Bowman
88 Jupiter Cir
Orlando, FL 32811

To the Honorable Joseph Laplante,

My name is Jack Bowman. I am writing on behalf of and in support of Ian Freeman. Mr. Freeman is a good man and an asset to people all around the world. I have listened to his show for over 20 years and I have never heard him advocate anything that was not peaceful in nature. In fact, he regularly goes out of his way to advocate nonviolent solutions to problems. Now more than ever we need calming voices like his. He is an asset to his community and to the world because he advocates for peaceful and free associations between individuals. His advocacy and support of cryptocurrency is just one extension of this desire to see all human actions become voluntary, non-coercive and nonviolent. This sentiment was exactly what our founding fathers had in mind when they drafted the constitution and this is why voices like his are so important. It is this sentiment and his continual advocacy for non-violent associations between individuals that has led him to question the legitimacy of institutions which require coercive violence. It is for this very reason that he has drawn the ire of the State.

Although coercion and violence are still endemic to many of the systems of humanity, I can see a change coming. I see people in positions of power, such as yourself, helping to bring about change through wise and judicious application of the powers they have, helping to bring about a more peaceful world.

Thank you for reading this letter and thank you for being able to see through the letter of the law to the heart of the man you have before you.

Sincerely,

Jack Bowman

# State of New Hampshire

## HOUSE OF REPRESENTATIVES

### CONCORD

Feb. 22nd 2023

Judge Laplante,

Re: Ian Freeman



As someone with experience in
federal prison (12.5 years) I can
say with certainty that Ian will
not benefit from going. Nor will
the taxpayers find it advantageous.
Ian poses no threat to the
community. His changes relate to
his desire to build, not destroy. People
are losing faith in the ability of a
central government to manage a
functional currency/medium of exchange.

**State of New Hampshire**

HOUSE OF REPRESENTATIVES

CONCORD

We ought to be celebrating those who are working on new ideas. While I only made it to one day of trial I did not see legitimate claims of fraud. He simply provided a service.

This whole situation feels like seeing guys still in prison for marijuana charges. We all admit weed is not worth taking decades of a mans precious life for, yet they did and now to this day

I pray that you consider these words before sentencing Ian Freeman.

Respectfully,
Jason Gerhard

20229-045



Jason Gerhard
30 Fellows Hill Rd
Belmont, NH 03220

To: Judge Laplante                                      Date: 11 Jan 2023
From: John Harold
Re: Ian Freeman Sentencing


A little about me..
I have known Ian B. since 2002, when he started the Free Talk Live broadcast.
Even though we have not kept in touch alot, I listen to the FTL podcast daily.

I am a Born-Again, Spirit-Filled follower of Christ. I served in our military twice –
once Active, once National Guard. I am an entrepreneur now, investing in a
variety of products – including crypto. In my earlier years I worked in both State
and Federal government agencies in an effort to serve my fellow countrymen.

With regard to Ian's character and personal  integrity, I know few men who could
stand up to the level of honesty and forthrightness that I have observed in Ian.
He has maintained my great respect over all these years.. Whether It's sharing his
knowledge and information of current events or his personal beliefs, Ian has
consistently sought to present the most accurate and unbiased perspective of the
day (Even in advertising!!) e.g. Many advertisers have been rejected from the FTL
platform for the slightest indictors of lacking "Truth in Advertising".


Regarding the upcoming sentence hearing..
Ian has Never been a threat to the community nor to the Nation in the least bit.
He has done nothing but worked tirelessly to aid his community, help his friends
and partners and to better society as a whole. Therefore,  I feel that it is logical..
Since I have Not heard of Anyone claiming to have Ever been harmed"(defrauded)
from doing business with Ian or from listening to his knowledge and perspectives,
it makes No sense, nor is it a benefit, for anyone to imprison such a peaceful and
loving soul. I honestly believe that to do so would be a crime in and of itself.


I pray you will hear my words and weigh them with truth and justice.
Sincerely,

John Harold
Lenoir City, TN - Formerly of Largo, FL
eMail: gov@thetop.us

2-16-2023

Dear Sir,

I'm writing you on behalf of my friend Ian Freeman. I understand his jury found him guilty of all charges and you are responsible for deciding his sentence.

Ian is a decent man, charitable, an enormously productive and active member of his community, and I believe it would be terrible to sentence him severely. Please be lenient.

I met Ian through our shared participation in the libertarian Free State Project. I was a Marine Corps veteran, a right-wing loner, and Ian struck me as a contentious hippie idealogue; not necessarily my kind of person. As time passed I realized my mistake. When I say he is a decent man, it's because he repeatedly went out of his way to help me through little problems.

If I had a situation, for example a dead car battery, I would call Ian, not because we were close friends. As a loner and a foreigner I had no close friends. I called him because I knew he would help.

The second argument in my plea relates to Ian's industry. Unlike most people, Ian does things. He tries to make the world better for everyone and I think he succeeds. He supports commerce with various local and national undertakings and he supports intellectual and philosophical growth with his radio program. It will be a shame to lock up a peaceful man who is yet so vigorous. Please be lenient.

Thank you very much for your time. God grant us wisdom.

Sincerely,

Jonathan E. Ray

Jonathan E. Ray   (603) 499-3385
Marlow NH
03456

Judge Laplante,

My name is Kate Axelman. I am writing to you regarding my friend, Ian Freeman. I am a System Administrator in BAE Systems and my husband is a paramedic. We have been friends with Ian and Bonnie for years. Ian is one of the nicest people I know. He is well known for his gentle demeanor and calm persona. Even when the tension is high in certain situations, he is one of the few people I know that handles himself well and treats others with respect and grace. It is also the biggest reason why I am writing this letter. I cannot simply stand in the corner and do nothing when I know a great person and friend is facing an unimaginably harsh punishment.

While I am deeply perturbed with the verdict, I'd like to think that there may still be hope for my friend. I am hopeful that you will find it in your heart and conscience to spare Ian from incarceration and continue to allow him to serve his community, New Hampshire, and all of mankind. Thank you very much.

I can be reached at KateBalani@gmail.com and at 347-257-9904.

Sincerely,
Kate Axelman

February 5, 2023

The Honorable Joseph Laplante,

I am writing to you to express my strongest support of Mr. Ian Freeman. While I don't know Mr. Freeman personally, I am a regular, long-time listener to his radio program Free Talk Live.

Mr. Freeman consistently espouses moral principles that I find deeply important in my personal life. I believe that Mr. Freemen adheres to these as well:

- The Non-Aggression Principle as a coherent moral basis for organizing one's life. Do not aggress except in the case of defense.
- Violence is never the first option.
- We associate with one another and undertake our activities in our daily lives voluntarily and with purpose—never with coercion of ourselves or others.
- Our lives, and the lives of our neighbors, are most fulfilled when we pursue them peacefully.

I cannot (and would not) speak to the legal matters before you, but it is impossible for me to believe that Mr. Freeman would conceivably intentionally cause harm to anyone. That simply-in my opinion-isn't in his persona.

I have had a long and varied career, including as a senior C-level software executive at a top NASDAQ-listed firm. After retiring in that capacity, I decided to give back to the community and went back to school to earn my Masters in Education. I taught AP-level science in an urban high school for many years. I think I've become a very good judge of character.

To the extent that it is within your discretion, please consider these matters when you decide what lies next for Mr. Freeman.

Sincerely,

Mr. Lee B. Smith

63 Durette Ct
Manchester NH 03102

March 9th 2023

The Honorable Joseph Laplante

Regarding the Sentencing of Ian Freeman:

I am a Software Engineer, living in Manchester, New Hampshire. I've had a successful career working with Fortune 500 and Silicon Valley firms, and with small Tech startups, including companies I've started myself. Fifteen years ago my wife and I decided to leave New York City for the quality of life and personal freedoms to be found in New Hampshire, and we love it here.

I've known Ian for about 15 years. Although we are not close friends, I've followed his career and political activism fairly closely over that time. One thing that impresses me, and I think everyone that meets him, is his firm moral convictions on the sanctity of private property and voluntary exchange, even when those convictions may lead to unpopular or awkward conclusions. He is an adherent of the Non-aggression Principle (NAP) , and as far as I know, have always lived and behaved in accordance with that.

I am writing to you to urge you to consider a lenient sentence for Ian. Although he has been found guilty of the charges, it does not appear that he harmed anyone, or, was aware of harm that was being done by third parties to the people he was dealing with. He is a productive member of society. He has a wife and his local community in Keene that depends on him. The wider liberty community in NH and the world (through his radio show) depends on him to help spread the message of free markets and justice based on private property.

A heavy sentence, in my opinion, would not benefit society, but harm it by taking away the contributions from someone that is a net producer of good, without producing an equivalent good in return.

Thank you for your consideration of this appeal.

Regards

Louis Calitz

The Honorable Judge LePlante —

I write because I have heard that Ian Freeman has been
found Guilty and will soon be sentenced by you.
I moved to New Hampshire as my home state mailed out
letters to premiss my drive to work... That was a truly
concerning time. I chose New Hampshire as its close to home & I know
families (and now more) within it who truly believe in the State's
motto. They work harder and take on more responsibility
by choice in order to thrive through good & hard times.

Ian is a great organizing source of extensive communities
of those who "Live & Let Live" with great focus on the
latter... Ian Freeman is an organizer & caring voice
within these communities and as far as I have seen in
3+ years he is a pacifist who preaches remembering
to practice tolerance in order to create freedom. I hope you
will consider this as you decide,
      Thank you for your time,

                            Melody Hoitz
                            Gardening Childcare
                            [illegible]



thank you so much

Meody
32 Lathrum Works Rd
# 3
WRJ, VT
05001

WHITE RIV JCT
03 MAIL 2023

MINIMALMART™
Devoted to Joy and Meaning
© MINIMALMART, LLC | MINIMALMART.COM

Nicholas Woodlief Thomas
PO Box 216
Keene, NH 03431

February 15, 2023

To: The Honorable Joseph Laplante
Re: Ian Freeman's sentencing

Dear Judge Laplante,

I am a US citizen and a resident of New Hampshire. I attended one day of Ian Freeman's trial, and followed the trial as a whole through primary sources who were in the courtroom. I heard the testimony of some of the victims who were called to testify.

I believe Ian Freeman should be given the minimum allowed sentence, because the evidence did not show that Ian was culpable for any of the victims who testified. I believe that Ian's crimes (if any) were victimless. I believe those victims could have suffered the same fate without the involvement of Ian Freeman, through the functions of federally licensed financial inst100tions. Please let me tell you a bit more about myself, Ian's impact on my life, and why I believe Ian should go free.

I am native to Michigan. My ancestry is traceable to Capt. John Woodliffe, an early settler in Virginia prior to the United States. I am a software consultant. I have served in this capacity for some of the world's largest financial institutions, as well as NASA and the Department of Defense, among other US government institutions. The aforementioned entities were my customers' customers, and I advised them on matters of national security, such as in my work on supply chain risk analysis for Interos, Inc. through Platonic Systems. I have years of experience working in the blockchain and cryptocurrency industry, where I currently work as a cybersecurity expert. I have no criminal record.

Ian has been a pillar of the community I became a part of when I moved to New Hampshire. This community, which loosely speaking is the Free State Project, advocates and practices lifestyles based on the non-aggression principle. We are against violence and against stealing. I have done business with Ian Freeman, and he acted with integrity in our dealings. Ian is a

widely acclaimed and trusted member of the Free State Project who has dedicated his life to creating a more equal society, where everyone would be held accountable to the same moral standards.

In the trial, the victims whom I heard could not testify that Ian Freeman knew of or was involved with their scammers. I have personally been scammed out of about $5,000. The scammers used phone number spoofing to impersonate the US Marshals. They tricked me into converting my bank account into Bitcoin and sending it to them. In this process, I used only federally licensed and regulated financial services: namely my bank, a licensed Bitcoin ATM, a regular ATM, and Coinbase. I know firsthand that people can be victims of Bitcoin scams without the involvement of Ian Freeman or people who did things like what Ian did. Because of Freeman's status as a trusted member of my community, I simply do not believe that Freeman scammed these people or knew that they were being scammed, and that was consistent with the testimony that I heard.

I thought the prosecution was trying to make the case (and I believed it at first) that Ian lied to some cryptocurrency exchanges in the course of his dealings, or at least tacitly approved statements by his bookkeeper that he knew to be lies. In particular, Freeman stated to Melanie Neighbors that his church had large assets, and Neighbors wrote a letter, which Freeman gave to Kraken, stating that Freeman (himself) had large assets, which is something Freeman had explicitly denied to Neighbors. I believe Freeman did this not out of intent to lie to Kraken, but out of negligence. This is what he has told me, and it is believable to me that this negligence occurred. Another significant mistake occurred in Neighbors' letter, namely that she stated that Freeman's net asset value was entirely liquid, which is not consistent with his statements to her that were shown in court. I do not believe that this particular set of acts of negligence in financial reporting is a crime deserving of punishment.

I do not believe that Freeman's activities constituted money laundering. Freeman was trading his church's own money, and he used a KYC process exceeding the standards required by federal law. I do not believe he was aware that in some cases he was processing money for a third party because his customer was being scammed and subverting the KYC process by unlawfully acting as a middle-man. The scammers' victims were in some cases acting as unlicensed money transmitters, but Freeman was not acting as a money transmitter; he was simply trading his church's money against counterparties whom he had taken the trouble to ID.

2

I do not believe that Freeman was unlawfully avoiding taxes, as he did not have an income in his own name and all of the proceeds of his activities were in the name of his church.

If Ian Freeman is handed a heavy sentence for these alleged crimes he's been convicted of, then to me it calls into question whether there is rule of law in this country, where the federal prosecutors chose to charge Ian Freeman and have victims testify against him, but those victims could not testify that the FBI was investigating their scammers, and the evidence is consistent with my view that Ian's crimes were victimless. The US federal government is already facing a crisis of legitimacy in the eyes of the public, and a harsh ruling in a widely followed case like this one will only add to that perception problem for the federal government.

Sincerely and respectfully,


Nicholas Woodlief Thomas

*Nicholas Thomas*

3

Paul Gibbons
8515 Penfield Ave
Winnetka, CA 91306
think2wc@pacbell.net

To Judge Laplante,

I am writing this in support of my friend and public servant Ian Freeman.

I first heard Ian doing his radio show in 2008 and I was motivated to come to New Hampshire to meet him and the many others that have been inspired by the ideas of a free, peaceful and prosperous society being promulgated there.

I was working for the city of Los Angeles as as a communications technical supervisor in the 9-1-1 dispatch center in downtown Los Angeles, I job I held for over 26 years serving the Police, Fire and other City departments, and servicing the systems that allowed the people to reach emergency services 24 hours a day.

In my dealings with Ian, I have experienced him to be a forthright, honest person who does the right things for the right reasons.

Ian Freeman has been a consistent voice for peaceful change and fair dealing in the world.
While he often points out many things, people, and processes that need to be examined more closely with an eye on eliminating violence and corruption, Ian has always maintained a positive attitude toward other people and life in general. He serves as a model of someone who is not beaten down by the evil in the world, but fearlessly presses on to make things better. His demeanor since the verdicts in the trial bears this out. He has not retreated from the world, but carries on knowing that it's the only way to find justice; be the change you want to see in the world.

He and his associates have created and supported numerous charity projects, including building a school in Africa (funded partly with cryptocurrency)

His daily radio show sheds light on the many possibilities of a better world and inspires me to be a better person.

I can't imagine any benefit to the local community, or to the State of New Hampshire, or the nation to spend taxpayers' money to keep this man in prison when he does so much good for so many.

My wife, who served in the Army during the Iraq war, feels the same way I do about this.

Calling on the better angels of our nature,

Paul Gibbons                                          Athena Gibbons

# Rabbi H. Steven Axelman, LCSW

Monday, February 20, 2023

The Honorable Joseph Laplante
U.S. District Court
55 Pleasant Street, Room 110
Concord, NH 03301-3941

Dear Judge Laplante:

I am writing to attest to the character of Mr. Ian Freeman, as personally known to me. I have worked for years in Community Mental Health and for the last 19 years serve as a congregational Rabbi in Queens, N.Y. As a regular visitor to New Hampshire and as someone active in the politics of that area in conjunction with my son who lives in that state for more than five years, I have had numerous interactions with Mr. Freeman, including in-person, online and by phone. I know him to be a kind and generous individual, who works hard in many  ways to better the lives of those around him, both singularly and collectively. He is very active in his community as an individual and as a radio personality, always peacefully working for enhanced liberties for the public.

As an M.S.W. intern many years ago I had occasion to work in a maximum-security correctional center in Jessup, Maryland. In my interactions with inmates and those with many years working with them, I have never encountered one whose life was not in some way negatively affected by incarceration. I have rarely encountered anyone whose life was in any way benefited by incarceration. I strongly believe that other means of restitution serve both the public and the individual law-breaker in more positive ways, especially in the case of someone like Mr. Freeman, whose life is so dedicated to bettering the lives of others.

Thank you for your consideration.

Respectfully yours,

Rabbi Steven Axelman, LCSW

Reinita Susman
1808 Campbell Ave.
Thousand Oaks, CA 91360
323-217-5267


Dear Judge Laplante,

I met Ian just over a year ago at an event in New Hampshire. I was shooting video at this event as he was as well. We talked bit and I found him to be quite friendly and inquisitive about my project. When my project began to take form in the months after that, Ian reached out to help in several ways. He had me on his radio show and I really appreciated how helpful he was through the process. He also showed me around the town of Keane, NH, where he has lived for quite a while.

I'm very saddened to see how this court case has turned out for him. I do not think of him as a person who would want to cause others harm and I hope that the court can see that he has good intentions and tries to help people whenever he can. He was recently married and is working on making a life with his wife and bettering his community. I appreciate the opportunity to write to you on his behalf and I hope that my perspective is helpful and informative. I think his family and community benefit from having someone as kind and helpful as Ian around.

Thank you,
Reinita Susman

Dear Judge Laplante,

My name is Steve Wytas from Winchester, New Hampshire. I'm writing this letter to you to provide personal evidence about the good character of Ian Freeman of Keene, New Hampshire. In August of 2020, I was considering a move to New Hampshire and was looking into the Keene area. I met Ian Freeman at a restaurant and asked him a few questions about Keene and the people that lived in the community. He couldn't have been nicer to a complete stranger like myself and was very helpful to me in making my move to New Hampshire. We kept in touch after I purchased my property in Winchester, and since has become a friend. I have never personally witnessed any bad character traits toward me or anyone else while I have known him.

I understand that Ian may be unfairly sentenced to do jail time. I feel that this would be unfair to Ian as well as the community if this were to happen. Ian is a peaceful man and has even run for public office in order to help serve the people in the Keene area. Please show restraint in any sentence that might take Ian away from the community in which he is loved and respected. Thank you for your consideration in reading this letter.

Steve Wytas

Winchester, NH

To Honorable Joseph Laplante,

I am writing as a New Hampshire resident and friend of Ian Freeman. It absolutely breaks my heart that such an important community member is facing time behind bars. Ian strengthens our bonds and builds a better world. I'd like to take just a minute or two of your time to tell you my personal story about how important Ian has been to me.

When I was planning to move to New Hampshire in 2019 I connected with the Free State Project and Ian (who was no longer affiliated but held a similar moral compass.) In spite of his exceedingly busy schedule he always, always,  made time for me and my family - to answer questions, to introduce us to local businesses and other like-minded people we would get along with, and to generally just be available.

Our family packed up and left Washington state - my husband, my then 4 year old (just potty trained,) and myself and drove for six days. We didn't know the area very well yet so I suggested that, for the short term, we stay in Keene where Ian was. That was an excellent decision. Ian was very accommodating in showing us around, telling us all he knew about the different areas of New Hampshire so our family could make a decision about where to settle. We bought a house in the North Country but to this day I drive down to Keene to visit on a regular basis.

Ian's contributions are innumerable. He tirelessly contributes to help people in our community globally. From here to Africa. Being incarcerated would be a terrible blow to his humanitarian efforts. He is loved, respected and needed by so many. While I understand he has been found guilty on a number of counts, I plead that for sentencing your honor consider that putting him away would hurt many more people than just him.

I appreciate your time reading this letter.

Kind regards,

*Tamsin Thorn*

Tamsin Thorn
PO Box 55
Whitefield, NH 03598

2/8/2023

Judge Laplante,

I am writing to you in regard to the upcoming sentencing of Ian (Bernard) Freeman.  It saddened me to learn that a jury found him guilty on several non-violent crimes, and that he may be facing several years in prison for these transgressions.  I've had the privilege to hear Ian speak via his radio program, as well as at several events over the years.  While I have never met Ian personally, through his words and deeds he has inspired me to live a more peaceful life, and to
spread the ideas of freedom and liberty through good deeds as opposed to force and coercion.

I served honorably in the Army for 4 years, I've found success in my life and career, and, as my greatest achievement,  I've raised my son to be a good man, who will be graduating High School this year having earned almost a full ride through college.  I mention these aspects of my life because the philosophies of peace and liberty, which Ian was largely responsible for introducing me to, helped guide me through the turmoil that preceded those successes.

I left the Army broken and traumatized by the combat I was involved in.  The talk show that Ian started allowed other soldiers to discus how they had come to terms with the horrible things that they had done and found peace in their lives.  After 4 years of using force and violence trying to bring liberty to Iraqis, and several more years of fighting my own traumas, I was finally able to find peace in my own life by letting go of the hate, guilt, and fear that was crippling me.  Ian's words, and the open forum that he provided greatly aided in my recovery.

My career after the Army was not easy to build.  But by employing the concepts of peaceful communication and acceptance that Ian espouses consistently, I was able to overcome challenges and differences of opinion, and now find myself happy and successful in my career without sacrificing any of my morals or values to get there.  Likewise as a father, I've been able to have an open, honest relationship with my son, and raise him to be a good man without fear of being different, without blind obedience to conformity, and with the tools needed to traverse the challenges of life.  Prior to turning around my own mental health I would not have been able to instill those qualities in him, and he is now finding success in his own life by employing many of the same principals that I originally obtained from listening to Ian Freeman's words.

I have had many influences over the years, and I do not intend to imply that Ian was the most significant of them.  He has, however, been a consistent advocate of peace and loving one's neighbor, and started me down a similar philosophical path.  I have followed his career, writings, and radio program for well over a decade, and can confidently say that he intends to do no harm in life, and wishes the best for everyone.  Whether guilty or not of any crime, I'm confident that he acted with love and the best of wishes for all involved.

Whatever transgressions this court finds him guilty of, I am sure that putting Ian behind bars will give no justice to anyone.  If he's done harm to anyone in this case, then please rule that he mend that harm. If he has wronged anyone, please rule that he put right those wrongs.  I am confident that he would willingly work to repair anything broken.  It's not my place to pass judgment, yet that burden falls on you sir, so I'd ask that you weigh all of the good that Ian has done and intends to do against any harm that might have been done in this case, then rule for the benefit of society.

Respectfully Submitted,

Thomas H. Grady III
719-271-3254
tom@tomgrady.me

February 20, 2023


The Honorable Joseph Laplante
55 Pleasant Street
Room 110
Concord, NH 03301

Dear Judge Laplante:

This is the hardest letter I have ever had to write, because I sat through most of the courtroom testimony against my friend, Ian Freeman, and walked away feeling Ian would be found innocent.  Thank you for allowing Mr. Sisti to put on an amazing defense.  I only wish the jury's verdict had been different.

Ian and I have been friends for over 9 years, and I had the honor of getting to live and make radio with him for 8 months back in 2015-2016.  I used to be a mathematician for the National Security Agency, which is how I got my radio stage name *TJ The Spy*.  As a cryptographic mathematician, I can explain all the technical details of Bitcoin to you, but the thing I want you to know most about Bitcoin is its voluntary nature.  Ian believes in peace through Bitcoin and is on a mission to get Bitcoin into the hands of as many average Joes as possible.  I will vouch for his character and state unequivocally that he had no intent to participate in any fraud or illegal activity using Bitcoin.  He is not a threat to the community and now that he has Bonnie in his life, I feel sending Ian to prison would not be appropriate in this case.

Please show mercy to my friend, your Honor, and give him a minimal suspended sentence.

Sincerely,

Travis J. Cleveland
Travis J. Cleveland
13918 E. Mississippi Ave. #152
Aurora, CO  80012

02/11/2023

William John Hartin
21348 Road P
Cortez, CO 81321


Dear Honorable Judge Joseph Laplante,

I am writing to you today in regards to the sentencing of Ian Freeman of Keene, New Hampshire. Some information about myself:  I am a retired software engineer specializing in network communications and software tools development with 30 years of experience.

 I have been an avid listener of FreeTalkLive, a radio show that Ian founded and frequently hosts, for a while now.  Ian has opened my mind to think past political conventions and imagine the power of people voluntarily exchanging goods and services in a free environment.  Of course, this is similar to how most tech start ups operate in their beginning stages.  Because the show has an open call-in format, the interaction between the hosts and callers can be very interesting.  I find this free exchange of ideas in a somewhat structured way good for increasing understanding and tolerance, it has certainly done so for me.

For these reasons I don't really see much value in Ian going to prison.  I have read some of the trial transcripts and it seems like Ian (or his church) acted as an exchange mechanism for bitcoin.  Should not knowing of a possible crime be severely punished?  I believe probation or home confinement is a better punishment as Ian has the character to follow the restrictions.


Sincerely,

*William John Hartin* 2/11/23

William John Hartin

Dear Honorable Joseph LePlante:

Thank you for taking the time to read this letter. My name is Zephan, I am a 1L law student at UNH Law and plan on studying immigration law to make our immigration system more just, fair, and efficient for people seeking better lives in the United States. I credit this career path, at least in part, to Ian Freeman's influence.

Ian Freeman has had a profound impact on me and I would not have been the person I am today without him and without his radio show. Ian and his colleagues at Free Talk Live have inspired me to be a better and kinder person to my fellow man. I used to live in California and I felt very alone and isolated in terms of my beliefs and had wondered what my purpose was. However, once I discovered the Free State Project, through the 101 Reasons Film that Ian produced and then Free Talk Live, I found reinvigorated meaning and purpose in my life.

Ian also provided me a platform on Free Talk Live as a caller to his show and as an occasional host. Throughout my life, I have been shy as it pertains to public speaking, my voice would crack or would be shaky from nervousness and I would avoid it like the plague. While I still fear public speaking, I am much more comfortable with it after consistently calling in to the show and my public speaking skills have improved with each phone call or hosting of the show. While I might have overcome this after a lot of trial and effort during and after law school, Ian provided me with a safe and encouraging environment to not only test my ideas but also articulate them in a public forum.

Ian is also a wonderful member in his community. He established a church with the purpose of fostering peace in his community and the world. His church donated extensively to the local homeless shelter and establishing an entire orphanage in Africa. During college, my wife and I were homeless for a few months so seeing Ian do that showed me that people who believe in liberty are willing to put their money where their mouth is and has inspired me to engage in philanthropic pursuits now and especially once I complete my legal studies.

In summary, Ian is a wonderful person that has contributed significantly to his community and to all of those that he interacts with, both in person and on his radio show or his prolific career as a film and media producer. Losing him would be a real loss to everyone that has grown to care about and the disadvantaged that he has helped lift up. He is of much better use to the community and society being out on the streets than locked in a jail cell. I believe that if you decide to give him time served you will be doing his community, family, myself, and even the world a great service.

If I am going to be completely candid, I cannot think of a person that is more selfless than Ian Freeman and if someone like him goes to prison for a long time, my faith in the criminal justice system will likely be shaken beyond repair.

Thank you for your time,

Zephan Wood                    2/25/2023

Zephan Wood- 10 Central St., Pembroke, NH 03275
(603)-369-7739 zephanw@gmail.com

Shepard Humphries
PO Box 7927
Jackson, WY 83002

June 11, 2023

Judge Laplante,

I am writing regarding Ian Freeman, whom you are scheduled to sentence on July 17, 2023. I spent about 10 years as a police officer in California and Wyoming, and since leaving law enforcement, I have been part of the "liberty community." It is kind of funny since I used to be a typical gung-ho cop with strong biases in favor of governments and laws, to now have made a full reversal to be a lay moral philosopher.

I suspect that your personal ideologies, mine, and Ian's differ. Perhaps you are a Christian and support sneaking Bibles into China, or perhaps, like me, you are a big fan of the website whywontgodhealamputees.com. I love that all 7 billion of us have somewhat different ideologies; it makes for a fun world! :) I hope that you, me, and Ian continue to live our lives doing what our moral compasses tell us to do. For me, my moral code tells me not to initiate violence or to steal or defraud. I suspect Ian's code is similar, and unlike many people, we are intellectually consistent in those worldviews. We frequently don't much like victimless crimes.

Perhaps you trust the government. Perhaps you support the banking situation in the US that leads to laws like the ones Ian was found guilty of running afoul of. I recognize that politics drive laws, and I suspect those who are threatened by individuals peacefully exchanging digital information like photos, Bitcoin, music, or any other thing, hope that you will send a strong message that governments and banks must get their "mordida" when human critters transact.

I respectfully ask you to instead think about the victims of Ian's alleged crimes. Is the goal of your sentencing to spank Ian, get retaliation on behalf of victims, to impress upon him that he must follow whatever laws of the land he chooses to reside in, or something else? I ask that, whatever political differences Ian has in his noggin that differ from you or the state, you act with compassion and with the spirit of the law as a guide and sentence him to time served and probation.

Thanks in advance for your consideration,

Shepard Humphries

SHEPARD HUMPHRIES
PO BOX 63
MERNA - DANIEL, WY 83115

June 19, 2023

Dear Judge Laplante,

Ian Freeman is soon to be sentenced, and I am asking you to consider the minimum possible sentence.

I live in Utah, following from afar because my full-time job for the past 9 years has been related to cryptocurrency, using public blockchain ledgers for fairer stock exchanges and for land rights in Africa and South America. I am a programmer by trade, now managing teams.

Somehow, certain American politicians and law enforcement have been convinced that these software programs and their ecosystems are a threat... maybe to some concept of social stability, but definitely to a particular industrialized mindset. With thousands of pages of laws (not counting bureaucratic rules), new concepts like "money laundering" are now being used to bludgeon anyone who does not fit into the current banking complex. For example, the SEC has become an enforcement agency without clear rules: I talked with a central bank consultant just this morning about how there is no regulatory clarity here in the US, and we've seen companies spending millions trying and failing to get understandable rules from our own agencies.

This kind enforcement is not good for individuals, much less American society. We should punish bad actors wherever they lie, but Ian only traded with willing people. Although law enforcement wants all of us to help enforce their laws, their heavy-handed tactics are punishing behavior that only hurts their statistics and doesn't hurt anyone in the real world.

Although maybe not intentional, I feel Ian's actions are the best kind of civil disobedience, and I hope more follow his example. This industry has the potential to revolutionize public data, for example with land records in a public, uncorruptable ledger (which is what my company Medici Land Governance is trying to do in places where there is too much corruption). Money, also, can and should be an open, transparent process rather than being confined to the Federal Reserve's unaudited process.

John Adams showed a jury how the Boston Massacre was not without blame on all sides, and the worst offenders were punished with a branding on their thumb. I hope that you will do much the same for Ian, giving him an appropriately light sentence for activity that may have offended bureaucrats but in reality is activity that had no victims -- and, if you agree with many other citizens here in the US, for activity that should be applauded.

Trent Larson

1391 N Main Street
Centerville, UT, 84014
trent@trentlarson.com

- Illicit activity is 0.15% of crypto transactions (reference 1, on back) vs 2-5% worldwide (reference 2) but compliance costs 100x the amount recovered, via the Economist at "The war against money-laundering is being lost" (reference 3).

Reference 1       Reference 2       Reference 3

  

Timothy Gene Fanning
17393 Missouri Rd.
Fort Myers, FL 33967-2832

May 25, 2023

RE: Mr. Ian Freeman "Money Laundering" Case.

To the Honorable Joseph LaPlante,

Ian Freeman does not deserve to spend one day in prison.  But if he must I beg your leniency.
He has given American news radio consumers something other than the typical false dichotomy of
curated and polarized narratives that are too common.  In a time when the first amendment is under
attack, the show he founded is one of the last bastions of hope for liberty on the air.  Ian's voice is a
staple for American radio and for the world in podcast form.  America, no—the world—needs Ian.

Hello, my name is Timothy Fanning.  I live in Southwest Florida and am a survivor of the
recent category 5 Hurricane Ian.  I deliver groceries and stock coolers.  And while I am doing so, I
listen to many talk radio shows including FTL.  I listen to podcasts and audio books.  In an insane
world, America needs Ian, and I need FTL to get through my day. In an unfree world, the world needs
FTL to educate and remind us of the ideals, philosophies, and values that are quickly being forgotten
such as "rightful liberty", the "non-aggression principle", the right to defend one's self, individualism
(the individual is the world's largest minority), free markets, small government, classical liberalism, a
government whose sole purpose is to protect property rights, anarchy, panarchy, voluntaryism, the
concept of transmission of monies as protected free speech, and not least, the issues of separation of
coin and state and taxation without consent.

While it is not my purpose to criticize the state in general, I seriously suspect that Ian is a
political target.  At any rate, I trust your judgment in this situation to be fair.  There are a lot of us that
listen to the show that think maybe we have the right to use what we want for money and that it's really
a freedom of speech issue after all.

While I feel powerless, I remain hopeful that you can find leniency toward Ian Freeman.  No
good comes from his incarceration, only net harm to his audience, his church members, his friends, and
his family.  It will be a net loss in a land already rapidly losing news analysts, dissident voices, and
protected free speech.  He has advocated for uncensored free speech in the form of peer-to-peer
cryptocurrency transactions, which many think is the future.  Ian's advocacy of decentralized money
has offered hope to me and others who would love to see the Federal Reserve lose their wicked grip on
this world.  It is a pillar in my sincere belief and faith in a free-er tomorrow.

Ian Freeman has had a positive effect on my life.  He introduced me to Quakerism and the idea
of using non-violent methods to increase liberty worldwide and increase wealth and human happiness
for all and the bounties that said liberties bring.  And since no fraud was committed, and after all, no
one can seem to really agree on what the law is concerning cryptocurrency and what is or is not legal,
then on the grounds of principle of leniency I hope you can find leniency.

Sincerely,

Timothy Gene Fanning

To the Honorable Judge Joseph Laplante,

My Name is Will Hopkins, for the last 14 years I have been the Executive Director of New Hampshire Peace Action, the state's oldest and largest peace group. I came to this work via a year-long tour as a US Army Infantryman in Iraq, where I was decorated for valor and service and saw a fair amount of combat. I consider myself a progressive and the nonprofit I have run for over a decade is situated in an ecosystem of progressive nonprofits which has squared off aggressively against much of what the Free State Project stands for.

I am writing today to ask you to show mercy to a man who I disagree with on a number of issues, but who I believe has acted not only in a manner to avoid causing harm, but who has acted in conscience.

Ian Freeman, as I understand it, has been convicted of crimes stemming from his assistance to people in using cryptocurrencies. I am among the people who Ian has generously given his time and energy. Ian, despite knowing that we are on opposite sides of a vast political divide, spent many hours explaining to me what cryptocurrencies are, how to use them, and how he sees them being an important way to undermine militarism. He also over the years has reached out to me to discuss ways to protect children from predatory military recruiting practices, and resist militarism in our communities.

Ian's deeply held belief structure grounded in human liberty, which as a Unitarian Universalist, I believe achieves the levels of spiritual adherence necessary to be called a church, and in my opinion is valid and based in not only non-aggression but a deep critical understanding of nonviolence.

I disagree with Ian Freeman about a lot- but I believe he has been convicted because he upset people in positions of power and he disrupted business as usual, not because he is a criminal.

Other than the fact that it's not dollars, Ian helped people do what Western Union does except it can reach places like rural Central Africa where Western Union doesn't work, you can send cash in an envelope pretty much anywhere, so as far as I'm concerned, a bank can give cash to a person, choosing to inform a Government of transfers of wealth is something that is not the responsibility of the people building infrastructure and assisting users of currency but of the person sending or receiving wealth.

I believe Ian did the work he did to expand usage of cryptocurrencies primarily because he is trying to stop the war machine. I think the way he was arrested with a tank driving through the front of his house with a battering ram and minidrones and laser dots on his chest was shameful and criminal.

As you weigh what punishment fits the crimes Ian has been convicted of, I ask that you show mercy and moral clarity. Ian and the Freestaters believe that what is being done to him is wrong, that he is being made an example of by a system that is a perversion of justice and that the

legal system is being weaponized to silence his voice not because what he did is, or should be, criminal. From across a vast political divide, I find myself seeing things the same way, and feeling shame in our system for the trauma and pain we have caused a good man for following his conscience.

I am happy to talk more or answer any questions you have,
Will Hopkins
Executive Director, NH Peace Action
will@nhpeaceaction.org
(603)254-4727 (Cell)

To Judge Laplante,

I discovered Ian's radio show at the age of 17, at an extremely vulnerable time in my life. I had been mis-medicated, bullied and isolated, and began to use drugs in addition to my petty crimes.

I had a lot of anger to manage, and Ian's show was the first time I had heard someone put forth a coherent, rational response to the injustices I felt (and many others.) I stopped almost all behaviours which were harmful to those around me.

At times like these more than ever, Ian's voice of peace and reason is absolutely important. Many years later, I still recommend people who are looking for alternative views to start with Ian's program, so they don't encounter harmful ideas without someone to explain why they are harmful.

Ian's concern for the well-being of his listeners is genuine, and we are concerned for him. Ian Freeman should serve no time in prison, he is a very important member of our society. I have never seen anyone work so hard in my life to reach other people. Sentencing this man to prison time will cause more harm than good.

Thank you for rea    Adam Laughlin
Adam Laughlin        1406 - 666 Ontario St
                     Toronto, ON M4X 1N1

Independence Day, 4th July, 2023



**OFFICE OF THE SHERIFF**
OF SANTA CRUZ COUNTY

DAVID HATHAWAY
SHERIFF

March 15, 2023

The Honorable Joseph N. LaPlante
U.S. District Court
55 Pleasant Street, Room 110
Concord, NH 03301-3941

Honorable Judge LaPlante,

As an elected Sheriff and retired Supervisory Special Agent (D.E.A.), I would like to communicate with you about Ian Freeman, an individual who is undergoing proceedings in your court.

As you approach the sentencing phase regarding Mr. Freeman, I would like to tell you how he has impacted my life positively as an advocate for freedom and the American dream. Mr. Freeman is a non-violent individual who has dedicated his life to helping his fellow man by promoting free trade, capitalism, and individual liberty. He embodies the founding spirit of our country. My life experiences and my professional career have made me abundantly aware of the importance of individual liberty and voluntary relationships between individuals. Mr. Freeman is an advocate of peaceful free market solutions to the challenges we face in daily life.

Mr. Freeman respects all people and is not a risk to society. Please consider sentencing Mr. Freeman to time served in the current case at hand. He is an encouraging voice on the airwaves for those of us who also strive for free friendly relations with our fellow man. Thank you, your Honor, for your time reading my letter and your consideration of this issue.

For any inquiries, I may be reached by email at dhathaway@santacruzcountyaz.gov or by phone at (520) 603-1028. I am also willing to travel to your court if the need should arise.

Sincerely,

David Hathaway
Sheriff

2170 N. Congress Drive          Nogales, Arizona 85621          Phone: (520) 761-7869 / Fax: (520) 375-8118

935 Old Homestead Hwy.
Swanzey, NH  03446
April 6, 2023

The Honorable Joseph Laplante


Dear Judge Laplante,

I am writing to you on behalf of Ian Freeman, regarding his sentencing hearing, which is docketed for the 14th of this month.

First, a little bit about me.  I am a retired Senior Naval Officer, having served aboard warships during the Cold War, on several Admirals' staffs before 2001, and having led Sailors, Soldiers, Airmen, and Marines doing Force Protection work in Saudi Arabia, Bahrain, Qatar, and Afghanistan, before my retirement in 2006.  No one has ever questioned my integrity or my commitment to freedom, nor have I given them reason to do so.  My experience has made me a pretty fair judge of character.

You now find yourself in the unenviable position of having to pass sentence on what appear to be victimless crimes.  Admittedly, being true to your duty requires you to mete out punishment following a jury's verdict, notwithstanding the victimless nature of malum prohibitum violations.  In the absence of identifiable injured parties, the state claims the injury, a straw man construction.  If there are victims, I would hope they would come forward, so they could be identified and compensated.  Otherwise, I implore you to consider Ian Freeman's contribution to the community.

I have had a loose familiarity with Mr. Freeman spanning more than a dozen years.  During this timeframe, I have known him to be both honest and generous, helping to educate the public on freedom and its connection to both the nature and the history of money, never a more timely subject than it is now, as the international banking system's failures threaten to topple the dollar-based international financial system.  Cryptocurrencies as a class being but one counterbalance to this warfare-based petrodollar system, Ian has helped countless people, including me, to learn about the true nature of banking and to consider ways to protect their wealth.  In the absence of complainants decrying Mr. Freeman's harm against them, and, even in that case, believing that civil action being a more appropriate way for them to recover damages, I plead for you to impose the absolute bare-minimum sentence which your duty allows.

Being a taxpayer, furthermore, it does not serve my interest for him to be incarcerated at my expense, where my labor and savings go to feed, clothe, and house a man whose freedom poses no threat to the safety, property, or even wealth of the community at large.

Thank you for your attention.


Respectfully,

Michael Goldschmidt
Commander
United States Naval Reserve (Retired)



Mr. Michael Goldschmidt
935 Old Homestead Highway
Swanzey, NH  03446-2407

2

April 2, 2023

To:

The Honorable Judge Joseph Normand Laplante

United States District Court, District of New Hampshire

From:

P. Gardner Goldsmith

PO Box 581

Amherst, NH, 03031


Your Honor,


I write on behalf of Ian Freeman – Ian Bernard -- who soon will stand before you for sentencing.

And I would like to balance my desire to write a lengthy letter testifying to his wonderful character, while, at the same time, writing with an awareness of the limits of your time as you do your work.

Ian is one of my counterparts in broadcasting, but, more important, he has been a friend since the moment we met. As with any profession, those who work in the same field sometimes can make the error of seeing each other as rivals. This never was the case with Ian and his co-host, Mark. Even before we met, they kindly invited me to join them on their own radio program, discussing issues and philosophy, history, economics, and morality. I immediately saw them as kindred spirits – brothers. Eventually, they invited me to join them each Wednesday night, and I would leave my studio near the state capitol in Concord, to spend terrific hours with them, sharing ideas and information on the radio.

And it was with that great spirit of generosity and kindness that Ian and Mark drove across the state to attend the memorial service for my mother when she passed. There

I was, with my family and local friends, and… there were Ian and Mark to support our family.

The number of times Ian has shown me such wonderful kindness and virtue, such enriching character, I cannot count, and I hope to impart to you, as you consider sentencing during this crucial time for him and all those whom he has helped, that Ian has been a shining light, unflinching and never-wavering, of goodness, hope, and cheer, in my life and many others.

Please take this letter as an example of heartfelt sentiment from many who might not have been able to write. Ian is a peaceful, decent, loving person, and I hope that, as you work on your sentencing, you will consider with utmost weight this good character, perhaps allowing him to have a sentence reflective of that, of time served, and the good days ahead he can have with your consideration.

Thank you for your time. I recall when you were named to take this position over fifteen years ago, and I never imagined I would be writing to you. Your work is acknowledged among my family, and I thank you, again, for your time.

Sincerely,

Gardner Goldsmith

Amherst, NH 03031

603-718-2319
PO Box 581
Amherst, NH 03031

March 15, 2023

The Honorable Joseph Laplante
U.S. District Court,
Concord, New Hampshire

Dear Judge Laplante,

I am writing to you to urge your clemency in the upcoming sentencing of Ian Freeman, scheduled for April 14, 2023.

While I do not (yet?) live in New Hampshire, I've gotten to know Ian remotely through his role as a radio show host and freedom activist, as well as meeting briefly in person a decade or so ago and knowing some mutual acquaintances. I have the highest respect and admiration for him as a person of good character, sound conscience, and peaceful benevolence toward others, and do not say any of that lightly. I do not for an instant believe the allegations that Ian was somehow criminally negligent in defrauding or misleading anyone with regard to his sale of Bitcoin, and would be completely comfortable trusting him with my own money. No one has come forward with any accusation, let alone evidence, that he either intended to harm or actually harmed anyone. As someone who has bought cryptocurrency myself and has some knowledge of it, I believe the precautions he took in doing business were reasonable, and that buyers received enough information from him to make sound decisions.

From what I read of the trial, there did not seem to be any allegations to the effect that Ian was motivated by a desire for personal profit, such as might lead a person to turn a blind eye to attempts to good scam others, let alone that he had any intent to defraud anyone or aid anyone else in committing fraud. Everything I've heard about the case, and from Ian himself on the radio, points to his passion for sharing what he knows about Bitcoin and teaching others how to use it. That a productive, well-meaning, and idealistic young person like Ian potentially faces many years behind bars as a result of such circumstances is beyond appalling to me.

I confess that I have little confidence in the fairness of the judicial system. I believe the history of attempted legal persecution of members of the Free Keene community, the lack of any victims of Ian's actions, and the shockingly disproportionate use of militarized force in the early morning raids on him and his co-defendants — as if they were members of some violent gang – should have been sufficient for the matter to be dismissed without even proceeding to trial, and I was dismayed to learn that the government's attorneys managed to persuade a jury to find him guilty.

However I retain enough residual optimism to hope I may be pleasantly surprised by your forthcoming judgement. Ian believes you to be fair-minded, and doesn't feel that you were biased against him during his trial; I can only hope that his assessment of your character is correct. Please do the right thing and do not ruin the life of a good human being and solid member of the community, by subjecting him to unneeded incarceration. I ask you to sentence him to the time he has already served – even that is more punishment than he deserves.

Sincerely,

Starchild
3531 16th Street,
San Francisco, CA 94114
(415) 573-7997

Chair, Libertarian Party of San Francisco
Former U.S. Army Reservist (Sergeant E5)
Candidate for State Assembly, County Supervisor, and School Board
Former At-Large Representative, Libertarian National Committee
Bachelor of Journalism, San Francisco State University

Garret Ean
296 Pleasant Street
Concord, NH 03301
March 23, 2023

To: Judge Joseph Laplante
c/o U.S. District Court of New Hampshire
55 Pleasant St. Concord, NH 03301

Dear Hon. Judge Joseph Laplante,

Greetings, my name is Garret Ean. I am writing in regards to the upcoming sentencing of Ian Freeman before your court. I have known Ian for a number of years, first listening to him on the radio in my college days, then meeting and engaging in activism with him throughout my twenties. From 2012-2014, Ian provided myself housing accommodations in a portion of his home, and I regard my time sharing his company positively. While we have our share of disagreements of opinion, I respect the extent to which he is consistently committed to his principles, even in the face of discord.

Though being a friend of Ian in itself is not especially relevant to the nature of the crime he has been convicted of, so I wish to address the nature of those offenses as they relate to other offenses that the legal system also sometimes punishes with lengthy incarceration.

While Ian's convictions relate to misrepresenting facts or defrauding banks, it is worth noting that he has not caused any sort of material harm, nor was he accused of looking to maliciously steal from any person or entity, with the possible arguable exception of the tax collecting agencies, which he openly states his moral opposition to. Many fraud cases involve some sort of aim to commit a larger criminal appropriation of resources from an illicit source, whereas in this case the defense demonstrated that Ian did in fact sever contact with someone as a trading partner related to this case once that person revealed information implying they were sourcing their funds from illegal activity.

Though my career path is more inclined towards hospitality and food service, my college education was in the field of criminal justice administration, where I earned degrees from both New Hampshire Technical Institute and the University of South Florida. With my natural interest in political affairs, I appreciated the education I received in the theories of the criminal justice system, especially as it regards the use of incarceration in the United States, which is considered among the world to be a particularly carceral nation. Depending on the aims of the governing agents administering the facilities, the theories driving the institutions may vary. Of the four theories of incarceration,

Page 1 of 3

1. retribution/punishment, 2. deterrence, 3. reform/correction, and 4. incapacitation, let us consider the extent to which each could or should be carried out as it applies to Ian's case. Another theory not specifically applied to incarceration but to making the victims in any case whole again would be restorative justice. Since there do not appear to be any material damages caused by Ian's actions, it makes the case of trying to restore victims moot, and speaks to the relatively victimless nature of the offense.

The first theory, punishment or retribution, seems inapplicable to this case also because of the lack of material financial or physical harm caused. Perhaps the state can make a civil case against Ian for his failure to follow business registration laws, but those sorts of proceedings should remain civil as Ian has demonstrated a willingness to follow all orders of the court in regard to the trial. For that reason, there is no need to punish Ian with further incarceration.

The second theory, deterrence, is certainly a hard concept to quantify. Most people committing any sort of offense are usually not thinking about going to prison, especially if the offenses are rather civil in nature. While friends of Ian may feel saddened that a loved one is spending time in a concrete box, I seriously doubt many, if any, white collar criminals of the future will be making the decision to commit or not commit a financial offense because of the disposition of Ian's case.

The third theory, reform or correction, is easier to quantify through the study of recidivism rates. Those rates considered, incarceration would generally be considered a failure at effectively reforming or correcting infractuous behavior. To effectively reform behavior, a solution is needed beyond what is provided by the simple walls of a prison yard. My understanding is that Ian has not been accused of engaging in any of the infractions in the time between when he was charged and since trial and conviction. The State does appear to have been capable of correcting Ian's behavior, as to whether the sixty-nine days he spent incarcerated pretrial were in any way responsible is debatable, I do not see a reason as to why or how further incarceration would produce a more reformed person in his case.

The fourth theory, incapacitation, most certainly does not apply to Ian's case, as he does not pose the physical threat to human safety upon which the concept of carceral incapacitation is built. While I am certainly not a prison abolitionist myself, I do strongly feel that many nonviolent, relatively harmless people who are incarcerated should be removed from those degrees of life restrictions. The only theory of incarceration which can be done effectively and has a solid moral foundation upon which the aim of protecting society from greater harm is achieved is the one which does not apply in Ian's case, incapacitation. To the extent that Ian can be reformed, it has been demonstrated that a probation

Page 2 of 3

approach is more effective and less intensively intrusive into one's life.

The most traumatic instance associated with this case would appear to be the FBI seizure of Ian in his home, and even though Ian and the home's occupants were fully cooperative, those sorts of situations are inherently dangerous for all parties involved, and do not represent law enforcement approaching a situation with the utmost respect for safety and efficiency. What Ian and his family and roommates had to endure during that situation should be considered a potentially unintended punishment of which none involved could easily forget.

A materially unrelated case before the federal court in the past few years also involved someone I knew from my time living in Keene, but someone of whom I did not consider a friend. I attended a few days of the trial of Christopher Cantwell, a New Hampshire man convicted of making interstate threats against the physical safety of the family of a person with whom he had an animus. As the intended recipient of the threatening messages lived in Missouri, the case was federal rather than state. Mr. Cantwell is a mutual acquaintance of both myself and Ian. The contrast between the Freeman and Cantwell cases is that the latter involved threats of violence, the sort intended to terrify and cause one to fear for their physical safety. The potential for a dangerous situation when a person makes such threats is the basis for why as a society we criminally punish such language and do not consider it constitutionally protected speech. In the Freeman case, none of his actions rise to the level of provoking a dangerous situation. While it has been revealed that some actual malicious criminals had taken advantage of the trading system Ian had been operating, he has not been connected to trying to scam or defraud persons of their property. Those who have utilized his business for nefarious ends should certainly be held accountable, but the full responsibility for those acts cannot solely be placed upon Mr. Freeman.

In conclusion, as it would provide no benefit to society, Mr. Freeman, or any of the businesses from which he is alleged to have defrauded services from, I respectfully request that Mr. Freeman be spared any further incarceration, and that the court consider utilizing other less fundamentally hostile methods of preventing and correcting criminal activity.

Respectfully Submitted,

Garret Ean
Concord, NH

Dear Honorable Judge Joseph Laplante,

It is my belief that Ian Freeman is not and has never been motivated by avarice, nor is he insensitive to the harms that might have occurred incidental to his actions.

This fact has been consistent for over a decade before he was ever involved in the cryptocurrency business for which he currently stands convicted: Ian is a man driven by a profound moral commitment to freedom as he conceives it. His involvement in and advocacy of civil disobedience predates any activity related to these current charges and it is inappropriate to interpret his actions in a profiteering rather than a political context.

It is with good reason that our justice system continues to apply the law through a system of human judgment and examination of particulars. A strictly algorithmic application of law would be inhumane and overbearing, and for centuries, jurists before you, sensitive to the irreducible complexity and ambiguity of social and moral life, have been careful to preserve the role of the human examiner in all manner of legal proceedings. The modern concepts of Human Rights, Civil Rights, and Equity are all historical outgrowths of the encounter between the legal profession and the intractable limits of knowledge and decidability.

Ian's activism speaks directly to this aspect of justice. Even the simplest or most sensible law might, when scaled up by technology and the passage of time, become a regime of insufferable repression.

Americans are free to own and sell goods, including cryptocurrencies. Americans have always been free to hold and transact in cash, anonymously. Anti-Money Laundering and Know Your Customer laws were enacted to give law enforcement a tool against drug traffickers, human traffickers, terrorists, and tax cheats. These laws were intended as a peripheral corrective in a system where citizens retain their basic financial liberty and privacy.

But in the time these laws have been in place, cartels have become more powerful, human trafficking has become more widespread, federal officials have become ever less effective at disrupting terrorists and extremists, and an ever-increasing share of the assets of high-net-worth individuals and corporations have wound up offshore. It cannot be said that these measures were effective in achieving the political aims for which they were adopted, nor was it ever the public will that small retail operators such as Ian Freeman should lose their ability to operate cash businesses.

For technological reasons, it is now possible to create a financial Panopticon, to move the application of law out of human hands and place it into that coldly algorithmic realm from which jurists through the centuries have striven so hard to preserve it. Simply taking a given power of the state, created under conditions of implicit practical limitation, and extending it without limit to each new technology or medium of communication leads to inexorable intrusion of the state into the private lives of citizens beyond what that power's framers intended. Without the friction and resistance provided by activists like Ian Freeman, I see no limiting function which would check this misapplication of law and halt the slide towards cold, machinic tyranny.

I understand that, as a judge, you cannot ignore or pardon actions which violate statute, and I don't expect you to adopt the ideology of skepticism and opposition to authority which Ian and I share. But I would ask you to recognize Ian's sincerity and moral conviction, and to sentence him as you would a political activist rather than an anti-social criminal.

Ian is not a danger to the public, nor is he a predatory figure. He does not deserve to be confined any longer or more harshly than the law requires.

Sincerely,
Marcus Chamberlain

M. Chamberlain
1 Franklin Rd
Salisbury NH 03268

3/26/23

To the Honorable Judge Joseph Laplante,

My name is Vincent Moore, I'm a freelance journalist and professional writer living in Enfield, New Hampshire. I received my Bachelor of Arts in Multimedia Journalism from Keene State College in 2020, but I've been engaged in the practice since I turned 18 in 2016 and was reporting on water pollution and the plight of the homeless in the Upper Valley area. I've been Ian's friend for six years, a quarter of my life, having first met him in the Autumn of 2016 when I was a freshman in college.

I knew that I wanted to work professionally in talk radio since high school, but throughout my college career I was repeatedly told by professors and professionals that I would never get a job outside the writing room due to my "speech impediment" (th-fronting, like a "Norf" Londoner, which in reality was just my accent due to English not being my first language). That was never a problem with Ian.

Within a few weeks of getting to know him, Ian gave me my first guest spot on Free Talk Live, just because I asked. That turned into semi-regular appearances on a national talk radio show at a time when I didn't have enough prerequisite credits to take the Radio Journalism course.

I spent more of my free time off campus hanging out with Ian at the Shire Free Church learning about the trade than I spent on campus, excluding my dorm. Despite most of my fellow students' irrational fear and dislike of the townspeople, Ian made me feel more welcome than I felt on campus. Ian believed in providing a sense of community to people who felt like they didn't belong elsewhere.

Being around him, I've seen countless examples of Ian's kindness and charity. Media and movement politics can be very cut throat sometimes, but I've never seen Ian ever consider doing something negative or even holding a grudge against someone. I've seen him forgive debts and slights that would leave my face several shades of red on his behalf before I myself came to understand through Ian's example the importance of forgiveness and charity towards others.

I kindly beseech you to consider lenience when sentencing Ian so that the Keene community is not deprived of a good man,

Vincent Moore

*Vincent Moore*

Vincent Moore
42 Potter Lane
Unit 292
Enfield, NH  03748

SUBJECT: Sentencing of Ian Freeman - Request for Mercy

Dear Honorable Joseph Paplante:

My name is Franklin Perez. I live in the state of Florida. I have known Ian Freeman a long time (15 years) via his Free Talk Live radio show and meeting him in person in the year 2022 as part of my one-month exploratory trip of New Hampshire to meet people that are part of the New Hampshire Free State Project.

I am a Software Engineer with 30+ years of experience as a Software Engineer and have run for the Florida State House of Representatives (District 28/33) in years 2006, 2008, 2010, 2012, and 2014 with a Libertarian political platform both as a No Party Affiliation candidate and Libertarian Party candidate. I earned a Bachelor of Science in Electrical Engineering with an emphasis in Computer Engineering from the University of Florida in 1985. I earned a Master of Science in Electrical Engineering with a Minor in Computer Science from the Georgia Institute of Technology in 1987.

I have known Ian Freeman a long time (15 years) via his Free Talk Live radio show and meeting him in person in year 2022. I have deep respect for Ian Freeman for being a strong advocate of individual rights and liberties in the pro-liberty movement and his deep moral convictions. Like most pro-liberty activists I know, Ian Freeman subscribes to the Non-Aggression Principle, an ethical stance that one may not initiate force against another.

Even though the court has found Ian Freeman guilty of federal charges in an area of law that is still developing, and where the Securities and Exchange Commission (SEC) and other government agencies refuse to provide meaningful guidance to the public to help navigate this nascent field, as far as I am aware, all the charges relate to victimless crimes - meaning no one was

Page 1 of 2

materially harmed.

Despite his record of civil disobedience, Ian Freeman is a peaceful man. No good would be served by placing Ian Freeman in jail for any length of time, and, indeed, may be counterproductive by elevating his profile further and making him a martyr to the cause of cryptocurrencies and liberty. One thing about martyrs is that they never die. If you give him a harsh sentence, you will not be seen as an honorable person and will more likely be seen as a villain while making Ian Freeman a martyr that will never die to people inside and outside the pro-liberty movement.

Furthermore, making taxpayers subsidize his incarceration of a peaceful activist like Ian Freeman would be a travesty of justice and will be seen by many as a severe injustice. Please allow justice to prevail through your actions, and do not ruin a good man's life like that if Ian Freeman. Let him serve his sentence in his community with his wife and friends.

I beg for your leniency in the sentencing of Ian Freeman, an honorable and good man.

Thank you for your time and consideration of this appeal.

Sincerely,

Franklin Perez (3/27/2023)

Franklin Perez
(407) 694-7805

Page 2 of 2

To The Honorable Joseph Laplante:

I am writing this letter to shed some light on Ian Freeman. First I will introduce myself:

I build products for the Army that help its units digest information about Intelligence and the Operational Environment, a job I've been doing for 14 years. In my free time, I play tabletop games, and for 7 years, I ran hundreds of events for these games and ran clubs that taught these games to children, exposing them to a variety of people skills, math skills, and critical-thinking skills. My efforts to promote this educational hobby, led me to people who introduced me to Ian Freeman's radio show. Listening to Ian's content and reading about his life over the course of 17 years has helped me personally and I feel that his existence is a net benefit to the world.

Though never having participated in militancy myself, I long held the view that militancy was inevitable.
Throughout his career, Ian has spoken loudly about the futility of violence, regardless of who was wielding it and who it was directed at.
Hearing Ian make his case against rebellion was a pivotal moment in my life. I was enveloped by his persuasive words and could feel the hate leaving my body. Ian changed my opinion, and I knew that if he could do that for me, then heaven only knows, what he could do for the tens of thousands of people who could hear the sound of his voice on any given day. Ian is saving lives of people who were entertaining the idea of armed resistance against the state.

Ian has used his voice to amplify the visibility of charitable efforts, including promoting the Hundred Nights Shelter. If he had not spoken about it, I probably never would have donated.
The world benefits from his existence, and would not be better off with him in prison.

Sincerely,
Nicholas Kirkpatrick

603-892-3377
nkirkpatrick@cvramen.com

To the Honorable Joseph Laplante I am writing to you in regards of Ian Freeman and his recent charges. It has come to my attention that Mr. Freeman has been going through the arduous process of federal court procedures and I would like to give for consideration as to why he should get reduced time or no time in jail. As a some-what long time listener of his show since 2019 and almost not missing a single day his show has aired I have come to form a solid opinion of Mr. Freeman's character. I'm a resident of the state of Colorado and I work a simple job at a Fedex Ground facility where I've spent most of my days there working hard from one paycheck to the next. While working there I would always put on Mr. Freeman's show in the background to help get me through the day and make the menial tasks less boring for me.

Mr. Freeman is a very intelligent and remarkable man. In the time I've listened to various callers he's talked to over the years he's been respectable, patient, fair and considerate to the people he's talked to. He's usually always the one to be level headed in a conversation and steer people away from the use of violence whenever it's brought up. I, his close friends and his wife would really hate to hear him being put away in a jail/prison cell for what I would consider non-violent crimes. It's just a waste of government resources if he were to be put in a cell when it's more appropriate for a genuine violent criminal to be put behind bars. At the very least for your consideration it might be best for some form of a house arrest that he could serve instead. I'm sure of whatever communities Mr. Freeman is involved with they would also appreciate his involvement with his participation of said communities. Thank you for taking the time to read this letter I wrote to you and I hope you have a pleasant day!

Sincerely,

*Macoy Deanda*

303-667-9635

2281 East 89th Ave.

Thornton, Colorado 80229.

Dear Judge Joseph Laplante,

My name is Joseph Emanuele. I am 47 years old and a registered pharmacist in PA, VA, WV, and soon to be NH. I have been listening to Ian on his radio show, Free Talk Live, for about 12 years. I am writing this letter to you to plead for a light or no sentence for Ian and to explain how Ian Freeman has affected my life. I have met Ian on a couple occasions. Each time he was very personable and cordial. Ian has opened my eyes to the ideas and philosophy of freedom and liberty. Real Freedom, not the façade we are currently experiencing. The idea that you should be able to do what you want, eat what you want, and think how you want, as long as you do not hurt another individual. This is the Non-Aggression Principle (NAP.) Ian has always stressed that freedom should be obtained peacefully. He always talks down any violent means to achieve this. Ian is a voice for freedom and liberty, and this voice has inspired me to follow his philosophy. Through following his ideas, I have met the greatest people in the world, my best friends. In the liberty community everybody follows the NAP, at least those I know and trust. I once lost a 14K gold necklace at a liberty event and someone turned it into lost and found. Where else in America would that happen? So, without Ian to lead me to this wonderful community, I would never have so many good friends and people I trust in my life. Furthermore, Ian is a non-violent individual. He poses no threat to the community at large. Ian has never hurt any person or any business. He is not a flight risk, as he loves Keene, NH. He does not like to venture outside the confines of freedom in the Northeast let alone the whole world. As NH is the freest state in the union according to the CATO Institute. And this achievement, in my opinion, would not be awarded to NH without the aid of Ian Freeman. To imprison Ian is akin to halting the liberty movement in NH and the world. As people from all over the world hear his voice. From Ukraine to Cambodia to Russia to Australia and beyond.

And never once, under any circumstance has Ian harmed anyone in his mission.  Please include my input in your consideration.  Thank you.

In Liberty,

3/9/23

Joseph Anthony Emanuele R.Ph.

Mr Richard Thompson

2 Maurandra Close

Hastings, Victoria

Australia 3915

**The Honorable Joseph Laplante**

Dear Judge Laplante,

I'm writing in full and open support of Ian Freeman.

I live in Australia and have never met Ian yet he, his radio programme and shared philosophies have significantly and positively improved my life path and, subsequently, those in my community.

Ian's message of the value of liberty and freedom while accepting each member of our community as valuable individuals personally changed me from someone who was quite insular to someone who daily attempts to interact positively with those around me.

His admittedly relentless messaging of the need for personal responsibility has fundamentally altered my understanding of self-reliance. Consequently, I have moved and am now part of a community where neighbours are valued, help is freely given, and produce is shared. It's a position I never expected to be in when I started listening to Ian over 15 years ago.

It's a true blessing in my life.

I value Ian's worth to myself and deeply hope he can continue his positive and public messaging of liberty, hope, self-reliance and the worth of communities and individuals.

Warm regards,

Richard Thompson

R. Thompson

P.S I am more than happy to be contacted about what I have written if required

+61 417 381 546

Dear Judge Laplante,

My name is William Kelly, I am a Data Scientist and combat veteran of the Afghanistan conflict. I have followed the work of Ian Freeman for the past decade or so, and have been a personal acquaintance for the last 3-years. I closely followed Ian's trial, and feel that I can speak from an informed viewpoint as to Ian's character and past works.

I am writing to you today to respectfully request leniency in the sentencing of Ian Freeman. Mr. Freeman is a nonviolent individual who has dedicated his life to promoting peace and advocating for individual liberty. While I understand that he has been convicted of charges related to his involvement in the cryptocurrency market, I would like to stress that his actions were not violent and that he genuinely believed that he was acting within the bounds of the law.

As you are aware, Mr. Freeman is a well-known peace activist who has spent many years promoting nonviolence and advocating for individual freedom on his Church's radio show. He is a tireless advocate for peaceful solutions to conflict. As a Free Talk Live listener, I cannot count the number of callers into the program who have advocated for violence against the police or government, only to be rationally talked down by Ian's calm and persistent advocacy of non-violent solutions. He is uniquely positioned as a thought leader in his area of influence and I honestly believe that Ian's work and principles have prevented many people the verge of radicalization from crossing the line to commit acts of violence. His continued efforts to promote peace and reconciliation are essential to creating a better world for us all and would be hampered by a lengthy incarceration.

I would like to respectfully request that you take these factors into consideration when determining Mr. Freeman's sentence. While it is important to hold individuals accountable for their actions, I believe that society would be better served by a sentence that allows Mr. Freeman to continue his peace outreach work. He has proven himself to be a valuable member of society, and I believe that he has much to offer in terms of promoting nonviolence and individual freedom.

Thank you for your time and consideration in this matter. I trust that you will make the right decision and consider the importance of Mr. Freeman's work in promoting peace and nonviolence.

Sincerely,

William Kelly

51 Center Road
Hillsboro, NH 03244
603-406-7522
Wkelly19@jhmi.edu

March 15, 2023

Honorable Joseph Laplante,

My name is Brian Styczynski, I am a 38 year old father of 2 living in Illinois. I am a diesel generator mechanic with the same company for 16 years.

I have been listening to Free Talk Live for over 10 years now. I first heard them flipping through AM radio in a rental car on a small station. When this small station stopped airing FTL, I followed them online. I considered myself a libertarian, but learned a lot about different view points from Ian, cohosts and callers. While Ian would let everyone voice their ideas and opinions, he would always point out that his views always come from a place of peace and non aggression. I learned a lot from Ian over the years and was very impressed how he would not waiver from his promotion of peace, love and liberty.

I have contributed to his charitable causes such as building an orphanage in Uganda. I donated in bitcoin. In addition to liberty outreach, Ian's main personal cause, he does a lot of local charity work. He also does some global charity work if he can thoroughly vet recipients and make sure funds are used exactly as intended. I highly respect him for this, and I donate because I believe he is trustworthy and have never had any regrets with any transactions between us.

I have read the details from his trial and was saddened to hear he was found guilty on several charges. Regardless of the jury verdict, it is my belief that Ian Freeman does not deserve time in jail for what he has done. I believe that he is of no harm to anyone or society at large, but he provides great value to society. I think his true character shows when he went out of his way to try and help potential fraud victims not get taken advantage of.

My wife and I had the pleasure of meeting Ian once in New Hampshire on a drive to a wedding, but I have heard his voice on his show for hundreds of hours. I believe he is an asset to this world and he should continue to be on the streets and air waves promoting peace, love, and open discussion. I am asking you to take leniency on Ian Freeman when considering his sentence.

Sincerely,

Brian Styczynski
101 N. Bierman Ave.
Villa Park, IL 60181

Honorable Joseph Laplante

   My name is David Samuels  I'm a United States Marine (ret.) and have held
a Secret level clearance, working as a electrician for a few military equipment
manufacturers since leaving the Marine Corps.

   Even while I served in the Marine Corps as a young man, I've always had a
liberty lean to my political perspectives.  Approximately 15 years ago, I came
across this liberty minded talk radio show called Free Talk Live.  I've been a
regular listener since.  Ian Freeman, alongside his co-founder Mark Edgington,
has been a positive influence upon my own journey towards liberty in my own
life.  While Ian wouldn't consider himself a master of libertarian ideas, I
would count Ian among my short list of mentors in the libertarian philosophy.
His many years as co-host of Free Talk Live has certainly been a guiding light
for liberty minded young people across this country.

   Considering this perspective, I ask what benefit would there be to society
should Ian be incarcerated?  He went to great lengths to abide both the letter
and intent of the law, this much is apparent; so could there be any deterrent
greater than his conviction already provides?  If such a financial crimes law
was vague enough as to be unintentionally violated by Ian Freeman, then someone
else would have tried it likewise eventually.

   Ian Freeman has long been a political activist, and he has always been
open about his peaceful intentions in all of his activities.  To incarcerate a
nationally known activist figure is likely to have a great & negative impact
upon young liberty minded activists.  Surly it would be best to keep an activist
so dedicated to peace on the air, so he can continue to guide today's
politically minded young population in the direction of peaceful protest.

Thank you for your consideration,

David C. Samuels
1327 Dawkins Road
Lagrange, Kentucky 40031
(502)608-0691

The Honorable Joseph Laplante

Re: Ian Freeman

Dear Judge Laplante,

I am a long time listener of Free Talk Live and have followed Mr. Freeman throughout his carrier since about the time he started broadcasting from New Hampshire.  I have had the honor to meet him in person in 2020 and he was very gracious and attentive too essentially a complete stranger.  I consider him a friend even though we've only met once and I'm not even sure he would remember, because I'm sure he meets a lot of people that listen to his program.  I also met many of his close friends who hold him in high regard which says a lot.  I'm not always in agreement with his ideas, but many of his idea's have inspired my thinking and understanding of many significant issues that affect my life.

Considering him as a friend is a very strong statement in this context, but I understand his character and I know that if I came to him for help, he would take the time to do whatever he could to help and guide me, as friends do.  That's the kind of friendship I aspire to and I know that would be his take on it as well.  And here's why:

He follows a code based on Liberty, Peace and Freedom and believes in it for all people  I would like to concentrate on the Peace aspect of this code because it's the most important part.  Mr. Freeman is a Peaceful person and lives by that code in all aspects of his life from all evidence in my observations, and all his ideas and actions are of a peaceful nature first and foremost.  This is a quality that is lacking in a lot of people today but in his circles it's abundant.

I am a *Self Defense* Martial Arts expert and have been studying and teaching the arts for more then 45 years.  I put considerable emphasis on self-defense and nonaggression in my training by concentrating on self Control and discipline.  I take great responsibility in the techniques I teach because they can be very devastating and should only be taught to people with a propensity toward respect and control.  A loss of control can seriously injure or kill someone, so I stress that one must always be in control of their actions.  I ascribe Self-control to Peace, because one who is in control of themselves and their actions, in a nonaggressive way, is a peaceful person.

Mr. Freeman is a man of Peace and no matter what he may be accused of this cannot be denied by anybody!  He is always in control of his actions and no matter the circumstances he can and will always take responsibility for his actions because he lives by this code of Peace (nonaggression and self-control.)  He has no victims, only those who despise his peaceful ways as well as his belief in the ideas of Liberty and Freedom.  It hurts me to my core that this historical saga continues to this day; that the most peaceful among us continue to be prosecuted.

Please consider this in your sentencing decision.
Thank you for your time, and consideration of my thoughts in this matter.

Respectfully,

3-19-23

Ric Curp
3094 Woodbury St
Commerce Twp. MI 48390
248-960-0771

20 January 2023

Judge LaPlante,

I am writing you this opinion regarding Ian Freeman's sentencing in hopes that you will consider not just his infractions, but also his virtues.

I've been a listener of Ian's radio show ever since I was 18 years old (Now I'm 27), and I have also corresponded with him on a few occasions. Throughout life, I have succumbed to depression and hopelessness, much of it because I see the world failing around me. In truth, most of my depression is my own fault for failing to take responsibility over my own circumstances and for lacking a universal code of ethics. Ian's show has helped me develop my code of ethics and gave me hope that the world can still improve.

As a long-time listener to Ian's show, I can tell you this: He is a passionate libertarian with the requisite integrity to follow through with his beliefs. He believes in the Non-Aggression Principle which holds that all human interactions should be consensual. As a libertarian with integrity, Ian would never hurt somebody, defraud them, or harm their property.

While I understand Ian was found guilty of breaking some laws, he never hurt anybody. Judge LaPlante, I want you to consider that some laws are unjust. Throughout American history, there were all kinds of unjust laws. For example, if someone failed to return a runaway slave, they could be convicted. Martin Luther King, Jr. also broke laws with his civil disobedience, and Henry David Thoreau even wrote a book on civil disobedience.

Ian is next in that heroic line. because he is willing to suffer the consequences of his actions to fight for freedom for the rest of us. I understand you may believe that even though a law is unjust, it should still be obeyed until it is changed through the political process in order to maintain a civil society. I do not wish to convince you otherwise.

Rather, I just want you to consider that a lot of these laws are created to benefit banks and other special interests instead of benefitting the common good. On the other hand, Ian believes that he is fighting for the common good with his civil disobedience, and he has made a positive impact on society by helping people like me. Please take his virtue, integrity, and positive societal impact into account when sentencing him on April 14th.

For a better world,

Bradley S. Hunt
310 South 5th Avenue
Alpena, MI 49707

Thomas Shealy
74 Millbrook Rd.
Grafton, NH 03240
100 Captains Row, Unit #302
Chelsea, MA 02150
415-449-0944
tom@silvertiplabs.com

March 13, 2023

The Honorable Joseph Laplante
U.S. District Court
55 Pleasant Street, Room 110
Concord, NH 03301-3941

Dear Judge Laplante,

I am writing in support of Ian Freeman who will soon face sentencing in your court for eight non-violent, victimless crimes.

I know Ian through our mutual involvement with the Free State Project and other liberty activism in New Hampshire. He is a courageous uncompromising advocate for liberty and an asset to every community that receives his message of freedom online and on-air. Long before I met Ian in person, I benefited from the ideas he shared through his national radio show, Free Talk Live. Despite living in New Hampshire, I first learned of the Free State Project through Ian, and I cannot think of anyone who's done more to spread its message. I hate to contemplate our loss if Ian were sent to prison.

One way that Ian impacted my life is tangent to the victimless crime for which he stands convicted. Like many people, I am appalled by the recent actions of payment processors, banks, and other financial institutions that terminate services based upon the political beliefs and private medical decisions of their clients. Even those who were not directly effected by such actions have been left feeling vulnerable to institutions with seemingly unchecked power over our personal finances. In order to counteract the chilling effect on free speech, we critically need decentralized technologies like cryptocurrency and people like Ian Freeman to help spread knowledge and usage.

Please consider the context of current events in your sentencing of Ian Freeman and the positive impact he has on society. I am deeply concerned how much of our financial legislation in particular appears written by and for special interests, but I am hopeful the judicial branch has the necessary tools to ensure justice is truly served. Ian has already served 69 days in prison for non-violent actions that hurt no one and helped countless people at a time in their lives when it mattered the most. It would please me greatly if he were sentenced to time-served.

Thank you.

Sincerely,

Thomas Shealy

To the Honorable Joseph Laplante.

Your Honor,

My name is Scott Reed Coverdale. I am a working man, a truck driver, heavy equipment operator, construction worker, lineman, and New Hampshire resident. I am also a podcaster and political activist who is saddened by the excessive fraud and violence perpetrated by our own government.

I am writing on behalf of Ian Freeman, whom I have become acquainted with over the last year or so. I have been a cohost of his on Free Talk Live in his studio in Keene, and been to various events around the state with him.

Ian has always advocated for peace, and for non violent solutions to our problems. He has also been extremely upfront and honest in all of my interactions with him. I don't view him as a dangerous person or somebody who should be kept away from society, but instead as someone whom society should try to emulate.

I urge you to consider the good this man has done over the years by talking to thousands of people about how to better their lives through peaceful means.

Thank you,
Scott.

4 Coventry Drive
Sunapee NH 03782



**THICKREDLINE**

375 Jaffrey Road,
Suite 13
Peterborough, NH 03458



(571) 509-8796

ArtOfLiberty.org/THICKREDLINE

March 14th 2023

Judge Laplante
U.S. District Court for the District of NH
55 Pleasant Street
Room 110
Concord, NH 03301

Dear Judge Laplante,

My name is Howard Lichtman, and I am the co-founder and Executive Director of the THICKREDLINE Project, where we are supporting Judges, Sheriffs and police chiefs to say: NO! to politicians on victimless crimes.

We stand with many other organizations and individuals, including the Law Enforcement Action Partnership, which includes retired judges, prosecutors, sheriffs, and police chiefs who realize the illogical nature, immorality and injustice of victimless crimes.

I am writing to you today concerning the sentencing of Ian Freeman.

I am sure you, as we, are tired of seeing the natural law perverted by politicians who continue to pass laws criminalizing things that are not really crimes. A crime, by definition, has a perpetrator and victim and selling cryptocurrency to willing buyers has neither.

You have the opportunity in this case, and many others, to stand on the side of justice.

Ian has already suffered enough. There is simply nothing to be gained by imprisoning a man who has harmed no one.

This is your opportunity to right a wrong.

Best,

#THICKREDLINE

Dr. Jeffrey Yunes
175 High Street Apt. 2
Portsmouth, NH 03801
415-409-8637
jeff@yunes.us

The Honorable Joseph Laplante
U.S. District Court
55 Pleasant Street
Room 110
Concord, NH 03301

March 13, 2023

Dear Judge Laplante,

I am a resident of Portsmouth, a research scientist at a small nonprofit, and an active member in the Free State community. I am writing in support of Ian Freeman, whom I know through his writings, activism, and participation at liberty events.

Any community can drift from its core values as it grows. It can turn into an echo chamber, become tribalistic, and become hostile to outsiders.

Ian is a leader in our community that prevents this from happening.

I acknowledge that his activism has sometimes crossed the line into rash civil disobedience, but I believe the positive influence of his character on the community is more important. He is compassionate, and promotes liberty because of the many ways it helps people. He is welcoming and friendly, and inspires others to philanthropy and activism. And, he has remarkable integrity, and will stand up for what is right to others within the community, as he does to his philosophical opponents.

Ian is a productive person and a force for good. I feel that his incarceration would be a tragedy for the community, for New Hampshire, and for the world. Therefore, I beg you to be lenient in your sentencing.

Thank you for your time and consideration.

Respectfully,

Jeffrey Yunes, PhD

Dear Judge Laplante,

I am writing to request leniency in the sentencing of Ian Freeman. As a long-time friend, I have had the opportunity to witness firsthand the positive impact Ian has made in the community. He has worked tirelessly to promote individual liberty, limited government, and personal responsibility.

I believe that Ian's actions were motivated by a desire to help others, his intentions were noble, and he did not intend to harm anyone. In fact many people have benefited from his efforts to promote economic freedom.

Lastly, I would like to point out that Ian has already faced significant punishment. He has been incarcerated and stripped of various assets which seem unlikely to be returned. I believe any additional punishment would be excessive and disproportionate to any harm caused.

I know that if any specific parties were indeed harmed by Ian's actions, he would be happy make them whole, and I would like to suggest that restitution for actual harm is the only appropriate sentence, as retributive actions would not serve to make the world a better place, in action.

Sincerely,

William Rodriguez

William Rodriguez
19 Harlow Hill Rd
Mexico, ME
04257

Honorable Judge LaPlante,

I am Mrs. Kristin Kruse, mother-in-law of defendant Ian Freeman.

I am writing to humbly request your mercy towards my son-in-law.

Although my opinion doesn't matter, I do not believe that Ian has any desire to defraud people. From what I see in him, I believe he wants people to have access to resources, such as Bitcoin, that will make them more free.

He married my beloved daughter Bonnie last September, and my husband and I are proud to have Ian as our son-in-law.

I respect Ian for his steadfast stand for his beliefs, even though I do not share many of his beliefs. I find my son-in-law to be a man of principles. He is a quiet and gentle man who is very intellectual and curious.

Sir, Ian is not a wicked man. It breaks my heart to think of him in prison and seperated from Bonnie. I have tears in my eyes as I write this letter.

Ian did not ask me to write to you on his behalf. I'm writing out of my love and respect for him.

My family and I spent time in Keene with Ian and Bonnie in March, and my impression is that Ian is well liked and respected in his community.

Even though Ian's Libertarian worldview brings him into conflict many times with law enforcement, I believe that it is not because he is a criminally minded man, but because he believes in freedom and peacefully protests regulations that he believes impede the freedom of Americans.

I ask you humbly, Sir, to allow mercy and compassion to influence your decisions towards Ian. I believe that Ian himself is a man of mercy and compassion.

In gratitude,
Mrs. Kristin Kruse

Ian Freeman,

63 Emerald St. #610

Keene, NH 03431

Your Honor,

I write this letter in support of Ian Freeman, a man who wanted to use the power of Bitcoin to help the community, and as a result had everything taken away from him. I am a Bitcoin operator myself, and I want to correct the record on many of the inaccuracies that were demonstrated throughout the case.

First off, the prosecution lied by saying that Ian "disabled" the KYC settings of the machine. He did not disable the KYC settings. The KYC settings need to be manually configured. This goes with any type of machine. I have experience with the General Bytes machines that he placed. I have personal experience in "learning the hard way" on making sure the settings are fully correct. As a registered MSB, I had to undergo an Independent Review to make sure that my KYC settings are fully intact and working. This is something that Ian never had the chance to do. He was not notified that he had to register, other than an email that was in the spam folder. He even received a legal opinion that the machines are no different than traditional vending machines.

Ian told the federal agent not to use the machine, but the federal agent went ahead and used his machine anyways, this is a despicable tactic to accuse someone of being guilty after the fact. If Ian was tried by a "jury of his peers", they likely wouldn't have reached these conclusions largely based on innuendo on behalf of the prosecution. The people who found Ian guilty had very minimal technical experience. Attempting to educate them on blockchain technology was an exercise in futility.

Here are some of the trials and tribulations that I myself have encountered while running a Bitcoin ATM business… My first Bitcoin ATM business was started in 2018. We started with just a few machines and grew to 87 machines. We were never instructed by any government agencies that we needed to have KYC on our machines, but we implemented controls to stop scammers, which Ian also did (and did a better job than the banks at stopping scams).

Banking was a huge hurdle for the business. We came to discover that banks aren't very fond of large cash deposits. We did what we could to survive, and having to constantly empty the machines, and find a way to turn our Bitcoin into cash found us in situations where we were putting our lives at risk for the business. All we wanted to do was start a successful company, but it's not like anyone tells you everything that could go wrong with any business. We didn't know the bank application requirements would be so excruciating. You must figure that out yourself.

What would have been the correct course of action with the 80+ machines that we had? Should we have just shut down the whole operation until we finally checked every box for the armored car and banking service's pages of requirements? We did not want to lose the customer goodwill we have earned up until this point, so we innovated to last through the excruciating application process.

We didn't know all the various state and government rules before we started this venture. When we became aware of compliance issues, we acted accordingly. For instance, we had a machine in Rhode Island that we had to later disable (it was our top-performing machine too) because we learned that Rhode Island requires Bitcoin companies to register as money transmitters, which is not required of other states such as Massachusetts or New Hampshire.

One time, I was emptying machines in New Jersey while we were running out of cash. There is a setting on the machine that would make the machine say "out of order" when we ran out of Bitcoin. This setting was not enabled, so we had to tell customers that "the blockchain highway is congested right now, you'll get your funds soon". In order for the customers to get their funds, I had to deposit a large sum of cash into a personal bank account, then wire the funds to a Bitcoin exchange (the bank shut me down shortly afterwards), buy Bitcoin, and then resend the transactions to the affected customers. During the travel, I was sitting next to a customer service representative of the company, who 3 weeks later would steal $30,000 from the company.

A few months later, my business partner SIM swapped my phone, and attempted to gain access to various financial accounts belonging to me. I was traveling between MA, CT, and NJ emptying the machines. Because of the hack, I did not return the money to the company. My former business partner then filed 23 false police reports against me saying that I wasn't part of the company. After a long legal battle of over a year and a half, and spending $60,000+ (I had to deplete my 401k to pay for legal bills while I moved back with my parents), I finally received a settlement which I used to start my own Bitcoin ATM company. The judge in this civil case was St. Hilaire. If you want any unique insights into the Bitcoin ATM business, he may have some memory of the case.

Ian wasn't even running a business; he was running a non-denominational charity. In my understanding from following the trial, it seems like the state of NH accepted his application as a religious entity for the Shire Free Church.  He was also not served proper notice regarding the tax fraud claims, which were correctly pointed out as meritless. It's absolutely disgusting to see all that is happening to someone who believed that they were operating legally.

A lot of people writing messages of support for Ian are his friends and family. I never even met him until becoming aware of the case, but my unique experience as a Bitcoin ATM operator who did everything possible legally (and still follows all legal requirements), is truly heartbreaking. There are other operators out there who go through Title 31 audits (this is where the IRS audits all compliance controls) and they make recommendations and findings. There are operators who are substantially non-compliant... but they are registered. However, they didn't have their homes raided and threatened with 400+ year sentences, or see their friends get kidnapped. I'm about to have a Title 31 examination wrap up soon, and have to go through another Independent Review in order to get banking. Banking for anything crypto related is extremely difficult, and Ian never had the chance to go through these processes, even though he received approval from the state of NH, which had the opinion that Bitcoin machines were more like traditional vending machines.

My former business partner still roams free, and he hacked my phone, attempted to steal from me, filed 23 false police reports, and committed fraud on multiple occasions yet he's expanding the business that I helped build. Meanwhile, Ian was using the money to build a mosque, paid store owners an above-market rate for rent, and participated in various outreach services, and he met the full brutality of the

legal system. Some of these allegations such as the bank fraud charge was later dropped because the banks actually profited from his charitable endeavors, and were not victimized in any way.

Was Ian unregistered? He registered with the state, and not served proper notice that he had to be registered with FINCEN. Did he launder money? No, he helped law enforcement track down scammers, meanwhile the heads of some of these federal agencies have never been able to catch one person. A federal agent using his machine when they were told not to is not money laundering. If the state of New Hampshire approved the church as a non-profit, then he didn't commit tax fraud. The prosecution's case relied on innuendo and trotting out victims of scams that were more demographically aligned with the makeup of the jury. The prosecution suggested that Ian should have discriminated against older people who try to use his machines. My company has a FEEVA/FERPA policy which requires additional questioning when older people use the machines, but they are just as welcome and allowed to use the machines as any other person. The prosecution throughout the case insinuates that Ian should develop ESP and be able to read people's minds, and to my knowledge, nobody is able to fulfill this requirement.

I hope that you were able to gain some unique insights into how Bitcoin ATM operations are run, whether they are used for profit, or not for profit.  My late grandfather (who was a New Hampshire state trooper) once told me that there are three types of people in the world. There are people who make things happen, there are people who watch things happen, and there are people who say "What Happened?" A troubling trend is the growing sense of animosity towards people who are making things happen. People like Ian Freeman are crazy enough to act on the things they believe in and uplift the community in the process. He was crazy enough to not take any plea deal, while the prosecution turned his friends into informants, and crazy enough to say on his radio show that he only has love for the people that have wronged him.

From the bottom of my heart,
Please free Ian Freeman.
Thank you,
-Joseph



From: Vincent Girard Perfetto Jr.
Vince@VincePerfetto.com
Linkedin.com/in/VincePerfetto
603-722-4800
Former resident of New Hampshire, currently residing in Florida


To: The Honorable Joseph Laplante,

I'm writing to you in support of Ian Freeman's character.

I'm 46 years old and I have a diverse and successful background in broadcasting, operations, sales, marketing, and nonprofit work. Over the years, I've volunteered in several capacities, including as a soccer coach and delivering food to those in need.

For more than a decade, Ian has had a positive impact on my life. Every time I see a call, text, or an email from Ian, I know he's reaching out to offer help to me, or to ask if I'll help him in his effort to help somebody else. Ian has been a reliable, humble, and kind friend to me and countless others, and he has clearly established himself as a peaceful and nonviolent member of society.

In summary, I can confidently say that good people like Ian Freeman don't come along too often. Of course, you have more experience in the judicial system than I'll ever have. But from what I can see, it'd be a shame if a man with Ian Freeman's good character was sentenced to prison, even if only for a day.


Sincerely,

**Derek Sheldon**

2 Bill Street Derry, New Hampshire 03038
derek_sheldon@yahoo.com

Date: August 15, 2023

To: The Honorable Joseph Laplante

Dear Judge Laplante:

I am writing this letter in support of Ian Freeman.

The talk show that Mr. Freeman founded and hosts, Free Talk Live, is very popular among my friends here in New Hampshire. The type of debate and discourse that occurs on the program is extremely valuable. The program often addresses issues and events here in the Granite State that pertain directly to me.

I consider Mr. Freeman a pioneer of a revolutionary technology, but I respect the authority of the court system and its ruling that Mr. Freeman broke the letter of the law while conducting his Bitcoin business. I humbly ask that Mr. Freeman be given the lightest sentence possible and allowed to serve his sentence without being incarcerated.

Sincerely,

Derek Sheldon

76 Westminster Road
Manchester, CT 06040
August 14, 2023


The Honorable Joseph N. Laplante
United States District Court
District of New Hampshire
55 Pleasant Street
Concord, NH 03301-3941

Re: Ian Freeman

Dear Judge Laplante,

I am writing with regard to the sentencing of Ian Freeman taking place on September 11, 2023.

By way of background, professionally, I have served as director of the public library is Suffield, Connecticut, and as program director for the public library for the town of West Hartford, Connecticut, for over two decades. I am now living in Manchester, Connecticut, and a registered Independent voter.

I have been a listener of Ian Freeman's Free Talk radio show for many years, having been introduced to the show by my son; this now seems ages ago (and surely is). I have met Mr. Freeman, but my relationship is primarily that of a radio listener - Free Talk Live is one of the pre-programmed buttons on my Internet radio, a countertop radio that works simply but marvelously. I realize this detail is irrelevant! So, to my point…

I admire Ian Freeman. He is a very hard worker, a communicator, a professional. He has a political side – it's the nature of his show – but I've always found his approach tonally modulated, earnest and informative. Of course he is somewhat an attention-getter, but that is the nature of talk radio. He is a free-speech advocate, and tries to work difficult issues out in real time - it's not easy, and certainly lessons are learned along the way.

There are multiple sides to every issue. I have enjoyed hearing Mr. Freeman's take on many subjects over the years. His approach seems to be "to do no harm" to others. And I believe that is what is in his heart. That is his message that has resonated with me.

I am writing this brief letter to ask for a minimum sentence for Ian Freeman.

Mr. Freeman has informed my life for many years, made me more thoughtful, more interested and involved in the world around me. I hope you will allow him to continue.

Thank you for your consideration.

Sincerely,

Joseph Cadieux
josephcadieux@gmail.com

July 17, 2023


To: The Honorable Jospeh Laplante


RE: Ian Freeman


     As an avid listener of Mr. Freeman's program, I feel it is my duty to reach out to you as not only a listener of *Freetalk Live,* but also as a person whose life has been positively affected by him. In the years since I was introduced to him, my worldview has expanded; I am more open to listening to others and recognizing the ways in which I may better my own life. An immediate example of this is my choice to stop drinking and smoking. I struggled for much of my life with this and, am currently, over one year sober from alcohol and have significantly cut down on smoking. I have also, after recently being diagnosed as diabetic, altered my lifestyle to the point that I very rarely, if ever, have elevated blood sugar.

     I have also begun a meaningful career in a field that I have striven to join. I have confidence in myself as a result of the encouragement Mr. Freeman so willingly shares with his listeners. This encouragement to do better is vital in my life, as well as the lives of others.

     If this man does half as much good to only half of those he reaches, removing his influence from society represents a net loss in the overall quality of human existence on this planet. Every day his is silenced and hidden from the world is another life left unhealed, another son, daughter, mother, father, sister or brother left with a disillusioned and confused family member who may have found some form of respite.

     I implore you to recognize the importance of Mr. Freeman's existence. He has helped those who are hesitant to ask for help, he gives a voice to those who fear speaking out, and he is someone who takes the role he has seriously.


Thank you,


John Gill


John Gill
5130 W Eugie Ave
Apt 1001
Glendale, AZ 85304



**TGN Radio Broadcasting**
**Ken Hayward**
**PO BOX 311,**
**Mattoon, IL. 61938**

**Visit the website below to view TGN's
full programming clock/content**

tgnradiobroadcasting.com

MISSION....

It's a party at TGN Radio, TGN enjoys
playing everyone's favorite music.

**Classic Rock Weekends
One-Hit-Wonders
Love Songs After Midnight
Saturday Night with DJ Pauze**

## TO THE HONORABLE JOSEPH LAPLANTE

**I HAVE KNOWN IAN FREEMAN FOR A NUMBER OF YEARS,
HE HAS BROUGHT TO THE FOREFRONT SOME IMPORTANT
INFORMATION FOR RADIO STATION INDUSTRY AND
BROADCASTING CONTENT.**

### COMMUNICATION

IAN Freeman is an individual who cares about people and loves to
keep people informed of information that is needed, to broadcast
to the world.

### LEADERSHIP

Over the years that IAN Freeman has been in the broadcasting
arena with his Free Talk Live radio talk show, he has presented
great leadership. IAN needs to provide information to inform the
public of upcoming news trends and events that can greatly affect
an individual rights and the way to live.

### ENDING NOTES

Would not be very beneficial to incarcerate IAN, this would be
taking him out of his broadcasting element. IAN, needs to be
bringing most important information out to the public locally and
all over the world.
Please Honorable Joseph Laplante, help IAN to keep doing what
he loves to do, is to help deliver valuable content to the world.
IAN has been a great asset to TGN Radio in his valuable
information/content.

**Thanks Appreciation, Ken**
*Ken Hayward*
**TGN Radio Broadcasting**



**tgnradiobroadcasting.com**
**Get into the music party, Scan one of our worldwide player links
below**



