UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v.  ) <br> ) <br> IAN FREEMAN ) <br> ) | Docket no. 1:21-cr-00041-JL |

UNITED STATES' NOTICE OF APPEAL

Pursuant to 18 U.S.C. § 3731, the United States hereby provides notice to appeal the district court's August 22, 2023 order granting the defendant's post-verdict motion for judgment of acquittal under Fed. R. Crim. P. 29 on count 3 charging money laundering.

Respectfully submitted,

JANE E. YOUNG
United States Attorney

Dated: September 12, 2023

/s/ Seth R. Aframe
Seth R Aframe
Mass. Bar 643288
Assistant United States Attorney
53 Pleasant Street
Concord, New Hampshire 03301
603-225-1552