UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

APPEAL COVER SHEET

1. USDC/NH Case No. 21-cr-41-01-JL

2. TITLE OF CASE:  **USA v. Ian Freeman**

3. TYPE OF CASE: Criminal

4. NAME OF APPELLANT(S) & COUNSEL FOR APPELLANT(S):
   See certified copy of docket (ECF registered users not provided with a copy of docket)

5. NAME OF APPELLEE(S) & COUNSEL FOR APPELLEE(S):
   See certified copy of docket (ECF registered users not provided with a copy of docket)

6. NAME OF JUDGE: Joseph N. Laplante

7. DATE OF JUDGMENT OR ORDER ON APPEAL: **August 22, 2023**

8. DATE OF NOTICE OF APPEAL: **September 12, 2023**

9. FEE PAID or IFP: Not Applicable

10. COURT APPOINTED COUNSEL: NO

11. COURT REPORTERS: and DATES: **Susan Bateman:** 6/28/22 Motion Hearing, 7/15/22 Status Conference, 9/1/22 Motion Hearing, 12/6/22 Jury Selection/Trial Day 1 AM, 12/7/22 Trial Day 2, 12/9/22 Trial Day 4, 12/13/22 Trial Day 5, 12/14/22 Trial Day 7, 12/20/22 Trial Day 9.

**Brenda Hancock:** 3/16/21 Initial Appearance/Arraignment, 3/19/21 Detention Hearing, 12/7/22 Trial Day 2, 12/8/22 Trial Day 3, 12/13/22 Trial Day 5, 12/14/22 Trial Day 6, 12/21/22 Trial Day 10/Oral Rule 29 Motion Renewed.

**Liza Dubois:**  5/10/21 Motion Hearing, 5/20/21 Motion Hearing, 12/6/22 Trial Day 1 PM, 12/7/22 Trial Day 2, 12/8/22 Trial Day 3, Trial Day 4, 12/14/23 Trial Day 6, 12/14/22 Trial Day 7, 12/19/22 Trial Day 8/Oral Rule 29 Motion, 12/20/22 Trial Day 9, 12/21/22 Trial Day 10, 12/22/22 Trial Day 11.

12. TRANSCRIPTS ORDERED/ON FILE: YES

13. HEARING/TRIAL EXHIBITS: YES

14. MOTIONS PENDING: YES

15. GUIDELINES CASE:  N/A

16. RELATED CASES or CROSS APPEAL: NO

17. SPECIAL COMMENTS:   Sentencing hearing is scheduled for 10/2/2023.