UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF NEW HAMPSHIRE

```
* * * * * * * * * * * * * * * * * * * * * * * *
*                                             *
*     United States of America                *
*                                             *   No.  1:21-cr-00041-JL
*              v.                             *
*                                             *
*          Ian Freeman                        *
*                                             *
* * * * * * * * * * * * * * * * * * * * * * * *
```

### ADDENDUM TO APPENDIX A TO DEFENDANT'S MEMO IN SUPPORT OF A BOOKER VARIANCE

The defendant, Ian Freeman, submits the attached additional letter to Appendix A of the Defendant's Memo in Support of a Booker Variance.

                                                Respectfully Submitted,

Dated:  September 27, 2023
/s/ Mark L. Sisti, Esq.
Mark L. Sisti, Esq.
NH Bar No.:  2357
Sisti Law Offices
387 Dover Road
Chichester, NH 03258
(603) 224-4220
info@sistilawoffices.com


/s/ Richard Guerriero, Esq.
Richard Guerriero, Esq.
N.H. Bar ID. 10530
Law Clerk: Oliver Bloom
Lothstein Guerriero, PLLC
Chamberlain Block Building
39 Central Square, Suite 202
Keene, NH 03431
(603) 352-5000
richard@nhdefender.com

## CERTIFICATION

      I hereby certify that on this 27th day of September 2023 that a copy of the foregoing Addendum to Appendix A to Defendant's Memo in Support of a Booker Variance has been forwarded to Seth Aframe, Esq., Georgiana MacDonald, Esq and John Kennedy, Esq., of the U.S. District Attorney's Office, through the Court's electronic filing system.

                                               /s/ Mark L. Sisti, Esq.
                                               Mark L. Sisti, Esq.