UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF NEW HAMPSHIRE

```
* * * * * * * * * * * * * * * * * * * * * * * * *
*                                                *
*    United States of America                    *
*                                                *   No. 1:21-cr-00041-JL
*            v.                                  *
*                                                *
*       Ian Freeman                              *
*                                                *
* * * * * * * * * * * * * * * * * * * * * * * * *
```

# APPENDIX A
# Addendum
## (additional attachment)

TO

### DEFENDANT'S MEMO IN SUPPORT OF A BOOKER VARIANCE

The Honorable Joseph N. Laplante
United States District Court
District of New Hampshire
55 Pleasant Street #110
Concord, NH  03301

RE: Pre-trial release of Ian Freeman/Compliment.

Judge Laplante,

      Greetings sir.  Bradley Jardis of Amesbury, MA writing you again.  I am writing you today to ask that you allow Ian Freeman to remain free on appeal.

      Due to work I unfortunately was unable to attend Mr. Freeman's trial.  I did follow the proceedings by listening to Free Talk Live and other online media.  I thankfully was able to attend the sentencing hearing on 09/11/23 and I plan to be in attendance at the next hearing where you most likely will formally sentence Mr. Freeman.

      One thing that has been ringing in my head the last few days are the words of Mark Edgington, co-host of Free Talk Live and a close friend of Mr. Freeman.  Mr. Edgington stated on-the-air the other night, on Free Talk Live, that he personally had overheard Ian asking potential customers of his exchange if they knew what romance scams were.  Though not in compliance with the letter of the law, Mr. Freeman practiced common sense due-diligence to try and protect people.  Ian may not be perfect, I just cannot believe for a second he would intentionally hurt anyone for any purpose.

      I would appreciate if you would strongly consider allowing Mr. Freeman to remain on bail pending his appeal.  If the First Circuit reverses convictions or orders a new trial for some reason, and he had been locked up, that is time that we lost with our friend that we will not get back.

      I would additionally like to extend a compliment to you.  Although I do not like seeing a friend of mine in hot water, unrelated to those feelings, it is apparent to me that throughout this process you have tried to be fair both to him and to the government.  I am impressed with your judicial demeanor as you strike me as a normal guy, not some federal judge who arrogantly demands respect.  People should respect your institution as it belongs to all of us, but someone disrespectful in that position would cause disrespect for the institution.

      Thank you for considering this request – and for the good work you do for the administration of justice.

Respectfully submitted,

Bradley Jardis          9-20-23
10 Congress Street #302
Amesbury, MA  01913
603-682-3287
bbrad121@gmail.com