# IN THE UNITED STATES DISTRICT COURTFOR
# THE DISTRICT OF NEW HAMPSHIRE

THE UNITED STATES OF AMERICA

    v.                                                    No. 1:21-cr-41-JL-1

IAN FREEMAN

## NOTICE OF APPEAL

Notice is hereby given that Defendant, Ian Freeman, appeals to the United States Court of Appeals for the First Circuit from the District Court's Judgment and Sentence entered in the above-captioned proceeding on October 5, 2023.

Respectfully submitted by counsel for Ian Freeman.

Date: October 10, 2023.                    Respectfully submitted by counsel for Ian Freeman

                                                */s/ Richard Guerriero*
Richard Guerriero, Esq.
N.H. Bar ID. 10530
Law Clerk: Oliver Bloom
Lothstein Guerriero, PLLC
Chamberlain Block Building
39 Central Square, Suite 202
Keene, NH 03431
Telephone: (603) 352-5000
richard@nhdefender.com

Mark L. Sisti, Esq.
N.H. Bar ID 2357
Sisti Law Offices
387 Dover Road
Chichester, N.H. 03258
Telephone: (603) 224-4220
info@sistilawoffices.com

1

2

CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to registered participants identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to the nonregistered participants on the date the document was signed by me.

*/s/ Richard Guerriero*
Richard Guerriero, Esq.

Case 1:21-cr-00041-JL   Document 355   Filed 10/10/23   Page 2 of 2