UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

APPEAL COVER SHEET

1. USDC/NH Case No. 21-cr-41-01-JL

2. TITLE OF CASE: United States of America v. Ian Freeman

3. TYPE OF CASE: Criminal

4. NAME OF APPELLANT(S) & COUNSEL FOR APPELLANT(S):
   See certified copy of docket (ECF registered users not provided with a copy of docket)

5. NAME OF APPELLEE(S) & COUNSEL FOR APPELLEE(S):
   See certified copy of docket (ECF registered users not provided with a copy of docket)

6. NAME OF JUDGE: Joseph N. Laplante

7. DATE OF JUDGMENT OR ORDER ON APPEAL: **October 5, 2023**, **October 10, 2023**

8. DATE OF NOTICE OF APPEAL: **October 10, 2023**

9. FEE PAID: YES

10. COURT APPOINTED COUNSEL: NO

11. COURT REPORTERS: and DATES:
    **Brenda Hancock:** 3/16/21 Arraignment, 3/19/21 Detention Hearing, 3/24/21 In Chambers Conference, 12/7/22 JT Day 2-AM, 12/8/22 PM JT Day 3-PM, 12/12/22 JT Day 5-AM, 12/13/22 JT Day 6-PM, 12/21/22 JT Day 10 AM, 10/2/23 Sentencing;
    **Liza Wright:** 5/10/21 Motion Hearing, 5/20/21 Motion Hearing, 11/15/22 Evidentiary Hearing, 12/6/22 JT Day 1-AM, 12/8/22 JT Day 3- AM, 12/9/22 JT Day 4-PM, 12/13/22 JT Day 6-AM, 12/14/22 JT Day 7-PM, 12/19/22 JT Day 8, 12/20/22 JT Day 9-PM, 12/21/22 JT Day 10- PM, 12/22/22 JT Day-11, 9/11/23 Sentencing; and
    **Susan Bateman:** 6/28/22 Motion Hearing, 7/15/22 Status Conference, 9/1/22 Motion Hearing, 12/6/22 JT Day 1-AM, 12/7/22 JT Day 2-PM, 12/9/22 JT Day 4-PM, 12/12/22 JT Day 5-PM, 12/14/22 JT Day 7-AM, 12/20/22 JT Day 9-AM.

12. TRANSCRIPTS ORDERED/ON FILE: YES

13. HEARING/TRIAL EXHIBITS: YES

14. MOTIONS PENDING: YES (doc. no. 321)

15. GUIDELINES CASE: Not Applicable

16. RELATED CASES or CROSS APPEAL: NO

17. SPECIAL COMMENTS: Restitution is ordered as part of the judgment. A further hearing regarding restitution to be scheduled.