UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

    v.                                                        No. 21-cr-41-01-JL

<u>Ian Freeman</u>

CLERK'S CERTIFICATE TO
CIRCUIT COURT OF APPEALS

    I, Kellie Otis, Deputy Clerk of the United States District Court for the District of New Hampshire, do hereby certify that the following documents constitute the record on appeal to the First Circuit Court of Appeals:

    DOCUMENTS NUMBERED:  354, 355, 356, and 357

    The Clerk's Office hereby certifies the record and docket sheet available through ECF to be the certified record and the certified copy of the docket entries.

    Trial exhibits will be mailed to the First Circuit Clerk's Office upon request from the Circuit.

                                                            IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of said Court, at Concord, in said District, on this day, October 12, 2023

**Daniel Lynch, Clerk**

**By: /s/ Kellie Otis, Deputy Clerk**

**Oct 12, 2023**

cc:   Counsel of Record