UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 1:21-cr-00041-JL |
| ) | |
| IAN FREEMAN ) | |
| ) | |

ORDER

Upon consideration of the government's motion for a protective order regarding victim contact information provided to defense counsel, it is hereby

**ORDERED**

(1) For purposes of this Order, the term "defense team" means defense counsel, defense counsel's staff, and anyone directly engaged by defense counsel to assist in preparing for the upcoming restitution hearing including private investigators and any other professional consultants participating in preparing the defense. The term defense team does not include the defendant.

(2) The victim contact information shall be used by the defense team only as necessary to prepare and present a defense in this case. Defense counsel shall provide copies of the information only to other members of the defense team and not to the defendant.

(3) The defense team shall not further disseminate, copy, or publicize the victim contact information.

Date: __11/6/2023__

_____
Hon. Joseph LaPlante
United States District Judge