UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 1:21-cr-00041-JL |
| ) | |
| IAN FREEMAN ) | |
| ) | |

## GOVERNMENT'S NOTICE OF INTENTION TO WITHDRAW RESTITUTION REQUEST WITH RESPECT TO VICTIM D.D.

The Government hereby provides notice to the Court and to the defendant that it intends to withdraw its request for restitution related to victim D.D. as outlined in its Motion for Restitution and accompanying Exhibits. The Government will provide further notice if its position changes with respect to any other victims in advance of the scheduled restitution hearing.

Respectfully submitted,

JANE E. YOUNG
United States Attorney

Dated: November 30, 2023

/s/ Georgiana L. MacDonald
Assistant U.S. Attorney
Massachusetts Bar # 685375
53 Pleasant Street, 4th Floor
Concord, New Hampshire 03301

/s/ John J. Kennedy
Assistant United States Attorney
53 Pleasant Street, 4th Floor
Concord, New Hampshire 03301