UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| United States of America ) | |
| ) | |
| v. ) | Court No. 1:21-cr-00041-JL |
| ) | |
| Ian Freeman, ) | |
| Defendant ) | |
| ) | |

GOVERNMENT'S ASSENTED-TO MOTION TO SEAL

The government moves to seal the attachments to its Motion for Restitution, filed November 22, 2023, at Level I, until further order of the Court. The attachments include photographs, financial records, personally identifiable information, descriptions of personal circumstances, and testimonials of crime victims. *See* Redacted Exhibit List, Attached as Exhibit 1. This information should be sealed indefinitely. The statute that lays out the procedure for issuance and enforcement of an order of restitution, 18 U.S.C. § 3664(d)(4), specifically provides that, "the privacy of any records filed, or testimony heard pursuant to this section shall be maintained to the greatest extent possible, and such records may be filed or testimony heard in camera." *Id.* The defendant, through counsel, assents to this motion.

Date: November 27, 2023

Respectfully submitted,

JANE E. YOUNG
UNITED STATES ATTORNEY

By:   */s/ Georgiana L. MacDonald*
Georgiana L. MacDonald
Assistant United States Attorney
MA Bar # 685375
53 Pleasant Street, 4th Floor
Concord, New Hampshire 03301
(603) 225-1552
Georgiana.MacDonald@usdoj.gov