EXHIBIT 1

## GOVERNMENT'S EXHIBITS
## IN SUPPORT OF RESTITUTION

| Exhibit # | Description | Loss Amount |
|---|---|---|
| **Summary of Requests & Blockchain Analysis** | | |
| 001 | Summary of Evidence Supporting Restitution Requests | |
| 002 | Summary of Holding Wallet Outgoing Transactions Corresponding to Victims | |
| 003 | Detailed Analysis of Holding Wallet Transfers Corresponding to Victim Payments | |
| **Victim: R▮ V▮** | | **$55,000** |
| 100 | Victims Sending Money "on Behalf of" R.V. | |
| 101 | Freeman's Computer KYC Folder Screenshot | |
| 102 | Photo from Telegram Folder | |
| 103 | Photo from Telegram Folder | |
| 104 | Photo from Telegram Folder | |
| 105 | Summary of Deposit Sources for First Tech FCU Checking 8014 | |
| 106 | Victim Impact Statement | |
| 107 | FBI Interview Report | |
| **Victim: K▮ M▮** | | **$230,000** |
| 200 | Photo from Telegram Folder | |
| 201 | Photo from Telegram Folder | |
| 203 | Photo from Telegram Folder | |
| 204 | Photo from Telegram Folder | |
| 205 | Photo from Telegram Folder | |
| 206 | Photo from Telegram Folder | |
| 207 | Photo from Telegram Folder | |
| 208 | Photo from Telegram Folder | |
| 209 | Photo from Telegram Folder | |
| 210 | Photo from Telegram Folder | |
| 211 | Photo from Telegram Folder | |
| 212 | Photo from Telegram Folder | |
| 213 | Photo from Telegram Folder | |
| 214 | Photo from Telegram Folder | |
| 215 | Photo from Telegram Folder | |
| 216 | Photo from Telegram Folder | |
| 217 | Photo from Telegram Folder | |
| 218 | Photo from Telegram Folder | |
| 219 | Photo from Telegram Folder | |
| 220 | Photo from Telegram Folder | |
| 221 | Photo from Telegram Folder | |
| 222 | Photo from Telegram Folder | |
| 223 | Photo from Telegram Folder | |

| | | |
|---|---|---|
| 224 | Photo from Telegram Folder | |
| 225 | Photo from Telegram Folder | |
| 226 | Photo from Telegram Folder | |
| 227 | Photo from Telegram Folder | |
| 228 | Photo from Telegram Folder | |
| 229 | FBI Interview Report | |
| 230 | Summary of Transactions for Service CU Checking ##62 | |
| 231 | KM Bank Accounts Showing Deposit History | |
| 232 | Victim Impact Statement | |
| 233 | FBI Interview Report | |
| **Victim: M▮ A▮** | | **$92,000** |
| 300 | Photo from Telegram Folder | |
| 301 | Photo from Telegram Folder | |
| 302 | Photo from Telegram Folder | |
| 303 | Photo from Telegram Folder | |
| 304 | Photo from Telegram Folder | |
| 305 | Photo from Telegram Folder | |
| 306 | Photo from Telegram Folder | |
| 307 | Summary of Deposit Sources for Digital Credit Union Checking 4760 | |
| 308 | Summary of Deposit Sources for Bank of America Checking 8465 | |
| 309 | FBI Interview Report | |
| 310 | FBI Interview Report | |
| 311 | Photo from Telegram Folder | |
| **Victim: D▮ V▮** | | **$755,000** |
| 401 | Photo from Telegram Folder | |
| 402 | Photo from Telegram Folder | |
| 403 | Photo from Telegram Folder | |
| 404 | Photo from Telegram Folder | |
| 405 | Photo from Telegram Folder | |
| 406 | Photo from Telegram Folder | |
| 407 | Photo from Telegram Folder | |
| 408 | Photo from Telegram Folder | |
| 409 | Photo from Telegram Folder | |
| 410 | Photo from Telegram Folder | |
| 411 | Photo from Telegram Folder | |
| 412 | Trial Transcript Excerpt – 12/13/22 (afternoon) | |
| 413 | D.V. Payments Summary (Trial Exhibit 2531) | |
| 414 | Victim Impact Statement | |
| 415 | Victim Impact Statement | |
| **Victim: R▮ A▮** | | **$45,000** |
| 500 | Photo from Telegram Folder | |
| 501 | Photo from Telegram Folder | |
| 502 | Photo from Telegram Folder | |
| 503 | Photo from Telegram Folder | |
| 504 | Photo from Telegram Folder | |

| | | |
|---|---|---|
| 505 | Photo from Telegram Folder | |
| 506 | Trial Transcript Excerpt – 12/14/22 (morning) | |
| 507 | Santander Account 2523 Summary Chart (Trial Exhibit 2511) | |
| 508 | DCU Account 0897 Summary Chart (Trial Exhibit 2518) | |
| 509 | Victim Impact Statement | |
| **Victim: S█ J█** | | **$40,750** |
| 600 | Victims Sending Money on Behalf of C.C. | |
| 601 | C.C. KYC Folder | |
| 602 | Photo from Telegram Folder | |
| 603 | Photo from Telegram Folder | |
| 604 | Photo from Telegram Folder | |
| 605 | Photo from Telegram Folder | |
| 606 | Photo from Telegram Folder | |
| 607 | Photo from Telegram Folder | |
| 608 | Photo from Telegram Folder | |
| 609 | Photo from Telegram Folder | |
| 610 | Summary of Wires for Radius Bank 0642 | |
| 611 | FBI Interview Report | |
| 612 | Victim Impact Statement | |
| **Victim: J█ S█** | | **$31,000** |
| 700 | Photo from Telegram Folder | |
| 701 | Photo from Telegram Folder | |
| 702 | Photo from Telegram Folder | |
| 703 | Photo from Telegram Folder | |
| 704 | Photo from Telegram Folder | |
| 705 | Photo from Telegram Folder | |
| 706 | Photo from Telegram Folder | |
| 707 | Photo from Telegram Folder | |
| 708 | JPMC Account 9038 Summary Chart (Trial Exhibit 2515B) | |
| 709 | FBI Interview Report | |
| 710 | FBI Interview Report | |
| 711 | Photo from Telegram Folder | |
| 712 | Photo from Telegram Folder | |
| **Victim: J█ R█** | | **$67,000** |
| 800 | Victims Sending Money on Behalf of J.R. | |
| 801 | Photo from LBC Folder | |
| 802 | Photo from LBC Folder | |
| 803 | Photo from LBC Folder | |
| 804 | Photo from LBC Folder | |
| 805 | Photo from LBC Folder | |
| 806 | Photo from LBC Folder | |
| 807 | Photo from LBC Folder | |
| 808 | Summary of Transactions of Service CU Checking ##62 | |
| 809 | Trial Transcript Excerpt – 12-12-22 (morning) | |
| 810 | Victim Impact Statement | |

| | | |
|---|---|---|
| 811 | LocalBitcoins Chat Transcript | |
| 812 | LocalBitcoins Chat Transcript | |
| 813 | LocalBitcoins Chat Transcript | |
| 814 | LocalBitcoins Chat Transcript | |
| 815 | LocalBitcoins Chat Transcript | |
| 816 | LocalBitcoins Chat Transcript | |
| 817 | LocalBitcoins Chat Transcript | |
| **Victim: S▉ W▉** | | **$2,700** |
| 900 | Photo from LBC Folder | |
| 901 | Photo from LBC Folder | |
| 902 | Photo from LBC Folder | |
| 903 | Photo from LBC Folder | |
| 904 | BOA Account 9633 Summary Chart (Trial Exhibit 2515A) | |
| 905 | FBI Interview Report | |
| **Victim: H▉ J▉** | | **$811,624** |
| 1000 | R.M. KYC Folder | |
| 1001 | Photo from Telegram Folder | |
| 1002 | Photo from Telegram Folder | |
| 1003 | Photo from Telegram Folder | |
| 1004 | Photo from Telegram Folder | |
| 1005 | Photo from Telegram Folder | |
| 1006 | Photo from Telegram Folder | |
| 1007 | Photo from Telegram Folder | |
| 1008 | Photo from Telegram Folder | |
| 1009 | Photo from Telegram Folder | |
| 1010 | Photo from Telegram Folder | |
| 1011 | Photo from Telegram Folder | |
| 1012 | Photo from Telegram Folder | |
| 1013 | Photo from Telegram Folder | |
| 1014 | Summary of Deposits – H.J. | |
| 1015 | Trial Transcript Excerpt – 12-22-22 (morning) | |
| 1016 | Aria's Phone – R.M. Text 1 | |
| 1017 | Aria's Phone – R.M. Text 2 | |
| 1018 | Aria's Phone – R.M. Text 3 | |
| 1019 | Victim Impact Statement | |
| **Victim: J▉ B▉** | | **$12,400** |
| 1100 | D.A. KYC Folder | |
| 1101 | Photo from Telegram Folder | |
| 1102 | Photo from Telegram Folder | |
| 1103 | Photo from Telegram Folder | |
| 1104 | Photo from Telegram Folder | |
| 1105 | Photo from Telegram Folder | |
| 1106 | Photo from Telegram Folder | |
| 1107 | Photo from Telegram Folder | |
| 1108 | Photo from Telegram Folder | |

| | | |
|---|---|---|
| 1109 | Photo from Telegram Folder | |
| 1110 | Photo from Telegram Folder | |
| 1111 | Photo from Telegram Folder | |
| 1112 | Photo from Telegram Folder | |
| 1113 | Photo from Telegram Folder | |
| 1114 | FBI Interview Report | |
| 1115 | Summary of Deposit Sources for CIT Bank 4049 | |
| 1116 | Summary of Deposit Sources for Digital CU 0897 | |
| 1117 | Victim Impact Statement | |
| **Victim: D▇ W▇** | | **$28,000** |
| 1200 | Photo from Telegram Folder | |
| 1201 | Photo from Telegram Folder | |
| 1202 | Photo from Telegram Folder | |
| 1203 | Photo from Telegram Folder | |
| 1204 | Photo from Telegram Folder | |
| 1205 | Photo from Telegram Folder | |
| 1206 | First Tech FCU Account 8014 Summary Chart (Trial Exhibit 2504) | |
| 1207 | BOA Account 8465 Summary Chart (Trial Exhibit 2509) | |
| 1208 | DCU Account 4760 Summary Chart (Trial Exhibit 2512) | |
| 1209 | FBI Interview Report | |
| **Victim: S▇ K▇** | | **$68,000** |
| 1300 | K.M. KYC Folder | |
| 1301 | Photo from Telegram Folder | |
| 1302 | Photo from Telegram Folder | |
| 1303 | Photo from Telegram Folder | |
| 1304 | Photo from Telegram Folder | |
| 1305 | FBI Interview Report | |
| 1306 | SCU Account 4962 Summary Chart (Trial Exhibit 2507) | |
| **Victim: R▇ S▇** | | **$343,250** |
| 1400 | N.R. KYC Folder | |
| 1401 | Screenshot of Telegram Conversation with "N.R." | |
| 1402 | Victim Impact Statement | |
| 1403 | Victim Records | |
| 1404 | R.S. Bank of America Payments | |
| 1405 | Free Talk Live Clip (Trial Exhibit 1533 - Audio File) | |
| **Victim: P▇ B▇** | | **$281,900** |
| 1500 | Photo from LBC Folder | |
| 1501 | Photo from LBC Folder | |
| 1502 | Photo from LBC Folder | |
| 1503 | Photo from LBC Folder | |
| 1504 | Photo from LBC Folder | |
| 1505 | Summary of P.B. Deposits (Trial Exhibit 2525) | |
| 1506 | Trial Transcript Excerpt – 12-12-22 (morning) | |
| 1507 | Victim Impact Statement | |
| **Victim: L▇ B▇** | | **$11,200** |

| | | |
|---|---|---|
| 1600 | Photo from LBC Folder | |
| 1601 | Photo from LBC Folder | |
| 1602 | Photo from LBC Folder | |
| 1603 | Photo from LBC Folder | |
| 1604 | Photo from LBC Folder | |
| 1605 | Photo from LBC Folder | |
| 1606 | LocalBitcoins Trade Chat Transcript | |
| 1607 | FBI Interview Report | |
| 1608 | JPMC Account 9038 Summary Chart (Trial Exhibit 2515B) | |
| **Victim: L▓▓ B▓▓** | | **$36,450** |
| 1700 | Photo from Telegram Folder | |
| 1701 | Photo from Telegram Folder | |
| 1702 | Photo from Telegram Folder | |
| 1703 | Photo from Telegram Folder | |
| 1704 | Photo from Telegram Folder | |
| 1705 | Photo from Telegram Folder | |
| 1706 | LocalBitcoins Trade Chat Transcript | |
| 1707 | Victim Impact Statement | |
| 1708 | LocalBitcoins Trade Screenshot | |
| 1709 | Summary of Transactions for Bank of America Checking # 9633 | |
| **Victim: D▓▓ D▓▓** | | **$62,450** |
| 1800 | Photo from Telegram Folder | |
| 1801 | Photo from Telegram Folder | |
| 1802 | Photo from Telegram Folder | |
| 1803 | Photo from Telegram Folder | |
| 1804 | Photo from Telegram Folder | |
| 1805 | Photo from Telegram Folder | |
| 1806 | Photo from Telegram Folder | |
| 1807 | Photo from Telegram Folder | |
| 1808 | Photo from Telegram Folder | |
| 1809 | Photo from Telegram Folder | |
| 1810 | Photo from Telegram Folder | |
| 1811 | Victim Impact Statement | |
| 1812 | BOA Account 8465 Summary Chart (Trial Exhibit 2509) | |
| 1813 | DCU Account 4760 Summary Chart (Trial Exhibit 2512) | |
| 1814 | Summary of Wires for Radius Bank 0642 | |
| **Victim: L▓▓ G▓▓** | | **$31,100** |
| 1900 | Photo from Telegram Folder | |
| 1901 | Photo from Telegram Folder | |
| 1902 | Photo from Telegram Folder | |
| 1903 | Photo from Telegram Folder | |
| 1904 | Photo from Telegram Folder | |
| 1905 | Photo from Telegram Folder | |
| 1906 | Photo from Telegram Folder | |
| 1907 | Photo from Telegram Folder | |

| | |  |
|---|---|---|
| 1908 | Photo from Telegram Folder | |
| 1909 | Photo from Telegram Folder | |
| 1910 | Photo from Telegram Folder | |
| 1911 | Photo from Telegram Folder | |
| 1912 | Photo from Telegram Folder | |
| 1913 | Photo from Telegram Folder | |
| 1914 | Photo from Telegram Folder | |
| 1915 | Photo from Telegram Folder | |
| 1916 | Photo from Telegram Folder | |
| 1917 | Photo from Telegram Folder | |
| 1918 | Photo from Telegram Folder | |
| 1919 | Photo from Telegram Folder | |
| 1920 | Photo from Telegram Folder | |
| 1921 | Photo from Telegram Folder | |
| 1922 | Photo from Telegram Folder | |
| 1923 | Victim Impact Statement | |
| 1924 | SCU Account xx62 Summary Chart (Trial Exhibit 2507) | |
| 1925 | BOA Account 8465 Summary Chart (Trial Exhibit 2509) | |
| 1926 | DCU Account 4760 Summary Chart (Trial Exhibit 2512) | |
| 1927 | BOA Account 9633 Summary Chart (Trial Exhibit 2515A) | |
| **Victim: C▆ J▆** | | **$2,600** |
| **Victim: J▆ C▆** | | **$32,000** |
| 2000 | C.J. FBI Interview Report | |
| 2001 | Email with Snowhair PNC Bank | |
| 2002 | LocalBitcoins Trade Screenshot | |
| 2003 | J.C. FBI Interview Report | |
| 2004 | LocalBitcoins Trads Screenshot | |
| 2005 | Summary of Transactions for Digital CU Checking 5127 | |
| **Victim: S▆ L▆ L▆** | | **$151,400** |
| 2100 | Photo from Telegram Folder | |
| 2101 | Photo from Telegram Folder | |
| 2102 | Photo from Telegram Folder | |
| 2103 | Photo from Telegram Folder | |
| 2104 | Photo from Telegram Folder | |
| 2105 | Photo from Telegram Folder | |
| 2106 | Photo from Telegram Folder | |
| 2107 | Photo from Telegram Folder | |
| 2108 | Photo from Telegram Folder | |
| 2109 | Photo from Telegram Folder | |
| 2110 | Photo from Telegram Folder | |
| 2111 | Photo from Telegram Folder | |
| 2112 | Photo from Telegram Folder | |
| 2113 | Photo from Telegram Folder | |
| 2114 | Photo from Telegram Folder | |
| 2115 | Photo from Telegram Folder | |

| | | |
|---|---|---|
| 2116 | Photo from Telegram Folder | |
| 2117 | Photo from Telegram Folder | |
| 2118 | Photo from Telegram Folder | |
| 2119 | Photo from Telegram Folder | |
| 2120 | Photo from Telegram Folder | |
| 2121 | Photo from Telegram Folder | |
| 2122 | Photo from Telegram Folder | |
| 2123 | Photo from Telegram Folder | |
| 2124 | Photo from Telegram Folder | |
| 2125 | LocalBitcoins Trade Records | |
| 2126 | LocalBitcoins Chat Transcript | |
| 2127 | Summary of Wires for Radius Bank # 0642 | |
| 2128 | BOA Account 8465 Summary Chart (Trial Exhibit 2509) | |
| 2129 | FBI Interview Report | |
| **Victim: C█ M█** | | **$39,002** |
| 2200 | Photo from Telegram Folder | |
| 2201 | Photo from Telegram Folder | |
| 2202 | Photo from Telegram Folder | |
| 2203 | Photo from Telegram Folder | |
| 2204 | Photo from Telegram Folder | |
| 2205 | Photo from Telegram Folder | |
| 2206 | Photo from Telegram Folder | |
| 2207 | Photo from Telegram Folder | |
| 2208 | Photo from Telegram Folder | |
| 2209 | LBC Chat Transcript | |
| 2210 | Summary of Transactions for Bank of America Checking 9633 | |
| 2211 | Summary of Transactions for JPM Chase Checking 9038 | |
| 2212 | Victim Deposit Records | |
| 2213 | Victim Impact Statement | |
| 2214 | C.M. LocalBitcoins Record | |
| **Victim: D█ Z█** | | **$20,000** |
| 2300 | R.E. KYC Folder | |
| 2301 | Photo from Telegram Folder | |
| 2302 | Photo from Telegram Folder | |
| 2303 | Photo from Telegram Folder | |
| 2304 | Photo from Telegram Folder | |
| 2305 | Photo from Telegram Folder | |
| 2306 | Photo from Telegram Folder | |
| 2307 | Photo from Telegram Folder | |
| 2308 | Citizens Account 4521 Summary Chart (Trial Exhibit 2519A) | |
| 2309 | USPIS Interview Report | |
| **Victim: B█ D█** | | **$12,356** |
| 2400 | FBI Interview Report | |
| 2401 | LocalBitcoins Trade Screenshot | |
| **Victim: B█ B█** | | **$16,100** |

| | | |
|---|---|---|
| 2500 | Photo from LocalBitcoins Folder | |
| 2501 | Photo from Telegram Folder | |
| 2501 | Email re $16,001 Deposit | |
| 2502 | Summary of Transactions of TD Bank Checking 2980 | |
| **Victim: D B** | | **$3,680** |
| 2600 | FBI Interview Report | |
| 2601 | Summary of Transactions for Service CU Account 6792 | |
| **Victim: G G** | | **$56,000** |
| 2700 | FBI Interview Report | |
| 2701 | First Tech FCU 8014 Summary Chart (Trial Exhibit 2504) | |
| 2702 | Citi Bank Statement of $6K Deposit | |
| **Victim: J T** | | **$7,850** |
| 2800 | FBI Interview Report | |
| 2801 | Keene PD Report | |
| 2802 | 4-24 Deposit into BOA 9633 | |
| 2803 | 4-6 Deposit into BOA 9633 | |
| **Victim: M G** | | **$5,860** |
| 2900 | Victim Impact Statement | |
| 2901 | Manchester Police Department Report | |
| **Victim: T A** | | **$3,000** |
| 3000 | FBI Interview Report | |
| 3001 | Victim Records of LocalBitcoins Transfers | |
| 3002 | LocalBitcoins Trades Screenshot | |