UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF NEW HAMPSHIRE

```
* * * * * * * * * * * * * * * * * * * * * * * *
*                                              *
*     United States of America                 *
*                                              *   No.  1:21-cr-00041-JL
*              v.                              *
*                                              *
*         Ian Freeman                          *
*                                              *
* * * * * * * * * * * * * * * * * * * * * * * *
```

### ASSENTED REQEUST FOR ADDENDUM TO JUDGEMENT

***NOW COMES*** the defendant, Ian Freeman, by and through counsel, Mark L. Sisti, Esq., and respectfully requests that this Honorable Court Amend the Judgement in the above-captioned matter to reflect the defendant's request to be placed at a Federal Facility close to Keene, NH in an effort to remain in contact with his friends and community. The Government assents to this request.

Respectfully Submitted,

Dated: January 3, 2024

/s/ Mark L. Sisti, Esq.
Mark L. Sisti, Esq.
NH Bar No.:  2357
Sisti Law Offices
387 Dover Road
Chichester, NH 03258
(603) 224-4220
info@sistilawoffices.com

/s/ Richard Guerriero, Esq.
Richard Guerriero, Esq.
N.H. Bar ID. 10530
Law Clerk: Oliver Bloom
Lothstein Guerriero, PLLC
Chamberlain Block Building
39 Central Square, Suite 202
Keene, NH 03431
(603) 352-5000
richard@nhdefender.com

## CERTIFICATION

I hereby certify that on this 3rd day of January 2024 that a copy of the foregoing Assented Request for Addendum to Judgement has been forwarded to Seth Aframe, Esq., Georgiana MacDonald, Esq and John Kennedy, Esq., of the U.S. District Attorney's Office, through the Court's electronic filing system.

/s/ Mark L. Sisti, Esq.
Mark L. Sisti, Esq.