# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

|  |  |  |
|---|---|---|
| | : | |
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 1:21-cr-00041-JL |
| | : | |
| IAN FREEMAN | : | |
| | : | |

## GOVERNMENT'S ASSENTED-TO MOTION TO AMEND THE JOINT ASSENTED-TO MOTION FOR ISSUANCE OF AMENDED JUDGMENT RE: RESTITUTION AND FORFEITURE

The United States of America, by Jane E. Young, United States Attorney for the District of New Hampshire, hereby requests to amend the Joint Assented-to Motion for Issuance of Amended Judgment re: Restitution and Forfeiture (ECF Doc. #383). Due to a typographic error in the original motion, the total amount of restitution due was calculated at $3,502,708.59. The actual, total amount of restitution should read $3,502.708.69.

An amended version of the aforementioned motion is attached hereto as Exhibit A. The defendant, through his counsel, assents to this request.

Respectfully submitted,

JANE E. YOUNG
United States Attorney

Dated: February 8, 2024

By: /s/ Georgiana L. MacDonald
Georgiana L. MacDonald
Assistant United States Attorney
53 Pleasant Street, 4th Floor
Concord, NH 03301
(603) 225-1552