UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

UNITED STATES OF AMERICA           )
                                    )
     v.                             )          No. 21-cr-41-JL
                                    )
IAN FEEMAN                          )
                                    )
_____)

DECLARATION OF PUBLICATION

As 21 U.S.C. § 853(n)(1) and Criminal Rule 32.2(b)(6)(C) require, the government

posted notice of the forfeiture action on an official internet site (www.forfeiture.gov) for at least

30 consecutive days, beginning on February 17, 2024, and ending on March 17, 2024. *See*

Attachment 1.

I declare under penalty of perjury that the foregoing is true and correct. Executed on

March 22, 2024, at Concord, New Hampshire.

Respectfully Submitted,

JANE E. YOUNG
United States Attorney

By:    /s/ John J. Kennedy
       Assistant U.S. Attorney
       NH Bar # 19557
       53 Pleasant Street, 4th Floor
       Concord, New Hampshire 03301
       (603) 225-1552
       john.kennedy2@usdoj.gov