Attachment 1

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE
# COURT CASE NUMBER: 1:21-CR-00041-JL; NOTICE OF FORFEITURE

Notice is hereby given that on February 02, 2024, in the case of <u>U.S. v. Ian Freeman</u>, Court Case Number 1:21-CR-00041-JL, the United States District Court for the District of New Hampshire entered an Order condemning and forfeiting the following property to the United States of America:

Cash/Currency in lieu of 6.124429323 BTC seized from Ian Freeman Acct# N/A (21-FBI-004556) which was seized from Ian Freeman on March 16, 2021 at 73 Leverett St, located in Keene, NH

315.44728106 DASH seized from Ian Freeman Acct# N/A (21-FBI-004557) which was seized from Ian Freeman on March 16, 2021 at 73 Leverett St, located in Keene, NH

$14,100 U.S. Currency from inside Bitcoin ATM (General Bytes BT300470), taken from Bitcoin Embassy aka Might Moose Mart, 661 Marlboro St, Keene, NH (21-FBI-005179) which was seized from Bitcoin Embassy aka Mighty Moose Mart on March 16, 2021 at 661 Marlboro St, located in Keene, NH

$30,980.00 U.S. Currency from inside Bitcoin ATM taken from Campus Convenience, 152 Winchester St, Keene, NH (21-FBI-005180) which was seized from Campus Convenience on March 16, 2021 at 152 Winchester St, located in Keene, NH

One physical '1 BTC' Casascius Bitcoin found in safe belonging to Ian Freeman (21-FBI-005447) which was seized from Ian Freeman on March 16, 2021 at 73 Leverett St, located in Keene, NH

One physical ☐100 BTC☐ Casascius Bitcoin "gold plated bearer bar" found in safe belonging to Ian Freeman (21-FBI-005449) which was seized from Ian Freeman on March 16, 2021 at 73 Leverett St, located in Keene, NH

Miscellaneous coins and ingots of precious metal from inside safe within the residence at 73-75 Leverett St, Keene, NH (21-FBI-005519), including the following items: 17 US $0.10 silver dime sealed in plastic; 13 OPM sealed 1oz gold bars .999 fine; 1 PAMP sealed 1oz gold bar .999 fine; 200 $1 Liberty dollar warehouse silver receipts 1/20 oz each; 20 $5 Liberty dollar warehouse silver receipts 1/4 oz each; 16 $10 Liberty dollar warehouse silver receipts 1/2 oz each; 5 $20 Liberty dollar warehouse silver receipts; 150 Silver coins 1/2 oz .999 fine; 60 Silver coins 1 oz .999 fine; 2 Silver coins 2 oz .999 fine; 7 Silver coins in plastic cases 1 oz .999 fine; 1 Silver bullet 1 oz .999 fine; 1 Platinum Ron Paul coin 1 oz .999 fine; 1 OPM sealed 1oz gold bars .999 fine; 1 Australian 1 oz gold coin .999 fine; 1 Australian 2 oz silver coin .999 fine; 1 Swiss of American 100 oz silver bar .999 fine; 3 Copper

coins which was seized from Ian Freeman on March 16, 2021 at 73 Leverett St, located in Keene, NH

$179,672.00 U.S Currency from inside safe within the residence at 73-75 Leverett St, Keene, NH (21-FBI-005553) which was seized from Ian Freeman on March 16, 2021 at 73 Leverett St, located in Keene, NH

$2,124.00 U.S. Currency from within the residence at 73-75 Leverett St, Keene, NH (21-FBI-005555) which was seized from Ian Freeman on March 16, 2021 at 73 Leverett St, located in Keene, NH

$610.00 U.S. Currency received from Amanda Wihby (21-FBI-005574) which was seized from Red Arrow Diner on March 16, 2021 at 814 Elm St, located in Manchester, NH

$6,680.00 U.S. Currency taken from inside Bitcoin ATM located within Murphy's Taproom, 494 Elm St, Manchester, NH (21-FBI-005575) which was seized from Murphy's Taproom on March 16, 2021 at 494 Elm St, located in Manchester, NH

$300.00 U.S. Currency from inside Bitcoin ATM located within Red Arrow Diner, 149 DW Highway, Nashua, NH (21-FBI-005583) which was seized from Red Arrow Diner on March 16, 2021 at 149 DW Highway, located in Nashua, NH

.9999783 BCH from physical '1 BTC' Casascius Bitcoin located in safe belonging to Ian Freeman Acct# N/A (21-FBI-005718) which was seized from Ian Freeman on March 16, 2021 at 73 Leverett St, located in Keene, NH

Cash/Currency in lieu of .99909638 BTC from physical '1 BTC' Casascius Bitcoin located in safe belonging to Ian Freeman Acct# N/A (21-FBI-005719) which was seized from Ian Freeman on March 16, 2021 at 73 Leverett St, located in Keene, NH

99.99993098 BCH from physical '100 BTC' Casascius Bitcoin located in safe belonging to Ian Freeman Acct# N/A (21-FBI-005720) which was seized from Ian Freeman on March 16, 2021 at 73 Leverett St, located in Keene, NH

Cash/Currency in lieu of 99.99765508 BTC from physical '100 BTC' Casascius Bitcoin located in safe belonging to Ian Freeman Acct# N/A (21-FBI-005722) which was seized from Ian Freeman on March 16, 2021 at 73 Leverett St, located in Keene, NH

5.24279401 Bitcoin in Blockchain Access UK Ltd user account 995c854f-7674-42ec-b465-43373a415ee5 in the name of Ian Freeman Acct# 995c854f-7674-42ec-b465-4 (22-FBI-006754)

The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct. Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must file an ancillary petition within 60 days of the first date of publication (February 17, 2024) of

this Notice on this official government internet web site, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1).  The ancillary petition must be filed with the Clerk of the Court, 55 Pleasant Street, Room 110, Concord, NH 03301, and a copy served upon Assistant United States Attorney Robert Rabuck, 53 Pleasant Street, 4th Floor, Concord, NH  03301.  The ancillary petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

Following the Court's disposition of all ancillary petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such ancillary petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.

The government may also consider granting petitions for remission or mitigation, which pardon all or part of the property from the forfeiture.  A petition must include a description of your interest in the property supported by documentation; include any facts you believe justify the return of the property; and be signed under oath, subject to the penalty of perjury, or meet the requirements of an unsworn statement under penalty of perjury.  *See* 28 U.S.C. Section 1746.  For the regulations pertaining to remission or mitigation of the forfeiture, see 28 C.F.R. Sections 9.1 - 9.9.  The criteria for remission of the forfeiture are found at 28 C.F.R. Section 9.5(a).  The criteria for mitigation of the forfeiture are found at 28 C.F.R. Section 9.5(b).  The petition for remission need not be made in any particular form and may be filed online or in writing.  You should file a petition for remission not later than 11:59 PM EST 30 days after the date of final publication of this notice.  *See* 28 C.F.R. Section 9.3(a).  The https://www.forfeiture.gov/FilingPetition.htm website provides access to a standard petition for remission form that may be mailed and the link to file a petition for remission online.  If you cannot find the desired assets online, you must file your petition for remission in writing by sending it to Assistant United States Attorney Robert Rabuck, 53 Pleasant Street, 4th Floor, Concord, NH  03301.  This website provides answers to frequently asked questions (FAQs) about filing a petition for remission.  You may file both an ancillary petition with the court and a petition for remission or mitigation.



# Advertisement Certification Report

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between February 17, 2024 and March 17, 2024. Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. Ian Freeman

**Court Case No:** 1:21-CR-00041-JL
**For Asset ID(s):** See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 02/17/2024 | 23.9 | Verified |
| 2 | 02/18/2024 | 23.9 | Verified |
| 3 | 02/19/2024 | 23.9 | Verified |
| 4 | 02/20/2024 | 23.9 | Verified |
| 5 | 02/21/2024 | 23.9 | Verified |
| 6 | 02/22/2024 | 23.9 | Verified |
| 7 | 02/23/2024 | 24.0 | Verified |
| 8 | 02/24/2024 | 23.9 | Verified |
| 9 | 02/25/2024 | 23.9 | Verified |
| 10 | 02/26/2024 | 23.9 | Verified |
| 11 | 02/27/2024 | 24.0 | Verified |
| 12 | 02/28/2024 | 23.9 | Verified |
| 13 | 02/29/2024 | 23.8 | Verified |
| 14 | 03/01/2024 | 23.9 | Verified |
| 15 | 03/02/2024 | 23.9 | Verified |
| 16 | 03/03/2024 | 23.9 | Verified |
| 17 | 03/04/2024 | 24.0 | Verified |
| 18 | 03/05/2024 | 24.0 | Verified |
| 19 | 03/06/2024 | 23.9 | Verified |
| 20 | 03/07/2024 | 23.9 | Verified |
| 21 | 03/08/2024 | 24.0 | Verified |
| 22 | 03/09/2024 | 23.9 | Verified |
| 23 | 03/10/2024 | 23.9 | Verified |
| 24 | 03/11/2024 | 23.9 | Verified |
| 25 | 03/12/2024 | 23.8 | Verified |
| 26 | 03/13/2024 | 23.9 | Verified |
| 27 | 03/14/2024 | 23.9 | Verified |
| 28 | 03/15/2024 | 23.9 | Verified |
| 29 | 03/16/2024 | 23.9 | Verified |
| 30 | 03/17/2024 | 23.9 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.