IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

United States of America,

        Plaintiff,

v.                                Case No. 21-cr-41-1-JL

Ian Freeman,

        Defendant.

## SATISFACTION OF JUDGMENT

The monetary penalties imposed on October 2, 2023, October 10, 2023, and February 6, 2024, in the above-captioned action, have been satisfied and paid in full.

                                                JANE E. YOUNG
                                                United States Attorney

                                                By: /s/ Michael T. McCormack
                                                Michael T. McCormack (No. 16470)
                                                United States Attorney's Office
                                                53 Pleasant Street, 4th Floor
                                                Concord, NH 03301
                                                (603) 225-1552
                                                Michael.McCormack2@usdoj.gov

DATED:    April 19, 2024