# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE
### 55 PLEASANT STREET, ROOM 110
### CONCORD, NEW HAMPSHIRE 03301-3941

**OFFICE OF THE CLERK**
Tracy A. Uhrin, Clerk of Court
Karen A. Gorham, Chief Deputy Clerk

Telephone: 603-225-1423
Web: www.nhd.uscourts.gov

April 30, 2026

To:        Alexander Chen, AUSA; John Kennedy, AUSA

From:      Kathy DuPont, Deputy Clerk

Re:        USA v. Freeman, Case No. 21-cr-41-JL,

Enclosed find exhibit(s) listed below.  Please sign this acknowledgment and return it to the Clerk's Office.

EXHIBITS: Government Exhibits 1535, 1535A, 1535B, 1535C, 1536, 1536A, 1537, 1537A and 1101

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

RECEIPT OF EXHIBITS IS HEREBY ACKNOWLEDGED

Date: 4/30/26                By: _Kristina McNamara_

Counsel for: USA