**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW HAMPSHIRE
55 PLEASANT STREET, ROOM 110
CONCORD, NEW HAMPSHIRE 03301-3941

**OFFICE OF THE CLERK**
Tracy A. Uhrin, Clerk of Court
Karen A. Gorham, Chief Deputy Clerk

Telephone: 603-225-1423
Web: www.nhd.uscourts.gov

May 15, 2026

To: US Attorney's Office

From: Kellie Otis, Deputy Clerk

Re: Case No. 21-cr-41-01-JL, USA v. Ian Freeman,

Enclosed find exhibits listed below. Please sign this acknowledgment and return it to the Clerk's Office in the enclosed envelope.

EXHIBITS: USA's Trial Exhibits & Support of Restitution Exhibits

**************************************************************

RECEIPT OF EXHIBITS IS HEREBY ACKNOWLEDGED

Date: 5/15/26 By: Kristina McNamara

Counsel for: U.S.A.