**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW HAMPSHIRE
55 PLEASANT STREET, ROOM 110
CONCORD, NEW HAMPSHIRE 03301-3941

**OFFICE OF THE CLERK**
Tracy A. Uhrin, Clerk of Court
Karen A. Gorham, Chief Deputy Clerk

Telephone: 603-225-1423
Web: www.nhd.uscourts.gov

May 15, 2026

To: Mark Sisti, Esq.

From: Kellie Otis, Deputy Clerk

Re: Case No. 21-cr-41-01-JL, USA v. Ian Freeman,

Enclosed find exhibit(s) listed below. Please sign this acknowledgment and return it to the Clerk's Office in the enclosed envelope.

EXHIBITS: Trial Exhibits

****************************************************************

RECEIPT OF EXHIBITS IS HEREBY ACKNOWLEDGED

Date: May 18 2026 By: M. Wootten

Counsel for: Ian Freeman