UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

United States of America

v. Case No.21-cr-41-01-JL

Ian Freeman

ORDER RE RETURN OF POSTED COLLATERAL

Judgment having been rendered in the above-captioned case, the Clerk is directed, pursuant to instructions from the Administrative Office, to return Passport issued in the U.S. #5438505143, surrendered as a condition of bail, to the U.S. Department of State.

SO ORDERED.

Joseph N Laplante
United States District Judge

Date: August 18, 2026

cc: Counsel of Record